IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: § <br> § <br> TALEN ENERGY SUPPLY, LLC, *et al.*, § <br> § <br> Debtors.[1] § <br> § | Chapter 11 <br><br> Case No. 22-90054 (MI) <br><br> (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that Haynes and Boone, LLP ("Haynes and Boone") and Davis Polk & Wardwell LLP ("Davis Polk") appear as counsel for Citibank, N.A. ("Citibank"), in the above-captioned Chapter 11 cases pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases, be transmitted to:

| HAYNES AND BOONE, LLP | DAVIS POLK & WARDWELL LLP |
|---|---|
| Charles A. Beckham, Jr. | Damian S. Schaible |
| Arsalan Muhammad | Elliot Moskowitz |
| 1221 McKinney Street, Suite 4000 | David Schiff |
| Houston, TX 77010 | Nate Sokol |
| Telephone.: (713) 547-2000 | 450 Lexington Avenue |
| Facsimile.: (713) 547-2600 | New York, NY 10017 |
| Email: charles.beckham@haynesboone.com | Telephone: (212) 450-4000 |
| Email: arsalan.muhammad@haynesboone.com | Facsimile: (212) 701-5800 |
|  | Email: damian.schaible@davispolk.com |
|  | Email: elliot.moskowitz@davispolk.com |
|  | Email: david.schiff@davispolk.com |
|  | Email: nathaniel.sokol@davispolk.com |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/talenenergy. The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

4865-0041-7823

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Citibank to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED:  May 10, 2022

Respectfully submitted,

By: */s/ Charles A. Beckham, Jr.*

| | |
|---|---|
| Charles A. Beckham, Jr. | Damian S. Schaible (*pro hac vice* pending) |
| Texas State Bar No. 02016600 | Elliot Moskowitz (*pro hac vice* pending) |
| Arsalan Muhammad | David Schiff (*pro hac vice* pending) |
| Texas State Bar No. 24074771 | Nate Sokol (*pro hac vice* pending) |
| **HAYNES AND BOONE, LLP** | **DAVIS POLK & WARDWELL LLP** |
| 1221 McKinney Street, Suite 4000 | 450 Lexington Avenue |
| Houston, Texas 77010 | New York, NY 10017 |
| Telephone.: (713) 547-2000 | Telephone: (212) 450-4000 |
| Facsimile: (713) 547-2600 | Facsimile: (212) 701-5800 |
| Email: charles.beckham@haynesboone.com | Email: damian.schaible@davispolk.com |
| Email: arsalan.muhammad@haynesboone.com | Email: elliot.moskowitz@davispolk.com |
| | Email: david.schiff@davispolk.com |
| | Email: nathaniel.sokol@davispolk.com |

**COUNSEL FOR CITIBANK, N.A.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on May 10, 2022.

>             */s/ Charles A. Beckham, Jr.*
>             Charles A. Beckham, Jr.