# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Tuesday, May 10, 2022

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Scott | Alberino | Akin Gump Strauss Hauer & Feld LLP | Ad Hoc Group of First Lien Creditors |
| Ana | Alfonso | Willkie Farr & Gallagher LLP | J. Aron & Company LLC |
| Nathaniel | Allard | Kramer Levin Naftalis & Frankel LLP | Interested Party |
| John | Ashmead | Seward & Kissel LLP | Wilmington Trust, National Association |
| Charles | Beckham, Jr. | Haynes and Boone, LLP | Citibank, N.A. |
| William | Clareman | Paul Weiss Rifkind Wharton & Garrison LLP | Ad Hoc Group of Crossholders |
| Zack | Clement | Zack A. Clement PLLC | Ad Hoc Committee of Unsecured Bondholders |
| Robert | Dauer | Meyer, Unkovic & Scott, LLP | Richards Energy Group, Inc. |
| Ira | Dizengoff | Akin Gump Strauss Hauer & Feld LLP | Ad Hoc Group of First Lien Creditors |
| Kate | Doorley | Akin Gump Strauss Hauer & Feld LLP | Ad Hoc Group of First Lien Creditors |
| Hector | Duran | U.S. Department of Justice | U.S. Trustee |
| Alice | Eaton | Paul Weiss Rifkind Wharton & Garrison LLP | Ad Hoc Group of Crossholders |
| Mark | Eckard | Reed Smith LLP | Uniper |
| Mark | Eckard | Reed Smith LLP | Uniper |
| Peter | Feldman | Otterbourg P.C. | MUFG Bank, Ltd. and MUFG Union Bank, N.A. |
| Michael | Fishel | Sidley Austin LLP | Morgan Stanley Capital Group |
| Caroline | Gange | Kramer Levin Naftalis & Frankel LLP | Interested Party |
| Michael | Gonzales | Muirfield Energy | vendor |
| Kurt | Gwynne | Reed Smith LLP | Uniper |
| Paul E. | Heath | Vinson & Elkins LLP | Talen Energy Corporation and Cumulus Growth Holdings LLC |
| Lindsey | Henrikson | King & Spalding LLP | Ad Hoc Term Loan and Secured Notes Group |
| John | Higgins | Porter Hedges LLP | Ad Hoc Group of Crossholders |
| Josh | Judd | Andrews Myers, P.C. | Elite Piping & Civil, Ltd. |
| Brad | Kahn | Akin Gump Strauss Hauer & Feld LLP | Ad Hoc Group of First Lien Creditors |
| Laruen R. | Kanzer | Vinson & Elkins LLP | Talen Energy Corporation and Cumulus Growth Holdings LLC |
| Christopher | Koenig | Kirkland & Ellis LLP | Ad Hoc Group of Unsecured Noteholders |
| Carolyn | Lachman | Pension Benefit Guaranty Corporation | Attorney |
| Kim Martin | Lewis | Dinsmore & Shohl LLP | Enerfab Power & Industrial, Inc. |
| Charlie | Liu | Morgan, Lewis & Bockius LLP | The Bank of New York Mellon |
| Andrew | Matott | Seward & Kissel LLP | Interested Party |
| Sarah | Meiman | Pension Benefit Guaranty Corporation | Attorney |
| David S. | Meyer | Vinson & Elkins LLP | Talen Energy Corporation and Cumulus Growth Holdings LLC |
| Mathew | Miller | Otterbourrg P.C. | MUFG Bank, Ltd. and MUFG Union Bank, N.A. |
| Robert | Miller | Manier & Herod, P.C. | Arch Insurance Company |
| Elliot | Moskowitz | Davis Polk & Wardwell LLP | Citibank, N.A. |
| Arsalan | Muhammad | Haynes and Boone, LLP | Citibank, N.A. |
| Patrick | Nash | Kirkland & Ellis LLP | Ad Hoc Group of Unsecured Noteholders |
| Sean | ONeal | Cleary Gottlieb Steen & Hamilton | Goldman Sachs |
| Sean | O'Neal | Cleary Gottlieb Steen & Hamilton | GOLDMAN SACHS BANK USA, prepetition lender, and J. ARON & COMPANY LLC, party to that certain ISDA Master Aggreement and Product Purchase and Sale Agreement |

# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Tuesday, May 10, 2022

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Jessica C. | Peet | Vinson & Elkins LLP | Talen Energy Corporation and Cumulus Growth Holdings LLC |
| GLENN | REISMAN | GE | GE INTERNATIONAL and GE HITACHI |
| Damian | Schaible | Davis Polk & Wardwell LLP | Citibank, N.A. |
| David | Schiff | Davis Polk & Wardwell LLP | Citibank, N.A. |
| Steven | Serajeddini | Kirkland & Ellis LLP | Ad Hoc Group of Unsecured Noteholders |
| Mark | Sherrill | Eversheds Sutherland (US) LLP | EDF Trading North America, LLC |
| Chad | Simon | Otterbourg P.C. | MUFG Bank, Ltd. and MUFG Union Bank, N.A. |
| Nate | Sokol | Davis Polk & Wardwell LLP | Citibank, N.A. |
| Stephen | Tetro | Chapman and Cutler LLP | MUFG Bank, Ltd. |
| Christopher | Travis | US Dept of Justice | USTP |
| Matthew | Warren | King & Spalding LLP | Ad Hoc Term Loan and Secured Notes Group |
| Jana | Whitworth | Office of the United States Trustee | U.S. Trustee |
| Cynthia | Wong | Pension Benefit Guaranty Corporation | Attorney |
| Alexander | Woolverton | Paul Weiss Rifkind Wharton & Garrison LLP | Ad Hoc Group of Crossholders |