IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| IEH AUTO PARTS HOLDING LLC, *et al.*,[1] | ) ) ) | Case No. 23-90054 |
| Debtors. | ) ) ) | (Jointly Administered) |
|   | ) | **Re: Docket Nos. 16, 26** |

## NOTICE OF RESET HEARING

On January 31, 2023, the above-referenced debtors and debtors in possession (collectively, the "Debtors") commenced these chapter 11 cases.

The hearing previously set for March 9, 2023, at 2:00 p.m. (prevailing Central Time) (the "Hearing") has been reset to **March 28, 2023, at 1:00 p.m. (prevailing Central Time)** before Judge Christopher M. Lopez at the United States Bankruptcy Court, Houston Division (the "Court") to consider entry of final orders on the following matters:

- **Cash Management Motion.** Debtors' Corrected Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (B) Continue to Perform Intercompany Transactions, (C) Maintain Existing Business Forms and Books and Records, and (II) Granting Related Relief [Docket No. 26 ]; and

- **DIP Motion.** Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Post-Petition Financing Secured by Senior Liens, (II) the Debtors to Use Cash Collateral, (III) Granting Adequate Protection, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 16 ].

---

[1] The Debtor entities in these chapter 11 cases, along with the last four digits of each Debtor entity's federal tax identification number, are: IEH Auto Parts Holding LLC (6529); AP Acquisition Company Clark LLC (4531); AP Acquisition Company Gordon LLC (5666); AP Acquisition Company Massachusetts LLC (7581); AP Acquisition Company Missouri LLC (7840); AP Acquisition Company New York LLC (7361); AP Acquisition Company North Carolina LLC (N/A); AP Acquisition Company Washington LLC (2773); Auto Plus Auto Sales LLC (6921); IEH AIM LLC (2233); IEH Auto Parts LLC (2066); IEH Auto Parts Puerto Rico, Inc. (4539); and IEH BA LLC (1428). The Debtors' service address is: 112 Townpark Drive NW, Suite 300, Kennesaw, GA 30144.

**You may participate in the hearing either in person or by an audio and video connection.** Audio communication will be by the use of the Court's dial-in facility. You may access the facility at **(832) 917-1510.** Once connected, you will be asked to enter the conference room number. Judge Lopez conference room number is **590153**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

Houston, Texas
Dated: March 8, 2023

/s/ *Veronica A. Polnick*
**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Veronica A. Polnick (TX Bar No. 24079148)
Vienna Anaya (TX Bar No. 24091225)
Emily Meraia (TX Bar No. 24129307)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone:     (713) 752-4200
Facsimile:     (713) 752-4221
Email:         mcavenaugh@jw.com
               vpolnick@jw.com
               vanaya@jw.com
               emeraia@jw.com

*Proposed Counsel to the Debtors
and Debtors in Possession*

**Certificate of Service**

      I certify that, on March 8, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                   */s/ Veronica A. Polnick*
                                                   Veronica A. Polnick

35514768v.1