# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

_____

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| TALEN ENERGY SUPPLY, LLC, *et al.*, ) | |
| ) | Case No. 22-90054 (MI) |
| Debtors.[1] ) | |
| ) | (Jointly Administered) |
| _____) | |

## NOTICE OF APPEARANCE UNDER FED. R. BANKR. P. 9010(B) AND REQUEST FOR COPIES AND ALL PLEADINGS UNDER FED. R. BANKR. P. 2002 AND 3017(A)

**PLEASE TAKE NOTICE** that the attorneys identified below appear as counsel for MUFG Bank, Ltd. and MUFG Union Bank, N.A. ("MUFG"), and respectfully request that all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon the persons listed below at the following address, email address, telephone, and facsimile number:

Peter Feldman

(*Admitted Pro Hac Vice*)

Frank J. Pecorelli

(*Admitted Pro Hac Vice*)

**Otterbourg P.C.**

230 Park Avenue

New York, New York 10169

Telephone: (212) 661-9100

Facsimile: (212) 682-6104

pfeldman@otterbourg.com

fpecorelli@otterbourg.com

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/talenenergy. The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

**PLEASE TAKE FURTHER NOTICE** that that this appearance and demand for service is not intended as, nor is it a consent of, MUFG to the jurisdiction of the Bankruptcy Court or venue in the Southern District of Texas, nor, specifically but not limited to, a waiver of (i) MUFG's rights to have final orders in non-core matters entered only after de novo review by a higher court; (ii) MUFG's rights to trial by jury in any case, controversy or proceeding related hereto; (iii) MUFG's rights to have the reference withdrawn; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which MUFG is or may be entitled, all of which rights, claims, actions, defenses, set-offs, and recoupments to MUFG are expressly reserved.

[*Signatures on following page*]

Respectfully submitted,

**OTTERBOURG P.C.**

By: */s/ Frank J. Pecorelli*

 Frank J. Pecorelli

 (*Admitted Pro Hac Vice*)

 fpecorelli@otterbourg.com

 230 Park Avenue

 New York, New York 10169

 Telephone: (212) 661-9100

 Facsimile: (212) 682-6104

**COUNSEL FOR MUFG BANK, LTD. and MUFG UNION BANK, N.A.**

6976357.1

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 23, 2022, a true and correct copy of this document was served by electronic means as listed on the Court's ECF noticing system.

*/s/ Frank Pecorelli*
Frank J. Pecorelli