# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Talen Energy Supply, LLC, *et al.*,[1] | § | Case No. 22-90054 (MI) |
| | § | |
| Debtors. | § | Jointly Administered |

## NOTICE OF HEARING RESET

**PLEASE TAKE NOTICE** that a hearing ("**Hearing**") to consider (i) the above-captioned Debtors' *Motion to Reject Lease or Executory Contract*,[2] (ii) *Richards Energy Group, Inc. and URA, Inc.'s Emergency Motion to File Certain Exhibits Under Seal*;[3] and (iii) *Masonic Villages of the Grand Lodge of Pennsylvania and Conestoga Wood Specialties Corp.'s Emergency Motion to File Certain Exhibits Under Seal*[4] **has been reset** from June 8, 2022 at 3:30 p.m. to **June 17, 2022 at 2:00 p.m.** prevailing Central Time, or such other date as determined by the Court, before the Honorable Marvin Isgur, in the United States Bankruptcy Court for the Southern District of Texas, located at 515 Rusk Street, Houston, TX 77002, in Courtroom 404.  You may attend in person or by video/telephone.  To access the hearing, **Dial 1-832-917-1510. Conference Code: 854554.** Telephonic participants may connect on-line to view the Courts broadcast onto the courtrooms television monitors. To view online, you may connect through the website located at the following website: **https://www.gotomeet.me/JudgeIsgur**.

**PLEASE TAKE FURTHER NOTICE** that the undersigned certifies that this notice was served on June 3, 2022 via email upon the parties listed below:

**Counsel to the Debtors**
Weil, Gotshal & Manges LLP (Texas)
700 Louisiana Street, Suite 1700
Houston, TX 77002
Attn: Gabriel A. Morgan (gabriel.morgan@weil.com)
Clifford Carlson (clifford.carlson@weil.com)

&

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/talenenergy. The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.
[2] ECF No. 15.
[3] ECF No. 343.
[4] ECF No. 345.

Weil, Gotshal & Manges LLP (New York)
767 Fifth Avenue
New York, NY 10153
Matthew S. Barr (matt.barr@weil.com)
Alexander W. Welch (alexander.welch@weil.com)
Katherine T. Lewis (katherine.lewis@weil.com)

**Official Committee of Unsecured Creditors**
Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Attn: Evan R. Fleck (efleck@milbank.com)

**Office of the United States Trustee**
515 Rusk Street, Suite 3516
Houston, TX 77002
Attn: Hector Duran, Jr. (Hector.Duran.Jr@usdoj.gov)
Christopher Ross Travis (C.Ross.Travis@usdoj.gov)
Jana Smith Whitworth (jana.whitworth@usdoj.gov)

**Counsel to the Ad Hoc Term Loan and Secured Notes Group**
King & Spalding (Illinois)
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Attn: Matthew L. Warren (mwarren@kslaw.com)
Lindsey Henrikson (lhenrikson@kslaw.com)

&

King & Spalding (Georgia)
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
W. Austin Jowers (ajowers@kslaw.com)

**Counsel to the Ad Hoc Group of Unsecured Noteholders**
Zack A. Clement PLLC
3753 Drummond Street
Houston, TX 77025
Attn: Zack A. Clement (zack.clement@icloud.com)

&

Kirkland & Ellis LLP, Kirkland & Ellis International LLP (Illinois)
300 North LaSalle Street
Chicago, Illinois 60654
Attn: Patrick J. Nash, Jr., P.C. (patrick.nash@kirkland.com)
Christopher S. Koenig (chris.koenig@kirkland.com)

&

Kirkland & Ellis LLP, Kirkland & Ellis International LLP (New York)
601 Lexington Avenue
New York, New York 10022
Steven N. Serajeddini, P.C. (steven.serajeddini@kirkland.com)

**Counsel to the Ad Hoc Group of First Lien Creditors**
Akin Gump Strauss Hauer & Feld LLP (Texas)
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Attn: Marty L. Brimmage, Jr. (mbrimmage@akingump.com)
Lacy M. Lawrence (llawrence@akingump.com)

&

Akin Gump Strauss Hauer & Feld LLP (New York)
One Bryant Park
New York, New York 10036
Attn: Ira S. Dizengoff (idizengoff@akingump.com)
Brad M. Kahn (bkahn@akingump.com)

&

Akin Gump Strauss Hauer & Feld LLP (Washington, DC)
2001 K Street NW
Washington, DC 20006
Attn: Scott L. Alberino (salberino@akingump.com)
Kate Doorley (kdoorley@akingump.com)

**Counsel to the Ad Hoc Group of Crossholders**
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, TX 77002-2764
Attn: John F. Higgins (jhiggins@porterhedges.com)
M. Shane Johnson (sjohnson@porterhedges.com)
Emily D. Nasir (enasir@porterhedges.com)

&

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Attn: Andrew N. Rosenberg (arosenberg@paulweiss.com)
Alice Belisle Eaton (aeaton@paulweiss.com)
William A. Clareman (wclareman@paulweiss.com)
Alexander Woolverton (awoolverton@paulweiss.com)

**Counsel to the PNW Owners**
Perkins Coie LLP (Texas)
500 N. Akard Street, Suite 3300
Dallas, Texas 75201-3347
Attn: John D. Penn, Esq. (jpenn@perkinscoie.com)

&

Perkins Coie LLP (Washington)
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Attn: John S. Kaplan (jkaplan@perkinscoie.com)

&

Perkins Coie LLP (Illinois)
110 North Wacker Drive, 34th Floor
Chicago, Illinois 60606
Attn: Hailey A. Varner Rutledge (hrutledge@perkinscoie.com)

Dated:  June 3, 2022

Respectfully Submitted,

**CHAMBERLAIN, HRDLICKA, WHITE,
   WILLIAMS & AUGHTRY, P.C.**

By: */s/ Jarrod B. Martin*
Jarrod B. Martin
Texas Bar No. 24070221
Tyler W. Greenwood
Texas Bar No. 24123219
1200 Smith Street, Suite 1400
Houston, Texas 77002
D: 713.356.1280
F: 713.658.2553
E: jarrod.martin@chamberlainlaw.com
E: Tyler.Greenwood@chamberlainlaw.com

*and*

MEYER, UNKOVIC & SCOTT LLP

Robert E. Dauer, Jr. (admitted *pro hac vice*)
Pennsylvania Bar No. 61699
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222

*Counsel for Masonic Villages of the Grand Lodge of Pennsylvania, Conestoga Wood Specialties Corp., Richards Energy Group, Inc., and URA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 3, 2022, a true and correct copy of the foregoing notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

*/s/ Jarrod B. Martin*
Jarrod B. Martin