IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TALEN ENERGY SUPPLY, LLC, *et al.*, | ) Case No. 22-90054 (MI) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

### VERIFIED STATEMENT PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to the provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedure, Russell R. Johnson III of the Law Firm of Russell R. Johnson III, PLC files this Verified Statement of his firm's (the "Firm") multiple representations in this case of the following utility companies (the "Utilities") that provided prepetition utility goods/services to the Debtors, and continue to provide post-petition utility goods/services to the Debtors:

1. The names and addresses of the Utilities represented by the Firm are:

    A.  AEP Texas Inc.
        Melissa A. Gage, Esq.
        Associate General Counsel
        400 West 15th Street, Suite 1520
        Austin, Texas 78701-1677

    B.  Atlantic City Electric Company
        Baltimore Gas and Electric Company
        Attn: Lynn R. Zack, Esq.
        Assistant General Counsel
        Exelon Corporation
        2301 Market Street, S23-1
        Philadelphia, PA 19103

  C. Pennsylvania Electric Company
    Metropolitan Edison Company
    Attn: Kathy M. Hofacre
    FirstEnergy Corp.
    76 S. Main St., A-GO-15
    Akron, OH 44308

  D. NStar Electric Company d/b/a Eversource
    Attn: Honor S. Heath, Esq.
    Eversource Energy
    107 Selden Street
    Berlin, CT 06037

  E. Public Service Electric and Gas Company
    Attn: Matthew Cooney, Bankruptcy Department
    80 Park Plaza, T5D
    Newark, New Jersey 07102

  2. The nature and the amount of claims (interests) of the Utilities, and the times of acquisition thereof are as follows:

  (a) The following Utilities have unsecured claims against the above-referenced Debtors arising from prepetition utility usage: AEP Texas Inc., Atlantic City Electric Company, Baltimore Gas and Electric Company, Pennsylvania Electric Company, Metropolitan Edison Company, NStar Electric Company d/b/a Eversource and Public Service Electric and Gas Company.

  (b) For more information regarding the claims and interests of the Utilities in these jointly-administered cases, refer to the (i) *Objection of Certain Utility Companies To the Emergency Motion of Debtors For Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment To Utility Companies; (II) Establishing Procedures For Resolving Objections By Utility Companies; (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service; (IV) Authorizing Debtors To Honor Obligations To Third Party Servicer In Ordinary Course of Business; (V) Authorizing Debtors To Continue Remitting Transmission and Distribution Costs In Ordinary Course of Business; and (VI) Granting Related Relief* (the

"Objection")(Docket No. 296), and (ii) the *Joinder* of Public Service Electric and Gas Company (Docket No. 368) to the Objection filed in the above-captioned, jointly-administered, bankruptcy cases.

3. The Law Firm of Russell R. Johnson III, PLC was retained to represent the foregoing Utilities in May and June 2022. The circumstances and terms and conditions of employment of the Firm by the Companies is protected by the attorney-client privilege and attorney work product doctrine.

I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

By: /s/ Russell R. Johnson III
Russell R. Johnson III (VSB No. 31468)
LAW FIRM OF RUSSELL R. JOHNSON III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail: russell@russelljohnsonlawfirm.com