IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| TALEN ENERGY SUPPLY, LLC, *et al.,* | § § § | Case No. 22-90054 (MI) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § § | |

**AGENDA OF MATTERS SET FOR HEARING
ON JUNE 10, 2022 AT 9:00 A.M. (PREVAILING CENTRAL TIME)**

Talen Energy Supply, LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), hereby file this Agenda of Matters Set for Hearing on **June 10, 2022 at 9:00 a.m**. (Prevailing Central Time) before the Honorable Marvin Isgur.  The hearing will be conducted in Courtroom 404, 4th floor, 515 Rusk Avenue, Houston, TX 77002.  You may participate in the hearing either in person or by an audio and video connection.  Audio communication will be by use of the Court's dial-in facility.  You may access the facility at 832-917-1510 and entering the conference code 954554.  Video communication will be by use of the Gotomeeting Platform.  Connect via the free Gotomeeting Application or click the link on Judge Isgur's home page.  The meeting code is "Judgeisgur".  Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/talenenergy.  The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

WEIL:\98666683\4\76973.0005

**CONTESTED MATTER**

1. Motion of Puget Sound Energy, Inc., Avista Corporation, Portland General Electric Company, and PacifiCorp for Relief from the Automatic Stay **[Docket No. 242]**

    Status:      This matter is going forward.

    Responses Filed:

    A. Joinder of NorthWestern Corporation to Motion of Puget Sound Energy, Inc., Avista Corporation, Portland General Electric Company, and PacifiCorp for Relief from the Automatic Stay **[Docket No. 299]**

    B. Debtors' Opposition to Motion of Puget Sound Energy, Inc., Avista Corporation, Portland General Electric Company, and PacifiCorp for Relief from the Automatic Stay and Joinder of NorthWestern Corporation **[Docket No. 409]**

    C. Reply to Debtors' Opposition to Motion of Puget Sound Energy, Inc., Avista Corporation, Portland General Electric Company, and PacifiCorp for Relief from the Automatic Stay **[Docket No. 452]**

    Related Documents:

    D. Declaration of Jeffrey M. Hanson in Support of Puget Sound Energy, Avista Corporation, PacifiCorp, and Portland General Electric Company's Motion for Relief from the Automatic Stay **[Docket No. 243]**

    E. Declaration of Ronald J. Roberts Support of Puget Sound Energy, Avista Corporation, PacifiCorp, and Portland General Electric Company's Motion for Relief from the Automatic Stay **[Docket No. 244]**

    F. Declaration of Damon D. Obie in Support of Debtors' Opposition to Motion of Puget Sound Energy, Inc., Avista Corporation, Portland General Electric Company, and Pacificorp for Relief from the Automatic Stay and Joinder of NorthWestern Corporation **[Docket No.447]**

    G. Debtors' Witness and Exhibit List for Hearing on June 10, 2022 on Motion of Puget Sound Energy, Inc., Avista Corporation, Portland General Electric Company, and PacifiCorp for Relief from the Automatic Stay and Joinder of NorthWestern Corporation **[Docket No. 450]**

    H. Declaration of John D. Hines in Support of Joinder of NorthWestern Corporation to Motion of Puget Sound Energy, Inc., Avista Corporation, Portland General Electric Company, and PacifiCorp for Relief from the Automatic Stay **[Docket No. 454]**

I. Declaration of John K. Tabaracci in Support of Joinder of NorthWestern Corporation to Motion of Puget Sound Energy, Inc., Avista Corporation, Portland General Electric Company, and PacifiCorp for Relief from the Automatic Stay **[Docket No. 456]**

J. NorthWestern Corporation's Exhibit and Witness List for June 10, 2022 Hearing on Motion of Puget Sound Energy, Inc., Avista Corporation, Portland General Electric Company, and PacifiCorp for Relief from the Automatic Stay [Docket 242] and Joinder of NorthWestern Corporation [Docket 299] **[Docket No. 457]**

K. PNW Owners' Witness and Exhibit List **[Docket No. 463]**

[*Remainder of Page Intentionally Left Blank.*]

Dated: June 9, 2022
       Houston, Texas

Respectfully submitted,

  /s/  Paul R. Genender
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Gabriel.Morgan@weil.com
       Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
Alexander Welch (admitted *pro hac vice*)
Katherine Lewis (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  Matt.Barr@weil.com
       Jessica.Liou@weil.com
       Alexander.Welch@weil.com
       Katherine.Lewis@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Paul R. Genender (00790758)
Jake Rutherford (24102439)
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7877
Facsimile:  (214) 746-7777
Email:  Paul.Genender@weil.com
       Jake.Rutherford@weil.com

*Proposed Attorneys for Debtors
and Debtors in Possession*

## Certificate of Service

    I hereby certify that on June 9, 2022, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                    */s/ Paul R. Genender*
                                                  Paul R. Genender