United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 10, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 22-90054 |
| TALEN ENERGY SUPPLY, LLC, *et al.*, § | |
| Debtors. § | Jointly Administered |
| § | CHAPTER 11 |

**ORDER RESETTING STARTING TIME OF HEARING**

The hearing on the Motion for Relief from the Stay (ECF No. 242) will commence at 9:30 a.m. rather than at 9:00 a.m. as originally scheduled.

SIGNED 06/10/2022

_____
Marvin Isgur
United States Bankruptcy Judge