# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Friday, June 10, 2022

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Scott | Alberino | Akin Gump Strauss Hauer & Feld LLP | Ad Hoc Group of First Lien Creditors |
| Nicholas | Ballen | Greenberg Traurig, LLP | Giorgi Companies |
| Marty | Brimmage | Akin Gump Strauss Hauer & Feld LLP | Ad Hoc Group of First Lien Creditors |
| Matthew | Brod | Milbank | Unsecured Creditors' Committee |
| Cifford | Carlson | Weil, Gotshal & Manges LLP | Debtors |
| Kate | Doorley | Akin Gump Strauss Hauer & Feld LLP | Ad Hoc Group of First Lien Creditors |
| Lauren | Doyle | Milbank | Unsecured Creditors' Committee |
| Dennis | Dunne | Milbank | Unsecured Creditors' Committee |
| Evan | Fleck | Milbank | Unsecured Creditors' Committee |
| Evan | Fleck | Milbank LLP | Official Committee of Unsecured Creditors |
| Paul | Genender | Weil, Gotshal & Manges LLP | Debtors |
| Brad | Kahn | Akin Gump Strauss Hauer & Feld LLP | Ad Hoc Group of First Lien Creditors |
| Lacy | Lawrence | Akin Gump Strauss Hauer & Feld LLP | Ad Hoc Group of First Lien Creditors |
| Jessica | Liou | Weil, Gotshal & Manges LLP | Debtors |
| Atara | Miller | Milbank | Unsecured Creditors' Committee |
| Michael | Warner | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors |