

**County of Lancaster**

County Solicitor
Jacquelyn E. Pfursich, Esquire

United States Courts
Southern District of Texas
FILED

JUN 13 2022

Nathan Ochsner, Clerk of Court

**Office of the Solicitor**

150 North Queen Street
Suite #714
Lancaster, PA 17603
Phone: 717-735-1584
Fax: 717-293-7208
www.co.lancaster.pa.us

June 8, 2022

United States Bankruptcy Court
P.O. Box 61010
Houston, TX 77208

    Re:    Case No. 22-90054 – Talen Energy Bankruptcy
           Objection to Motion to Reject Contracts at Docket 15

Your Honor:

    The County of Lancaster, Pennsylvania is writing to object to the Debtor's motion to reject contracts retroactively to the Petition Date. Lancaster County is a Class 2A County in the Commonwealth of Pennsylvania and had entered into a three-year contract with Talen for our electric supply. As a result of Talen's actions in this bankruptcy, we are suddenly incurring significant and unbudgeted increases in our energy spending.

    While we understand that Talen may be entitled to reject the contract under bankruptcy law, Talen did not give us prior notice of its rejection of the supply contract or an opportunity to attempt to secure a new supply contract before returning us to hourly utility default service. This action is incredibly detrimental to the taxpayers of Lancaster County.

    The County of Lancaster, by and through its elected Board of Commissioners, supports the objection of Masonic Villages of the Grand Lodge of Pennsylvania and Conestoga Wood Specialties Corp. to the retroactive rejection of customer supply contracts.

    Thank you for your consideration. Please do not hesitate to contact me if you have any questions.

Sincerely,

Jacquelyn E. Pfursich
Lancaster County Solicitor

