IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TALEN ENERGY SUPPLY, LLC, *et al.*, | ) ) ) | Case No. 22-90054 (MI) |
| Debtors.[1] | ) ) | (Jointly Administered) |

## THE AD HOC GROUP OF FIRST LIEN CREDITORS' WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR JUNE 17, 2022 AT 2:00 P.M. CT

| Main Case No: 22-90054 (MI) | Name of Debtor: Talen Energy Supply, LLC, et al. |
|---|---|
| | |
| Adversary No: n/a | Style of Adversary: n/a |
| | |
| **Witnesses:** | |
| Any witness called or designated by any other party | |
| Any witness necessary to rebut the evidence or testimony of any witness offered or designated by any other party | Judge: Honorable Marvin Isgur |
| | |
| | Hearing Date: June 17, 2022 |
| | Hearing Time: 2:00 P.M. CT |
| | Party's Name:<br>Ad Hoc Group of First Lien Creditors |
| | Attorney's Name: Marty L. Brimmage, Jr. |
| | Attorney's Phone: (214) 969-2800 |
| | Nature of Proceeding: Emergency Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to Obtain Post-Petition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/talenenergy. The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

|  | Prepetition First Lien Secured Parties, (E) Modifying the Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief [Docket No. 17] |

## **EXHIBIT LIST**

| Ex. # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
|  | Any document or pleading filed in the above captioned case |  |  |  |  |
|  | Any exhibit designated by any other party |  |  |  |  |
|  | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party |  |  |  |  |

The Ad Hoc Group of First Lien Creditors reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the hearing.

Dated:  June 16, 2022

        **AKIN GUMP STRAUSS HAUER & FELD LLP**
        */s/ Marty L. Brimmage, Jr.*
        Marty L. Brimmage, Jr. (TX Bar No. 00793386)
        Lacy M. Lawrence (TX Bar No. 24055913)
        2300 N. Field Street, Suite 1800
        Dallas, TX 75201
        Telephone:  (214) 969-2800
        Facsimile:  (214) 969-4343
        Email:  mbrimmage@akingump.com
        Email:  llawrence@akingump.com

        -and-

        Ira S. Dizengoff (*pro hac vice* pending)
        Brad M. Kahn (*pro hac vice* pending)
        One Bryant Park
        New York, New York 10036
        Telephone:  (212) 872-1000
        Facsimile:  (212) 872-1002
        Email:  idizengoff@akingump.com
        Email:  bkahn@akingump.com

        -and-

        Scott L. Alberino (*pro hac vice* pending)
        Kate Doorley (*pro hac vice* pending)
        2001 K Street NW
        Washington, DC 20006
        Telephone: (202) 887-4000
        Facsimile:  (202) 887-4288
        Email: salberino@akingump.com
        Email: kdoorley@akingump.com

        *Counsel to the Ad Hoc Group of First Lien Creditors*

## **CERTIFICATE OF SERVICE**

I certify that on June 16, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on the parties that have consented to such services.

                                             */s/ Marty L. Brimmage, Jr.*
                                             Marty L. Brimmage, Jr.