IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| TALEN ENERGY SUPPLY, LLC, *et al.*, ) | |
| ) | Case No. 22-90054 (MI) |
| ) | |
| Debtors.[1] ) | (Jointly Administered) |

---

**VERIFIED STATEMENT PURSUANT TO RULE 2019
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to the provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the law firm of Whiteford Taylor & Preston L.L.P. ("WTP") files this verified statement of multiple representations of creditors (the "Verified Statement") in the above-captioned bankruptcy cases (the "Chapter 11 Cases"). In support of this Verified Statement, WTP represents as follows:

1. WTP has been retained to represent The Merrick Group, Inc., The J.M. Smucker Company, Big Heart Pet Brands, Inc., Curtiss-Wright Corporation and its affiliates, including Curtiss-Wright Flow Control Service, LLC, Curtiss-Wright Flow Control Corporation d/b/a Target Rock, EST Group, Inc., Curtiss-Wright Electro-Mechanical Corporation d/b/a Curtiss-Wright SAS and Curtiss-Wright Fleet Solutions, and EA Engineering, Science and Technology, Inc. (collectively, the "Creditors") in the Chapter 11 Cases.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/talenenergy. The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

2.	In accordance with Bankruptcy Rule 2019, **Exhibit A** attached hereto lists each of the Creditor's address and "the nature and amount of each disclosable economic interest" held by each Creditor to the extent identifiable.

3.	Nothing contained in this Verified Statement, including **Exhibit A** hereto, should be construed as: (i) a waiver or release of any claims against the Debtors by any of the Creditors; (ii) an admission with respect to any fact or legal theory; or (iii) a limitation upon, or waiver of, any of the Creditors to file and/or amend a proof of claim in accordance with applicable law and any orders entered in the Chapter 11 Cases establishing procedures for filing proofs of claim or interests.

4.	WTP reserves the right to amend or supplement this Verified Statement.

5.	The information contained herein is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other use or purpose.

6.	The undersigned verifies that the foregoing is true and correct to the best of their knowledge.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated:  June 16, 2022 | Respectfully Submitted, |
| | WHITEFORD TAYLOR & PRESTON L.L.P. |
| | /s/ *Michael J. Roeschenthaler* |
| | Michael J. Roeschenthaler (*pro hac vice pending*) |
| | 200 First Avenue, Third Floor |
| | Pittsburgh, PA 15222 |
| | Telephone: (412) 618-5601 |
| | Email: mroeschenthaler@wtplaw.com |
| | /s/ *Stephen B. Gerald* |
| | Stephen B. Gerald (*Admitted pro hac vice*) |
| | WHITEFORD, TAYLOR & PRESTON LLC[2] |
| | The Renaissance Centre, Suite 500 |
| | 405 North King Street |
| | Wilmington, DE 19801-3700 |
| | Telephone: (302) 353-4144 |
| | Email: sgerald@wtplaw.com |
| | *Counsel to The Merrick Group, Inc., The J.M. Smucker Company Big Heart Pet Brands, Inc., Curtiss-Wright Corporation and its affiliates, including Curtiss-Wright Flow Control Service, LLC, Curtiss-Wright Flow Control Corporation d/b/a Target Rock, EST Group, Inc., Curtiss-Wright Electro-Mechanical Corporation d/b/a Curtiss-Wright SAS and Curtiss-Wright Fleet Solutions, and EA Engineering, Science and Technology, Inc.* |

---

[2] Whiteford, Taylor & Preston LLC operates as Whiteford, Taylor & Preston L.L.P. in jurisdiction outsider of Delaware.