IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| | x | |
| In re | : | Chapter 11 |
| | : | |
| Talen Energy Supply, LLC, *et al.*, | : | Case No. 22-90054 (MI) |
| | : | |
| Debtors.[1] | : | Jointly Administered |
| | : | |
| | x | |

**FIRST SUPPLEMENTAL DECLARATION OF RICHARD J. CALL IV
IN SUPPORT OF THE DEBTORS' APPLICATION FOR AN
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
PRICEWATERHOUSECOOPERS LLP AS AUDIT SERVICES
PROVIDER FOR THE DEBTORS, EFFECTIVE AS OF MAY 9, 2022**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), I, Richard J. Call IV, under penalty of perjury, declare as follows, to the best of my knowledge, information, and belief:

1.     I am a partner of PricewaterhouseCoopers ("PwC"). I am authorized to make this first supplemental declaration ("First Supplemental Declaration") on behalf of PwC in further support of the application of the above-captioned debtors and debtors in possession (the "Debtors") to retain PwC as their audit services provider, filed with the Court on June 7, 2022 [Docket No. 441] (the "Application").[2]

---

[1]  A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/talenenergy. The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

[2]  Capitalized terms used in this First Supplemental Declaration but not otherwise defined herein shall have the meanings ascribed to such terms in the Application and the Initial Declaration (submitted with the Application) [Docket No. 441] or the Order.

2.       Unless otherwise stated, all facts set forth in this First Supplemental Declaration are based upon my personal knowledge, upon documents or information maintained by PwC in the ordinary course of its business which have been reviewed by me and/or by other employees of PwC under my supervision and direction.  To the extent any information disclosed herein requires amendment, modification or supplementation, a further supplemental declaration will be submitted to this Court reflecting such amended, modified supplemental information.

3.       My Initial Declaration, submitted as Exhibit B in support of the Application, is incorporated herein by reference.

4.       As stated in my Initial Declaration, due to the large number of Parties in Interest in these cases, to the extent of any additional relationships to be disclosed, a supplemental declaration would be filed with the Court.

5.       Schedule 1 and Schedule 2 that were previously attached to my Initial Declaration are amended and replaced by **Schedule 1** and **Schedule 2**, respectively, attached hereto.[3]

6.       To the best of my knowledge and information, all such relationships identified on **Schedule 2**, including those previously disclosed and newly disclosed, are all in matters unrelated to the Debtors and these chapter 11 cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  June 17, 2022                                */s/  Richard J. Call*
                                                                    Richard J. Call IV, Partner
                                                                    PricewaterhouseCoopers LLP

---

[3]  Newly added names since the filing of my Initial Declaration are noted in bold.

## Schedule 1

**5% or More Equity Holders**
C/R Energy Jade, LLC
Raven Power Holdings LLC
Riverstone Holdings LLC
Talen MidCo LLC

**Ad Hoc Group Members/Counsel**
Akin Gump Strauss Hauer & Feld LLP
Alexander Woolverton
Alice Belisle Eaton
Anchorage Capital Group, L.L.C.
Andrew N. Rosenberg
Appaloosa LP,
Assured Investment Management LLC
Atlas Macro Master Fund Ltd.
Atlas Senior Loan Fund III, Ltd.
Atlas Senior Loan Fund IX, Ltd.
Atlas Senior Loan Fund VII, Ltd.
Atlas Senior Loan Fund X, Ltd.
Atlas Senior Loan Fund XI, Ltd.
Atlas Senior Loan Fund XII, Ltd.
Atlas Senior Loan Fund XIII, Ltd.
Atlas Senior Loan Fund XIV, Ltd.
Atlas Senior Loan Fund XV, Ltd.
Atlas Senior Loan Fund XVI, Ltd.
Atlas Senior Loan Fund XVII, Ltd.
Atlas Senior Secured Loan Fund VIII, Ltd.
Balyasny Asset Management LP
Bank of America, N.A.
BlackRock Financial Management, Inc.
BlueMountain Fuji Management LLC
BofA Securities, Inc.
Brad M. Kahn
Brevan Howard
Capital Research and Management Company
Carronade Capital Management, LP
CastleKnight Management LP
Christopher S. Koenig
Citadel Advisors LLC
Citadel Equity Fund Ltd.
Contrarian Capital Management, L.L.C.
Crescent Capital Group LP
Davidson Kempner Capital Management LP
Diameter Capital Partners LP
Emily D. Nasir
FFI Fund, Ltd
FourSixThree Capital LP,
Franklin Advisers, Inc.
FYI Ltd.
Global Credit and Special Situations Group
GoldenTree Asset Management LP
Goldman Sachs Asset Management, L.P.
Intermarket Corporation
Ira S. Dizengoff
John F. Higgins
Kate Doorley

King Street Capital Management, L.P
Kirkland & Ellis International LLP
Lacy M. Lawrence
Lindsey Henrikson
Livello Capital Management LP
Lord, Abbett & Co. LLC
M. Shane Johnson
Marathon Asset Management LP,
Marty L. Brimmage, Jr.
Matthew L. Warren
MJX Asset Management LLC
MJX Venture Management II LLC
MJX Venture Management III LLC
MJX Venture Management LLC
Monarch Alternative Capital LP
Mt. Whitney Securities LLC
Napier Park Global Capital (US) LP
Nassau Corporate Credit, LLC
Nomura Corporate Research and Asset
    Management,Inc.
Nuveen Asset Management, LLC
Oaktree Capital Management
Olifant Fund, Ltd.
P. Schoenfeld Asset Management LP
Pacific Investment Management Company LLC
Paloma Partners Management Company
Patrick J. Nash, Jr., P.C.
Philosophy Capital Management LLC
Rothschild & Co.
Rubric Capital Management LP
Scott L. Alberino
Sculptor Capital LP
Silver Point Finance, LLC
Steven N. Serajeddini, P.C.
Susquehanna Advisors Group, Inc.
System 2 Master Fund Limited
Two Seas Capital LP
US Fundamental Credit
W. Austin Jowers
Whitebox Advisors LLC
William A. Clareman
Zack A. Clement
Zack A. Clement PLLC
Zais Group LLC

**Administrative Agents**
Alter Domus (US) LLC
Citibank N.A.
JPMorgan Chase Bank, N.A.
MUFG Bank, LTD.
Wilmington Trust

**Bankruptcy Judges and Staff**
Alonzo, Albert
Andresen, Jeannie
Castro, Ana

Chavez, Jeannie
Conrad, Tracey
Do, LinhThu
Isgur, Marvin
Jones, David R.
Laws, Tyler
Lopez, Christopher M.
Norman, Jeffrey P.
Patouhas, John
Picota, Kimberly
Portillo, Vriana
Rios, Mario
Rodriguez, Eduardo V.
Saldana, Rosario

**<u>Bankruptcy Professionals</u>**
Alvarez & Marsal North America, LLC
Evercore Group LLC
Kroll Restructuring Administration LLC
Prime Clerk LLC
Weil, Gotshal & Manges LLP

**<u>Banks</u>**
Bank of America, N.A.
Blackrock Inc.
Citi Capital Markets
Citibank N.A.
Credit Suisse Group AG
Deutsche Bank AG
DWS Group GmbH & Co. KGaA
First Interstate Bank
Gemini Trust Company, LLC
Goldman Sachs Bank USA
M&T Bank Corporation
MUFG Bank, LTD.
Royal Bank of Canada
Stockman Bank
The Bank of New York Mellon
U.S. Bank
Union Bank, N.A.

**<u>Broker, Retail Contract</u>**
A1 Restoration Inc.
Able Power Management LLC
Accenture
Acclaim Energy Advisors
Achieve Energy Solutions, LLC
ADL High Voltage
Advantage Energy Partners LLC
Advantage IQ, Inc.
Advisors Energy Group, LLC
Aegean Energy Advisors, LLC
Affiliated Power Purchasers (APPI)
Affinity Energy Management, LLC
AICUP
Albireo Energy, LLC
Alternative Energy Source (HB Hayes & Associates)
Alternative Utility Services, Inc.

Amerex Brokers LLC
American PowerNet
Apollo Edison LLC
Applied Energy Partners LLC
Asset Energy LLC
Atlas Commodities II Retail Energy, LLC
Aui Associates, Inc.
Aurora Energy Advisors, LLC
Avalon Energy Services LLC
Avion Energy Group, LLC
Axiom Power, LLC
Axiom Retail Energy, LLC
Azira Group LLC
Batchelor Energy
Berkshire Energy Partners
Best Practice Energy, LLC
Bollinger Energy Corporation
Brasovan Group, LLC
Brice Associates
Bridgeway Direct, LLC
Broker Online Exchange, LLC
BTU Direct Marketing, LLC
Burton Energy Group
C Group Energy Services, LLC
Casa, Inc. (aka EnergyLink)
Chemistry Council of New Jersey
Chesapeake Energy Services Inc.
Choice Energy Services, LP
Chrislynn Energy Services, Inc.
Clarity Energy Consulting, LLC
Clear Energy Solutions
ClearChoice Energy
Co-eXprise
Commercial Utility Consultants
Community Energy Advisors LLC
Community Purchasing Alliance Cooperative
Concord Energy Services
Connect Energy Resources, LLC
Consumer Energy Solutions, Inc.
Convenient Ventures LLC (fmly Shipley Energy)
CQI Associates
CreativEnergy Options
CSD Energy Advisors, LLC
Delaware Valley Energy Solutions
Destination Energy, LLC dba Energy Related Services
Diversegy, LLC
Dovetail Energy Services LLC
e.comm Technologies Inc.
Ecova - Fmly E Source (EnergyWindow)
Edge Insights Inc. fmrly Utilitech, Inc.
Efficient Energy Solutions
Electric Advisors
Enel X North America, Inc. fka EnerNOC
ENERActive Solutions
EnerConnex, LLC
Energy Alliances, Inc
Energy Choice Solutions
Energy Consultants LLC

Energy CX LLC
Energy Edge Consulting, LLC
Energy Enablement Inc
Energy Initiatives, Inc.
Energy Market Exchange (EMEX)
Energy Paradigm LLC
Energy Procurement Partners Inc
Energy Professionals
Energy Resources Alliance LLC
Energy Savers Inc
Energy Savings
Energy Services Management, LLC
Energy Trust, LLC
EnergyAEX
Energyserv Solutions, Ltd.
ENGIE Insight Services Inc.
Enhanced Energy Services of America, LLC
Everon Green
Evolution Energy Partners
F&P Holdings, LP dba T&F Exploration
Fellon-McCord
Foster LLC
Frontline Power Solutions
Gabel Associates
Global Energy Solutions Corp.
Goldstar Energy Group, Inc.
Good Energy
Greencrown Energy LLC
Grid Energy
Group-S LLC
Gulf Stream Energy Consultants LLC
H.P. Technologies, Inc.
Health Resource Network, Inc. - HRN Energy
    Management
HealthTrust Purchasing Group
Hospital Energy, LLC
IC Thomasson Associates, Inc.
Incite Energy
Independent Energy Consultants Inc
Infinity Power Partners
Insight Sourcing Group
Integrity Energy, LTD
JMI Consultants, LLC
John Orr
Key Energy Consulting, LLC
KeyTex Energy Solutions, LLC
Kinect Energy Group
KOBIONA LLC
L5E LLC
Legacy Energy Group
Legend Energy Advisors
Lights Out Energy LLC
Lightstar Energy Group
Lincoln Energy Group LLC
Live Energy
Long Distance Consultants - LD Energy
Louella Enterprises LLC
Lythix, LLC

M&R Energy Resources Corp.
Mablock Consulting LLC
Manhattan Energy LLC
Maryland Energy Advisors
Metromedia Power
Mid Atlantic Energy Services
Mitchell Energy Management Services Inc.
Mondre Energy, Inc.
MSI Utilities, Inc.
Muirfield Energy
Nania Energy Inc
National Energy Management
National Energy Network
National1 Energy LLC
Nationwide New Energy Management Group, LLC
Navigate Power LLC
NE Energy, LLC
New America Power, LLC
New Energy Concepts, L.L.C.
Nextility, Inc.
Noresco, LLC
North Shore Energy Consulting
NorthEast Energy Advisors, LLC
Northeast Energy Partners, LLC
NUS Consulting Group
OE Group
OnDemand Energy Solutions
Onyx Power & Gas Consulting LLC
OP Power Solutions LLC
Open Market Energy LLC
PAL Energy Smart LLC
Park Place Power Consulting LLC
Patch Power
Patriot Energy Group
Penn State Facilities Engineering Institute
PES Brokers Inc.
Philadelphia Area Independent Schools Business
    Officers Association
Power Brokers, LLC
Power Management Company LLC
Powershift Energy Limited Liability Company
Premier Energy Group
Premier Power Solutions, LLC
Premiere Marketing dba Transparent Energy
Procurian, Inc.
Profusion Energy Brokerage
Progressive Energy Consultants, LLC
Prosource Power LLC
Provident Energy Consulting, LLC
Prudential Energy Services Corporation
PWI Engineering
Rapid Power Management, LLC
Reflective Energy Solutions
Regional Resources Energy Group, LLC
Reliable Power Alternatives Corporation
Resource Energy Solutions, LLC
Resource Energy Systems
Results Energy Consulting Inc

Retail Power Services Inc.
Rexcal Energy LLC
Richards Energy Group, Inc.
Rosenthal Energy Advisors
Sable Power & Gas
Satori Energy
Schneider Electric USA, Inc.
School Power, Inc.
Scioto Energy
Secure Energy Solutions
Selected Power, Inc.
Sensible Energy Management
Sergio Cantu, LLC
Singularity Inc. d/b/a National Utilisource
Solution Energy, LLC
Source One, Inc. (DE)
Sprague Energy (fmrly Metromedia Energy)
Stanwich Energy Advisors LLC
StoneX Financial Inc.
SunLight Energy Group, LLC
Susquehanna Energy Advisors, Inc.
Taurus Advisory Group LLC
Tes Energy Services, LP
The Eric Ryan Corporation
The Galt Company
The Malatan Group LLC
Thomas Engineering, Inc.
Titan Energy New England
Tobelmann Energy Brokers, Inc.
Tomorrow's Utilities, Inc.
Total Energy Resources, LLC
TPI Efficiency Consulting
Tradition Energy
Trane Energy Choice, LLC
Transatlantic Energy Group LLC
TransparencE Energy Services, LLC
Triple S Energy Management LLC
Tritium Energy Consulting, LLC
TruEnergyServices, LLC
Tybec Energy Management Specialists, Inc
UGI Energy Services, Inc.
Unified Energy Services
United Commercial Energy Partners, LLC
US Energy Solutions Inc.
Usource, LLC
Utility Analyses, LLC
Utility Rates Analysts
Vervantis Inc.
Watermark Power Solutions, Inc.
Winstar Solutions, LLC
World Energy
Worthington Energy Consultants, LLC
Xencom Green Energy, LLC
Yes Energy Inc.
Your Choice Energy, LLC
Yum Capital, LLC
Zentility, Inc.

**Clerk of the Court**
Hansen, Darlene
Ochsner, Nathan

**Debt/Note Holders/Lenders**
AllianceBernstein
Anchorage Capital Group LLC
Apollo Capital Management LP
Appaloosa
Bank of America, N.A.
Bank of Tokyo-Mitsubishi UFJ LTD.
Barclays Bank PLC
Barclays Capital Inc.
BlackRock
Blackstone
Blackwell Partners
BNP Paribas Securities Corp.
Bracebridge Capital
Brigade Capital
Capital Group
Capital Ventures International
Carronade Capital
Cassini Partners
CastleKnight
Citadel
Citigroup Global Markets Inc.
Contrarian Capital
Credit Agricole Corporate and Investment Bank
Credit Suisse AG, Cayman Islands Branch
Credit Suisse Securities (USA) LLC
Deutsche Bank AG, New York Branch
Deutsche Bank Securities Inc.
Diameter Capital Partners LP
FourSixThree Capital
Franklin Advisers
GoldenTree Asset Management LP
Goldman Sachs & Co. LLC
Goldman Sachs Bank USA
J.P. Morgan Securities LLC
JPMorgan Chase Bank, N.A.
KeyBank National Association
King Street
Livello
Lord Abbett
Mizuho Bank, Ltd.
Morgan Stanley & Co. LLC
Morgan Stanley Bank N.A.
Morgan Stanley Senior Funding, Inc.
MUFG Bank, LTD.
MUFG Securities Americas Inc.
MUFG Union Bank, N.A.
Natixis Securities Americas LLC
Natixis, New York Branch
Neuberger Berman
Nuveen Asset Management
Orion Energy Partners
Owl Creek Asset Management, LP

Pennsylvania Economic Development Financing
  Authority
Philosophy Capital Partners
PIMCO
RBC Capital Markets, LLC
Riverstone Capital Services LLC
Royal Bank of Canada
Rubric Capital Management
Silver Point Finance, LLC
Star V Partners
Sumitomo Mitsui Banking Corporation
SunTrust Bank
System 2 Master Fund
TD Asset Management
The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.
The Royal Bank of Scotland plc
Two Seas Global
UBS AG, Stamford Branch

**Debtors/Affiliates**
Barney Davis Coin LLC
Barney Davis, LLC
Barney M. Davis LP
Barney M. Davis, LP
BDW Corp.
Bell Bend Holdings, LLC
Bell Bend, LLC
Brandon Shores Battery Storage LLC
Brandon Shores LLC
Brandon Shores Storage LLC
Brunner Island Services, LLC
Brunner Island Solar LLC
Brunner Island, LLC
C/R Topaz Holdings, LLC
C/R Topaz Power Holdings, LLC
Camden Battery Storage LLC
Camden Plant Holding, L.L.C.
Camden Storage LLC
Colstrip Comm Serv, LLC
Conemaugh Fuels, LLC
cQuant.IO, Inc.
Cumulus Barney Davis Coin Holdings LLC
Cumulus Battery Storage Holdings LLC
Cumulus Battery Storage LLC
Cumulus Coin Holdings LLC
Cumulus Coin LLC
Cumulus Crypto Holdings LLC
Cumulus Data Holdings LLC
Cumulus Data LLC
Cumulus Digital Holdings LLC
Cumulus Digital LLC
Cumulus Growth Holdings LLC
Cumulus HS Holdings LLC
Cumulus MS Holdings LLC
Cumulus MS Holdings Two LLC
Cumulus Northwest Renewable LLC
Cumulus Northwest Renewables LLC

Cumulus PJM Renewables LLC
Cumulus PT Energy Transitions Holdings LLC
Cumulus Real Estate Holdings LLC
Cumulus Renewables Holdings LLC
Cumulus Renewables LLC
Cumulus SS Holdings LLC
Cumulus Storage Holdings LLC
Cumulus Technology Ventures LLC
Cumulus Texas Renewables LLC
Dartmouth Plant Holding, LLC
Dartmouth Power Associates Limited Partnership
Dartmouth Power Generation, L.L.C.
Dartmouth Power Holding Company, L.L.C.
Elmwood Energy Holdings Limited Liability Company
Elmwood Energy Holdings, LLC
Elmwood Park Power, LLC
Fishbach Battery Storage LLC
Fishbach Storage LLC
Fort Armistead Road –Lot 15 Landfill, LLC
General Control Systems, Inc.
H.A. Wagner LLC
Hardwood Storage LLC
Harwood Battery Storage LLC
Harwood Storage LLC
Holtwood Solar HoldCo LLC
Holtwood Solar LLC
Holtwood, LLC
Jade Power Generation Holdings, LLC
Jenkins Battery Storage LLC
Jenkins Storage LLC
Keystone -Conemaugh Projects, LLC
Keystone Fuels, LLC
Lady Jane Collieries, Inc.
Laredo WLE, LP
Laredo, LLC
Liberty View Power, L.L.C.
LMBE Project Company LLC
LMBE-MC Holdco I LLC
LMBE-MC Holdco II LLC
Lower Mount Bethel Battery Storage LLC
Lower Mount Bethel Energy, LLC
Lower Mount Bethel Storage LLC
MACH Gen GP, LLC
MACH Gen LLC
MACH Gen, LLC
Martins Creek Battery Storage LLC
Martins Creek Solar LLC
Martins Creek Storage LLC
Martins Creek, LLC
MC OpCo LLC
MC Project Company LLC
McClure Company, Inc.
MEG Generating Company, LLC
MEG Yellow Pine, LLC
Millennium Builders, Inc.
Molecule Software, Inc.
Montana Growth Holdings LLC
Montour Coin LLC

Montour Services, LLC
Montour Solar HoldCo LLC
Montour Solar HoldCo Two LLC
Montour Solar One LLC
Montour Solar Two LLC
Montour, LLC
Morris Energy Management Company, LLC
Morris Energy Operations Company, LLC
Nautilus Cryptomine LLC
NBCP Urban Renewal Corporation
NBCP Urban Renewal Partnership
New MACH Gen, LLC
Newark Bay Battery Storage LLC
Newark Bay Cogeneration Partnership, L.P.
Newark Bay Holding Company, L.L.C.
Newark Bay Storage LLC
Noria Hondo Solar LLC
NorthEast Gas Generation Holdings, LLC
Nueces Bay WLE, LP
Nueces Bay, LLC
PD Solar 1 LLC
Pedricktown Cogeneration Company LP
Pedricktown Investment Company LLC
Pedricktown Management Company LLC
Pennsylvania Mines, LLC
PJM Solar 1 LLC
PP&L EnergyPlus Co.
PP&L EnergyPlus Co., LLC
PPL Bell Bend, LLC
PPL Brunner Island, LLC
PPL Colstrip I, LLC
PPL Colstrip II, LLC
PPL Energy Services Group, LLC
PPL Energy Services Holdings, LLC
PPL Energy Services Mid-Atlantic, LLC
PPL Energy Services Northeast, Inc.
PPL Energy Supply, LLC
PPL EnergyPlus, LLC
PPL Generation Services, LLC
PPL Generation, LLC
PPL Holtwood, LLC
PPL Land Holdings, LLC
PPL Martins Creek, LLC
PPL Montana Holdings, LLC
PPL Montana, LLC
PPL Montour, LLC
PPL Nuclear Development, LLC
PPL Renewable Energy, LLC
PPL Susquehanna, LLC
PPL Treasure State, LLC
PT Energy Transitions LLC
Raven FS Property Holdings LLC
Raven Lot 15 LLC
Raven Management MM Inc.
Raven Power Finance LLC
Raven Power Fort Smallwood LLC
Raven Power Generation Holdings LLC
Raven Power Group LLC

Raven Power Marketing LLC
Raven Power Operating LLC
Raven Power Property LLC
Realty Company of Pennsylvania
RJS Generation Holdings LLC
RJS Merger Sub Inc.
RJS Power Holdings LLC
RJS Power LLC
RMGL Holdings LLC
Sapphire Power Finance LLC
Sapphire Power Generation Holdings LLC
Sapphire Power LLC
Sapphire Power Marketing LLC
Silverthorn Solar LLC
Silverthorn Wind LLC
Silverthorn Wind Two LLC
Sunbury Solar HoldCo LLC
Sunbury Solar LLC
Susquehanna Data LLC
Susquehanna Nuclear, LLC
Talen Battery Storage Holdings LLC
Talen Coin Holdings LLC
Talen Cumulus Holdings LLC
Talen Data Holdings LLC
Talen Energy Corporation
Talen Energy Holdings, Inc.
Talen Energy Marketing, LLC
Talen Energy Retail LLC
Talen Energy Services Group, LLC
Talen Energy Services Holdings, LLC
Talen Energy Services Northeast, Inc.
Talen Energy Supply, LLC
Talen Generation LLC
Talen Generation Services, LLC
Talen Generation, LLC
Talen HS Holdings LLC
Talen II Growth Holdings LLC
Talen II Growth Parent LLC
Talen Investment Corporation
Talen Land Holdings, LLC
Talen Maine, LLC
Talen Montana Holdings LLC
Talen Montana, LLC
Talen MS Holdings LLC
Talen MS Holdings Two LLC
Talen NE LLC
Talen Northwest Renewables LLC
Talen Nuclear Development, LLC
Talen PJM Renewables LLC
Talen Receivables Funding, LLC
Talen Renewables Holdings LLC
Talen Renewables LLC
Talen Solar Holdings LLC
Talen South Texas Solar LLC
Talen Spectrum, Inc.
Talen SS Holdings LLC
Talen Storage Holdings LLC
Talen Technology Ventures LLC

Talen Technology Ventures, LLC
Talen Texas Group, LLC
Talen Texas Property, LLC
Talen Texas Renewables LLC
Talen Texas, LLC
Talen Treasure State, LLC
Topaz Power Group GP II, LLC
Topaz Power Group LP II, LLC
Topaz Power Group, LLC
Topaz Power Holdings, LLC
Topaz Power Management II GP, LLC
Topaz Power Management II LP, LLC
Topaz Power Management II, LP
Wagner Battery Storage LLC
Wagner Battery Storage Two LLC
Wagner Storage LLC
Wagner Storage Two LLC
West Shore Battery Storage LLC
West Shore Storage LLC
Williamsport Battery Storage LLC
Williamsport Storage LLC
York Battery Storage LLC
York Generation Company LLC
York Plant Holding, LLC
York Storage LLC

**Directors/Officers - Current**
Alexander, Ralph
Berryman, Brad
Blair, Scott
Burton, Jason
Chesser, John
Dalton, Kevin
Douglass, Thomas G. Jr.
Endlich, Jason
Figueroa, Orlando
Flaton, Carol
Gasior, Kenneth M.
Hall, Marketa
Hernandez, Alejandro "Alex"
Jackson, Marc A.
Karian, Andrew
Kosa, Frank
Lapeyre, Pierre F. Jr.
Lebsack, Dale E. Jr.
Leuschen, David M.
Liu, Ying
Muhr, Robert F.
Muller, Cole
Obie, Damon D.
Plagens, Anthony J.
Price, Ryan A.
Raggio, Debra
Reneau, Rebekah
Shannon, John J. III
Sigo, Olivia
Torres, Alexander
Townsend, Ashley

Walker, Johnny
Wang, Kevin
Wertheimer, Dustin W.
Wojtaszek, Gary
Woodland, Timothy M.
Wright, Andrew M.

**Directors/Officers - Former**
Baker, Charles S.
Farr, Paul
Gros, Thomas D.
Gross, Thomas
Hackett, James
Williams, Carl

**Directors/Officers Affiliations**
American Heart Association
BAW Investment Company LLC
Berwick Area United Way
BlueVoyant
CNET Investments LLC
Crofton Swim and Tennis Club
East Side Memorial Little League
Enviva Partners, LP
Hall Assets LLC
Houston Methodist of the Woodlands Hospital
James A. Baker, III Institute for Public Policy at Rice
   University, Houston
New York University
New York University (NYU) School of Engineering
Nuclear Energy Institute
Pritzker Organization
Riverstone Holdings LLC
Volunteer Center of the Lehigh Valley

**Insurance - PFA/Surety**
AEGIS Insurance Services, Inc.
AEGIS, Associated Electric & Gas Services Limited
   Hamilton, Bermuda
AIU Insurance Company
Allianz Global Risks US Insurance Company
American Nuclear Insurers
Amynta Group
ANV Global Services, Inc.
Aon Global Power
Applied Underwriters Inc.
Arch Capital Group Ltd.
Arch Insurance Co
Argonaut Insurance Company
Ascot Group Limited
Associated Electric & Gas Insurance Services Ltd.
Atlantic Specialty Insurance Company DBA Intact
   Services USA, LLC
Baltimore Gas and Electric Company
Beazley Insurance Company
Berkley Professional Liability
Bureau of Customs And Border Protection
Capitol Specialty Insurance Corporation

City of Baltimore
Commonwealth of Pennsylvania, Department Of
    Environmental Protection
Continental Casualty Company
East Manchester Township
Endurance American Insurance Company
Energy Insurance Mutual Limited
ESIS Inc.
Everest National Insurance Company
First Insurance Funding, Corp.
General Security National Insurance Company
Great American Insurance Company
Hiscox Insurance Company
Indian Harbor Insurance Co
Intact Insurance Specialty Solutions (North America)
Ironshore Specialty Ins. Co.
Lloyds of London – Beazley Syndicate
Lloyds of London – Brit Syndicate
Lloyds of London – Kiln, Arc & ACT Syndicates
Lockton Companies LLP
Lockton Companies, LLC
National Fire Insurance Company
National Union Fire Insurance Company of Pittsburgh,
    PA
New Hampshire Insurance Company
Nuclear Electric Insurance Limited
Pennsylvania Department of Transportation
Pennsylvania Public Utility Commission
PMA Companies
Public Service Commission of The District of
    Columbia
Sedgwick Claims Management Services
Starr Indemnity
State Of Montana, Montana Department of
    Environmental Quality
Syndicates 2623/623 (Beazley Syndicate)
Syndicates 2987/2988 at Lloyd's (Brit)
Syndicates 510/4472 at Lloyd's (Kiln)
The Travelers Companies, Inc.
Travelers Casualty and Surety Company of America
Treasurer, State of New Jersey Board of Public Utilities
U.S. Specialty Insurance Company
Urenco Enrichment Company Limited
Wesco Insurance Company
XL Specialty Insurance Company
Zurich American Insurance Company

**ISDA/NAESB/Hedging Parties**
Axpo U.S. LLC
Barclays Bank Plc
Boston Energy Trading And Marketing LLC
BP Energy Company
Calpine Energy Services, L.P.
Castleton Commodities Merchant Trading L.P.
Citibank N.A., New York
Citigroup Energy Inc.
Consolidated Edison Energy, Inc.
Credit Suisse International

Direct Energy Business Marketing, LLC
DRW Energy LLC
DTE Energy Trading, Inc.
DXT Commodities North America LLC
EDF Trading North America, LLC
Emera Energy Services
EQT Energy, LLC
Exelon Generation Company, LLC
Fairless Energy, L.L.C.
Hartree Partners, LP
J. Aron & Company
Koch Energy Services, LLC
Macquarie Energy LLC
Mercuria Energy America, Inc.
Mercuria Energy America, LLC
Mitsui Bussan Commodities Ltd
Morgan Stanley Capital Group Inc.
MUFG Union Bank, N.A.
Natixis
New Jersey Natural Gas Company
NextEra Energy Marketing, LLC
NJR Energy Services Company
NRG Power Marketing Inc
Pacific Summit Energy LLC
RBC Capital Markets
Royal Bank of Canada
Schuylkill Energy Resources, Inc.
Shell Energy North America (US), L.P.
Tenaska Marketing Ventures
Transalta Energy Marketing (U.S.) Inc.
Twin Eagle Resource Management, LLC
Uniper Global Commodities North America LLC
Vitol, Inc.
Williams Energy Resources LLC
Wind Park Bear Creek, LLC

**Joint Venture Partners**
Allegheny Electric Cooperative, Inc.
Atlantic City Electric Company
Avista Corporation
BQ Energy Development LLC
Chief Conemaugh Power II, LLC
Chief Conemaugh Power, LLC
Chief Keystone Power II, LLC
Chief Keystone Power, LLC
Conemaugh Power LLC
Conemaugh Power Pass-Through Holders LLC
Delmarva Power & Light Company
Exelon Generation Company LLC
Jersey Central Power & Light Company
KCE MD1 LLC
Keystone Power LLC
Keystone Power Pass-Through Holders LLC
Metropolitan Edison Company
NorthWesten Corporation d/b/a NorthWestern Energy
PacifiCorp
Pattern Renewables 2 LP
Portland General Electric Company

PSEG Power LLC
Puget Sound Energy Inc.
TeraWulf (Thales) LLC

**Landlords**
Berwick Associates
Berwick Hospital, Columbia County
City Center
Constellation Power Source Generation, LLC
Don E. Bower
Donohue & Stearns PLC
Edward J. Haefeli
Edward J. Haefeli Trading As Edward J. Haefeli Urban
    Renewal Developer
Equity Industrial A-york LCC
Gottstein Realty Compnay, LLC
Marcal Manufacturing
McKnight Cranberry V, LP
Mexichem Specialty Resins
Roy W. Piper Charitable Trust
Salem Township
South Jersey Port Corporation
Three Hughes Landing
Tower Six OP, LP
U.S. Bank National Association
United States Gypsum Company
York Butterfly Limited Partnership

**Litigation**
BNSF Railway Company
Burnett, Richard
Colstrip Properties Inc.
CSX Transportation, Inc.
Durnack, Annette M.
Egerer, John
ERCOT (Electric Reliability Counsel of Texas)
Fiore, Anne W.
First Energy Service Corporation
Fontenot, Nathan
Glenn, Hake
Griffith, Kelly
Karch, James
Kinder Morgan Tejas Pipeline LLC
Klinger, Theresa
Levya Calderon, Jose G.
MES Inc.
Midwest Energy Emmissions Corp.
Norfolk Southern Railway Company
NorthWestern Corporation
PPL Corporation
Rough, Wayne
Shaubach, Henry Jr.
State of Montana
Talen Montana Retirement Plan
Union Pacific Railroad Company
United States Government
Wales, Timothy G.
Weik, Jeffrey S.

**Master Service List Parties**
ANDREW MYERS, P.C.
BHI ENERGY, INC.
DORSEY & WHITNEY LLP
ENVIRONMENTAL PROTECTION AGENCY
HAYNES AND BOONE, LLP
INTERNAL REVENUE SERVICE
MUNSCH HARDT KOPF & HARR, P.C.
OFFICE OF THE UNITED STATES TRUSTEE
ORRICK, HERRINGTON & SUTCLIFFE LLP
PERKINS COIE LLP
RIVERSTONE
SECURITIES & EXCHANGE COMMISSION
SECURITIES & EXCHANGE COMMISSION - FORT
    WORTH OFFICE
SECURITIES & EXCHANGE COMMISSION - NY
    OFFICE
SECURITIES AND EXCHANGE COMMISSION -
    HEADQUARTERS
SECURITIES AND EXCHANGE COMMISSION -
    REGIONAL OFFICE
SHIPMAN & GOODWIN LLP
SIDLEY AUSTIN LLP
SOUTHERN DISTRICT OF TEXAS
STATE OF TEXAS ATTORNEY GENERAL
STATE OF TEXAS COMMISSION ON
    ENVIRONMENTAL QUALITY
TEXAS ENVIRONMENTAL PROTECTION
    AGENCY
US NUCLEAR REGULATORY COMMISSION -
    USNRC
VITOL INC.
WILLKIE FARR & GALLAGHER LLP

**Ordinary Course Professionals**
Alix Partners, LLP
Baker Botts, LLP
Barnes & Thornburg, LLP
Bigley and Blikle
Bracewell LLP
Brown Law Firm, PC
Burton Tax LLC
CEO Works LLC
Corporation Service Company
Cozen O'Connor
Crowley Fleck, PLLP
Cummings Westlake, LLC
David B. Kinnard
Deloitte & Touche Products Company LLC
Deloitte Transactions & Business Analytics LLP
Duff & Phelps LLC
Ernst & Young LLP
Eversheds Sutherland
Faegre Drinker Biddle & Reath LLP
Filsinger Energy Partners
Fitzpatrick, Lentz & Bubba, P.C.
Foley Hoag LLP

Gibson Dunn & Crutcher LLP
Global Tax Management, Inc (GTM)
Gordon Feinblatt
Guidehouse
Hance Scarborough, LLP
Hepler Broom LLC
Holland & Hart LLP
Hunton & Williams LLP
Hunton Andrews Kurth LLP
Jones Walker LLP
K&L Gates LLP
Kasowitz Benson Torres LLP
Kean Miller LLP
Keffer Wood Allen and Rahal LLP
Kekst CNC
Koenig, Oelsner, Taylor, Schoenfeld & Gaddis PC
KPMG LLP
Littler Mendelson PC
M.A. Cohen & Co
Manko, Gold, Katcher & Fox, LLP
McCarthy Tetrault, LLP
McDermott Will & Emery, LLP
Mercer Thompson LLC
Morgan Lewis & Brockius, LLP
Myers Brier & Kelly, LLP
O'Melveny & Myers, LLP
Pillsbury Winthrop Shaw Pittman LLP
Porter Hedges LLP
Potter Anderson & Corroon LLP
Quinn Emanuel Urquhart & Sullivan, LLP
Regulated Capital Consultants LLC
Richards Layton & Finger
Ross Aronstam & Moritz LLP
Roux Associates, Inc.
RSM US LLP
Ryan, LLC
Scott Douglass & Mcconnico, LLP
Shearman & Sterling LLP
Skadden, Arps, Slate, Meagher & Flom LLP
Stutzman Bromberg Esserman & Plifka
Susman Godfrey LLP
Taylor Luther Group
Thomson Reuters (Tax & Accounting) Inc.
Val Britton Group
Vedder Price PC
Venable LLP
Vinson & Elkins LLP
Vorys, Sater, Seymour And Pease LLP
Wagstaff LLP
WG Consulting LLC
White & Case LLP
White & Williams LLP
Willis Towers Watson US LLC
Willman & Silvaggio LLP
Winston & Strawn

**Other Professionals**
Davis Polk & Wardwell

Houlihan Lokey
King & Spalding LLP
Kirkland & Ellis LLP
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Perella Weinberg Partners
RPA Advisors

**Other Significant Creditors**
Pension Benefit Guaranty Corporation (PBGC)

**Retail Contract Counterparties**
100 Airport KPG III, LLC
111 Hill Avenue Operating, LLC
114 Hill Avenue Operating, LLC
123 South Broad Condominium Association
1440 New York Avenue Associates, LP
1500 Locust LTD Partnership
1529 Commerce Avenue, LLC
1835 Market St LP
200 Airport KPG III, LLC
201 West Passaic Venture LLC
2120 P Street Associates, LLC
265 Davidson Ave. LLC
280 Prospect Ave Corp
326 Associates, L.P.
333 Meadowlands Venture, LLC
395 Rochelle Park, LLC
3-D Body Works, Inc.
45 Eisenhower Venture, LLC
471 AD Associates
500 Manilla Ave. LLC
510 Venture LLC
555 Venture LLC
6101 Automotive, Inc.
7973 Food Inc
80 Park Plaza Spe LLC
A & K Foods, LLC
A.S.P. Services Inc.
Aarsand Management, LLC
Aavid Thermacore, Inc.
Aberdeen Road Company
AC Products, Inc.
Accudyn Products, Inc.
AccuWeather Inc.
Acutec Precision Aerospace, Inc.
Advanced Cast Products, Inc.
Advanced Conversion Technology, Inc.
Advanced Machine Systems, Inc
Advanced Scientifics, Inc.
Agricultural Commodities, Inc
Agventures LLC
AHS Hospital Corp.
Akron Rubber Development Laboratory, Incorporated
Alexander Summer, L.L.C.
Alexandria Manor Inc.
ALFIERI LLC
ALL Holding Company, LLC
Allegheny Bradford Corporation

Allegheny Wood Products, Inc.
Allen Organ Company
Allentown Arena Condominium Unit Owners
    Association, Inc.
Allentown Housing Authority
Allentown Parking Authority
Almag Plating Corp
Almatis, Inc.
Alpha Assembly Solutions Inc.
Altec Industries, Inc.
American Asphalt Company, Inc.
American Blacktop Company, Inc.
American Customer Care, Inc.
American Gastroenterological Association, Inc.
American Hardwood Industries, LLC
American Plaza Doughnuts
American Red Cross
American Zinc Recycling Corp.
Ames Advanced Materials Corporation
Amick Farms, LLC
AMZ Manufacturing Corporation
Anthropologie, Inc.
Antonio Origlio, Inc.
Antwerpen Auto
AP Family Mushrooms LLC
AP Thermoforming LLC
Apex Tool Group, LLC
Appalachian Wood Products, Inc.
Applied Property Management Co., Inc.
Arbco Industries, LLC
Arbor Management, LLC
Architectural Polymers, Inc.
Arconic Inc.
Armstrong Flooring, Inc.
Armstrong World Industries, Inc.
Arrowhead Industries Corporation
Artex Knitting Mills Inc.
Arthur M. and Frances P. Blaine Apartments, LLC
Artistic Glass Products Co.
Arundel Federal Savings Bank
Ascensus Specialties Callery, LLC
Ashers Chocolates Lewistown Inc.
Ashland Foundry and Machine Works, Inc.
Ashley Machine & Tool Co.
ASM Industries, Inc.
Aspen Woodbridge, LLC
Associated Materials, LLC
At Home Stores LLC
Atlantic Automotive Corp.
Atlas Machining & Welding, Inc.
ATLAS PRESSED METALS
Audubon Mutual Housing Corp
Aurolife Pharma LLC
Automatic Bowling Centre, Inc.
AutoZone Parts, Inc.
Azek Building Products, LLC
B & G Plastics, Inc.
B&G Foods, Inc.

Baker Young
Bakery De France
Balmoral Investments LLC
Baltimore Country Club
Baltimore Museum of Industry Inc
Bancroft Neurohealth
Bank of New York Mellon Corporation
Banneton Bakery Inc.
Barletta Materials & Construction, Inc.
Barnes & Noble, Inc.
Barton & Cooney, L.L.C.
Bayer Healthcare LLC
Bayonne School District
Baywoods Cooperative Housing Corporation
Beacon Roofing Supply, Inc
Beacon Sales Acquisition, Inc.
Ben Weitsman and Son of New Castle, LLC
Bentley Truck Services, Inc.
Berliner Specialty Distributors, Inc.
Berwick Area Joint Sewer Authority
Best Suites Hospitality LLC
Bet Investments, Inc.
Bethany Arms Motel Apartments Inc
Bethany Beach Express Owner LLC
Bethesda Hotel Associates LLC
Betts Industries, Inc.
Big Heart Pet Brands
Bigbee Steel & Tank Co.
BILO GAS N GO
Bimbo Bakeries USA, Inc.
Bindagraphics, Inc.
Blaise Alexander Management Inc
Blank Aschkenasy Properties LLC
Bliley Technologies Incorporated
Bloomsburg Carpet Industries, Inc.
Bloomsburg University of Pennsylvania
Blossom Row Owner LLC
Blue Ridge Real Estate Company
Blue Water Development Corporation dba Bethany
    Land Co., Inc.
Bluescope Buildings North America, Inc.
Bonham Nursing Center
Borne Holding Co., Inc.
Borough of Bloomfield
Borough of Indiana
Borough of Kennett Square
Borough of Quarryville
Borough of Steelton
Borough of Tyrone
Bowl America Incorporated
Boyer's Food Markets, Inc.
Boys' & Girls' Clubs of Newark Life Camp, Inc.
Bradford Ecumenical Home, Inc
Bradford Forest, Inc.
Branca Properties Inc
Brandywine Cira Post Office LP
Brandywine One Rodney Square LLC
Brandywine Operating Partnership, L.P.

Brentwood Industries, Inc.
Bridge Valley Farm, LLC
BRIDGEWATER CROSSING DE LLC
Bridon-American Corporation
Brilex Industries Inc
Bristol Gardens Inc
Brodhead Creek Regional Authority
Brook Farms Development LLC
Brookside Country Club of Allentown, PA
Brother and Sister Food Service, Inc.
Bruce-Wish Management, LP
Buckingham's Choice, Inc.
Burnham Holdings, Inc.
Burnham LLC
BWAY Corporation
Byram Healthcare Centers, Inc.
C.F. Martin & Co., Inc.
Calvary Baptist Church
Cambria Company LLC
Camelot A Condominium
Capano Management Company
Carbon County
Caring People Alliance
Carlisle Construction Materials Inc.
Carlisle Production Inc
Carnegie Institute
Carpenter Company
Casio America, Inc.
Catasauqua Area School District
Catelli Bros., Inc.
Cathedral Commons Partners, LLC
Cathedral Village
CBL and Associates Management Inc.
CCL Label (Baltimore) LLC
CCL Label, Inc.
CCL TUBE, INC
CEC 100, LLC
CEC200, LLC
Central Columbia School District
Centre Property Management LLC
Cetronia Ambulance Corps Incorporated
Chaucer Press, Inc.
Chester A. Asher, Inc.
Chester Loft, LLC
Chestnut Hill Hospital LLC
Chestnut Hill Owner LLC
Chevy Chase Club, Inc.
Church & Dwight Co., Inc.
Citterio USA Corporation
City of Reading
City of Rehoboth Beach
City of York
Clark Associates, Inc.
Clarkwestern Dietrich Building Systems LLC
Clearly Clean Products LLC
Cleveland Assets, LLC
Clinton County Solid Waste Authority
Clock Tower Condominium Association

Clover Farms Dairy Company Inc
CMBK Resort Holdings, LLC
Colonial Estates
COLUMBIA MONTOUR VOC TECH SCH
Comfort Inn - Clarks Summit
Commercial Contractors, Inc.
Commodore Perry School District
Commonwealth of PA DGS
Commonwealth of Pennsylvania
Community Haven Senior Citizen Housing Ltd
Compass Natural Gas Partners LP
Composiflex, Inc.
Comprehensive Healthcare Management Services, LLC
Conestoga Wood Specialties Corporation
Congoleum Corporation
Congregation of the Sisters Servants of the Immaculate
   Heart of Mary, Scranton, PA
CONNOQUENESSING BOROUGH
Consol Energy, Inc
Cook Myosite Incorporated
Copperhead Chemical Company, Inc.
Cornerstone Building Brands, Inc.
Corporation Service Company Inc
Council of The Devon
Country Fresh Batter, Inc.
Country Inns & Suites by Carlson, Carlisle, PA
County of Dauphin
County of Lancaster
County of Lehigh
Cousine Solutions, Inc. dba Egg Gourmet Solutions
Covelli Enterprises, Inc.
Covenant Life Church Inc
Craftbilt Manufacturing Co.
Crayola, LLC
CREI-Salisbury, LLC
Crescent Park Corporation
CROWN CASTLE FIBER LLC
Crown Two Penn Center Associates
CSL Behring, LLC
CSS Industries, Inc
Cumberland Freezers
D.F. Stauffer Biscuit Company Inc.
Dairy Farmers of America, Inc.
Dairy Maid Dairy, LLC
Daniels Cadillac, Inc.
Danville Area Community Center Inc
Dassault Falcon Jet Corp.
Datacolor, Inc.
David Weber Co., Inc.
Dayton Parts, LLC
Decor, Inc.
Deka USA Property Four LP
Delaware Museum of Natural History, Inc.
DePaul Group, Inc.
Derry Township School District
Desaki Japanese Restaurant
Deterding's Market Incorporated
DFA Dairy Brands Corporate, LLC

Dick's Sporting Goods, Inc.
Dimensional Merchandising, Inc.
District Photo, Inc.
DNV GL USA, Inc.
D-O-D Manufacturing, Inc.
Dor-Mae Industries, Inc.
Double H Plastics, Inc.
Dover Township
DSM Biomedical Inc
Dubois Mall
Duhadaway Tool and Die Shop, Inc.
Dukes Bar and Grille
Dulaney Towers High Rise
Durawood Products, Inc.
Dutchland Refrigerated Transport Inc
Dyer Quarry Inc
E & D Market Inc
E I Realty Inc
Eagle Lake Community Association Inc
Eam-Mosca Corp.
Earth Pride Organics, LLC
East Pennsboro Township
East Stroudsburg University
Eastern Driller Manufacturing Co., Inc.
Eastern Sintered Alloys, Inc.
Easypak, LLC
Eaton Corporation
Economic Progress Alliance of Crawford County
Edgewater Towers Condominium Unit Owners
   Association, Inc.
Edinboro University Of Pennsylvania
Eighth Avenue Operating, LLC
Elite Linen, LLC
Elizabethtown Area School District
Elizabethtown College
Emporium Hardwoods Operating Company, LLC
Engineered Precision Casting Co., Inc.
Entertrainment Junction
Enzyme Development Corporation
Ephrata Borough Authority
Erickson Living Management, LLC
Erie Forge and Steel, Inc.
Erie Plating Company
Eriez Manufacturing Co.
Esbenshade Inc.
Eureka Stone Quarry, Inc.
Euro Usa, Inc.
Eurofins Lancaster Laboratories, Inc
Everett Foodliner Inc
EVERGREEN COOPERATIVE LAUNDRY INC
Executive House Condominium Association-
Executool
Extreme Machine and Fabricating, Inc.
Faihopity Farms
Fair Oaks Opco LLC
Fairfield Inn & Suites Allentown West
Fairhaven, Inc.
Falls Center Condo Assoc.

Farmers and Distillers
Farrell Area School District
Farrell Golden Dawn Inc
Fbk Medical Tubing, Inc.
Federal Center Hotel Associates
Federal Reserve Bank of New York
Feesers, Inc.
Fenner, Inc.
Festival Fun Parks, LLC dba Kennywood
Fiber-Line LLC
Filmtech Corp
First Industrial Realty Trust, Inc.
First United Bank & Trust
Fisher Clinical Services, Inc.
Flinchbaugh Engineering, Inc.
Fluortek Inc.
Flynn Auto Group
FR Conversions Inc
Frank B Fuhrer Holdings Inc
Franklin Foods, Inc
Franklin Iron & Metal Corp.
Franklin Square LP DBA Kuhn?s Market
Free People of PA LLC
Friendship Public Charter School, Inc.
Frontenac Condominium Association I
Frydrych, David L and Audrey G Inc
Fst Logistics, Inc.
Fujirebio Diagnostics, Inc.
Fukuvi USA, Inc.
Fyda Freightliner Inc.
G & S Motor Equipment Co., Inc.
G. O. Carlson, Inc.
Gallitzin Borough Water Authority
Garrod Hydraulics, Inc.
Gaudenzia, Inc.
GC WEN Philly LLC
Gehr Plastics, Inc.
General Board of Church & Society, United Methodist
   Church
General Dynamics Land Systems Inc.
General Plumbing Supply, Inc.
General Polymeric Corporation
General Services Administration, US
Geo Specialty Chemicals, Inc., a Division of CPS
   Performance Materials Corp.
George M Leader Family Corp
Georgetown Day School, Inc.
Gerrity's Super Market, Inc.
Gill St Bernard's School
Glasgow, Inc.
Glenstone Foundation
GMH Capital Partners
Go Realty LLC DBA Birgo Realty LLC
Goodhart Sons, Inc.
Goodwill Keystone Area
Gould's Super Market Inc
Goya Foods, Inc.
Graham Architectural Products Corporation

Graham Capital Company
Graham Engineering Corporation
Graul's Market, Inc.
GREAT LAKES MANUFACTURING, INC.
Greater Englewood Housing Corp
Greater Hazleton Joint Sewer Authority
Greater Nanticoke Area School District
Greater Works Outreach Ministries, Inc.
Green Dragon Market & Auction Inc
Green Hill Condominium Owner's Association
Green Hills Manor Inc
Green Mountain Industrial Village, LLC
Greenbelt Consumer Co-Operative Inc
Gregg Township Municipal Authority
Greiner Extrusion Us, Inc.
Greiner Industries, Inc.
Grosfillex North America
Grove U.S. L.L.c
Guardian Elder Care at Kingston, LLC
Guardian Elder Care at Nanticoke II, LLC
Guardian Healthcare Home Office I, LLC DBA
    Guardian Elder Care Nanticoke, LLC
H. G. Roebuck & Son, Inc.
H. H. Knoebel Sons, Inc.
Hadco Metal Trading Co., LLC
Halifax Area School District
Hamilton Precision Metals, Inc.
HandyTube Corporation
Hang Xing Fa, Inc.
Hanover Architectural Products
Hanover Township
Hanover Township-Northampton County
Harbour Square Owners, Inc.
Harmony Castings, LLC
Harrisburg Area Community College
Harrisburg Area YMCA
Harvest Baptist Church (inc)
Hazleton City Authority
HBP Euclid Corporation
Hearth & Home Technologies, LLC
Heartland Fabrication, LLC
Hemlock Farms Community Association
Hemlock Municipal Sewer Cooperative
Hermitage School District
Herr Foods Incorporated
Hershey Creamery Company
Heyco Metals, Inc.
High Company LLC
Hillandale-Gettysburg, L.P.
HILLWOOD ESTATE, MUSEUM & GARDENS
Hishi Plastics U.S.A. Inc
Holiday House LLC
Hope Plaza Inc
Hopkins Villlage
Horner Sides, LLC
Hudson Harbour Condo Association
Humanim, Inc.
Hunter Panels LLC

Hydac Technology Corporation
Ideal Profressional Office Pk
iHerb, LLC
Independent Can Company
Industrial Sales & Mfg., Inc.
Ingram Micro Inc.
Internap Holding LLC
International Metal Reclaiming Corporation
International Poultry Breeders Hatcheries, Inc.
International Timber and Veneer, L.L.C.
IPX Liberty Boulevard Investors
IQE, Inc.
Iron Lakes Golf Club Inc.
Ironwave Hospitality LLC
Isaac's Deli, Inc
Island Trading Post Inc
Itg Cigars Inc.
ITP of USA, Inc.
Itu Inc
J&J Snack Foods Corporation
J. Ambrogi Food Distribution, Inc.
J. Loew Property Management, Inc.
J.A. Reinhardt & Co., Inc.
J.L. Moyer & Sons, Inc.
Jack Williams Tire Co., Inc.
Jaindl's Turkey Farm
Jamestown Area School District
JB Venture 4 LLC
JBI Corp
JBK Hardware
JC. Produce Corp
JDM Materials Co Inc.
Jewish Home of Greater Harrisburg
JLL c/o Alliance HP Spring Mill Property, LLC
Joe Jurgielewicz & Son Ltd
John F. Martin & Sons, Inc.
John Koller And Sons
John Sauder Buick Pontiac Chevrolet
Joint Municipal Authority of Wyomissing Valley,
    Berks County
Joseph A Fluehr III Funeral Home Inc
Joseph Fazzio Inc.
Joy Cone Co.
Juniata Valley School District
Just Born, Inc.
JVK Operations Limited
Kadima Healthcare Group LLC
Kam Man Holdings I LLC
Karns Prime and Fancy Food, LTD
Kci Technologies, Inc.
Keating Development Company
Kegel's Produce, Inc.
Kellogg Company
Kelly Township Municipal Authority
Keystone Adoles Cntr
Keystone Forging Company
Keystone Powdered Metal Company

Keystone Properties Group, Inc Ericsson Drive
    Associates, LP
K-Fab, Inc.
Kimsco Inc
Kinetico Incorporated
Kingsbury Corporation
Kirkwood House Preservation Limited Partnership
Kline Township Municipal Authority
Kloeckner Metals Corporation
Knitting 1, LLC
Kool Ice and Seafood Co., Inc.
Koryeo International Corp.
KPG One Washington LLC
Kristy's Kuts, Inc
Kunzler & Company, Inc.
Kutztown Auto Company
L.S. Starrett Co. / Webber Gage Div.
Laboratory Testing, Inc.
Lake Arrowhead Community Association
LAKE ERIE FROZEN FOODS
Lamppost Diner Inc
Lancaster Archery Supply, Inc.
Lancaster Area Sewer Authority
Lancaster County Motors, Inc.
Lancaster Leaf Tobacco Company of Pennsylvania, Inc.
Lancaster Mennonite Conference Schools, Inc
Lancaster Metal Manufacturing, Inc.
Lansford Coaldale Joint Water Authority
Lear Corporation
Lebanon School District
Lebanon Village Limited Partnership
Legend Biotech Corp.
Leggett & Platt, Incorporated
Lehigh Asphalt Pavings & Construction Co, Inc.
Lehigh Carbon Community College
Lehigh Heavy Forge Corporation
Lehigh Northampton Airport Authority
Lehigh Valley Industrial Park, Inc.
Lehigh Valley Zoological Society
Lenape Regional High School District
Leng-D'or USA Inc.
Liberty Truck Center, Inc.
Life Technologies Corporation
Linde Inc.
Lititz Area Mennonite School
Lititz Borough
Little Sisters of The Poor Inc
Little Sisters of The Poor, Baltimore, Inc.
Lock Haven University Of Pennsylvania
Lockwood Associates, LLC
Locust Grove Facility Operations, LLC
Lonza LLC
Lonza Walkersville, Inc.
Lower Dauphin School District
Lower Mount Bethel Energy LLC
Loyola University Maryland, Inc.
LP Cambridge LLC
Lujo Grocers LLC

Lupin Pharmaceuticals, Inc.
Luther Ridge Facility Operations, LLC
Lutheran Social Ministries of New Jersey, Inc.
Main Line Health System
Mallard Contracting Co. Inc.
Manchester Industries Inc
Mancor PA, Inc.
Manheim Township School District
Mann Lake, LTD
Manor at St. Luke Village Facility Operations, LLC
Mansfield University of Pennsylvania (Inc.)
Manticorp, LLC
MAP Ground Lease Owner LLC
Maple Donuts, Inc.
Maquet Cardiovascular LLC
Marcho Farms Inc.
Marcum LLP
Marlboro Manufacturing, Inc.
Martin Jf Family Corporation
Martino Enterprises, Inc.
Martins' Country Markets LLC
Masonic Villages of the Grand Lodge of Pennsylvania
Masonic Villages of the Grand Lodge of Pennsylvania,
    Inc.
MATSON LUMBER CO
McCarthy Tire Service Company
McClarin Plastics, LLC.
McCluskey Chevrolet
McDonald Steel Corporation
McDonald's of Lancaster
McDonogh School, Inc.
McNees Wallace & Nurick LLC
MCP II Park Plaza I LLC
MCP II Park Plaza II LLC
MCR Allentown Tenant LLC
Medistar Corporation
Megas Yeeros, LLC
Melitta U.S.A., Inc.
Members 1st Federal Credit Union
Mercer Area School District
Messiah Lifeways Community
MGS, Inc.
MHF Princeton Manager IV LLC
Micro Mold Co
Middle Smithfield Township
Mifflintown Municipal Authority & Twin Boroughs
    Sanitary Authority
Mikes Bilo Supermarket
Milford-Trumbauersville Area Sewer Authority
Millenium Operations, LLC
Millersburg Area Authority
Millersville Borough
Millwood, Inc.
Milton Regional Sewer Authority
Mitsubishi Chemical Advanced Materials Inc
Molded Fiber Glass Companies
MONDELEZ GLOBAL LLC
Monica Inc

Montgomery County Community College
Montgomery Montgomery Montgomery
Montville Plastics & Rubber
Moran Industries
Moravian Manors, Inc.
Morgan Advanced Materials and Technology, INC.
Morgan Truck Body, LLC
Moroco Family Limited Partnership
Mount Airy Lumber Company
Mount Joy Wire Corporation
Mountain Ridge Metals, LLC
Mountain View School District
Mountaire Farms of Delaware, Inc.
Mr. Chuck, LLC
MREF II 3550 Market L.P.
Mt Calvary Church of Elizabeth
Mullan Enterprises, Inc.
Municipal Authority of The Borough of West View
National Flight Services Inc
National Medical Services Inc
NATIONAL MENTOR HOLDINGS LLC
Naura Akrion Inc
Navratan LLC
Nci Group, Inc.
Neema Selinsgrove Dg, LP
Nello's Specialty Meats LLC
Nelson Steel Products, Inc.
NEMACOLIN COUNTRY CLUB
Nessco Enterprises LLC
New Concept Technology, Inc.
New Enterprise Stone & Lime Co., Inc.
New Hudson Facades LLC
New Jersey Performing Arts Center Corporation
New Prime Inc.
Newport Township Sewer Authority
NewTower Trust Company
Ninth and Sansom, LP
Nissin Foods (USA) Company, Inc.
Nokia of America Corporation
Norfolk Southern Corporation
North East School District
NORTH LONDONDERRY TWP
North Plainfield Nissan LLC
Northampton Borough Municipal Authority
Northeast Building Products Corp.
Northwest Bank
Nova Precision Casting Corporation
Novolex Holdings, LLC.
NWDC Operating LLC
NYI-NJ LLC
Oakmont Water Authority
Odd Fellows Home of Pennsylvania
Ohio Department of Rehabilitation and Correction
Ohio Tri County Food Alliance
Ohio Valley General Hospital
Ohio Valley Medical Center
Oil City, City of (inc)
Old Dominion Freight Line Inc

Old Man's Home of Philadelphia dba Saunders House Care
Oldcastle BuildingEnvelope, Inc.
Omnimax International, Inc.
One Commerce Center Condominium Council
Opsec Security, Inc.
OraSure Technologies, Inc.
Orlo Gaithersburg LLC
Orlo Takoma LLC
Owens & Minor, Inc.
Oxford Club of Wexford
PA MD NNN Office Berwyn Park, LLC
PA MD NNN Office SouthPoint, LLC
Paramount Metal Finishing Co Inc
Paramount Plaza LLC
Paramus Auto Mall Chevrolet-Geo Inc.
Paramus Woodbrook Venture, LLC
Park 80 East, LLC
Park Hudson Tenants Corp
Particle Size Technology Inc
Paulaur Corporation
Pavilion At St. Luke Village Facility Operations, LLC
Pel Healthcare LLC
Pellman Foods, Inc.
Penn Cambria School District
Penn Dairy LLC
Penn Stainless Products, Inc.
Penn Terminals, LLC
Penn Village Facility Operations, LLC
Penn Wood Products, Inc.
Penna Flame Industries Inc
Pennsylvania - American Water Company
Pennsylvania Mines LLC
Penn-Union Corp.
Peoples Security Bank and Trust Company
PeoplesBank, A Codorus Valley Company
PEP-UP, INC.
Performance Food Group
Philabundance
PHL Shanti LLC
Phoenix Sintered Metals, LLC
Piazza Management Company
Pine Creek Municipal
Pine Grove Area School District
Pine Township, Allegheny County
Plain'n Fancy Kitchens, Inc
Plastikos, Inc.
Pleasant View Retirement Community
Ply Gem Industries, Inc.
PMC Property Group, Inc.
Pocono Produce Co., Inc.
Pocono Vacation Park Inc
Podnar Plastics, Inc.
Polymer Molding, Inc.
Pond Run Housing L.P.
Ponzio's Kingsway Diner Inc
Port Authority of Allegheny County
Port Erie Plastics, Inc.

Potts Welding & Boiler Repair Co., Inc.
Powercon Corporation
PPF/AHP OFF 595-599 West State Street Owner, LLC
Premier Custom-Built, Inc.
Premium Waters Inc
Presbyterian Homes in the Presbytery of Huntingdon
Presbyterian Homes, Inc
Presbyterian Senior Living
Price & Gannon Inc
Pride Mobility Products Corp
Prime Conduit, Inc.
Prism Plastics, Inc.
Pronios Markets Inc
Prospect Crozer, LLC
Punxsutawney Finishing Works, Inc.
Quaker Maid Meats Inc.
Quality Custom Cabinetry, Inc.
Quality Foods Corporation DBA Kuhn?s Market
Quarryville Presbyterian Retirement Community
Quincy Retirement Community
Rable Machine Inc
Ralph and Paul Adams, Inc.
Ran Holding Corp
Reading Alloys, Inc.
Readington Farms, Inc.
Rebco, Inc.
Red Lion Municipal Authority
Redmed LLC
Reebar Die Casting, Inc.
Reed Manufacturing Company Inc
Regency Co Op Inc
Regenex Corporation
Regional Learning Alliance
Rehrig Pacific Company
Reliable Castings Corporation
Reliable Recycling Center
Remco, Inc
Renewal Processing, Inc
Rental Management Inc
Reserve Officers Association of United States
Rest Haven York
Restaurant Depot, LLC
Rettew Associates, Inc.
Rex Heat Treat
Reynolds School District
Richard J. Caron Foundation
Richter Precision, Inc.
Ritcheys Dairy Inc.
Rittenhouse Village at Lehigh Valley
River-Pw Hotel Limited Partnership
Riviana Foods Inc.
RLS Cold Storage of Pittston, PA Inc
RMGL Holdings LLC dba Royal Manchester Golf
   Links
Roamingwood Sewer & Water Co. Associates
Robert Prazer
Rockville Fuel and Feed Company, Incorporated
Roland Park Place, Inc.

Roman Catholic Diocese of Paterson
Roman Catholic Diocese of Scranton
Romark Logistics of PA, Inc.
Ron Jones Hardwood Sales, Inc.
Roselle Senior Citizens Housing Corp.
Route One Corporation
R-V Industries, Inc.
S Schiff Restaurant Service Inc
S&A Molders Inc
SA Recycling LLC
Saint Anne's Retirement Community
Sands Bethworks Gaming LLC
Sands Brothers Dodge, Inc
Saubel's Market, Inc.
Saucon Valley Country Club
Schenker, Inc.
Schott North America, Inc.
Scranton Hospital Company, LLC
Scranton-Quincy Hospital Company, LLC
Sechan Electronics, Inc.
Sekisui Polymer Innovations, LLC
Select Capital Commercial Properties
Select Medical Corporation, on behalf of its wholly
   owned subsidiary, Kessler Institute for
   Rehabilitation, Inc.
Select Veal Feeds Inc.
Selinsgrove Area School District (Inc)
Senior Somerville Citizen Housing Inc
Sentinel Connector Systems, Inc.
Service 1st Federal Credit Union
SH Plaza, LLC
Shamokin Housing Assoc. ( Lincoln Towers)
Sharon City School District
Sharpsville Area School District
Sheetz, Inc.
Shore Natural Rx, LLC
Shrewsbury Courtyard II
Sigmapharm Laboratories, LLC
Signature Flight Support Corporation
Silgan Plastics Corporation
Silgan White Cap Corporation
Simona America Industries LLC
Sippel Co., Inc.
SJV 1 FREDERICK OPCO LLC
Skills of Central Pennsylvania, Inc.
SL The Pointe LLC
Sleep Inn
Slippery Rock Campground Association
SOFO & SONS
Solar Atmospheres, Inc.
Solidstate Controls, LLC
Somerset Trust Company
South End Investors, LLC
South Williamsport Borough
Southpole Fort Lee
Southwest Capitol Assoc., LLC
Specialty Lubricants Corp
Specialty Ring Products, Inc.

Spectrum Control, Inc.
Spooky Nook Sports, Inc.
Sport Fit/Bowie Racquet & Fitness Club Inc
St Josephs Preparatory School
St Joseph's Villa
St. Clair Memorial Hospital
St. John Properties, Inc.
Stadium Casino RE, LLC
Standard Horse Nail Corp
Stanpac NJ LLC
State of Delaware
Staybridge Suites
Stayman Apartments
Steel Equipment Specialists LLC
Steinmetz, Inc.
Sterling Land Company
Sterling Place Associates, LLC
Stillwater Holdings, Inc.
Stoneridge Retirement Living
Strath Haven Condo Association
Strong Industries, Inc.
Sugar Creek Rest, Inc.
Sulzman Enterprises VIll, LLC
Sun Motor Cars, Inc
Sunbelt Transformer, Ltd.
Sunrise Senior Living Management, Inc
Superior Restaurant Group Corp.
Susque View Home
Susquehanna Brewing Co., LLC
SVBF Inc
Sykesville MD Al Opco LLC
T S K Partners, Inc.
Tanner Industries, Inc.
Taste It Presents Inc.
TE Connectivity Corporation
Tech Cast Holdings LLC
Tech Packaging, Inc.
TecPort Partners, L.P.
Teledyne Energy Systems, Inc.
Temple University Hospital, Inc.
Terrapin Investment Fund I, LLC
The Azek Company
The Bagel Place, Inc
The Bond Distributing Co
The Cafaro Company
The Calvary Church
The Chefs? Warehouse Mid-Atlantic, LLC
The Congregational Home
The Delaware State Fair Inc
The Ecumenical Community
The Geisinger Clinic
The Giorgi Companies, Inc.
The Harrisburg University of Science and Technology
The HC Operating Company Inc.
The Heights School
The Hershey Company
The Hite Company
The Home City Ice Company

The J.M. Smucker Company
The Jewel Tiny Box Inc
The Lancaster Country Club
The Leisure World of Maryland Corporation
The McCandless Township Sanitary Authority
The Mennonite Home
The Municipal Authority of the Borough of Elverson
The National Civil War Museum
The Newstead DBA The Newstead Condominium
    Association Inc
The Offices At Crystal Lake LLC Co BNE
The Presbyterian Home of The Presbytery of
    Huntington
The Provident Bank
The Prudential Insurance Company Of America
The Sarah A Reed Children's Center
The Sherwin-Williams Co.
The Sherwin-Williams Company
The Techs Industries, Inc.
THE VILLAGE AT MORRISONS COVE
The Washington East Washington Joint Authority
The Waterfall Catering Corporation
The White Bldg Condo Association
The Yeshiva of North Jersey Inc
Thermal Solutions Products LLC
Three City Center Op LP
Titanium Finishing Co.
Tomatki, Inc
TOMTREYCO HARTVILLE, INC.
Top-Star, Inc.
Towers Condominium Association Inc
Town of Chesapeake Beach
Tredegar Performance Films, Inc.
Tredegar Surface Protection, LLC
Tropical Cheese Industries Inc
Tropicana Atlantic City Corp.
Turner Automotive Corporation
Tuscarora Hardwoods, Inc.
Two City Center Op
U S Plastic Coatings Corp
U.S. Boiler Company, Inc.
U.S. Geological Survey, Maryland-Delaware-D.C.
    Water Science Center
U.S. Silica Company
Unimac KPS LLC
Union Township Adult Community Development
    Corporation
United Envelope, LLC
United Plate Glass Company, Inc.
United States Gypsum Company
United Surgical Partners International, Inc.
Universal Projects, Inc.
Universal Protective Packaging, Inc.
University of Pittsburgh - Of the Commonwealth
    System of Higher Education
Unizo Realestate DC Six LLC
Upper Dauphin Area School District
Urban Outfitters, Inc.

US Foods, Inc.
Utz Quality Foods, LLC
V & S Amboy Galvanizing LLC
Valley Precision Tool & Technology, Inc.
Valley Proteins, Inc.
Vantage Health System, Inc.
Vantage Healthcare Network Inc.
Velocity Condos
Verisign, Inc.
Victory Brewing Company
Vita-Line Products, Inc.
Vnet Holdings, LLC
Volunteers of America Delaware Valley, Inc.
Walker Mews Preservation, L.P.
Walnut Street Commons Inc
Washington Health System
Wayne Memorial Health System, Inc.
Weaver Industries Inc
Weaver Markets, Inc.
Weaver's of Wellsville
Webb Communications, Inc.
Wegmans Food Markets, Inc.
Weis Markets, Inc.
Wel Companies, Inc.
Welcome California Market, Inc.
Welles Street Associates, L.P.
West Hazleton Borough
West Hills Area Water Pollution Control Authority
West Middlesex Area School District Education
    Foundation, Inc.
West Shore Country Club
West Shore Evangelical Free Church
Westminster Place at Long Community
Westminster Place at Stewardstown
Westover Management Company, L.P.
Wexford Volunteer Fire Department Inc
Wheatland Tube Company, Div of Zekelman Industries
Whi Global, LLC
White Haven Market, Inc.
White Haven RE LLC
Wick Companies, L.L.C.
Wilkes University
Wilkes-Barre Behavioral Hospital Company, LLC
Wilkes-Barre Hospital Company LLC
Williamsport Country Club
Williamsport Municipal Water Authority
Willow Valley Communities
Wilmac Corporation
Wilmington Country Club
Wilson Creek Energy, LLC
Windber Hospital Inc., DBA Chan Soon-Shiong
    Medical Center at Windber
Windber Research Institute, DBA Chan Soon-Shiong of
    Molecular Medicine
Winston Towers 200 Association, Inc.
WOODMONT LOWER MAC LLC
WOODMONT PROPERTIES AT LEHIGH VALLEY
    LP

WOODMONT UM LP
Woodward Properties, Inc.
World Electronics Sales and Service, Inc.
WRC Senior Services
Wyoming Seminary
Wyoming Valley Motors
Wyoming Valley Sanitary Authority
Yellow Cab Holdings PA, LLC
Yorgos Restaurant & Lounge
York College of Pennsylvania Inc
YOUNG MEN'S CHRISTIAN ASSOCIATION OF
    YORK AND YORK COUNTY, PENNSYLVANIA
Youngstown YMCA
YSC Sports, LP
Zatsick's Golden Dawn
Zell Two Inc
Zook Molasses Co

**Retained Professionals**
Deloitte & Touche, LLP
PricewaterhouseCoopers LLP

**Taxing Authority/Governmental/Regulatory**
    **Agencies**
Anne Arundel County Public Works
Anthony Township (PA)
Barnett Township (PA)
Butte-Silver Bow Courthouse (MT)
Camden County Municipal Utilities Authority (NJ)
Chester Hill Borough (PA)
City of Allentown (PA)
City of Camden (NJ)
City of Laredo (TX)
City of Laredo Environmental Services Department
    (TX)
City of Newark (NJ)
Cogan House Township (PA)
Columbia County (PA)
Comptroller of Maryland
Conyngham Township (PA)
Corpus Christi-Nueces County Public Health District
    (TX)
County of Northampton (PA)
Delaware Public Service Commission
Delaware River Basin Commission (DRBC)
Delaware Township, County of Northumberland (PA)
Derry Township (Montour County) (PA)
Derry Township (PA)
Division of Revenue (DE)
Exeter Township (PA)
Federal Aviation Administration (FAA)
Federal Communications Commission
Franklin Township (PA)
ISO New England Inc.
Kleberg Township (TX)
Lancaster County Treasurer (PA)
Lancaster Township (PA)
Lower Mt Bethel Township (PA)

19

Luzerne County Conservation District (PA)
Madison Township (PA)
Martic Township (PA)
Maryland Department of the Environment (MDE)
Maryland Public Service Commission
Massachusetts Department of Environmental Protection (DEP)
Midcontinent Independent System Operator, Inc.
Monroe Township (PA)
Monroe Township (PA)
Montana Department of Environmental Quality (DEQ)
Montana Fish, Wildlife, & Parks
Montour County Conservation District (PA)
Moreland Township (PA)
National Marine Fisheries Service
National Oceanic and Atmospheric Administration (NOAA)
New Jersey Board of Public Utilities
New Jersey Department of Environmental Protection (DEP)
New York Independent System Operator
New York State Department of Taxation and Finance
NJ Division of Taxation
Northeast Power Coordinating Council (NPCC)
Nueces County (TX)
Office of Tax and Revenue (DC)
PA Department of Revenue
PA Dept. of Conservation and Resources
PA Dept. of Labor & Industry
PA Dept. of Transportation
PA Fish and Boat Commission
PA Game Commission
PA Historical & Museum Commission
Paint Township (PA)
Palmyra Township, County of Pike (PA)
Palmyra Township, County of Wayne (PA)
Passaic Valley Sewerage Commission
Pennsylvania Department of Environmental Protection (DEP)
Pennsylvania Public Utility Commission
PJM Interconnection, LLC
Public Utilities Commission of Ohio
Public Utility Commission of Texas
ReliabilityFirst (RF)
Rosebud County Conservation District (MT)
Rosebud County Treasurer (MT)
Rush Township, Centre County (PA)
Salem Township (PA)
Salem Township (Wayne County) (PA)
Shamokin Dam Borough (PA)
Shamokin Dam Township
Snyder County (PA)
Springettsbury Township (York, PA)
Susquehanna River Basin Commission (SRBC)
Susquehanna Township (Cambria County) (PA)
Texas Commission on Environmental Quality (TCEQ)
Texas Comptroller of Public Accounts
Texas Reliability Entity (TRE)

The Electric Reliability Council of Texas, Inc
The Federal Energy Regulatory Commission
The New England Power Pool Generation Information System (NEPOOL)
The North American Electric Reliability Corporation
Toledo Edison Company (First Energy)
Town of Dartmouth (MA)
Township of Oldmans (NJ)
Township of Sterling (PA)
Treasure County (MT)
U.S. Army Corp of Engineers
U.S. Coast Guard
U.S. Department of Transportation
U.S. Environmental Protection Agency (EPA)
U.S. Nuclear Regulatory Commission
US Dept. of Energy
US Fish & Wildlife Service
Webb County (TX)
Western Electricity Coordinating Council
White Township Tax Collector (NJ)
Yellowstone County Treasurer (MT)
York County Conservation District (PA)

**U.S. Attorney's Office**
Kincheloe, Richard A.
Lowery, Jennifer B.

**UCC Lien Parties**
Bank of the West, Trinity Division
Citigroup Energy Inc.
Dell Financial Services L.L.C.
J. Aron & Company LLC

**Unions**
International Brotherhood of Electrical Workers (IBEW) Local 1600
International Brotherhood of Electrical Workers (IBEW) Local 1638
International Brotherhood of Teamsters Local 190

**United States Trustee and Staff**
Aponte Sall, Millie
Barcomb, Alicia
Boykin, Jacqueline
Caluza, Alethea
Cox, S. Michele
Duran, Hector
Epstein, Kevin M.
Gerhard, Ivette
Griffin, Barbara
Henault, Brian
Johnson-Davis, Luci
Motton, Linda
Nguyen, Ha
Otto, Glenn
Rivera, Yasmine
Ruff, Jayson B.
Sall, Millie

Schmidt, Patricia
Simmons, Christy
Smith, Gwen
Statham, Stephen
Travis, Christopher R.
Waxton, Clarissa
White III, Clifford J.
Whitworth, Jana

**Utilities**
A&R Septic Services, LLC
ACC Business
Anne Arundel County, Maryland
AT&T Corp
AT&T Mobility
Atlantic City Electric Company
Avista Corporation
Baltimore Gas and Electric
Bear Communications, Inc. DBA Bearcom
Camden County Municipal Utilities Authority (NJ)
Cellco Partnership DBA XO Communications A
   Verizon Company
City & County Of Butte Silver Bow (MT)
City Center Allentown (PA)
City Of Allentown (PA)
City Of Camden (NJ)
City Of Colstrip (MT)
City of Corpus Christi (TX)
City of Laredo (TX)
City Of Newark Division Of Water (NJ)
Comcast
Constellation Power Source
El Centro Landfill (TX)
Eversource
Frontier
Greater Hazelton Can Do Inc
Hazleton City Authority - Water Department
Keystone Communications Service LLC
Lumen (CenturyLink)
Lumen (Level 3)
Lycoming County Landfill
Met-Ed
Mid-Yellowstone Electric Cooperative, Inc.
Montana-Dakota Utilities Co.
Northwestern Energy
NSTAR Electric Company DBA Eversource Energy
Passaic Valley Sewerage Commission
Penelec
Pennsylvania American Water
PenTeleData
PPL Electric Utilities
PSE&G Nuclear LLC
Public Service Electric & Gas Company
Range (MT)
RCN
Republic Services
Service Electric Cable T.V., Inc.
Southern Sanitation

Spectrotel Holding Company LLC, DBA Spectrotel
Springettsbury Township
The York Water Company
Tongue River Electric Cooperative Inc.
Town Of Dartmouth (MA)
Triangle Communications, LLC
UGI Utilities, Inc.
Verizon
Verizon Wireless
Vision Net Inc
VOIP Systems USA LLC
Waste Management National Services Inc
Waste Management of New Jersey
Windstream
Windstream (Broadview)
Wyoming Valley Sanitary Authority

**Vendors**
1201 North Market Street, LLC
190 Union Dues & Initiation
21St Century Signs
24 Hr Safety, LLC
360 office Solutions
3C Industrial, LLC
3Degrees Group Inc
3E Company Environmental, Ecological And
   Engineering
4-H Market Stock
A B Filicko Co., Inc.
A Plus Electric Motor, Inc
A Sealital Inc DBA Flowmark/Hightech Companies
A Stucki Intermediate Holdings LLC DBA A Stucki
   Rail Services Company Aka Dimec Rail Services
   Aka Diversified Mechanical Services
A To Z Machine Shop
A&A Bolt & Screw Co
A&B Environmental Services, Inc DBA A&B Labs
A&R Septic Tank Service, LLC
A. W. Chesterton Company
A.P. Services, LLC DBA Curtiss-Wright Nuclear
   Division
A.T.S. Electro-Lube Inter. Inc
A1 Septic Service Inc DBA A1 Septic Service
Aaa Moving & Storage Co
Aaf International
Aamstrand Products
Ab Power Advisors, LLC
Abacus Corporation
Abanaki Corporation
Abasco LLC
Abb Enterprise Software Inc.
ABB Inc
Abbey Fence And Deck Co Inc
Abbey Fritz Fence Co. Inc (Hold)
Abbott, Stringham & Lynch An Accountancy Corp
Abc Pest Control of Austin Inc DBA Abc Home &
   Commercial Services
Abrasives Inc

Absg Consulting Inc
Absolute Communications And Network Solutions Inc
Accelerant Technologies LLC DBA Accelerant
    Solutions
Acclaim Energy Advisors
Accurate Infrastructure Data, Inc. DBA A/I/Data
Accushim Inc
Ace American Insurance Company
Acf Environmental
Achieve Energy Solutions LLC
Aci Controls Inc
Acme Industrial Inc
Acoem Usa, Inc.
Acopian Technical Company
Acoustic Cleaning Systems, Inc.
Acs Maintenance Solutions, Inc
Act Independent Turbo Services Inc
Action Elevator Company, Inc.
Action Environmental, LLC
Action Supply Products Inc
Acuity Specialty Products, Inc. DBA Zep Sales &
    Service, Selig Industries, Niagara National
Acuity Technologies Holding Company, LLC DBA
    Owl Cyber Defense Solutions, LLC
Acuren Inspection Inc DBA Hellier/Code West -
    Division of Acuren Inspection Inc
Acuren Inspection, Inc.
Acv Environmental Services, Inc
Adam D. Stahlnecker DBA Stahlneckers Portable
    Toilets
Adams Field Machining Services LLC DBA Priority
    Field Machining Services
Adams Sfc Inc. DBA R.P. Adams
Adaptone LLC
Additel Corporation
Adobe Inc.
Adrian C Gutierrez DBA Poseidon Analytical
Ads LLC, DBA Ads Environmental Services And/Or
    Accusonic
Ad-Tech Cci Inc
Advance Air & Heat Co., Inc.
Advance Products & Systems Inc
Advance Tank And Construction Co.
Advanced Communications Technology, Inc. DBA
    Range
Advanced Filtration Company of Nj Inc
Advanced Filtration Concepts, Inc
Advanced Fluid Systems Inc
Advanced Geoservices Corp
Advanced Inspection Technologies, Inc.
Advanced Ozone Technologies, Inc DBA Aquadox
Advanced Pump & Equipment, Inc.
Advanced Technical Sales
Advanced Vacuum Company, Inc.
Advanced Wildlife Pest Control LLC
Advex Corporation
Advisors Energy Group LLC
Aecom Power E&C, Inc.

Aecom Technical Services Inc
Aeg Management Pittsburgh
Aegis Resource Management
Aep Texas Central Company
Aep Texas North Company
Aep Texas, Inc.
Aer Control Systems, Inc.
Aeroderivative Gas Turbine Support, Inc.
Aerotek, Inc.
Aerzen Usa Corporation
Aesseal, LLP
Afcomm LLC DBA Slatercom-Wcd / Slatercom
    Lighting Solutions
Affiliated Power Purchasers Intl LLC
Affinity Energy Management LLC
Afp Transformers Corporation
Aggreko Holdings Inc DBA Aggreko LLC
Agi Industries, Inc.
Aip-Bi Holdings Inc DBA Brooks Instrument LLC
Air Compressor Parts Inc
Air Control Techniques, P.C.
Air Monitor Corporation
Air Power Inc.
Air Products And Chemicals Inc
Air Specialty & Equipment
Air Techniques Inc
Airflow Sciences Corporation
Airgas Specialty Products, Inc.
Airgas, Inc. DBA Airgas Usa, LLC
Airline Hydraulics
Airman Products, LLC
Airmatic
Air-Oil Systems Inc
Airpower International Inc.
AJ Hurt Jr. Inc. DBA Reladyne
Alabama Specialty Products, Inc DBA Metal Samples
    Company
Albarell Electric Inc
Albireo Energy, LLC
Alfa Laval Inc
Algonquin Gas Transmission Company
Alice Parks-Culp
Alien Vault, Inc.
Alimak Group Usa Inc
Alin Machining Company LLC DBA Power Plant
    Services
Alive
Alixpartners Holdings, LLP DBA Alixpartners, LLP
All Brand Supply
All Clear Screening Services, Inc
All Fab LLC
All Thread Industrial
All4 LLC
Allan Industries, Inc.
Allegheny Electric Cooperative Inc
Allentown Area Ecumencial Food Bank
Allentown Fluid Systems, Inc.
Allentown Parking Authority

Allentown School District, Berkheimer Tax Admin
Alliance Engineering, Inc.
Alliance Health Resources Mobile Division, Ltd.
Alliance Mechanical Insulation LLC
Alliant Insurance Services, Inc. DBA Moore-Mcneil, LLC
Allied Control Services, Inc.
Allied Electronics, Inc, DBA Allied Electronics & Automation
Allmark Door Company LLC
All-Phase Electric Supply Co
Allsafe Elevator Inspections, LLC
Allstate Septic Systems LLP
Allyson Ford
Almedia Preteen Inc
Almetek Industries Inc
Alphasource Inc
Alpine Power Systems, Inc.
Als Group Usa, Corp
Alstam LLC
Altec Air, LLC
Altimus Distributing Inc
Altman Solon US, LP
Altre, LLC
Altyn Sales Company
Alvarez & Marsal Holdings, LLC DBA Alvarez & Marsal North America, LLC
A-Mark Pest & Bird Management, Inc
Amazon Capital Services, Inc.
Amazon Web Services, Inc.
Ambrose Construction, Ltd.
Amd Industries, Inc.
Amec Foster Wheeler Environmental Equipment Company
Amec Foster Wheeler Industrial Power Company, Inc.
Ameren Corporation
Ameresco, Inc.
Amerex Brokers LLC
American Air Filter Company, Inc. DBA Aaf International
American Alarm And Communications, Inc DBA Advanced Signal
American Arbitration Association, Inc
American Carbonation Corp.
American Ceramic Technology Inc
American Coal Ash Association, Inc.
American Consolidated Natural Resources, Inc.
American Crane & Equipment Cor
American Efficiency Services LLC
American Electric Power Service Corporation
American Electrical Testing Co, LLC
American Energy Products Inc
American Exchanger Services, Inc.
American Express Travel Related Services Company Inc
American Industrial Supply Corporation
American Innovations

American National Red Cross & Its Constituent Chapters And Branches DBA American Red Cross
American Nuclear Insurers
American Paper & Supply Co. Inc.
American Pest Management Inc
American Powernet Management, LP
American Public Land Exchange
American Safety Utility Corporation
American Scale & Equipment Co Inc
American Special Metals, Corp
American Specialty LLC
American Teleconferencing Services Ltd DBA Premiere Global Services
American Testing And Inspection Services, LLC DBA Atis Elevator Inspections, LLC
American Wear
American Welding & Gas, Inc.
Americus Hose Company
Ameridrives International LLC
Amertech Tower Services LLC
Ametek Arizona Instrument LLC DBA Ametek Brookfield
Ametek Power Instruments
Ametek Vis Division
Amiad Usa Inc
Amin Yusef Shabazz.
Amspec LLC
Anaconda Foundry Fabrication Inc DBA Affco
Analytic Stress Relieving, Inc
Analytical Technology, Inc.
Anchor Insulation Co. Inc.
Anchor Pump And Engineered Equipment
Anderson Service Inc
Andrew E. Kohn DBA Castle Rock Training
Andritz Separation Inc
Anixter Inc
Anodamine Inc
Ans Services LLC
Anthony Bonasera DBA East Latitude
Anthony Gallagher DBA Key Energy Consulting, LLC
Anthony Township, Tax Collector
Anthony W. Diemel DBA Td Management Consulting, LLC
Anvil Fire, PLLC
Aon Consulting, Inc. DBA Hewitt Associates LLC
Aon Hewitt
Aon Risk Services Northeast, Inc.
Ap Mechanical And Crane Services LLC
Apache Industrial Services, Inc.
Apex Holding Co. Dba Apex Oil Company, Inc.
Apex Instruments, Inc.
Apex Piping Systems, Inc.
Apex Steel Montana, Inc.
Api Heat Transfer Inc
Apollo Safety
Appalachian Railway Services
Applied Control Equipment LLLP
Applied Controls Inc

Applied Ecoscience, Inc.
Applied Energy Partners LLC
Applied Industrial Technologies-Pa, LLC
Applied Technical Services Inc
Appraisal & Marketing Assoc., Inc.
Approved Fire Protection Systems
APS Pressure Systems LLC DBA Advanced Pressure
    Systems
Aqseptence Group SRL
Aquilex LLC DBA Hydrochem LLC, Hydrochempsc
Aquilla & Neptun Enterprises LLC
Aramark
Aramsco
Arbill Inc
Arc Electric Inc
Arcadis U.S. Inc.
Architectural Doors & Hardware
Arco Enterprises Inc
Arcom Technologies
Ardell C. Trusty
Ares Security Corporation
Argo Inc. DBA Accurate Gas Co
Arise Incorporated
Arizona Public Service Company
Arlene Garcia Rasmussen DBA Nueces Elevator
    Company
Arm Camco LLC
Arms Reliability Engineers LLC
Armstrong Operating Co., LLC DBA Armstrong
    Lumber
Arndt Insurance Agency LLC
Arobone & Co Inc
Arobone And Co Inc
Arrow Elevator Inc.
Arrow Tank And Engineering
Arrowdale 1 LLC DBA Ambipar Pers
Arrowdale Lc DBA Pers
Arthur F. Knowles DBA Knowles Mechanical And
    Construction
Arvos Ljungstrom LLC
Asc Engineered Solutions
Ascend Analytics LLC
Asgco Manufacturing, Inc
Ash Resources Inc
Associated Bag Company
Associated Controls Inc
Associated Fasteners & Industrial Supply, Inc.
Associated Fire Equipment Co., Inc.
Associated Products Services Inc
Associated Steam Specialty Co
Association of Independent Colleges And
Astro Chemical Co. Inc.
AT&T Corp
Athena Controls Inc
Atlantech Distribution Inc
Atlantic Analytical Laboratory, LLC
Atlantic City Electric Company
Atlantic Crane Service, Inc DBA Eastern Crane Service

Atlantic Radio Telephone, Inc.
Atlas Commodities Ii Retail Energy, LLC DBA Atlas
    Retail Energy
Atlas Commodities LLC
Atlas Copco Compressors LLC
Atlas Copco USA Holdings Inc. DBA Quincy
    Compressor LLC
Atlas Copco Usa Holdings, Inc DBA Atlas Copco
    Compressors LLC
Atlas-Ssi, Inc.
Atmospheric G2, LLC Fka Rio Paloma Holdings Ii,
    LLC
Atwell, LLC
Aui Associates Inc
Auma Actuators Inc
Austin J Wade DBA Star Mechanical Service Inc
Auto Glass Technology
Automatic Valve Corp. DBA Av Nuclear
Automation Service
Automation Technology Inc
Avalon Energy Services LLC
Avalon Insurance Company
Aveva Software, LLC
Avex Electronics Corp
Avi Systems, Inc
Avista Corporation
Avo Multi-Amp Corp DBA Megger, States Terminal
    Blocks & Test Switches
AVS Industries LLC
Aw Chesterton Co
Awc
Axia Partners, LP
Axios Industrial Maintenance Contractors Inc. DBA
    Axios Industrial Group, LLC
Axyz Usa, Inc DBA Wardjet, LLC
Azima Dli LLC
B & H Distributors, Inc.
B & M Scale Inc
B&H Photo-Video-Pro Audio
B.F. Plastics, Inc
B.T.U. Brokers Inc
Babcock & Wilcox Power Generation Group, Inc
Babcock Power Services Inc
Babst, Calland, Clements & Zomnir Pc
Bachle Welding & Machine Inc
Bachmann Industries Inc.
Badger Magnetics Inc
Bailey R Kimball
Baker Botts LLP
Baker Hughes Holdings LLC DBA Nexus Controls
    LLC
Baker Hughes Holdings LLC DBA Waygate
    Technologies Usa, LP
Baker Hughes Holdings, LLC DBA Bently Nevada,
    LLC
Baker Hughes, A Ge Company LLC, DBA Dresser,
    LLC

Baker Hughes, A Ge Company, LLC DBA Ge
   Inspection Technologies, LP
Baker Hughes, A Ge Company, LLC DBA Reuter-
   Stokes, LLC
Baker Instrument Co.
Baker Process Equipment Co Inc
Baker Tilly Virchow Krause, LLP
Baker Transfer & Storage
Baldwin International
Balitmore Gas & Electrical (BGE)
Ballard Spahr LLP
Baltimore Rubber & Gasket Co Inc
Bangor Area School District, Tax Collector
Bank of New York
Bank of Tokyo-Mitsubishi Ufj
Barbara Matas
Barbey Electronics Corp
Barclays Bank Plc
Barcoding, Inc.
Barnes & Thornburg LLP
Barnett Township, Tax Collector
Barnhart Crane and Rigging
Barnhart Northeast, Inc DBA Hake Rigging Company
Barnhart Sales Company
Barrier Island Consulting, Plc
Baseload Power Generation Parts & Services, LLC
Basf Corporation
Basice, Inc.
Basler Electric Company
Bassler Equipment Co.
Bath County Energy, LLC
Battelle Memorial Institute DBA Battelle Pacific
   Northwest Division
Batteries Plus #253
Battery Warehouse
Bay Area Mechanical Services, Inc.
Bay Power Inc
Bay Town Painting & Marine Repair, Inc. DBA Bay
   Town Painting Inc.
Bay Valve Service & Engineering, LLC DBA Bay
   Valve Service, LLC
Bayard Printing Group
Bayo Technologies LLC
Bcl Technologies
Bcp Technical Services, Inc DBA Bcp Engineers &
   Consultants
Beabout Brock Easley LLC
Beaed of Corpus, Inc.
Bear Communcations, Inc. DBA Bearcom
Bear Ridge Machine & Fabrication, Inc.
Bearing & Drive Solutions I Inc DBA BDS Inc
Bearing & Drive Solutions Ii Inc DBA Bds Inc
Bearing & Drive Solutions Iii Inc DBA Bds Inc
Beaver Valley Environmental LLC
Beckwith Electric Company Inc
Bednash Consulting, Inc.
Belles Signs And Design, Inc.
Belluck & Fox, LLP

Belyea Company, Inc.
Belzona of South Texas, LLC
Belzona Rocky Mountain Inc
Benchmark Industries, Inc. DBA Diamond Technical
   Services
Benetech Inc
Bentley Systems, Incorporated
Beowulf Electricity & Data Inc
Berendsen Inc DBA Berendsen Fluid Power
Berkshire Energy Partners LLC
Berkshire Systems Group, Inc.
Berry Contracting, L.P. DBA Bay Ltd.
Berwick Ambulance Association
Berwick Area Joint Sewer Authority
Berwick Area School District, Tax Collector
Berwick Area Sd, Tax Collector
Berwick Area Ymca
Berwick Boulevard Association
Berwick Golf Club
Berwick Hospital Company DBA Berwick Hospital
Berwick Plaza Associates
Berwick Youth Football League
Beshore & Koller Inc
Best Line Leasing Inc DBA Best Line Equipment
Best Practice Energy, LLC
Best Practice Medicine
Bete Fog Nozzle, Inc.
Beth-Allen Ladder & Equip Inc
Beth-Allen Scaffold &
Bethany House of Laredo, Inc.
Better Engineering Mfg., Inc.
Beyond Components
Beyond Violence Inc
Bf Sales Engineering Inc
Bfi Waste Services of Texas, LP / El Centro Landfill
Bfpe International
Bfw Coupling Services Limited
Bgc Financial, LP
Bgc Partners LP
Bha Altair LLC DBA Parker Hannifin Corporation
BHI Energy Power Services LLC
BHI Energy Specialty Services LLC
Big Brothers Big Sisters of South Texas
Big Sky Linen And Uniform
Big Top Manufacturing, Inc DBA Big Top Shelters
Bigley And Blikle, LLC
Billings Clinic Occupational Health
Billings Restoration LLC DBA Servpro of Billings
Bill'S Electronics
Bird Industrial
Biros Septic & Drain Cleaning
Biros Utilities, Inc.
Bison Engineering Inc
Bitterman Scales LLC
Bizpower
Blac Inc.
Black & Veatch Corporation
Blackline Systems, Inc.

Blast Finishing, Inc DBA Omni Finishing Systems Inc
Bloomberg L.P. DBA Bloomberg Finance L.P.
Bloomsburg Metal Co
Blue Delta Energy LLC
Blue Sky Enterprise, Inc. DBA Rebound Industrial
   Maintenance
Bmi Mechanical Inc.
Bmr Thermal Inc.
BNL Industries
Bny Mellon - Nq Funding
Board of Trade - Port of Corpus Christi DBA Port
   Industries of Corpus Christi
Bogia Engineering Inc.
Bogy Inc. DBA Roto-Rooter Plumbing
Bollinger Energy Corporation
Bolttech Mannings, Inc.
Boomer'S Garage N Shop Supplies
Boomi Inc.
Borden & Remington Corp.
Border States Industries, Inc. DBA Border States
   Electric Supply; Shealy Electrical Wholesalers
Borough of Berwick/Berwick Fire Dept
Borton-Lawson Engineering
Bortstein Legal LLC DBA Bortstein Legal Group
Boss Insulation & Roofing Inc
Boss office Products
Botao Zhao
Bouchard, Inc.
Bowen Engineering Corporation
Bowser-Morner, Inc.
Boys & Girls Club of The Northern Cheyenne Nation
Brace Integrated Services, Inc.
Bracewell LLP
Bradco2 Systems Inc.
Bradford Roof Management, Inc.
Bradley Griffin, LLC
Bradley R Lewis DBA Creativenergy Options
Bradleys' Inc.
Brady Woldwide Inc, DBA Electromark Co
Branch Group, Inc. DBA Rexel, Inc.
Brand Energy & Infrastructure Holdings, Inc. DBA
   Brand Energy Services LLC
Brand Services LLC
Branom Operating Company LLC
Bravos Electricidad Sapi De Cv
Bray Sales, Inc DBA Kirst Process Equipment
Bray Sales, Inc.
Bray Valve & Controls
Brenntag North America, Inc., Bwe, LLC DBA
   Brenntag Lubricants Northeast
Brenntag Northeast LLC
Brenntag Pacific Inc
Brian Lamar Session DBA Straight Line Diesel LLC
Brice Associates LLC
Briggs-Valcon, Inc.
Brightstarr Us Inc
Brimhall Industrial Machine
Bristol Industrial Supply

Broadridge
Brock Holdings III, Inc. DBA Brock Services, LLC
Brodeur Machine Company Inc
Broker Online Exchange, LLC
Bronder Technical Services
Brookfield Renewable Trading And Marketing LP
Brookville Area Sd, Tax Collector
Bro-Tex Inc.
Brown & Perkins Inc
Brown Bearing & Drive Solutions Inc
Brown Law Firm, Pc
Brown-Campbell Company
Brownell Aeroderivative Consulting, LLC
Bruce & Merrilees Electric Company
Bruce R. Titter DBA Huntington Auto Parts
Bruco Inc.
Bry-Air Inc
Bta/Imtec
Bti Products LLC
Buck Scientific Instruments LLC
Buffalo Transformer Services LLC
Buhl Community Recreation Center
Building Energy Holding Us LLC DBA Annapolis
   Solar Park, LLC
Bureau Veritas Inspection And Insurance Company
Burlington Electrical Testing Company, LLC
Burlington Safety Laboratory, Inc
Burndy LLC
Burns & Mcdonnell Engineering Company, Inc
Burton Energy Group, LLC
Burton Enterprises, LLC DBA Mobil Satellite
   Technologies
Bush Distributors Inc
Business Management Systems, Inc.
Butler Signature Events LLC
Butte-Silver Bow Treasurer
Button Oil Company Inc DBA Rich Tank Lines
BWXT Nuclear Energy Inc
C & D Technologies, Inc
C & H Disposal Service Inc.
C Group Energy Services LLC
C&C Lift Truck, Inc.
C&D Technologies, Inc.
C. H. Reed, Inc
C. N. Robinson Lighting Supply Co. Inc DBA Cnr
   Lighting
C.A. Briggs Company
C.C. Lepc / Hazmat
C.G. Powertech, Inc.
C.P. Crane LLC
Cable Tv Inc
Cablelan Nuclear
Cahill Gordon & Reindel LLP
Cal Check LLC
Cale of Ft. Myers Inc. DBA North End Electric Service
   Inc
Calpine Corporation DBA Calpine Energy Solutions,
   LLC

26

Calpine Energy Services LP
Cambridge Energy Solutions, LLC
Camcorp, Inc.
Camden County Municipal Utilities Authority
Cameco Inc
Cameco Marketing Inc.
Camelot For Children
Cameron Measurements Systems
Cameron Valve
Camin Cargo Control, Inc.
Campbell Instrumentation, Inc. Vision Equipment
Cams Esparc, LLC
Cams Trident, LLC
Camz Corporation
Can Do, Inc.
Cannon Group Enterprises
Cannon Group Enterprises, Inc
Cannon Power Systems LLC
Capital Blue Cross
Capital Lighting & Supply, LLC DBA Capital Electric
Capital Soap Products, LLC
Capitalize Data Analytics LLC
Capitol Airspace Group LLC
Capitol Services, Inc.
Capp Inc
Carachilo Inc
Carboline Company
Carbon Solutions Group LLC
Carl L Zabrocki DBA Safety & Sensibility LLC
Carl Simonye DBA Cranecoach
Carlton Michaels DBA Sunshine Mowers
Carlyle/Riverstone Energy Partners Iii, L.P.
Carol Flaton DBA Hamlin Partners LLC
Carolina Conveying Inc
Carquest Auto Parts
Carriage Iv office Center, LLC
Carrier Corportation
Carriex, LLC DBA Start Meeting
Carter Machinery
Casale & Bonner P.C.
Casey General LLC.
Cashco Inc
Castleton Golbal Trading LLC DBA Castleton
    Commodities Merchant Trading L.P.
Castoleum Corp DBA Noble Pine Products Co
Castro Corp.
Catalyst Air Management Inc
Catapult Health LLC
Cattron North America, Inc.
Cavanaugh Electrical Contr Inc
Cavote Inc. DBA David N. French Metallurgists
Cbp Engineering Corp
Cbr Industrial, LLC
Cca Group LLC
CCC Group, Inc.
Cch Incorporated
CCI Aftermarkets
Ccr Consortium, LLC

Cdg Engineers, Inc.
Cdi -Infrastructure, LLC DBA Lr Kimball, A Division
    of Transystems
Cdm Smith Inc.
Cdw Direct LLC
Ce Power Engineered Services, LLC DBA 3C
    Electrical Company
Ce Power Engineered Services, LLC DBA CE Power
CEC Technologies, Inc.
Celeros Flow Technology, LLC DBA Flow America,
    LLC
CeLLCo Partnership DBA Xo Communications A
    Verizon Company
Cemservices Inc
Cemtek Environmental, Inc. DBA Cemtek Kvb-Enertec
Cemtek Systems Inc
Center For Resource Solutions
Central Builders Supply Co
Central Columbia School District
Central Pa Pipe Relining, LLC DBA Roto-Rooter
    Sewer & Drain Service
Central Penn Sewing Machine Co., Inc
Centrifugal Technologies, Inc.
Centronic Limited
Century Instrument
CEO Works LLC
Cerego, LLC
Ceridian Corporation
Certags LLC
CFM/VR-Tesco, LLC
CFO Suite, LLC
Cfs Partners, LLC
CGN Global Uranium Limited
Ch Spencer
Chad Larry Potts DBA Ohana Heating & Cooling
Challenger Pallet & Supply, Inc.
Chalmers & Kubeck, Inc.
Champs Analytics, Inc.
Chapin Oil Service
Chapman And Cutler LLP
Charah, LLC
Charles Baker
Charles Oliver
Charles Ryan Cosenza DBA Cosenza Outdoors LLC
Chemetrics, Inc.
Chemical Weed Control
Chemistry Council of New Jersey
Chempoint.Com, Inc
Chemtreat Inc
Chenoweth Dist. Inc. ( DBA Hotsy Wy-Mont)
Chesapeake Systems LLC
Chesler Analytics LLC
Chester Hill Borough
Chestnut Valley Control Systems LLC
Chicago Mercantile Exchange Inc.
Children'S Museum Inc
Choice! Energy Services Retail LP DBA Choice!
    Energy Management

Chrislynn Energy Services Inc
Christ'L A. Kipp
Christopher Mclean
Christopher R Thomas DBA C R Thomas Roofing Inc
Chromalox Inc
Cianbro Corp
Cicioni Radiator Inc
Cie Wire & Cable, Inc.
Ciel Consultants Inc
Cigna Life Insurance (Lina)
Cimmira Inc
Cimtec Engineered Products, LLC
Cincinnati Valve Company
Cincom Systems, Inc.
Cintas Corp No. 2 DBA Cintas Corp #42
Cintas Corporation
Cintas Corporation #2 DBA Cintas First Aid & Safety
    Protection
Cintas Corporation 2 DBA Cintas Fire Protection
Circle Valve Technologies Inc
Circuit Breaker Sales & Repair, LLC
Circuit Breaker Sales Ne Inc (Cbs Ne Inc)
Cision Us Inc
Citadel Spv LLC
Citizens For Antonio Hayes
Citizens For Brian Feldman
Citizens For Kathleen N Dumais
City & County of Butte - Silver Bow
City Center Investment Corporation
City of Allentown
City of Baltimore
City of Camden
City of Colstrip
City of Corpus Christi
City of Corpus Christi Nueces County Lepc
City of Laredo
City of Laredo Tax Department
City of Nanticoke/Nanticoke Fire Department
City of Newark
City Service Valcon
Civil & Environmental Consultants, Inc.
Ck Environmental Inc
Clarion Area Sd, Tax Collector
Clark Hill Plc DBA Clark Hill PLLC
Clark Machine Corporation
Clark-Reliance Corporation DBA Ernst Flow
    Industries, LLC
Clean Harbors Es Industrial Services, Inc.
Clean Rental Services Inc
Clean Venture Inc. DBA Acv Enviro Cv (Hold)
Cleanair Engineerng Inc. DBA Cleanair Instrument
    Rental
Cleaning Solutions LLC
Clear Trace Technologies, Inc.
Clearview Asset Protection
Cleaver-Brooks, Inc.
Clement Communications Inc
Cleveland Brothers Equipment Co Inc-Test

Cleveland Brothers Equipment Co., Inc. - 264
Clinton D Heser DBA Heser Tree Service
Cloud9 Technologies LLC
Clyde Industries Inc
Cmc Rescue Inc
Cmy Solutions, LLC.
Coalmont Electrical Development Corporation
Coastal A.D.S., Inc.
Coastal Bend Food Bank
Coastal Bend Ice, Inc.
Coastal Filtration, Inc
Coastal Technical Sales Inc.
Coatings Unlimited, Inc.
Cob Ind Inc
Coffee Lovers Coffee Service
Coffman Engineers, Inc.
Cogan House Township, Tax Collector
Cogency Global Inc
Cogent, Inc DBA Ime Solutions
Cohen Partners Strategic Military Placement
Colabs Holdings LLC
Cole Parmer Instrument Company
Colliers Engineering & Design, Inc DBA Maser
    Consulting
Colonial Electric Supply
Colonial Hardware Corporation
Colony Hardware Corporation DBA C. L. Presser
Colstrip Electric Inc
Colstrip Food Bank
Colstrip Medical Center
Colstrip Medical Center Foundation
Colstrip Parent Teacher Organization
Colstrip Public Schools
Colstrip Saddle Club Inc
Colstrip Senior Parents Association
Colstrip Trap Club
Colt Atlantic Services, Inc.
Columbia County
Columbia County Recorder of Deeds
Columbia County Tax office
Columbia Electric Supply
Columbia Excavating, LLC
Columbia Gas of Pennsylvania, Inc.
Columbia Montour Chamber of Commerce
Columbia Rubber Corporation
Columbia Weather Systems, Inc.
Combustion Service & Equipment Co., Inc.
Comcast
Commercial Protective Systems, Inc.
Commercial Utility Consultants Inc
Commodity Weather Group, LLC
Commonwealth of Massachusetts
Commonwealth of Pennsylvania
Communication Systems Inc
Communities In Schools of The Coastal Bend
Community Action Committee of The Lehigh Valley /
    Sixth Street Shelter
Community Purchasing Alliance Cooperative

Complete Door & Access LLC
Complete Recycling Solutions LLC
Component Dist Inc
Components & Controls, Inc.
Comprehensive Fire
Compressed Air Equipment, Inc.
Compression Leasing Services
Computer Aid Inc
Computer Enterprises, Inc
Computer Visionaries, Inc
Conax Technologies LLC
Conco Services Corporation
Concord Engineering Group Inc
Conferric Resources DBA Midland West
   Manufacturing
Confidential Services, Inc.
Connection Chemical, LP
Connection Technology Center, Inc.
Connectyourcare, LLC
Connextion Worldwide, LLC
Connor James Larza
Conrad'S Lawn Care
Consensys Limited
Consol Energy Inc. DBA Consol Pennsylvania Coal
   Company, LLC
Consol Energy Sales Company
Consolidated Asset Management Services (Texas),
   LLC
Consolidated Edison Energy Inc
Consolidated Electrical Distributors, Inc.
Consolidated Industries Inc.
Consolidated Power Supply
Consolidated Water Solutions
Constellation Nuclear, LLC DBA Constellation Power
   Source Generation, LLC
Con-Stone, Inc
Consulting Psychological Services
Consumers Energy Company
Continental Field Systems, Inc.
Continuum Dynamics Inc
Control Associates, Inc
Control Chief Corp
Control Components Inc. DBA Imi Cci,Control
   Components Inc. / Fluid Kinetics
Control Equipment Inc
Control System Technologies, LLC
Control Technology Co
Controlled Environment Technologies Inc
Controlled Fluids Inc
Conval Inc
Converdyn
Conyngham Township, Tax Collector
Cool-Amp Conducto-Lube Co
Cooling Tower Depot, Inc.
Cooney Brothers Inc
Cooper Compliance Corp.
Cooper Electric Supply Co

Cooper Friedman Electric Supply Co., Inc DBA Cooper
   Electric/Friedman Electric/City Electric
COR Partners, Inc DBA Envista Forensics,
   LLC/Arepa/Telpro Global
Core Advantage LLC
Core Engineering LLC
Core Power Inc
Core, LLC DBA Core Comprehensive Occupational
   Resources
Corey J. Needles
Cormetech, Inc.
Corporation Service Company
Corpus Christi Cd Electric DBA C-D Electric
Corpus Christi Container Company DBA Max
   Shiipping, Inc
Corpus Christi Electric Co Inc
Corpus Christi Gasket & Fastner, Inc
Corpus Christi Safe & Lock Co. Inc.
Corrosion Monitoring Services, Inc.
Corrosion Probe, Inc.
Corrosion Products & Equipment, Inc. (Hold)
Corrosion Products, Inc
Corrpro Companies Inc
Corrtech, Inc.
Cosa Xentaur Corporation
County Environmental
County Insulation Company
County of Lehigh
County of Lycoming
County of Lycoming DBA Lycoming County Resource
   Management Services
County of Northampton
County of York
Coupling Corporation of America
Courtney & Nye, Inc.
Covanta Holding Corporation DBA Covanta Energy,
   LLC
Coward Environmental Systems, Inc.
Cozen O'Connor
Cp Energy Marketing (Us) Inc.
Cqi Associates, LLC
Cquant.Io Inc.
Crane 1 Services Inc.
Crane Nuclear Inc
Crane Nuclear Pft Corp
Crawford Electric Supply Company, Inc
Creative Maintenance Solutions, LLC
Creative Safety Supply
Credit Bureau Associates of The Lehigh Valley Inc
Credit Suisse
Creditriskmonitor.Com, Inc
Crescent Electric Supply Company
Crimson Engineered Solutions, LLC DBA Certrec
   Corporation
Crispin Valve
Criterion Research LLC
Crocheted With Love
Cross Technologies, Inc DBA Cross Company

Crowley Fleck PLLP
Crystal Springs Water Company
Csd Energy Advisors, LLC
Css Industries, Inc.
CSX Transportation, Inc.
Ct Corporation System DBA Lien Solutions
Cummings Westlake, LLC
Cummins Inc. DBA Cummins Sales And Service
Cummins Wagner Holdings Inc DBA Cummins
    Wagner - Siewert LLC, Siewert Equipment
Curatio Staffing LLC
Curran O'Donoghue
Curtiss-Wright Corporation DBA Curitss-Wright Flow
    Control Service, LLC/Nuclear
    Division/Scientech/Idaho Falls
Curtiss-Wright Electro Mechanical Corporation DBA
    Curtiss Wright Steam And Air Solutions
Curtiss-Wright Flow Control
Curtiss-Wright Flow Control Corporation DBA Curtiss-
    Wright Nuclear Division, Enertech Products
Curtiss-Wright Flow Control Service Corp DBA
    Scientech, A Business Unit of Curtiss-Wright Flow
    Control Service Corp
Curwensville Municipal Authority
Custom Controls And Automation, Inc
Cutsforth, Inc.
Cvi Cleancapital Solar 4 LLC
Cvl Technical Sales Inc
CVS Pharmacy, Inc. DBA CVS/Caremark
Cx Companies And Subsidiaries DBA Cxtec Inc.
Cx, Inc DBA Centronix
Cyber Comm Inc
Cyber-Ark Software Inc
Cyberresearch Inc.
Cycle Chem, Inc.
Cygnet Enterprises Inc
Cypress-Fairbanks Isd Tax Assessor-Collector
Cyrco Inc.
D Electric Motors Inc.
D M Coatings Inc
D&C Fence Co Inc
D&D Filtration Consultants And Supliers Inc
D.C. Treasurer
D.L. Thurrott, Inc.
Dac Worldwide LLC
Dahill office Technology Corporation DBA Xerox
    Business Solutions Southwest
Daiohs Usa, Inc. DBA First Choice Coffee Services Or
    First Choice Services
Dakota Software Corporation
Dale L. Prentice Company DBA Vrc Protx LLC
Daman Industrial Services Inc
Dan-Ber Concrete
Daniel L. Vaughn DBA Coaldesk, LLC
Daniel Mccracken
Daniel Measurement & Control, Inc DBA
    Measurement Solutions Systems & Services
Dann Marine Towing

Danner'S Incorporated
Dante Fantozi DBA Indoor Secure Self Storage, LLC
Danville Riverside Food Bank, Shiloh United Church
    of Christ
Danville Sd, Tax Collector
Darryl L Lackey
Dartmouth Fire District 3
Data Design Services
Dataminr, Inc
Datanet Engineering, Inc.
Datasite LLC
Dauphin Associates Inc
Dauphin County Treasurer
Davenport Electric Motors, LLC
Daves Vacuum Cleaner Service LLC
David B. Kinnard
David C Mcmurtry DBA D Mcmurtry And Associates
    LLC
David L. Shoap DBA Shoap Process Equipment, Inc.
David M Emmons
David R Cordell Associates Inc DBA D.R. Cordell &
    Associates, Inc
David W. Stiteler
Davinci Technology LLC DBA Core Health Networks
Davis & Davis Company
Davis Engineering Inc
Davis Instruments
Davis Polk & Wardwell
Day & Zimmermann NPS
Day Pitney LLP
Dayco Incorporated
Dbr Industries Inc
DC Graves Co., Inc.
De Lage Landen Financial Services Inc As Servicing
    Agent For Sbs Leasing
Deacon Industrial Supply Co In
Deacon Industrial Supply Co Inc
Dealers First Financial, LLC
Decarb LLC
Decatur Township, Tax Collector
Deepsouth Hardware Solutions, LLC
Dekomte De Temple LLC
Dekra Services, Inc
Del Val Controls Inc
Del Vel Chem Company
Del Vel Chem Company Inc
Delaware Division of Revenue
Delaware River Basin Commission
Delaware Township, Tax Collector
Delaware Valley Packaging
Delegate Benjamin Brooks
Dell
Delmarva Power & Light Company
Deloitte & Touche Products Company LLC
Deloitte & Touche, LLP
Deloitte Tax LLP
Deloitte Transactions & Business Analytics LLP
Delphi Control Systems Inc

Delta Dental of Pennsylvania
Delta Ducon, LLC
Delta Unibus Corporation
Deltech Engineering Inc
Denise A. Feinberg DBA Carl'S Locksmith Service
Denmar Associates DBA Martin Appliance, Martin
    Water Conditioning, Martin Furniture
Dennis A. Williams DBA Industrial Applications
    Consulting LLC
Dennis L. Koehl
Department of Environmental Protection
Department of Homeland Security
Derry Township, Tax Collector
Design Master Building Systems, Inc DBA A-One
    Garage Door
Design Plastics Systems Inc
Design Tanks, LLC
Destination Energy LLC
Deublin Company
Deugro (Usa) Inc.
Devonway Inc
Dezigns Construction Inc.
Diamond Tool & Fasteners Inc. DBA Diamond Tool
Dibert Valve & Fitting Co., Inc.
Dick Munns Company
Digi-Key Corporation
Direct Turbine Controls Corp
Directemployers Association, Inc
Disa Global Solutions, Inc.
Disability Care Management Professionals, Inc.
Distributed Control Solutions, LLC DBA Dcs90
Distribution International Southwest Inc. DBA
    Insulation Fabricators, Inc.
Dival Safety Equipment Inc
Diversified Thermal Equip Inc
Diversified Transfer & Storage Inc
DJA Inspection Services, Inc.
Dnow L.P. DBA Distributionnow / Wilson Export
Dnv Energy Usa, Inc.
Do Supply, Inc.
Doble Engineering Company
Docusign Inc
Docuvault Delaware Valley, LLC
Doggett Consulting, LLC.
Dolan Oil Service, Inc.
Dome Tech Inc
Don E. Bower, Inc.
Donald Belles DBA Belles Signs
Donald Chapin
Donald E. Strite DBA Ag Equipment Specialties
Donald L. Frank DBA Capital Sales Associates
Donaldson Company Inc
Donnelley Financial LLC
Donnelley Financial Solutions
Donnelly Service Group DBA The Maids Home
    Services
Donohue & Stearns Plc
Douglas A. Skiles

Douglas Pipeline Company
DP Engineering Ltd Co
DP Engineering, LLC
Dracool Usa
Dragon Valves Inc
Drake Controls, LLC
Dresser Inc Masonelian
Dresser, LLC (Hold)
Dresser-Rand Company
Dressler Electric Service
Drexel Hamilton LLC
Driessen Water DBA Culligan Water Conditioning -
    Corpus Christi
Drinker Biddle & Reath LLP
Driscoll Foods
D-S Pipe & Steel Supply, LLC
Dsi, Inc.
DTE Energy Trading Inc
DTRS Austin LLC DBA Four Seasons Hotel Austin
Duane Jelly DBA Dj Turbine Controls
Dubose National Energy Services Inc
Ducks Unlimited, Inc
Duechting Pumps North America, LP
Duff & Phelps LLC
Dufour Inc
Duke Energy Ohio, Inc.
Dun & Bradstreet, Inc.
Dust Solutions, Inc.
Dwain Mccain Plumbing Co, Inc
Dwyer Instruments Inc
Dxp Enterprises, Inc.
Dxp Safetymaster
DXT Commodities North America Inc
Dynalene, Inc
Dynegy Marketing And Trade LLC
Ea Engineering Science And Technology Inc., Pbc
Eads Distribution, LLC
Eagle Dynamic Solutions
East Coast Hoist Inc
East Coast Valve Services, Inc
East Manchester Township, Tax Collector
East Mountain Business Park Property Owners Corp.
East River Energy, Inc.
Eastern Controls Inc of Pa
Eastern Lift Truck Co., Inc.
Eastern Pennsylvania Supply
Easy Vac Inc
Eaton Corporation
Ecco/Gregory Inc
Eckert & Ziegler Analytics
Eckert Seamans Cherin & Mellott, LLC
Eclipse, Inc. DBA Elster American Meter Company,
    LLC
Ecocooling Limited
Ecogy Pennsylvania Systems LLC
Ecolink Inc
Economic Development Council of Nepa DBA
    Northeastern Pennsylvania Alliance

Economists Incorporated
Edge Insights Inc
Edison Electric Institute - Eei
Edison Machine LLP
Edmonds Us Inc
EDP Renewables North America LLC
Edward J Haefeli DBA Tregt Realty
Edwin L Heim Co
Edwin L. Brauer
EFCO USA Inc
Efficient Energy Solutions LLC
Eggelhof Inc
Eichelbergers, Inc
Eichleay Inc
Eis Legacy, LLC DBA Eis, Fabrico, Light Fabrications
Ek Ekcessories Inc
Ekato Corporation
Elaine Haraschak
Eldon Electric Inc
Eldredge, Inc.
Elecsys International LLC
Electric Motor And Contracting Co., Inc.
Electric Motor Supply Company
Electric Power Research Institute, Inc.
Electric Power Systems International, Inc.
Electric Reliability Council of Texas Inc-ERCOT DBA
    Texas Electric Market Stabilization Funding M LLC
Electric Reliability Council of Texas, In DBA Ercot
Electric Scientific Company
Electrical Builders Inc
Electrical Reliability Services, Inc.
Electrical Services LLC
Electrical Systems Management, LLC DBA Esm
    Engineers
Electro Chemical Engineering And Manufacturing Co.
Electro Industries / Gauge Tech
Electro-Sensors Inc
Electroswitch
Electro-Test And Maintenance Inc
Elite Piping & Civil, Ltd
Elixsys, Inc
Elizabethtown Area School District
Elk Environmental Services
Elkhart Brass Mfg Co Inc
Ellingson Drainage Inc. DBA Ellingson Dtd
Elliott Company
Elliott Tool Technologies Ltd
Elmer Door Co., Inc.
Elogger, Inc
Em Brown Inc.
Emd Millipore Corporation
Emed Co Inc
Emendare LLC DBA Fixinium
Emera Energy Services Inc.
Emerald Services, Inc.
Emergency Systems Service Co
Emerson Final Control Us Holding LLC DBA Emerson
    Automation Solutions, Final Control US LP

Emerson Instruments & Valve Services
Emerson Process Management LLC
Emerson Process Management Power & Water
    Solutions Inc
Emex LLC
Emicc, Inc.
Emil Mark Krizar DBA Cem Solutions
Emmet Marvin & Martin LLP
Emsl Analytical, Inc.
Enablinx Corporation
End Properties, LLC DBA Gds Controls, Inc
Endress & Hauser Inc
Endress + Hauser Inc
Enecon Usa, Inc
Enel X North America, Inc.
Enercon Services Inc
Enerconnex, LLC
Enercross LLC
Enerfab Power & Industrial, Inc. (Hold)
Energ Test, LLC
Energy & Environment Innovative Foundation, LLC
Energy Alliances, Inc.
Energy Aspects LTD.
Energy Compliance Consultants
Energy Drilling Services, LLC
Energy Equipment & Control Inc
Energy Harbor Nuclear Corp Fka Firstenergy Nuclear
    Operating Company
Energy Initiatives Inc
Energy Laboratories, Inc.
Energy Machinery Inc
Energy Procurement Partners LLC
Energy Professionals LLC
Energy Sales & Services LLC
Energy Services Group LLC
Energy Share of Montana, Inc.
Energy Solutions
Energy Steel & Supply Co
Energy Trust LLC
Energysolutions Services Inc
Engine Systems Inc
Engineered Piping Products Inc
Engineered Pump Services Inc
Engineered Systems & Products, Inc.
Engineering Consulting Services, LTD DBA Ecs Mid-
    Atlantic, LLC
Engineering Services LLC
Engines Inc
Enginuity, LLC
Enpro Holdings, Inc. DBA Technetics Group LLC,
    Technetics Group Columbia, Tg Columbia
Entergy Assets Management Operations, LLC DBA
    Tlg Services, LLC
Entwistle
Environex Inc
Environmental Contractors
Environmental Engineering And Management
    Associates, Inc.

Environmental Integrity Project
Environmental Resource Associates DBA A Waters Company
Environmental Resources Management, Inc
Environmental Science Corporation DBA Pace Analytical National
Environmental Service & Equipment Company, Inc.
Environmental Services, Ltd
Environmental Systems Corporation
Environmental Systems Research Institute, Inc DBA Esri, Inc
Envirotest, LLC
Eox Holdings LLC
Epg Companies Inc
Epiq Ediscovery Solutions, Inc
Epsco International Inc
EQT Production Company DBA EQT Energy, LLC
Equagen PLLC
Equiniti Trust Company
Equinor Natural Gas LLC F/K/A Statoil Natural Gas LLC
Equipment & Controls Inc
Equipment Depot Ltd
Equipment Engineers Inc
Equitable Oil Purchasing Company
Equity Industrial A-York LP
Equus Energy Group LLC
ERCOT
Eric S. Hopkins DBA Hopkins Land Surveying
Eriez Manufacturing Company
Erikas Aras Napjus DBA Zenzu, A Limited Liability Company
Ernest John Sprague D&R Disposal
Ernst & Young LLP
Errich Petersen DBA Errich Petersen Photography, LLC
Esai Power LLC
Esg Lynk Inc
Esi Acquisition, Inc.
ESIS Inc
Esker Inc.
Est Group Inc
Estex Manufacturing Company In
Etec Industrial Services, LLC
Etg Fire, Inc.
Ethany Corporation
Ethosenergy Power Plant Services, LLC
Ethosenergy Us Group Inc DBA Ethosenergy Accessories And Components, LLC
Etrmservices.Com Inc
Euci
Euler Hermes North America Insurance Company
Eurofins Environment Testing America Holdings, Inc DBA Eurofins Ana Laboratories, LLC.
Eutech Scientific Services, Inc DBA Complete Analysis Laboratories
Evan Michael Stewart (Hold)
Evan Michael Stewart DBA Go Techie You LLC

Evans Consoles Incorporated
Evaptech Inc
Everbridge, Inc
Evercore Group LLC
Everlasting Valve Company Inc.
Everlube Products
Eversheds Sutherland
Evolution Energy Partners LLC
Evolution Markets LLC
Evolution Markets, Inc
Evolve Holdings Inc
EWA Government Systems, Inc.
EWT Holdings III Corp DBA Evoqua Water Technologies LLC
Exact Machine Service, Inc DBA Exact Machine Tool Sales
Excel Hydraulics, LLC
Excellon Technologies Inc
Excelsior Blower Systems, Inc.
Exelon Corporation
Exelon Generation Company LLC
Exelon Powerlabs
Exeter Supply Company Inc
Exeter Township, Tax Collector
Exide Technologies DBA Gnb Industrial Power
Exitech Corporation
Express Drilling Fluids, LLC
Expro Inc.
Expro Specialized Services, Inc (Hold)
Extreme Ice Inc.
Exxonmobil Oil Corporation
F & J Specialty Products Inc
F & P Holdings LP
F S Welsford Co
F.W. Webb Company
Fabenco Inc
Faber Burner Company
Fairhaven Shipyard Companies Inc
Fairless Energy, LLC
Fairway Laboratories, Inc
Falcon Crest Aviation Supply, Inc.
Family Counseling Service
Fan Equipment Co., Inc.
Farmers & Merchants Trust Company
Farstad Oil Inc
Fastenal Company
Fathom Energy LLC
Fcx Performance, Inc.
FCX Performance, Inc. DBA Baro Controls, Inc
Fd Pace LLC DBA Pace Environmental
Federal Emergency Management Agency-Fema
Federal Express Corporation
Federal Steel Suppy LLC
Fedex Freight, Inc.
Fenics Software Inc
Ferguson Enterprises, Inc. DBA Wolseley Industrial Group

Ferguson Us Holdings, Inc DBA Ferguson Enterprises, LLC
Ferma Corporation
Fesco Ltd
Fh Gaskins Co Inc
Fia Technology Services Inc.
Fiber Instrument Sales Inc
Fibrwrap Construction Service, Inc.
Fidelity Engineering Corporation DBA Fidelity Power Systems
Fidelity Investments
Fidelity National Title Insurance Company
Fiduks Industrial Services of Pa
Fike Corporation
Filpro Corp
Filter Equipment Co Inc
Finacity Corporation
Financial Industry Regulatory Authority Inc DBA A.K.A. Finra
Finishing Systems Inc
Fire Logistics, Inc.
Fire Tech Equipment Corp
Fireline Corporation
Firewood Extractors
First Choice Safety Solutions
First Instrument Solutions, Ltd
First Insurance Funding, Corp.
First Line Associates, LLC
Firstlight Fiber Inc
Fis Capital Markets Us LLC
Fisher Controls International, LLC
Fisher Scientific Company LLC
Fisher Tank Company
Fishing For a Cause
Fitch Contracting Services LLC
Fitch Ratings, Inc.
Fitness International, LLC
Fitzpatrick Lentz & Bubba Pc
Fitzpatrick, Lentz & Bubba Pc
Flaherty & O'Hara, Pc
Flash Technologies
Flash Technology, A Unit of The Dieletric Div of Spx Corp
Flemington Instruments Company, Inc.
Flexible Solutions Group, Inc. DBA Flexible Solutions, Inc.
Flick Brothers Electric
Flir Commercial Systems, Inc.
Floqast, Inc
Flosource, Inc
Flow Control Inc
Flowrox, Inc.
Flowserve US Inc.
Flowserve/Idp
Flsmidth Inc.-Salt Lake City Operations
Flsmidth Krebs
Flsmidth, Inc.
Fluid Components International LLC

Fluid Engineering
Fluid Flow Products, Inc.
Fluid Power Inc
Fluid Power Products, Inc.
Fluid Technology LLC
Fluidraulics Inc
Fluitec International LLC
Fluke Electronics Corporation
Flw Pennsylvania Inc DBA Flw of Pa Inc
Fm Creations LLC
F-M Forklift Sales & Serv Inc
Foam Technology Inc
Focus Learning Corporation
Foldi & Associates, Inc
Foley Hoag LLP
For The Cause, Inc
Ford Motor Company DBA Ford Fleet Care
Forensic Solutions LLC
Form Services Inc
Formula Fabricating LLC
Forney Corporation
Forsyth Feed & Ag Supply
Fotronic Corporation DBA Test Equipment Depot
Fougner Engineered Sales
Four L Land & Livestock Company
FR Flow Control Valves Us Bidco, Inc DBA Trillium Valves Usa
Framatome Inc.
Frank D Riggio Co, Inc. DBA Riggio Valve
Frank I. Rounds Company
Frank N Henry Inc
Frank W Winne & Son Inc
Frankfurt Kurnit Klien & Selz, Pc
Franklin Township Board of Supervisors
Franz & Driscoll PLLP
Frederic W. Cook & Co., Inc.
Frederick Logan Company Inc
Frederick W. Polaski DBA Polaski Consulting LLC
Freshbrew Coffee Service DBA East Coast Beverage
Freshworks Inc
Frham Safety Products Inc
Friends of Ben Kramer
Friends of Dereck Davis
Friends of J.B. Jennings
Friends of Jay Walker
Friends of Joanne Benson
Friends of Johnny Mautz
Friends of Malcolm Augustine
Friends of Mark Fisher
Friends of Ned Carey
Friends of Pam Beidle
Friends of Pam Queen
Friends of Richard Impallaria
Friends of Steve Hershey
Friends of The Bicentennial Library Inc
Friends of Warren E. Miller
Fromm Electric Supply Corp.
Fronek Anchor/Darling Enterprises, Inc.

Frontier K2, LLC DBA Frontier Waste - Corpus
Frontier Water Systems, LLC
Frontline Industries, Inc
Fs Solutions
Fuchs Lubricants Co.
Fuel Quality Services Inc
Fuel Tech, Inc.
Fuellgraf Chimney & Tower Inc
Fuelx Energy LLC
Fugro Usa Land Inc
Full-On Filters & Supply
Fulmer Storage Trailers, Inc
G & L Consulting LLC
G A L Gage Company
G C Zarnas & Co Inc
G Force Engineering Services LLC
G. Riccioni, Jr. & Sons Inc.
G/O Corporation
G4S Secure Integration LLC
G4S Secure Solutions Usa Inc
Gable Signs & Graphics, Inc.
Gaeta Power Services, LLC.
Gage-It Inc
Gai-Tronics Corporation
Galco Industrial Electronics, Inc. DBA Galco
Gallagher Fluid Seals, Inc.
Gallatin Scales Co
Ga-Ma & Associates Inc
Gannett Fleming, Inc. DBA Gannett Fleming Valuation
    And Rate Consultants, LLC
Gapvax, Inc.
Garber Scale Company DBA Garber Metrology
Gardner Denver Nash LLC DBA Nash Elmo Industries
    LLC
Gardner Denver, Inc DBA Gardner Denver Nash LLC
Garey L Stathes
Garrett Construction Company
Gartner Inc
Gary Czupryna DBA Integrated Training Strategies,
    LLC
Gary R Banks DBA Gary R Banks Industrial Group
    LLC
Gateway Group, Inc.
Gateway Printing & office Supply, Inc.
Gayle Corporation
Gbc Film Products
GC Controls Holding LLC DBA Jgm Fabricators &
    Constructors LLC
Gc3 Specialty Chemicals Inc
Gcr Inc DBA Civix
Ge Grid Solutions (U.S.) LLC DBA Ge Energy
    Management Services, LLC
GE Grid Solutions U.S. LLC DBA Ge Energy
    Management Services, LLC
GE Hitachi Nuclear Energy Americas LLC
Ge Infrastructure Sensing LLC
GE Steam Power Inc
Geiger Pump & Equipment

Geisinger Clinic
Gem Gravure Co Inc
Gem Sensors & Controls
Gems Sensors Inc
General & Mechanical Contractors
General Aire Systems Inc
General Atomics
General Crane Service, Inc DBA Bay Area Crane
    Service, Inc
General Electric Company
General Electric Company DBA Ge Packaged Power,
    LLC
General Electric International, Inc.
General Fire Extinguishers, Inc.
General Kinematics Corp
General Security
General Service Admin. - Va Medical Center
Generator And Motor Services of Pennsylvania LLC
    DBA Brush Americas
Generator Consulting Specialists, Inc.
Generatortech, Inc.
Genesis Rail Services Ii, LLC
Genie Electronics Company Inc DBA Security Fence
    Company
Genscape Inc
Geo. R. Pierce, Inc. DBA Pierce Leasing
Geoamps , LLC
Geo-Graf Inc
George J. Hayden, Inc. DBA Hayden Power Group
George W. Kistler Inc T/A DBA Kistler-O'Brien Fire
    Protection
Georgia Western LLC
Geo-Solutions, Inc
Geosyntec Consultants, Inc.
Gerald F. Culbert (Jerry) DBA: Ars & Associates, LLC
Gfi
Gfinet Inc. DBA Bluegrass Energy, A Divison of Gfi
    Securities LLC
Gfs Chemicals, Inc.
Ghx Inc DBA Corpus Christi Rubber
Giant Worldwide, LP
Gibraltar Chimney International, LLC
Gibson, Dunn & Crutcher LLP
Gilbert Consulting Services, Inc
Giles Industrial Services, LLC
Gilliland Landscape LLC
Girard Development Inc
Glasco Uv LLC
Glen R. Cunnigham
Glencore Ltd DBA Norfalco LLC
Global Energy Market Services LLC
Global Equipment Company Inc DBA Global
    Industrial, Global Industrial Equipment
Global Marine Networks, LLC DBA Pivotel America,
    Inc.
Global Relay Communications Inc
Global Tax Management, Inc

Global Tracking Communications LLC DBA Gps Trackit
Globalview Software, Inc. DBA Enverus
Gmp
Goldenberg Schneider, LPA
Goldman Sachs
Goldstar Energy Group Inc
Good Energy L. P.
Goodway Technologies Corp
Gordon Feinblatt LLC
Gottstein Realty Company LLC
Gp Strategies Corporation
GPM Inc
Grable Services LLC
Graco Mechanical
Gramb Inc. DBA Corpus Christi Cycle Plaza
Graphic Controls Corp
Graphic Partners, Inc.
Graphic Products Inc
Graver Technologies
Graver Water Systems LLC
Gray & Son, Inc.
Graybar 840458
Graybar Electric Company Inc
Graymont (PA) Inc.
Great American Printer Inc
Great Lakes Diversified Group, Inc. DBA Gld Group
Great North Road Media, Inc
Great Western Valve, Inc.
Greatamerica Financial Services Corporation
Greatamerica Financial Services Corporation DBA Marco
Greater Nanticoke Area Sd, Sr Tax Collector
Green Product Enterprises
Greencrown Energy, LLC
Greenehurlocker, Plc
Greenhill Supply LLC
Greenwood Products Inc
Gregory Mcauley DBA Gwm Consulting, LLC.
Greyline Instruments Inc.
Grid Solutions (U.S.) LLC DBA Ge Grid Solutions, LLC
Gridaxon, Inc
Gridintel, Inc.
Groome Industrial Service Group, LLC
Ground Penetrating Radar Systems, LLC
Gse Environmental, Inc DBA Solmax Geosynthetics, LLC
Gtc Control Solutions Inc.
Gtg Engineering, Inc.
Gts Technical Sales
Guidehouse Inc
Gulf Coast Filters & Supply Inc.
Gulf Stream Energy Consultants, LLC
Guller Commercial & Industrial Insulation
H & H Service Company, Inc.
H & K Group Inc

H Parker & Company, Inc. DBA Hpc Technical Services
H&E Equipment Services, Inc.
H&S Constructors Inc
Haas Group International, LLC
Hach Company
Hadfield Elevator LLC DBA Hartwood Point LLC
Hajoca Corporation
Halenhardy LLC
Haley & Aldrich Inc
Halibut Blue, LLC
Hall Equipment, LLC DBA Heyl & Patterson Equipment
Hallaton, Inc. DBA Hallaton Environmental Linings
Hallin & Associates PLLC
Hamilton Liberty LLC
Hamilton Patriot LLC
Hamon Custodis, Inc
Hamon Deltak, Inc
Hampton Roads Leasing Inc DBA W3 Marine
Hampton Roads Testing Laboratories, Inc.
Hance Scarboroug, LLP
Hanna Earles
Hanson Professional Services Inc.
Harken Supply, Inc DBA Johnstone Supply
Harnish Group Inc DBA Tractor & Equipment Co. And Machinery Power & Equipment Co., DBA T&E The Cat Rental Store
Harold Beck & Sons, Inc.
Harrell Automatic Sprinkler Company, Inc
Harrington Industrial Plastics LLC
Harrington-Robb Associates Inc
Harris County Tax Assessor-Collector
Harris Environmental Inc
Harris Group Inc
Harrisburg Mall, LP
Harrisburg-York Overhead Door Company DBA Overhead Door Company
Harrison Cart Works, LLC
Hartigen Solutions LLC
Hartree Partners, LP
Hatfield & Co
Hawk Mountain Labs Inc
Hayes Pump, Inc.
Haynes And Boone, LLP
Hays Cleveland
Hayward Tyler, Inc
Hazard Control Technologies Inc
Hazardous Materials Emergency Response Fund
Hazleton City Authority
Hb Hayes & Associates LLC DBA Alternative Energy Source
HBH Holdings Inc DBA Enerfab Power & Industrial Inc
Hdi Global Insurance Company
HDR Engineering Inc
Health Resource Network
Healthtrust Purchasing Group LP

Heat Exchanger Design, Inc.
Heat Exchanger Systems, Inc.
Heat Tracing Sales
Heat Transfer Solutions LLC
Heat Transfer Technology, Inc.
Heb Grocery Company
H-E-B Grocery Company
Heberle Ford
Heidrick & Struggles, Inc.
Heinlein Supply Co.
Help/Systems,Llc
Henry Stewart Co
Henry Yeska & Son Inc
Hepler Broom LLC
Herc Rentals, Inc.
Heritage Research Center Ltd
Herron Valve & Instrument Inc
Hess Energy Marketing LLC
Hetricks Farm Supply Inc.
HEXA Containment LLC
Hid Global Corporation
High Purity Standards
Highland Associates, Ltd. Architecture Engineering
   Interior Design
Highpoint Technical Sales, LLC
Highside Chemicals, Inc
Hilliard Corporation
Hillmann Environmental Group LLC
Hilltop Sales & Service Inc
Hilti Inc
Hisco Pump, Inc
Historical Research Associates
Hitachi Energy USA Inc.
Hitt Contracting Inc
Hka Global Inc
Hobbie Volunteer Fire Company 1
Hodge Products Inc
Hoerbiger Service Inc.
Hoffman Machine Shop Inc
Hoffman'S Exterminating Co. Inc
Hoist & Crane Repair Inc DBA Yorkhoist
Holland & Hart LLP
Hollenback Township, Tax Collector
Holtec International
Holtwood Solar Holdco DBA Holtwood Solar LLC
Homewood Energy Services
Homewood Sales Corporation
Honeywell International Inc
Honeywell Limited DBA Matrikon International
Honeywell Process Solutions
Hopewell Designs Inc
Horst Excavating
Hose & Rubber Supply Inc
Hose of South Texas, Inc.
Hospital Energy Services LLC
Host at Tradepoint LLC
Host At Tradepoint, LLC
Host Terminals

Hotstart Inc. DBA Hotstart Sales LLC
House of Balance
Houseknecht'S Machine & Tool
Houseknecht'S Machine & Tool Co., Inc
Howard Mark Steinberg
Howden USA Company
Howe Township, Tax Collector
HRH Holdings Inc DBA Enerfab Power & Industrial
   Inc
Hrst, Inc
Ht Lyons Inc
HTK, LLC DBA Z-Axis, LLC
Hub City Overhead Door Co., Inc.
Hubbell Power Systems
Hudson Renewable Partners, LLC
Hughes Technical Services, LLC
Human Performance Tools LLC
Human Systems Technology Corporation
Hunlock Creek Ambulance Association
Hunton & Wiliams LLP
Hunton Andrews Kurth LLP
Hutchinson Plumbing Heating Cooling, LLC
Huther And Associates Inc
Hydra-Lube, Inc.
Hydra-Power Systems Inc
Hydratech Field Services, LLC
Hydratight Operations Inc
Hydro Air Hughes LLC
Hydro East Inc
Hydro Wash of Allentown
Hydroaire Service Inc
Hydrometrics Inc
Hyundai Electric America Corporation
I & I Sling Co Inc
I.B. Dickinson & Sons Inc
I.K. Stoltzfus Service Corp
I.S. Smick Lumber
Ian Torres
Ibew 1600
Ibew 1638
Ibew 1638 Cope
Ibew Pac
Ic Flow Controls
Icap Energy LLC
Icd Holding Corporation DBA Industrial Controls
   Distributors LLC
Ice Data Service Inc DBA Esignal
Ice Data Services, Inc. DBA Esignal
Ice Qube, Inc.
Icl-Ip America Inc.
Icon Equipment Distributors
Ics-Maryland LLC
Icu Surveillance
Iddeal Concepts LLC DBA Iddeal Concepts, Inc.
Ideal Manufacturing Inc.
Idefender LLC DBA Industrial Defender
Idt Energy Inc. DBA Diversegy, LLC
IE Smart Systems LLC

Ieh Auto Parts Holding LLC DBA Auto Plus Auto Parts
Ieh Auto Parts LLC
Iem Energy Consultants LLC
Iep Technologies LLC
Ihs Global, Inc. DBA Opis Pointlogic LLC
Ila Patel DBA Yes Energy Inc.
Ild Inc
Illinois Blower Inc
Illinois Tool Works Inc. DBA Eh Wachs
Ilobby Corp
Imagemaster, LLC
Imec, Inc
Imperia Engineering Partners, LLC
Imperial Weld Ring
Incontact, Inc. DBA Nice Incontact
Indeeco
Independence Ford, Inc
Independent Catalyst, LLC DBA Tekspark
Independent Machine Repair, Inc.
Indogem Inc DBA Gems Safety Products
Industrial & Commercial Mechanical, LLC
Industrial Battery & Services Inc
Industrial Communications & Electronics, Inc
Industrial Connections And Solutions, LLC
Industrial Fluid Systems
Industrial Gasket & Shim Co In
Industrial Heating Systems
Industrial Info Resources Inc
Industrial Piping Systems Inc
Industrial Pump Sales & Service Inc
Industrial Sales & Service
Industrial Service Company Ltd
Industrial Steel & Boiler Services
Industrial Supplies Co
Industrial Vibration Consultants, Inc. DBA Ivc Technologies
Industrialquip, LLC
Industry Corps.0 Inc DBA Industry Corps
Industrysafe, LLC
Infocepts LLC
Infor (Us), Inc
Informatica Holdco Inc DBA Informatica LLC
Information Management Solutions LLC DBA Ims
Infosat Communications
Infrastructure Masons Inc
Ingersoll Rand Company
Ingersoll-Rand Air Center
Ingersoll-Rand Industrial U.S., Inc
Inolect LLC
Insight Direct Usa, Inc
Insight Services, Inc DBA Testoil
Insight Sourcing Group Holding, Inc
In-Situ Inc
Insource Technology Solutions LLC
Inspection Services Group Inc
Institute of Nuclear Power Operations
Instrument & Valve Services Company

Instrumentation Technical Services Inc.
Instruments Direct, Inc.
Insulation Materials Corp
Insulation Specialties Inc
Intecrowd LLC
Integ Enterprise Consulting, Inc
Integral Business Solutions Inc
Integrated Analytical Laboratories LLC
Integrated Power Services LLC
Integrated Power Sources Inc
Integrated Weed Service, LLC
Integrity Energy, Ltd
Integrity Municipal Systems, LLC
Integrity Power Solutions, LLC
Integrity Solutions Field Services Inc
Intek Inc
Intercontinental Exchange Holdings, Inc. DBA Ice Econfirm, LLC
Intercontinental Exchange Holdings, Inc. DBA Ice Trade Vault, LLC
Intercontinental Exchange Holdings, Inc. DBA Ice U.S. Otc Commodity Markets, LLC
International Asbestos Testing Laboratories Inc
International Business Machines Corporation DBA Ibm Corporation
International Chimney Corp
International Cooling Tower Usa Inc
International Paint - Ceilcote
Intero Integrity Services Us LLC
Interstate Battery System of Texas Valley - Ibs
Interstate Equipment Rental
Interstate Heavy Rentals
Intertek Usa, Inc DBA Intertek Aim
Intralinks Inc
Intrepid Industries, Inc.
Ipayables, Inc.
Irathane Systems Inc
Iris Ltd. Inc DBA The Iris Companies
Iris Power LP
Iron Mountain Inc. DBA Iron Mountain
Iron Mountain Intellectual Property Management Inc DBA Dsi Technology Escrow Services (Hold)
Isc Sales Inc
Iso New England, Inc.
Isoflex USA
Isopur Fluid Techologies, Inc
Ispi Consultants
Iss Compressor Industries, Inc. DBA Worthington Compressor Servi
Itochu International Inc.
Itron Inc
Itt Engineered Valves
Itt Goulds Pumps Inc.
Ives Equipment Corp
Ivg Energy Ltd
Ivri Inc
Ivy 100 Rand Property, LLC

J & E Riep Enterprises, LLC DBA Ace Ta Lock And
    Safe Co.
J A Cunningham Equip Inc
J Braulio Lugo DBA J. B. & Sons Welding Services
J H Process Equipment Inc
J. Givoo Consultants Inc.
J. J. Medeiros Inc
J. J. White Incorporated
J. L. Dobbs Inc
J. Willis Smith & Brother Inc.
J.B. Nottingham & Co, Inc. DBA Duraline
James Ayers
James Craft & Son, Inc.
James H Scarborough
James J. Anderson Construction Company, Inc.
James R Young
James Scarola
Janice Marie Breyer
Jani-King of New Jersey Inc
Jantech Services, Inc.
Jares Fence Company Inc
Jarran Arbach
Jarrett B. Appleby DBA Appleby Strategy Group LLC
Jason A. Green DBA Sachiko Consulting
Jdmc Inc DBA Kleppers Security Source
Jdr Energy Usa Inc
Jd'S Babbitt Bearings, LLC
Jeamar Winches
Jeffery M & Theresa Kupsy DBA E&A Mechanical
    Services
Jeffery W. Angleberger DBA Ja Technical Services
Jeffrey K Backus
Jeffrey K Young
Jeffrey R. King DBA The Pest Rangers
Jensen Hughes, Inc.
JERA Global Markets North America LLC
Jeremy Harsanyi
Jerry Preston Hauling, Inc.
Jersey Electrical Testing Corp DBA Jersey Infrared
    Consultants
Jet Electrical Testing LLC
Jetblast Inc
Jitesh Sharma DBA Valor Analytics LLC
Jj Keller & Associates Inc
Jj White Incorporated
Jll Valuation & Advisory Services, LLC
JM Services Crane And Rigging Co. DBA Jms Crane
    And Rigging
Jm Supply Company Inc.
Jm Test Systems Inc
Jmi Consultants, LLC
Jmss, LLC DBA Orkin Pest Control
JMT Environmental Technologies, Inc.
Jnk Hydrotest & Extinguisher Supply Co Inc
Jnt Technical Services Inc
Joanne E. Bower
Jobe & Co Inc
Jobot, LLC.

John Amechi LLC
John Crane, Inc.
John Lionetti Associates DBA Lorco Petroleum
    Services
John Maulden
John Rhode
John Toss Stubbs
Johnson & Towers LLC
Johnson Controls Inc
Johnson Controls Us Holdings LLC DBA Johnson
    Controls Security Solutions LLC
Johnson March Systems Inc
Johnstone Supply
Johnstone Supply Division of Airtrol Supply, Inc
Joneric Products Inc
Jones Walker LLP
Jordan Investments, Inc. DBA Rocky Mountain
    Hydrostatics
Jorgensen Geotechnical LLC
Joseph Benard Folz DBA Folz Systems
Joseph C Bellina
Joseph F. Racite DBA Joseph F Racite Fire
    Extinguishers & Equipment
Joseph Romano DBA Moonlight Interests LLC
Joyce Electrical Inc
Jr Engineering & Machine Corp.
Jre Golf Cars LLC DBA Corpus Christi Golf Cars
Julia Macinnis DBA Julia Macinnis Photography
Jw Rentals Inc DBA Environmental Evolutions
    National
K Connelly Corp
K W Reese Inc
K&L Gates LLP
Kaam Group, Inc.
Kachelmann Getriebe GMBH
Kalenborn Abresist Corporation
Kano Laboratories Inc
Kano Labs
Kanon Services, LLC.
Kapa Home Decor, Inc DBA Budget Blinds Of Corpus
    Christi
Kappe Associates, Inc
Karbone Inc
Kasowitz Benson Torres LLP
Kathleen Backus Cocolin
Kb Chemical Company
Kbs, Inc
Kc Construction Co.
Kc Harvey Environmental LLC
Kctg Holdings, LP DBA John Zink Company, LLC
    And Koch Heat Transfer Company, LP
Kean Miller LLP
Kearny Steel Container
Keefer Wood Allen And Rahal LLP
Keen Compressed Gas Company
Keer Electrical Supply
Kegler, Brown, Hill & Ritter, LPa
Keith Lee Weaver DBA Mid-Atlantic Truck Sales

Keiths Lock & Door Service, LLC
Keller Industrial, Inc.
Kellner Electronics DBA Basiceparts
Kelly G Monto
Kelyn Mauz
Kemper Equipment
Kendall Electric Inc
Kennedy Wire Rope & Sling Co
Kenneth S Antos DBA Apollo Edison LLC
Kershner Environmental Technologies, LLC
Kes Domestic Holdings, LLC DBA John Zink
    Company, LLC
Kevin Dalton
Kevin James Martz
Key Bellevilles Inc
Key Capture Energy, LLC DBA Kce Md 1, LLC
Key Environmental, Inc.
Keystone Acquisition Co Inc DBA Keystone Electric
    Co Inc
Keystone Communications Service LLC
Keystone Fire Protection Co
Keystone Fire Protection Co DBA Keystone Fire And
    Security
Keystone Fluid Power
Keystone Industrial Services, Inc
Keystone Police K-9, LLC
Keystone Scale Inc
Keytex Energy Solutions LLC
K-Fab Inc
Kinder Morgan Operating L.P. A DBA Kinder Morgan
    Texas Pipeline LLC
Kinect Energy, Inc.
King & Spalding LLP
King Filtration Technologies Inc
King Ranch, Inc.
Kings Iii of America, LLC DBA Kings Iii Emergency
    Communications
Kingsbury Inc - Sales
Kinsley Construction Inc
Kinton Carbide, Inc.
Kirk Erectors, Inc.
Kirk Key Interlock Company
Kirkland & Ellis LLP
Kirst Engineering Co (Hold)
Kissinger'S Decorating Center Inc. DBA Kissingers
    Floor & Wall
Kkj Inc. DBA Jan-Pro of Nepa
Kld Engineering P C
Kleen Blast
Kline'S Mill Supplies
Klm Solutions, Inc DBA Jim'S Electric Service
Klumb Lumber And Forest Products, Inc.
Knoebels Amusement Park
Knollwood Renewables, Inc.
Kocher'S Tree Service
Koenig, Oelsner, Taylor, Schoenfeld & Gaddis Pc
Kolb Brothers, A Montana Corporation
Komatsu America Corp.

Konecranes Inc
Konecranes Inc DBA Crane Pro Parts
Konecranes Nuclear Equipment & Svcs LLC
Korn Ferry (Us)
Koso America
KPMG LLP
Kraft Werks Engineering LLC
Kroff Chemical Company, Inc.
Ksb Inc
Kuecker Pulse Integration LP
Kupper Engineering, LLC
Kurita America Inc
Kutak Rock LLP
Kyler Mennie
Kyriba Corp.
L H Brubaker Appliances Inc
L&H Industrial, Inc.
L3 Mapps Inc
L5E, LLC DBA 5
La Favorite Industries Inc
La Tech Equipment
Labhart Risk Avisors, Inc.
Lacoja, Inc DBA Penn Fluid System Technologies
Lafayette Tents And Events LLC DBA L2 Structures
Lahara Pest Termite & Wildlife Service, LLC
Lahatte Supply Inc
Lamarche Mfg. Company
Lancaster County Public Safety Center Foundation
Lancaster County Solid Waste Management Authority
    (Lcswma)
Lancaster County Treasurer
Lancaster Oil Company LLC DBA Environmental
    Recovery Corporation of Pa; Kjgrace
Lance Trusty
Lancs Industries Inc
Land Studies Inc
Landauer, Inc.
Landis Consulting LLC
Langan Engineering & Environmental Services
Lanxess Corporation
Lanxess Solutions Us Inc.
Laredo Clean Sweep Inc DBA Southern Sanitation
Larrys Lumber And Supply Inc
Larson Lightning Protection Inc
Latham And Watkins LLP
Lauren Backus Haag
Law office of Andrew M. Dansicker
Lawn Company Inc. DBA Colonial Land Design
L-B Water Service, Inc
Lbs Enterprises Inc DBA Lbs Corporation
Lcm Commodities, LLC
Leak Detection Services, Inc.
Lean Power LLC
Learning Tree International USA, Inc
Lechler, Inc
Lectrodryer LLC
Ledtronics Inc
Lee Supply Co Inc

Legend Energy Advisors LLC
Lehigh Industrial Supply
Lehigh Valley Business Coaliton On Healthcare
Lehigh Valley Fluid Systems, LLC
Lehigh Valley Hospital
Lehigh Valley Hospital, Inc. DBA George E. Moekirk
  Emergency Medicine Institute
Lehigh Valley Plastics Inc
Lehigh Valley Technical Associates, Inc.
Lehigh Valley Windustrial
Leighow Oil Co Inc
Leonard Paper Company
Leroy W Anderson DBA Millennium International
  Technologies Inc
Level 3 Financing, Inc
Lewis Environmental Inc.
Lezzer Holdings, Inc. DBA Lezzer Commercial Doors
Lfs Inc
Liberty Door Systems, LLC
Liberty Elevator Experts LLC
Liberty Township Fire Company
Liberty Valley Lawn Care Inc
Lift Inc
Lift-All Co Inc
Lighthouse Worldwide Solutions
Linde Gas & Equipment Inc
Linde Inc.
Linemens Supply Inc
Linkedin Corporation
Lintec Corporation
Linxon US LLC
Liquid Handling Specialists, Inc
Lisega, Inc.
Littler Mendelson Pc
Live Energy Inc
Live Power Intelligence Company Na LLC
Lj Kit Blocker Inc DBA Ruby Industrial Technologies
  LLC F.F.A. Kaman Industrial Technologies
Lk Jordan Corpus Christi Ltd DBA Lk Jordan &
  Associates
Lnd Inc
Lnp Media Group, Inc.
Lobee Pump & Machinery Co.
Lockton Companies, LLC
Locust Ridge Wind Farm LLC
Loftin Equipment Company
Logan Bryce Bohnet
Logrhythm Inc
Logue Industries
Lokring Northeast LLC
Lone Star Holdings LLC DBA Lone Star Overnight
Lone Star Stainless & Supply
Long Building Technologies, Inc.
Long Distance Consultants LLC
Longo Electrical-Mechanical, Inc.
Look Technologies, LLC
Lorrie M. Stinchfield DBA Skookum Chucks Laundry
  LLC

Louella Enterprises LLC
Louis P. Canuso, Inc.
Louisiana Energy Services LLC
Lower Mt Bethel Township, Tax Collector
LR Costanzo Company, Inc
LS Management, LLC DBA Primary Recruiting
  Services
Lsf11 Skyscraper Us Bidco 1 LLC DBA Master
  Builders Solutions Us LLC
Lsp Fund Iii Marketing, LLC
Lubrication Engineers, Inc.
Ludeca Inc
Ludlum Measurements Inc
Lugo Security Services Inc.
Luther Appraisal Services, Inc
Luvak Inc
Luzerne County Clean Water Fund C/O Luzerne
  Conservation District
Luzerne County Community College
Luzerne County Conservation District
Luzerne County Engineering office
Luzerne County Hazardous Materials Response Fund
Luzerne County Planning Commission
Lvr Inc
Lynair Inc
Lyndsey Dudley DBA Lucky Girl Design
M & M Control Svc Inc
M Bar Y Ranch, Inc.
M L Ball Company Inc
M S Jacobs & Associates Inc
M&C Techgroup North America, Inc.
M&R Energy Resources Corp.
M.A. Cohen & Co
M.B. Matthews Paving & Excavating, LLC
Machinery Services Corp
Mack-Cali
Maclean Power Systems
Macon Supply Inc
Macquarie Energy LLC
Maddalyn Hunt
Maddox Industrial Transformer, LLC
Madison Township, Tax Collector
Madle'S Hardware
Magellan Behavioral Health Inc
Magnaflux Corp
Magnetic Products & Services Inc
Magnetrol International, Inc.
Mahaffey Laboratory, Ltd. (Hold)
Mahler Enterprises, Inc. DBA Mahler Private Staffing
Main Line Health Inc.
Makenzy Gilsdorf
Malark Logistics Inc
Malek Inc
Mallek & Associates Inc. DBA Talent Focus
  Consulting
Mallory J Kent
Malr, LLC DBA Mid-Atlantic Loadrite
Management Associated Results Co Inc (Hold)

Management Associated Results Company Inc DBA Marc, Inc.
Management Controls, Inc.
Mancine Optical Company
Manhattan Energy LLC
Manko, Gold, Katcher & Fox, LLP
Manship Incorporated DBA Elegant Cleaners
Manuel Solano
Map Electronics
Map Property Holdings LLC
Mar Cor Purification. Inc.
Marcal Manufacturing, LLC DBA Soundview Paper Company LLC
March-Southwestern Corporation DBA Southwestern Corporation
Mardinly Industrial Power LLC
Marine Technologies Inc
Marion Hill Associates Inc
Marjorie A. Criswell, Trustee of The Marjorie Criswell Family Trust
Marjorie A. Criswell, Trustee of The Robert Criswell Family Trust
Mark Adams DBA 4802-10 Santa Cruz LLC
Mark Advertising Inc
Mark D. Cooper DBA Accu-Grind, LLC
Mark F. Allen DBA Allen Janitorial, LLC
Mark Jackson-Weaver
Mark Turner, Inc DBA Idaho Valve & Fitting
Markit North America Inc
Marlin Business Bank
Marmon Water, Inc DBA Marmon Industrial Water, LLC
Marmon Wire & Cable, Inc. DBA Rscc Wire & Cable LLC
Marnoy Interests, Ltd DBA office Pavilion - Houston
Marportcompliance LLC
Mars Transformers, LLC
Marshall Industrial Technologies
Martek Instruments Inc
Marthom Corporation DBA Hershey Psychological Associates
Martin Engineering and Equipment Sales
Martin Engineering Company
Martin Marietta Materials, Inc
Martin Pmc, LLC
Martz Technologies Inc
Maryland Biochemical Co Inc
Maryland Department of The Environment
Maryland Energy Advisors LLC
Maryland Mechanical Systems, Inc.
Maryland Public Service Commission
Masaba, Inc
Mason East Inc
Mass Hoisting Coned, LLC
Mass Tank Inspection Services, LLC
Master Lee Engineered Products, Inc.
Matcor Inc
Matrix North American Construction, Inc.

Matt Petersen
Matthew Bond Treat DBA Matthew B Treat, LLC DBA Treat Consulting Group
Matthews Fuel Service Inc
Maune Raichie Hartley French & Mudd , LLC
Maven Wave Partners LLC
Maverick Maintenance & Supply, LLC
Maviro Inc. DBA Rmis
Maxar Mission Solutions Inc
Mcardle And Walsh Inc
McCarl's LLC
Mccarthy Tetrault LLP
Mccarthy Tire Service Company of Pa Inc
McClure Company
Mccluskey Marine Svc
Mccormick Equipment
Mccormick Paint Works Company DBA Mccormick Paints
Mccrometer Inc
Mcdermott Will & Emery LLP
Mcgrath Rentcorp DBA Mobile Modular Management Corporation, DBA Mobile Modular Portable Storage, DBA Mobile Modular
Mckesson Medical-Surgical Inc.
Mcknight Cranberry V, LP
Mcmahan Services, Ltd
Mcmaster-Carr Supply Company DBA Mcmaster-Carr
Mcs Inc
Measurement Specialties Inc
Measurement Technologies DBA Mtech
Mechanical Dynamics & Analysis LLC
Meco of Texas LLC
Meg-Alert, Inc.
Megan L. Fink DBA Freedom Cleaning LLC
Megaresistors Corp
Meier Supply Company, Inc.
Mellott Enterprises Inc.
Membrane Services, LLC
Mennta Energy Solutions Inc
Mercer Rubber Co., Inc. DBA Mercer Gasket & Shim
Merchants Automotive Group Inc.
Mercury Process Specialist, LLC
Merrick & Company DBA Alliance Engineering, Inc
Merrick Industries Inc
Merrill Creek Reservoir
Mersino Dewatering, Inc. DBA Global Pump
Mesa Products, Inc DBA Mesa
Met One Instruments, Inc.
Metal It Inc. DBA Metal Supermarkets
Metals Usa -Levinson Steel Div
Met-Ed
Meteologica S.A.
Metrix Instrument Company
Metro Bobcat, Inc.
Metrowest Electrical Sales, Inc
Metso Minerals Industries Inc (Hold)
Metso Outotec Usa Inc

Mettler-Toledo International Inc DBA Mettler-Toledo, LLC DBA Troemner LLC
Mettler-Toledo Process Analytics, Inc
Mexichem Specialty Resins, Inc.
Mht Access Services Inc.
Michael E Hauber DBA Holmlund Mobile Lock & Key
Michael R Fogarty DBA Kestrel Power Engineering, LLC
Michael Wyatt
Michael X. Plick DBA Michael Plick And Associates
Micro Motion Inc
Micro Strategies Inc.
Microflex Inc
Microstrategy
Mid Atlantic Energy Services
Mid Atlantic Inc
Mid Atlantic Wildlife Control
Mid-America Dynamics, Inc
Mid-Atlantic Industrial Construction, LLC
Mid-Atlantic Pump & Equipment Co
Middle Susquehanna Riverkeeper Association, Inc
Middleton & Meads Co., Inc
Midland Scientific , Inc.
Midlantic Engineering Inc
Mid-West Company
Midwest Energy Emissions Corp DBA Mes, Inc.
Midwest Industrial Supply, Inc.
Midwest Motor Supply Co, Inc DBA Kimball Midwest
Midwest Renewable Energy Tracking System (M-Rets) DBA M-Rets
Midwest Valve And Services, LLC
Mid-Yellowstone Electric Cooperative Inc
Mieco LLC
Mike Pass Weather Services
Miles City Forsyth Boardcasting DBA Kikc Am And Kikc Fm
Miles City Sanitation LLC
Miles Data Technologies
Millennium International
Millennium Power Service Inc
Millennium Torque & Tensioning, Inc.
Miller Environmental Services LLC
Miller Township, Tax Collector
Miller-Stephenson Chemical
Millipore Corporation
Millmac In DBA Miller Energy Inc
Millville School District, Tax Collector
Minco Products Inc
Minetek Pty Ltd
Mingle Timber Harvesting
Minnotte Manufacturing Corp.
Mirion Technologies (Canberra), Inc.
Mirion Technologies (Mgpi), Inc
Mistras Group
Mistras Group Inc
Mitchell Energy Management Services Inc
Mitchell S. Taylor
Mkm Fire Technologies Inc

Mo Carlson
Mobile Communications America, Inc.
Mobile Mini Inc
Mobilease Modular Space, Inc.
Mocanaqua Volunteer Fire Company #1
Mohawk Ind & Nuc Sup Inc
Mohr Test & Measurement LLC
Moisttech Corp
Mole Master Services Corporation
Moly-Cop Group (Us Holdings) Inc DBA Moly-Cop Usa LLC
Monarch Boiler Construction Co. Inc.
Monarch Products Company
Monroe Township, Tax Collector
Montana Air Cartage, Inc
Montana Chamber Foundation
Montana Chamber of Commerce
Montana Department of Labor & Industry
Montana Department of Revenue
Montana Department Of Revenue (Income Tax)
Montana Economic Revitalization & Development DBA Merdi
Montana Hope Project, Inc.
Montana Seals & Packing
Montana Shakespeare In The Parks
Montana Taxpayers Association
Montana Teamsters Contractors
Montana-Dakota Utilities Co
Montgomery County Food Bank
Montgomery County Tax Assessor Collector
Montour County Hazardous Materials Response Fund
Montour Solar Holdco Two LLC DBA Montour Solar Two LLC
Montrose Environmental Group Inc. DBA Montrose Air Quality Services
Moody Price LLC
Moody'S Investors Service Inc.
Moore Industries-International
Mor Electric Heating Associates, Inc.
Morehouse Instruments Company, Inc.
Morgan Contractors LLC
Morgan Stanley Company Inc
Morgan Stanley Domestic Holdings, Inc. DBA Morgan Stanley And Co. LLC
Morgan, Lewis & Bockius LLP
Morris Kreitz & Sons Inc DBA Kreitz Construction Services
Morris Nichols Arsht & Tunnell LLP
Morrison Hershfield Corporation
Morykan Mobile And More
Motion And Flow Control Products, Inc.
Motion Industries Inc.
Motor Technology Inc
Motorola Solutions, Inc.
Mountain States Environmental
Mouser Electronics Inc
Mo-Vac Environmental Inc
Moyer Instruments Inc

Mp Environmental Services Inc
MP2 Energy Texas LLC
Mpr Associates Inc
MPW Industrial Services Group, Inc. DBA Mpw
    Industrial Water Services, Inc.
Mr. Cesspool Inc.
Mrc Global (Us) Inc.
Mre Consulting Ltd.
Msa Safety Incorporated DBA Msa Safety Sales, LLC
Msdsonline, Inc DBA Velocityehs
Msi Utilities, Inc.
Mt Savage Specialty Refractories Company
Mt Waterworks
Mueller Water Conditioning, Inc
Mugisho Philip Bagalwa
Muirfield Energy, Inc.
Multi Dimensional Integration
Multi-Chem Group, LLC
Mw Watermark LLC
Mx Industrial Distributors
Mydax Inc
Myers & Co., Inc
Myers Brier & Kelly, LLP
Myron L Co Inc
N Brayton LLC DBA Orchard Pump & Supply Co.
    DBA Opsco Service
N.V.P. Associates Inc. T-A DBA Universal Electronic
    Supply Co
Nac International Inc
NAES Corporation
NAES Corporation DBA E3 Consulting Services, LLC
NAES Power Contractors
Nagle Elevation Inspection & Testing, LLC
Nalco U.S. 2 Inc DBA Nalco Company LLC
Nam Exterminating Inc
Nanticoke Community Ambulance Association
Napa Development Corporation, Inc.
Nathan N Dellecese DBA Nate'S Oil Burner Service
National Benefit Services, LLC
National Capital Flag Co.
National Electrical Carbon Products Inc. DBA Morgan
    Advanced Materials
National Elevator Inspection Services, Inc.
National Energy Network Inc
National Engineering Products Inc
National Filter Media
National Heat Exchange Cleaning Corp.
National Institute of Standards And Technology
National Safety Supply, Inc
National Switchgear Systems, Inc.
Natural Bridge Station Inc, DBA Containerbuyers.Com
Natural Resource Leasing, LLC
Navex Global Inc
Nazareth Machine Works Inc
Ncc Group Escrow Associates LLC
Ncc Group Software Resilience Na LLC
Nch Corporation DBA Chemsearch Fe
Ncs Corporation

Ne Energy LLC
Neac Compressor Service
Nederman Mikropul LLC
Neff Expansion Pa, LLC DBA Intek Systems
Nehring Electrical Works Company
Neodymia, LLC
Neptune Chemical Pump Co
Nescopeck Township, Tax Collector
Nescopeck Volunteer Fire Co
Nestle Waters North America DBA Readyrefresh By
    Nestle
Netco
Network Medical Review Company, Ltd.
Network Perception
Neustar Inc DBA Security Services, LLC
New America Power, LLC
New Bedford Pest Control, Inc.
New Bedford Welding Supply Inc
New Jersey Division of Taxation
New Jersey Resources Corporation
New Logic Research, Inc
New Pig Corp
New Pig Corporation DBA New Pig
New River Group, LLC DBA Scioto Energy
New York Blower C/O Baxter Air Engineering
New York Independent System Operator, Inc
New York Independent System Operator, Inc.
New York State Department of Taxation and Finance
Newark Corporation
Newark Corporation DBA Newark Element14
Newberry Township, Tax Collector
Newcon Company
Newfields Companies LLC
Newport Sd, Tax Collector
Nextera Energy Capital Holdings, Inc. DBA Nextera
    Energy Duane Arnold, LLC
Nextgen Security, LLC.
Nexus Integrity Management, LLC
Ngs Cayman Holdings, L.P. DBA Ngs N.A., LLC-
    Dresser Pipeline Solutions
Nicholas Tilley
Nilfisk of America
Nivert Metal Supply Inc
Nix Ranch
NJR Energy Services Company
NJR Pipeline Company DBA Adelphia Gateway
Nmc Industrial Services LLC DBA Raka
No Dig Pipe Repair
Noah Wright
Noland Co
Nol-Tec Systems, Inc.
Nooter Ericksen Inc
Norco Inc
Norfolk Southern Railway Co
Norman Machine Tool Ltd
Normandeau Associates
North American Energy Markets Association (Naema)
North American Industrial Services, Inc

North American Switchgear Inc
North American Valve, Inc. DBA North American
  Machine Works, Inc
North Dakota Safety Council, Inc DBA North Dakota
  Safety Council
North East Technical Sales Inc
North Shore Energy Consulting LLC
North Shore Railroad Company
North Union United Soccer Club
North Wind Infrastructure And Technology, LLC
Northampton County DBA Northampton County
  Conservation District
Northeast Electrical Distributors
Northeast Energy Advisors
Northeast Excavation Inc
Northeastern Automated Technologies, Inc.
Northeastern Water Services, Inc. DBA Culligan Water
  Conditioning
Northeastern York County Sd, Tax Collector
Northern Cambria Sd, Tax Collector
Northern Cheyenne Ministerial Association, Inc. DBA
  Everything Beautiful Thrift Store
Northern Cheyenne Tribe
Northern Coating Inc
Northwest Industrial Repair Inc
Northwest Industrial Supply Co., Inc.
Northwest Instruments & Controls, Inc.
Northwest Pipe Fittings Inc
Northwest Pump & Equipment Co
Northwest Scientific Inc
Northwestern Energy
Northwestern Energy Employees Federal Credit Union
Norton Corrosion Lmtd Inc
Nortonlifelock Inc. F/K/A/ Symantec Corporation
Nov Process & Flow Technologies U.S., Inc.
Nova Analytical Systems Inc
Nova Machine Products, Inc
Nova Technology Inc
Novem, Inc. DBA Thinkreliability
Novolac Epoxy Technologies Inc
Nrg Nuclear Services Bv
Nrg Power Marketing LLC
Nsi Neal Systems Inc
Nstar Electric Company DBA Eversource Energy
Nts Technical Systems DBA National Technical
  Systems Inc
Ntt Data, Inc.
Nuclear Electric Insurance Limited
Nuclear Energy Institute, Inc.
Nuclear Measurements Corp
Nuclear Procurement Issues Corporation
Nucon International, Inc.
Nueces County
Numerco Limited
Nuove Energie Usa Inc
Nus Consulting Group
Nvent Thermal LLC
Nwl Transformers

NWL, Inc.
Nwt Corporation
Oaks Industrial Supply, Inc.
Occupational Health Centers of The Southwest, P.A.
  DBA Concentra Medical Centers
Ocean State Technical Services
Odenheimer Company
Odessa Pumps And Equipment Ltd
Odyssey Analytics, LLC
Odyssey Logistics And Technology Corp DBA Linden
  Bulk Transportation LLC
Office Depot, Inc.
Office Technology Group, Inc.
Oftedal Construction Inc
Ohio Bureau of Workers' Compensation
Ohio Edison Company (A Firstenergy Company)
Ohio Power Company DBA Aep Ohio
Ohio Treasurer of State
Ohmstede Industrial Services
Ohmstede, Ltd
Oilmen'S Truck Tanks, Inc.
Okta, Inc
Olympus America Inc
Omega Engineering Inc
O'Melveny & Myers, LLP
Omicron Electronics Corp
Omni Vision Inc
Oncesource Inc DBA Onesource Staffing Solutions
One Source Technology, LLC DBA Asurint
O'Neal'S Welding & Fabrication DBA Thermodynamic
  Design And Manufacturing
Onecis Insurance Company
O'Neil Excavating
Oneta Company DBA Everest Water & Coffee, LLC
Online Consulting, Inc DBA Pacific Digital Signs
Onyx Valve
Open Access Technology International, Inc.
Open Market Energy, LLC
Operation Technology Inc DBA Etap
Opsco Service Inc
OPSWAT Inc
Optilumen, Inc
Optimus, LLC
Optiv
Oracle America Inc
Orano USA LLC DBA TN Americas LLC
Orchard Beach Volunteer Fire Department Inc.
Orion Energy Credit Opportunities Fund Iii, L.P.
Orion Instruments
Orival Inc
Osisoft LLC
OTEK Corporation
Overhead Door Company of Providence
Overhead Hoist & Crane, Inc. DBA Moye Handling
Overwatch Mission Critical Inc
Owen Lawn & Landscaping, Inc.
Oxblue LLC
Oxbo, Inc. DBA Oxbo Mega Transport Solutions

Oxford Global Resources, LLC
P And L Cattle Company
Pa Central Federal Credit Union
PA Consulting Group Inc
Pa Dep
PA Department of Labor And Industry
Pa Department of Transportation - Bureau of Motor
    Vehicles
Pa Dept of Environmental Protection DBA
    Commomwealth of Pa
Pa Dept of Labor & Industry-B
Pa Dept. of Environmental Protection
Pa Environmental Services
PA Environmental Solutions, Inc.
Pa Mines Umwa Benefit Plan Trust
Pac Industries Inc
Pac Industries, LLC
Pace Analytical Services, LLC
Pacific Hide & Fur Depot DBA Pacific Steel &
    Recycling
Pacific Jetting LLC
Pacific Summit Energy LLC
Pacificorp DBA Pacific Power/Rocky Mountain Power
Paint Township, Tax Collector
Painted Rock LLC DBA Swagelok Corpus Christi
Paisboa Services Corporation
Pajarito Scientific Corporation DBA Rps, A Division of
    Pajarito Scientific Corporation
Palco Federal Credit Union
Pall Corporation
Pall Trincor
Palmer Instruments Inc
Palmyra Township
Palmyra Township, Tax Collector
Pape Material Handling Inc
Papilias Inc
Par Nuclear Inc
Paragon Energy Solutions, LLC
Parent Door Hardware Sales & Service, Inc
Paris Cleaners Inc DBA Paris Companies, Paris
    Uniform Services
Parker Hannifin Corporation
Parker Interior Plantscape
Parkson Corporation
Parsons Sales Inc
Partners Electrical Services, LLC
Pascor Atlantic Corporation
Passaic Valley Sewerage Commission
Passaic Valley Water Commission
Patapsco Safety Consultants, Inc.
Paterson & Cooke Field Services Ltd.
Paterson & Cooke Usa, Ltd.
Pathfinder Equipment Locators Inc
Patrick D Montagne DBA Dock & Door Solutions,
    LLC
Patrick J Berry DBA Patrick Berry Consulting, LLC.
Patrick J Carr DBA A1 Crane Company, Inc
Patrick J Kelly Drums Inc

Patriot Energy Group Inc
Patriot Group Technologies Inc
Patriot Sensors & Control Corporation DBA Ametek
    Drexelbrook
Patriot Sensors And Controls Corp DBA Ametek
    Drexelbrook
Patriot Sprinkler Company
Paul J. Angeli DBA P. A. Landscaping & Lawn Svs.
    Inc.
Paul Synder
Paul, Reich & Myers, P.C.
Paul, Weiss, Rifkind, Whatron & Garrison LLP
Pawelek Wildlife Control LLC
Pawling Engineered Products
Payfor Limited
Paylogix
Payscale, Inc.
Pcb Piezotronics Inc
Pcm Sales, Inc. DBA Pcm
Pdf Electric & Supply Company, Inc.
Peak Supply Company, LLC
Pearse Bertram, LLC
Pedricktown Day Committee
Peerless Mfg Co
Pena-Plas Company
Penn Air & Hydraulics
Penn Manor School District
Penn Stainless Products Inc
Penn State Facilities Engineering Institute
Penn-Air & Hydraulics Corp
Pennell & Wiltberger Inc
Pennlanco Federal Credit Union
Penn'S Northeast Inc.
Pennsgrove Plumbing
Pennsylvania American Water
Pennsylvania Chamber of Business And Industry
Pennsylvania Clean Air Fund
Pennsylvania Clean Water Fund C/O Luzerne
    Conservation District
Pennsylvania Dept of Environmental Protection
Pennsylvania Dept of Labor & Industry
Pennsylvania Electric Company ( Penelec) A First
    Enery Co
Pennsylvania Hazardous Material Response Fund
Pennsylvania One Call System Inc.
Pennsylvania Power Company
Pennsylvania Professional Soccer LLC
Pennsylvania Steel Company Inc
Pennsylvania Tool Sales & Service, Inc..
Pennsylvania Tool Sales Serv I
Pennsylvania Transformer
Pennwilco Federal Credit Union
Penske Truck Leasing Co L.P.
Pentas Controls, LLC
Pepco
Performance Contracting Inc DBA PCI Promatec
Perkinelmer Health Sciences Inc
Perkinelmer Health Sciences, Inc

46

Pete Lien & Sons Inc
Peters Consultants Inc
Peterson Quality office
Peterson Service Company, Inc
Petrochoice Holdings, Inc.
Petroleum Recovery And Remediation Management,
    Inc. DBA Petroleum Management, Inc.
Petroleum Service Co
Petrolink Usa LLC DBA Reliable Industrial Group
Petro-Valve, Inc
Petty Air Pollution Services, Inc. DBA Petty Air
    Pollution Services
Pfp DBA Precision Filtration Products
Pharos Enterprise Intelligence, LLC
Phase Separation Science Inc
Phelps Industrial Products Inc
Philadelphia Mixing Solutions LTD
Philip O'Brocki
Philippe V. Renaud DBA Pvr Technical Services, LLC
Philippi-Hagenbuch Inc
Philipsburg-Osceola Sd, Tax Collector
Phoenix Fuel Management
Phoenix Rehabilitation And Health Services, Inc
Pierce'S Flooring, Inc DBA Pierce Flooring & Design,
    Pierce Carpet Mill Outlet, Carpet Barn
Pillsbury Winthrop Shaw Pittman LLP
Pines Bridge Associates
Pinnacle Business Solutions, Inc
Pinnacle Investigations Corp
Pinnacle Parts And Service Corp
Pioneer Motor Bearing Co Inc
Pipes And Wires Services, Inc.
Piping & Corrosion Specialties, Inc.
Pitney Bowes Global Financial Services LLC DBA
    Purchase Power
Pitney Bowes Global Financial Services LLC. Inc
Pittsburgh Air Systems Inc.
Pittsburgh Process Equipment
Pjm Environmental Information Services, Inc.
PJM Interconnection LLC
Plains Township, Tax Collector
Plant Services, Inc.
Plastech Services, Inc.
Plasterer Equipment Co Inc
Plastocor, Inc.
Plm, Inc. DBA Power Line Models, Inc.
Pm Supply Inc
Pma Companies
Pollock Research & Design Inc DBA Reading Crane &
    Engineering Co
Pond Hill Lily Lake
Pooled Equipment Inventory Company
Port of Corpus Christi Authority
Porter Hedges LLP
Porters Supply Co Inc
Portersville Prd LLC
Portland General Electric Company
Portland Hook & Ladder Co 1

Potter Anderson & Corroon LLP
Potts & Callahan Inc.
Potts Welding And Boiler Repair Company Inc.
Powell Electrical Systems, Inc.
Powell Industries Inc
Power & Industrial Air Systems
Power & Industrial Services Corporation
Power Brokers LLC
Power Engineers Incorporated
Power Equipment Specialists Inc
Power House Tool Inc
Power Process Equipment, Inc.
Power Product Services, Inc
Power Repair Service Inc.
Power Resources, Inc.
Power Service Inc
Power Services Group, Inc
Power System Sentinel Technologies, LLC
Power Systems Mfg., LLC
Power Technical Services, LLC
Powerfect Service Inc.
Powerfect, Inc.
Powerflow Engineering Inc
Powerflow Fluid Systems, LLC
Powerplan, Inc.
Powmat Ltd
Ppg Architectural Finishes, Inc. DBA Protective And
    Marine Coatings
Ppg Industries
Ppl Electric Utilities Corp.
PPL Gold
Ppss Co DBA Professional Petroleum Svc Co
Pr Newswire Association
Practising Law Institute
Praxair
Praxair Distribution, Inc.
Precision Blasting Inc
Precision Measurements A Division of Instrumentation
    Technical Services,Inc
Precision Systems 22, Inc DBA System 22, Inc.
Predictive Maintenance Solutions Inc.
Preferred Engineering
Preferred Metal Technologies Inc
Premier Energy Group LLC
Premier Power Solutions LLC
Premier Production Equipment Inc
Premiere Marketing, LLC DBA Transparent Energy
Premium Inspection And Testing, Inc. DBA Capitol
    Ultrasonics LLC
Presidio Holdings Inc DBA Presidio Networked
    Solutions LLC
Presray Corporation
Press Enterprise, Inc
Press Services Inc DBA Fan Services Associates
PricewaterhouseCoopers LLP
Prime Clerk LLC
Prime Lube, Inc.
Prince Inc

Process Piping Specialties Inc
Process Technologies Inc
Processflo Inc
Proco Products, Inc.
Proconex
Procore Technologies, Inc.
Proenergy Services, LLC
Professional Electric Products Company
Professional Health Services, Inc.
Progress Software Corporation
Progressive Energy Consultants, LLC
Progressive Hydraulics, Inc.
Progressive Water Treatment Inc
Projectile Tube Cleaning Inc
Prokarma, Inc.
Pro-Kote Engineering And Supply
Prometheus Group Holdings LLC DBA Pipeline
    Software, LLC
Propump Services, LLC
Pro-Quip, Inc
Prosearch Strategies, Inc
Prosonix LLC
Protect Ear Usa, LLC
Protective Coatings
Protiviti, Inc.
Proven Compliance Solutions Inc
Provident Energy Consulting LLC
Prudential Energy Services Corporation
Prysmian Cable & Systems Usa, LLC
Psc Industrial Holdings Corp DBA Psc Industrial
    Outsourcing, LP
PSEG Energy Resources&Trade LLC
Ptlf Process, LLC
Public Service Commission of Maryland
Public Service Electric & Gas Company
Public Utilities Commission of Ohio
Puffer Sweiven LP
Puget Sound Energy Inc
Pullman Power LLC
Pump & Corrosion Tech Inc
Pumpaction Inc
Pumptech Holdings, LLC DBA Pumptech, LLC
Pure Aqua Inc
Pure Filtration LLC
Pure Safety Group, Inc.
Pure Technologies U.S. Inc.
Pure Water Technology of Central Pa Inc
Purestream Inc
Purolite Corporation
Purvis Industries, LLC
Pvs Minibulk, Inc
Pyco LLC
Q9 Elements Ltd
Qa Support, LP
Qcs Acquistion Corp DBA Quality Conveyor Solutions
Qed Environmental Systems, Inc
Qiw Inc
Quaggfor LLC DBA Thornton Group

Qualitrol Company LLC
Quality Controls Inc.
Quality Conveyor Solutions, LLC
Quality Conveyor Solutions, LLC (Hold)
Quality of Life Corporation
Quality Services, LLC DBA Vanguard Cleaning
    Systems of Northeast Pa
Qualtech Np
Qualtech Np - Huntsville Operations
Quanta Energy Services LLC DBA Hbk Engineering
    LLC
Quarter Turn Resources, Inc.
Quatrex Environment Inc
Quench Usa LLC
Quinn Emanuel Urquhart & Sullivan, LLP
Quinn William Wright DBA Initial Point Surveys,
    PLLC
R D Bitzer Co Inc
R F Fager Co
R L Miller Inc
R&G Laboratories, Inc.
R&G Plumbing And Drain Services, Inc
R.D. offutt Company DBA Rdo Equipment Co
R.L. Armacost, Inc DBA Armacost Trane Service Co.
    & Trane Equipment Sales
R.W. Beck Group Inc DBA Leidos Engineering, LLC
R/W Connection, Inc.
Rabalais Constructors LLC DBA Rabalais I&E
    Constructors
Radiant Solutions Holdings, Inc DBA Radiant
    Geospatial Solutions LLC
Radiation Safety & Control Services Inc
Radiation Solutions, Inc
Radio Maintenance Inc
Radwell International Inc
Rafael Flores
Raglady, Inc
Ragnasoft Incorporated DBA Planit Schedule
Rail Scale
Railinc Corporation
Railpros Field Services, Inc.
Ram Industrial Services, LLC
Ramboll Americas Engineering Solutions, Inc.
Ramick Inc
Randy M. Jones DBA Mountaineer Market Advisors,
    LLC
Rane Network Inc.
Rapid Power Management LLC
Rated Power S.L.
Rawson LP
Raymond C Geiger Real Estate
RDC Inn At Perry Cabin DBA Inn At Perry Cabin
Rdi Technologies, Inc.
Rebekah Reneau
Red Coats Inc. DBA Admiral Security Services
Red Valve Company, Inc. DBA Tideflex Technologies
Redmann Quality Engineering Services, Inc.
Redvector.Com, LLC DBA Vector Solutions

Reece Distributing Inc.
Reed Industrial Resources Inc DBA Rowe Sprinkler
    Systems
Reed Smith LLP
Reef Industries
Reeser'S Service Center & Towing LLC
Refinery Terminal Fire Company
Refinitiv Us LLC Fka Thomson Reuters (Markets) LLC
Reflective Energy Solutions LLC
Regan Supply And Testing Service Inc
Regional Resources Energy Group LLC
Regions Bank
Regis Malloy
Regulated Capital Consultants LLC
Regulatory Consultants, Inc.
Reilly Sweeping Inc. Md
Reimer Bros Inc
Reit Lubricants Company A Division of Reit Fuel Oil
    Company Co.,
Reladyne Reliability Services Inc.
Relay & Power Systems
Relevant Industrial, LLC
Relevant Technologies Corp
Reliable Equipment & Service Company, Inc.
Reliable Power Alternatives Corp
Remote Solutions LLC
Rentokil North America DBA Presto-X Pest Control
Rentokil North America Inc. DBA Ehrlich
Renuke Services, Inc.
Rep Management Company V, LLC
Repair Technology LLC
Repco Inc
Repro*Graphics Inc. DBA Selby'S
Republic Services #847
Republic Services, Inc DBA El Centro Landfill, L.P.
Republic Services, Inc.
Republic Services, Inc. DBA Allied Waste Services of
    Massachusetts, LLC
Republic Transportation Systems Inc
Requordit Inc
Resa Service, LLC DBA Resa Power, LLC
Research Cottrell Cooling, Inc.
Resolute Industrial Holdings DBA Mobile Air, LLC
Resource Energy Solutions, LLC
Ressler Enterprises, Inc. DBA Peiffer Machine Services
Restructuring Partners & Associates, LLC DBA RPA
    Advisors, LLC
Results Energy Consulting Inc.
Retail Energy Supply Association
Retaqs Inc
Retrievex DBA Access
Rettew Associates Inc
Rettew Field Services Inc
Retubeco Inc
Reuter & Hanney, Inc.
Reuther Engineering & Machine Co., Inc.
Revenew International LLC
Rexa Inc.

Rexel
Rexel Usa, Inc DBA Gexpro
Rexel Usa, Inc. DBA Gexpro And Parts Super Center
Reynolds Business Systems Inc
Reynolds H20 Plus Inc. DBA Culligan Water
    Conditioning
Rfq Testing Services LLC
Rg Industries Inc DBA Rg Group, Allegheny Fluid
    Power, Powertech Hydraulics, Van Air & Hydraulics,
    Weaver Fluid Power
Rhett Thiel Creative LLC
Rhinehart Railroad Construction, Inc.
Richard Champley
Richard Craig Leake Sr DBA Advanced Electric Co.
Richard E. Mohr DBA Pacific Jetting
Richard N Best Associates, Inc.
Richard P. Smith
Richards Energy Group, Inc.
Rico Elevators, Inc.
Ricoh USA, Inc
Rid-Et Pest Control
Riggs Distler And Company, Inc
Right Management Inc.
Riley Power Inc
Ringactive Strategies, LLC
Ritter Technology LLC
River Drive Service Center, Inc.
Riverstone Equity Partners, LP
Riverstone/Carlyle Management LP
Riviera Isd
Rjm Sales, Inc.
Rj'S Lawn Service
Rmb Consulting & Research, Inc DBA Agora
    Environmental Consulting
Robert C. Smith Iii DBA Smith'S Sewer & Drain, LLC
Robert Chapa DBA R & R Lawn Service
Robert Dale Kiefer
Robert Decker Enterprises Inc DBA Rms Fitness
    Equipment Services
Robert E. Davoli DBA Netcharts-Gb, LLC
Robert Fidiam
Robert Half International Inc
Robert J Langdon DBA Rjl Consultants LLC
Robert J Perron DBA Quality Assurance Services LLC
Robert J. Fitzmyer Co. Inc.
Robert M., Margarita Boyce DBA Control System
    West
Robert R. Regan
Robert William Griffith DBA Verb Precision LLC
Roberts & Holland
Roberts Oxygen Company Inc
Robnet, Inc
Robvon Backing Ring Co
Rocco G. Levo Jr DBA Bellaroc Controls, LLC
Rochem Technical Services Usa Ltd
Rochester Industrial Services, Inc
Rocky Mountain Equipment & Rental LLC
Rocky Mountain Hoist Services, Inc.

Rodi Systems Corp.
Rogele Inc
Roger Notsch
Rogers Machinery Company Inc
Ronald A. Bruck DBA Fil-Tech
Ronald L. Askin Drilling, Inc.
Ronald P. Wertz Jr. DBA Wertz Heating And Plumbing
Ronan Engineering Company
Rosana Ponce
Rosebud Cattle Women
Rosebud County
Rosebud Engineering Inc
Rosebud/Treasure Country 4-H Council
Rosemount Inc
Rosemount Nuclear Instruments
Rosenberg & Parker, Inc
Ross Aronstam & Moritz LLP
Rotaserv LP
Rotork Controls, Inc.
Roux Associates, Inc.
Rowens Enterprises, Ltd DBA Overhead Door
    Company of Reading, Lancaster, Chester/Delaware
    Counties
Roy W Piper Charitable Trust
Royal Electric Supply Company
Royal Instruments, Inc.
Rpa Associates Inc
RPM & Associates, Inc.
R-S Matco, Inc.
RSM Us LLP
Rso, Inc.
Ruby'S Air Conditioning, Inc.
Ruch Carbide Burs Co
Rudy J. Delaurentis DBA Concord House Real Estate
Ruhrpumpen, Inc.
Rumsey Electric Company
Rush Township, Tax Collector
Russ Bassett Corp
Russelectric Inc
Russell Industries
Russell Outdoors, Inc DBA South Texas Propane
Russell Reynolds Associates, Inc.
Rust Automation & Controls
Rusty Smith DBA Rusty'S H2O Service LLC
Ruthman Pump & Engineering DBA Fulflo Specialties,
    Co
Rutt'S Machine Inc
R-V Industries, Inc.
Ryan K Ossant DBA Turbotville Landscape Supply
Ryan M. Beishline DBA B-Line Services, LLC
Ryan, LLC
Ryker Enterprises Inc DBA Raychem Supply
S & P Global Inc. DBA Standard & Poor'S Financial
    Services LLC DBA S & P Global Ratings
S Conley Sales Inc
S D Myers LLC
S&C Electric Co
S&P Global Inc DBA S&P Global Platts

S&P Global Market Intelligence, Inc. (Fka: Snl
    Financial Lc) DBA S&P Global Market Intelligence
    LLC
S&W Petroleum Services Inc
Sabre Industries, Inc
Safe Drain Stormwater Holdings, Inc.
Saferack, LLC
Safety Compliance Management, Inc.
Safety Kleen Systems Inc
Safety Main Stopper Co Inc
Safety Scaffolds, Inc
Safety-Kleen Systems, Inc.
Safetytest & Equipment Co., Inc.
Safeware, Inc
Safway Intermediate Holding LLC DBA Brandsafway
    Services LLC
Sagebrush Industries Inc.
Salem Township Volunteer Fire Company #1
Salem Township, Tax Collector
Salesforce.Com, Inc
Salthill Group Inc
Salvo Limited Partnership LLLP DBA Salvo Auto
    Parts
Samaritans Pantry
Sample Enterprises, Inc DBA Culligan Water
    Conditioning
Sample Transportation LLC
Samstubend Inc.
Samuel Shrefler DBA Valley View Sales And Services,
    LLC
Samuel, Son & Co. (Usa) Inc.
San Antonio Armature Works Inc.
Sanchem, Inc.
Sandhill Consultants Usa Ltd
Sandler Occupational Medicine Associates DBA Soma
Sandra K. Carpenter DBA Triple S Energy
    Management LLC
Sandts Eddy Fire Company
Sap America, Inc.
Sargent & Lundy Engineering Services, Inc.
Sargent & Lundy LLC
Sat Radio Communications Ltd DBA Industrial
    Communications
Saybolt LP
Sbp Consulting Inc
Sbs Cisco Inc DBA .Custom Instrumentation Services
    Corporation
Sbs Nolan Power Group LLC DBA Nolan Power
    Group LLC
Sbs-Msi LLC DBA Mechanical Systems Inc.
Scada Network Services, Inc.
Schaedler Yesco Distribution Inc
Schenck Process Holding North America, Inc. DBA
    Schenck Process, LLC
Scherba Industries Inc DBA Inflatable Images
Schindler Elevator Corporation
Schmidt Industries
Schneider Electric Systems Usa Inc

Schoolhouse History & Art Center
Schur & Company LLC DBA Schurco Slurry Pumps
Schutte & Koerting Acquisition Company DBA Schutte
& Koerting Div
Schuylkill County Lepc
Schuylkill Energy Resources Inc
Schuylkill Mobile Fone, Inc.
Schweitzer Engineering Laboratories
Scientech LLC
Scientific Sales Inc
Scott A. Levesque DBA Levesque'S Tree Service
Scott B. Herzog, Kent A. Herzog
Scott Electric Company DBA Scott A/C & Heating,
Scott Telecom
Scott Spiewak DBA Pma Online
Scott Testing Inc
Scott, Douglass & Mcconnico, L.L.P. DBA Scott
Douglass & Mcconnico LLP
Scriptclaim System LLC
S-Docs Inc
Seacoast Supply Inc.
Sealing Specialties Inc
Seamoss Inc
Sean Dunn
Secure Energy Solutions LLC
Securitas Security Services Usa, Inc.
Security Management Systems
Sedgwick Claims Management Services, Inc.
Sel Engineering Services Inc
Select Safety Services LLC
Selinsgrove Area Sd, Tax Collector
Senior Flexonics Senior Operations(Canada) Limited
Senior Us Holdings, Inc. DBA Senior Flexonics
Pathway, A Division of Senior Operations LLC
Sentry Equipment Corp.
Separation Technologies LLC
Sequent Energy Management
Serco, Inc.
Serice Interests, LP DBA Select Search Consultants, LP
Service Electric Cable T.V., Inc.
Service Tire Truck Centers Inc.
Servicenow Inc
Servo Kinetics Inc
Servocon Alpha
Setpoint Integrated Solutions, Inc.
Seward & Kissel LLP
Seward Generation, LLC
Sexton & Peake Inc
Sgs Herguth Laboratories Inc
Sgs North America Inc
Shamokin Dam Borough, Tax Collector
Shane Harris
Sharon K. Merkel DBA Images By Sharon K. Merkel,
LLC
Sharp Electronics Corp DBA Sharp Business System
Sharp Elevator Company, Inc.
Shaun Wright DBA Bko Services Inc
Shaw Lewis Laplant

Shearman & Sterling LLP
Sheffield Scientific LLC
Sheinberg Tool Co
Shelby Jones Company DBA Instrumentation.Com
Shelby Jones Company Inc DBA Instrumentation.Com
Shell Energy North America LP
Shepherd Electric Co Inc
Sheppard T. Powell Associates LLC
Sherwin Inc
Sherwin-Williams Co
Sherwood-Logan & Associates, Inc
Shickshinny Area Volunteer Ambulance Association
Inc.
Shingle And Gibb Co
Shipley Energy Company
Shoemaker Mechanical Inc
Shore Commodity Brokers, LLC
Shred-It Us Jv LLC DBA Shred-It Usa LLC
Shupper-Brickle Equip Co
S-I Intermediate Holdings, Inc DBA Sunbelt LP
Sick Inc
Sid Tool Co Inc DBA Msc Industrial Supply Co
Siemens Demag Delaval Turbomachinery, Inc.
Siemens Energy & Automation
Siemens Energy, Inc.
Siemens Industry Inc
Siemens Power Generation Inc Fkasiemens
Westinghouse Power Corp
Sigma Controls Inc
Sigma Thermal Inc
Signcaster Corporation DBA Johnson Plastics Plus
Silver State Inc / Alaxi
Silverthorne Wind LLC
Simpson Gumpertz & Heger, Inc.
Simpson of Maryland, Inc.
Singlewire Software, LLC
Siso Engineering LLC
Sk Geotechnical Corporation
Skadden, Arps, Slate, Meagher & Flom LLP
Skc Inc
Skelly & Loy Inc
Skg Consulting Inc
Sky Climber Access Solutions
Skyskopes Inc
Skyview Finance Company LLC
Slimline Manufacturing (2016) Ltd
Slover & Loftus LLP
Smith Gardner, Inc.
Smiths Detection
Snap-On Incorporated DBA Idsc Holdings LLC DBA
Snap-On Industrial, A Division of Idsc Holdings
LLC
Softsmiths Inc
Software Ag Usa Inc
Sohail Ahmed
Sohre Turbomachinery
Sol Systems LLC
Solar Turbines Incorporated

Solarwinds North America, Inc. DBA Solarwinds Worldwide, LLC
Solenis LLC (Formerly Ashland Chemicals)
Solid Platforms, Inc
Solidstate Controls, LLC DBA Ametek Solid State Controls
Solmax International Inc. (Hold)
Solutions Inc
Solvay Chemicals Inc DBA American Soda, LLC
Solvay Chemicals, Inc.
Sonic Systems International, Inc
Sor, Inc. DBA Smart Sensors,Ssi,Sensor,Setex,Sor Controls Group,Static-O-Ring
Sordoni Construction Services, Inc.
Sorg Inc DBA Roto-Rooter Sewer & Drain
Sos Intl, LLC
Sound Air Inc
South Jersey Gas Company
South Jersey Port Corporation
South Jersey Resources Group LLC
South Texas Food Bank
South Texas Institute For The Arts DBA Art Museum of South Texas
South Texas Waste Systems
Southeast Valve, Inc. DBA Svi Industrial
Southeastern Fire Equipment, Inc. DBA Southeastern Fire & Safety
Southeastern Montana Development Corp-Semdc
Southern Background Services, LLC
Southern Design And Mechanical
Southern Field Maintenance & Fabrication, LLC
Southern Parts & Engineering Co, LLC DBA Compressorparts.Com
Southern Tank Transport, Inc.
Southern Tioga Sd
Southern York Turf & Tractor
Southland Electric Supply
Southwell Industries
Southwest Scaffolding LLC
Southwest Thermal Technology
Southwestern Petroleum Corp
Sovos Compliance LLC
Spanwell Service Inc
Specialty Cable Corporation
Specialty Fabricators Inc
Specialty Underwater Services
Spectron Energy Inc
Spectrotel Holding Company LLC, DBA Spectrotel
Spectrum Technologies Inc
Spencer Fluid Power
Spintech Tools LLC
Spire Hospitality
Spm Instrument, Inc.
Sprague Operating Resources LLC
Spraying Systems Company
Springettsbury Township
SPX Cooling Technologies, Inc.
Spx Transformer Solutions Inc

Ssm Industries
St Power, LLC DBA South Texas Power Services
St. Labre Youth And Family Services
Stacy A Mcdaniel DBA Bug Out Pest Control
Stadium Dirt Designs Inc
Stahl Sheaffer Engineering, LLC
Staiman Recycling Corporation
Standard Concrete Products Co., Inc.
Standard Laboratories Inc
Standard Laboratories, Inc.
Standish Technologies Int'L
Stantec Consulting Services Inc
Stanton Systems
Stanwich Energy Advisors LLC
Stanwill Investors
Staples Inc DBA Staples Contract & Commercial LLC
Starfish Pps, LLC
Starr Portables
State of Delaware
State of Montana DBA Montana Department of Environmental Quality
State of New Jersey
State of New Jersey Department of Labor And Workforce Developmen
State of New Jersey Division of Revenue
State of Ohiio DBA Public Utilities Commission of Ohio
State of Texas
Statista Inc.
Stauffer Manufacturing Company DBA Stauffer Glove And Safety
Staver Hydraulics
Steadman'S Hardware
Steam Specialties Inc
Steelstran Industries, Inc DBA Atlantic Cordage
Stellar Industrial Supply
Stephen C. Mccord And Darlene R. Mccord DBA Procedure Solutions Management LLC
Stephen Lynn Laughlin DBA Cj&K Training Services
Stephen Pietsch
Stephens Analytical Inc
Stephenson Equipment Inc
Sterling Township, Tax Collector
Steve Reschke DBA Nite Owl Software Solutions, LLC
Steve Shannon Tire Co Inc
Steven Brown & Assoc Inc
Steven J. Pully
Steven Pickard DBA Process Power Solutions
Stevens & Lee
Stevens Battery Warehouse Inc.
Stevens Fire Protection Service LLC
Stewart Business Systems DBA Stewart, A Xerox Company office Tech Inc.
Stewart Dean Bearing
Sth Inc
Stilwell & Associates of The Usa, Inc.
Stone & Webster Inc. DBA Wectec Global Project Services Inc

Stonex Financial Inc
Storage Battery Systems, LLC
Stover Sensor Controls Inc
Stp Nuclear Operating Co
Stronghold Inspection , Ltd
Structural Fasteners Inc DBA Struct Fast Inc
Structural Integrity Associates, Inc.
Structural Preservation Systems LLC
Stutzman, Bromberg, Esserman & Plifka, a
    Professional Corporation
STV Energy Services Inc
STX Commodities, LLC
Suburban Propane Partners LP
Suburban Propane, L.P.
Suez Treatment Solutions Inc.
Suez Wts Analytical Instruments, Inc
Suez Wts Services Usa, Inc.
Suez Wts Usa, Inc.
Sullivan & Cromwell LLP
Sulzer Ems, Inc.
Sulzer Pump Services (Us) Inc.
Summerhill Fire Co. No. 1
Summit Energy Services Inc
Sun Technical Services Inc DBA Bhi Energy Staffing
    Solutions
Sunair Company
Sunbelt Rentals Inc
Sunbelt Supply
Sunbury Solar Holdco DBA Sunbury Solar LLC
Sundyne Corp C/O Sunair Co
Sunlight Energy Group, LLC
Sun-Star Electric Inc
Super Bright Leds Inc
Superbolt, Inc.
Superior Scaffold Services, Inc.
Superior Valve Co
Superior Water Solutions
Superna Energy LLC
Suppression Systems Inc - Pa
Suppression Systems, Inc. - Wa
Sure Power, Inc.
Sur-Seal, Inc.
Survivor Fire And Security Systems Inc
Susan E. Ellis
Susman Godfrey LLP
Susquehanna Energy Advisors, Inc.
Susquehanna Fire Equipment Inc
Susquehanna Paper & Sanitary Supply Corp
Susquehanna River Basin Commission
Susquehanna Township, Tax Collector
Sustainable Energy Utility
Svanaco, Inc. DBA Americaneagle.Com
Swan Analytical Usa Inc
Swanson Flo-Systems Co
Swick & Son Maintenance Specialists, Inc. DBA
    Chesapeake Mechanical & Coatings
Swiss Re Corporate Solutions Global Markets Inc.
Switchgear Solutions, Inc.

Synergis Technologies, LLC
Sypris Technologies, Inc
Syscom Components LLC, DBA Syscom Tech, LLC
Systech Design, Inc
System One Holdings, LLC
Systems Control Associates, Inc.
Systems Technology Inc.
T.K. Davis Holdings DBA Carr'S Delivery Service
T.S.R. Electric, Inc.
Ta Power Opportunities Fund I LLC DBA Ta
    Equipment Holdings I LLC
Taber International, LLC
Tableau Software, Inc.
Tabworks, Inc
Tacoma Screw Products, Inc.
Tailwinds Loenbro Holdings, Inc DBA Loenbro
    Industrial Construction, LLC
Talx Corporation, Equifax
Tameran Graphic Systems Inc
Tandemloc Inc
Tanner Industries Inc
Taprogge America Corporation
TAS Energy Inc
Tate Andale LLC
Tate Engineering Systems Inc
Taurus Advisory Group, LLC
Taylor Consulting Group, PLLC DBA Taylor Luther
    Group, PLLC
Taylor Oil Company
Taylor'S Ace Hdwe & Drug Inc
Taylor'S Garage Inc
Te Connectivity Corporation
Team Industrial Services Inc
Team Supply Inc
Tech Products Inc
Technical Management Services, Inc
Techpro Sales Inc
Tec-Mar Industries Inc
Teecom
Tei Construction Services, Inc.
Teikoku Usa, Inc.
Tek Id Inc
Tekran Instruments Corporation
Telco Pros Inc. DBA Tpi Efficiency
Teledyne Brown Engineering Inc
Teledyne Instruments, Inc. DBA Teledyne Advanced
    Pollution Instr
Teledyne Isco
Teledyne Lecroy Test Services
Teledyne Lecroy, Inc
Teledyne Monitor Labs
Telemedia Inc
Telvent Dtn Inc
Tempo Holding Company, LLC DBA Alight Solutions
    LLC
Tenaska Marketing Ventures
Tenaska Power Services Co
Tenex Usa Incorporated

Tennco Inc
Tennessee Gas Pipeline Company
Terawulf Inc
Terraform Power, LLC DBA Terraform Rec Operating, LLC
Terrasource Global
Terry-Durin Company
Tesla Energy Operations, Inc
Test Equity LLC
Testamerica Laboratories, Inc DBA Eurofins Testamerica
Testex Inc
Tetra Tech Inc
Texas Commission On Environmental Quality
Texas Competitive Power Advocates, Inc.
Texas Department of State Health Services DBA Laboratory Service
Texas Dept of Licensing & Regulation
Texas Eastern Transmission LP
Texas Meter And Device Co Inc
Texas Throne LLC
Tfs Energy LLC DBA Tfs Energy Futures LLC
Tfs Energy Solutions LLC
TGRC Inc
Thayer Scale, Hyer
The Archibald Company
The Atlantic Group, Inc. DBA DZ Atlantic
The Austin Group Energy LP
The Babcock & Wilcox Company
The Bank of New York Mellon
The Biosolve Company
The Borough of Elmwood Park
The Brattle Group, Inc
The Briggs Company
The Bureau of National Affairs Inc. DBA Bloomberg Bna,Tax Mngmnt Inc,Bna,Bna Sofware,Bna Books
The Burnett Companies Consolidated, Inc. DBA Burnett Specialists
The Cemtech Delmark Partnership, Inc. DBA Cemtech Energy Control
The Center For The Performing Arts At The Woodlands DBA The Cynthia Woods Mitchell Pavilion
The Claro Group, LLC
The Cleaning Difference LLC
The Collins Companies, Inc. DBA Collins Pipe & Supply
The Colt Group
The Connectivity Center Inc
The David Wood Company
The Electric Motor Repair Company DBA Emr
The Electric Service Company, Inc.
The Energy Company, Inc.
The Eric Ryan Corporation
The Ess Group, Inc. DBA Colonial Chemical Company
The Executive Group, Human Resource Consultants, Inc.
The Gel Group, Inc DBA Gel Laboratories, LLC

The Goldman Sachs Group Inc. DBA The Ayco Company L.P.
The Good Shepherd Septic Service, Inc DBA Bobby'S Pottys
The Hite Co
The Illuminating Company
The J Boys, Inc.
The J. K. Kalb Company Inc
The James Walker Company
The Legacy Energy Group LLC
The Manitowoc Company, Inc DBA Mgx Equipment Services, LLC
The Merrick Group Inc
The New York Blower Company
The Paige Company
The Park Co
The Peoples Partners For Community Development
The PJM Power Providers Group (P3)
The Rosebud Foundation
The Rovisys Company
The Ruggles-Klingemann Co
The Sage Corporation DBA Sage Technical Services
The Salvation Army Corpus Christi
The Sapphire Group LLC DBA Powergenics
The Schork Group, Inc
The Shannahan Water Company, Inc DBA South Jersey Culligan Water
The Sherman Engineering Co
The Sherwin-Williams Company
The State Insurance Fund DBA New York State Insurance Fund
The Stebbins Engineering & Manufacturing Co
The Talance Group, LP
The Texas Lawbook LLC
The Titus Company
The Toledo Edison Company (A Firstenergy Company)
The Training Company of Colorado, Inc. DBA Ted Willey & Associates
The Tri-M Group, LLC
The Ux Consulting Company, LLC
The Vibration Guys, LLC
The WCM Group, Inc.
The Wellspring Group Inc
The Westwind Group Inc
The Willams Companies, Inc DBA Williams Energy Resources LLC
The Woodlands Holding Company, Inc. DBA Three Hughes Landing LLC
The Woodlands Religious Community, Inc. DBA Interfaith Of The Woodlands
The York Water Co
The York Water Company
Theodore L. Heaps Jr DBA Ted Heaps Container Service
Thermal Devices, Inc.
Thermal Engineering International (Usa) Inc
Thermal Instruments Company
Thermal Scientific, Inc

Thermal Supply Inc.
Thermo Electron North America LLC
Thermo Environmental Instruments LLC
Thermo Fluids Inc.
Thermo Gamma Metrics LLC
Thermo Orion Inc.
Thermo Process Instruments, LP
Thermo Ramsey, Inc.
Thermocouple Technology Inc
Thermoelectric Cooling America
Thermofisher Scientific LLC
Thermon, Inc.
Thielsch Engineering Inc
Thomas E Sears
Thomas Jefferson University
Thomas Printing Inc.
Thomas Scientific Holdings, LLC DBA Thomas
    Scientific, LLC
Thomas WiLLCox Co Inc
Thompson Industrial Services, LLC
Thomson Reuters (Tax & Accounting) Inc.
Thorpe Plant Services, Inc.
Thortex America Inc
Tidal Power Services LLC
Tiger Controls Inc LLC
Tiger Optics, LLC
Timken Gears & Services Inc DBA Philadelphia Gear
Timken Gears & Services, Inc. DBA Philadelphia Gear
Timothy C. Trask DBA Trask Consulting LLC
Timothy J Boyle DBA Tailings Digital LLC
Tioga Pipe Supply Co Inc
Tipco Technologies Inc
Titan Energy New England, Inc
Tj-H2B Analytical Services Inc
Tk Elevator
TKM LLC
Tlt-Turbo Inc.
Tmg Services
TMI, LLC
Tnt Crane & Rigging, Inc.
Todd R. Bowers DBA Elite Mechanical And Welding,
    LLC
Tomko Consulting, Inc
Tongue River Electric Cooperative Inc
Tongue River Emergency Shelter
Torco Supply Co. Inc
Toshiba America Energy Systems Corp
Toshiba America Energy Systems Corporation DBA
    Etapro LLC
Toshiba Nuclear Energy Holdings Us Inc DBA
    Westinghouse Electric Company LLC
Total Asphalt Repair Inc
Total Energy Resources LLC
Total Tempurature Instrumentation Inc DBA Instrumart
Tourgee & Associates, Inc.
Tower Performance, Inc.
Tower Systems Inc
Town of Dartmouth

Townley Engineering & Mfg Co, Inc.
Townley Manufacturing
Township of Harmony
Township of Oldmans
Township of Salem
Toyota Material Handling-Northeast
Toyotalift Northeast LLC
Tpc 2.0 LLC DBA True Partners Consulting LLC
Tpc Wire & Cable Corp
Tpm Consulting, LLC
Trace Analytics LLC
Trachte LLC
Tradepoint Holdings, LLC DBA Tradepoint Atlantic,
    LLC
Tradetech, LLC
Trane U.S. Inc. DBA Trane Energy Choice, LLC
Trane Us Inc
Trans Ash Inc
Transcat, Inc DBA Spectrum Technologies, A Transcat
    Company
Transco Products, Inc.
Transcontinental Gas Pipe Line Corp
Transply Inc
Transteck, Inc., D/B/A Freightlner of York
Transtek, Inc DBA Freightliner Ws of Harrisburg
Transwestern Pipeline Co
Travers Tool Co
Trc Engineers, Inc.
Trc Environmental Corporation
Treasure State Resources Association of Montana
Treasurer - State of New Jersey
Treasurer of State of Ohio
Treco Constructors, Inc. DBA A-1 Machine &
    Fabrication
Treen Box & Pallet Corp
Trenmor LLC DBA Linesight
Tri Nuclear Corp.
Tri State Recycling Services Inc
Tri Tool Inc
Triangle Communications, LLC
Triangle Engineering Inc
Triangle Fire Protection Inc
Tri-Boro Construction Supplies
Tricon Wear Solutions, LLC
Tricor Direct, Inc. DBA Emedco
Trident Brokerage Services LLC
Triflow Corporation
Triguard Security Systems
Trigyn Technologies, Inc.
Tri-M Group LLC
Trinity Consultants Inc
Tri-State Technical Sales Corporation
Tri-State Tool & Hoist, Inc
Tri-State Truck & Equipment
Triumph Plastics, LLC
Troemner LLC
Trojan Tube Bending Co
Troy Belting & Sup Co, Inc.

True North Consulting
Truenergy Services, LLC
Tru-Tech
Tsb Nuclear Energy Services Inc DBA Pkmj Technical Services LLC
Tsgc, Inc. DBA Industrial Fabricators of Corpus Christi
Tsi Incorporated
Tsi Power Corporation
Tti Environmental Incorporated
Tullett Liberty Inc
Tunnessens Inc
Turbine Controls Consulting Services, Inc.
Turbine Diagnostic Services, Inc.
Turbine Marine Inc
Turbo Research Inc Bda Tri Transmission & Bering Corp.
Turbocare Inc (Aka Ethosenergy) (Hold)
Turbogen Consultants, Inc.
Turbomachinery Industries, LLC
Turtle & Hughes, Inc.
Turvac Inc
Tw Metals Inc.
Twenty First Century Sales
Tybec Energy Management Specialists Inc
Tyco Fire & Security (Us) Management Inc DBA Johnson Controls Security Solutions LLC And Johnson Controls Fire Protection LP
Tyndale Enterprises, Inc. DBA Tyndale Company
U.N.I. Engineering, Inc.
U.S. Department of Transportation
Ucp Physicians of Central Texas PLLC DBA Nextcare Urgent Care
Ue Systems Inc.
UG USA Inc
UGI Development Company
Ugi Utilities Inc
Ugi Utilities Inc DBA Ugi Central
Ugsi Chemical Feed, Inc
Uline Inc
Ultra Fiberglass Systems
Ultrapure Water Technology Inc
Underwater Construction Corporation
Underwater Services, Inc
Unex Corporation DBA Hytorc
Unified Energy Services LLC
Unifin International (A Division of Wabtec Canada Inc)
Union Blue Enterprises, LLC
Unisont Engineering, Inc.
Unitech Services Group
United Community Church of Colstrip
United Conveyor Corporation
United Conveyor Supply Company
United Cooling & Refrigeration Inc.
United Corpus Christi Chamber of Commerce
United Dynamics "Advanced Technologies" Corporation
United Electric Supply Company, Inc
United Energy Plus Terminals LLC

United I.S.D. Tax office
United Power Group, Inc
United Refrigeration, Inc.
United Rentals (North America), Inc
United Sciences Testing Inc
United Servo Hydraulics Inc
United States Gypsum Company
United States Treasury
United Way
United Way of Wyoming Valley DBA United Way of Susquehanna County
Univar USA Inc
Universal Athletic Services
Universal Operations Inc. DBA Industrial Systems
Universal Protection Service, LP DBA Allied Universal Security Services
University of Wisconsin System DBA Uw Madison Accounting Services
Unlimited Technology, Inc.
Uptronix Inc
Upwind Enterprises LLC DBA Spot A Pot
Uranium Markets LLC
Urenco Enrichment Company Limited
US Bank
US Bank Corporate Real Estate
US Department of The Interior
US Environmental Protection Agency
US Metals Inc
US Nuclear Regulatory Commission - USNCR
USA Borescopes LLC
USA Industries Inc.
Usabluebook
Usgs National Center Ms 270
Usio Output Solutions Inc
Usource LLC
Utility Rates Analysts
Utility Relay Company Ltd
Uw Screening Services, LLC. DBA Underwater Screening Services
V&H Material Handling, LLC
Vacuum Industrial Products
Vaisala Inc
Val F. Britton DBA V.F. Britton Group, LLC
Valcor Engineering Corp
Valicor Environmental Services LLC
Valin Corporation
Valjon Industries, Inc. DBA Arbonite
Vallen Distribution, Inc. DBA Vallen
Valley Farmers Supply
Valley Industrial Rubber
Valley Inspection Service, Inc
Valley Solvent Company, Inc. DBA Valley Solvents & Chemicals
Valley Supply Co
Valmet
Valsource International LLC
Valve & Instrument Express LLC
Valvtechnologies Inc

Vane Line Bunkering
Vantage Pump & Compressor Ltd
Vapor Power International
Vedder Price PC
Velan Valve Corp
Vemco Inc
Venable LLP
Ventfabrics, Inc.
Venture Measurement Company
Venturedyne, Ltd DBA Scientific Dust Collectors
Veolia North America, Inc. DBA Veolia ES Technical
    Solutions, LLC
Veolia North America, Inc. DBA Veolia Water North
    America Operating Services, LLC
Veolia Nuclear Solutions, Inc DBA Veolia Es Alaron,
    LLC
Veolia Water Technologies, Inc.
Veritiv Operating Company
Verizon
Verizon Communications Inc. DBA Verizon Connect
    Fleet Usa LLC
Veronica Irvine DBA Vee'S Variations
Versant Power
Vertex Roofing, LLC
Vertical Access Solutions LLC
Vertiv Corporation
Vesuvius Usa Corp
Veterans of Foreign Wars of The United States Stewart-
    Wendell Post 3904 DBA Vfw Post 3904
Veyance Industrial Services
Vhg Labs Inc
Vibration Specialty Corp
Victor E Muncy Inc
Vim Technologies Inc
Vineland Environmental Laboratories LLC
Vinson & Elkins LLP
Virginia Transformer Corp
Virtual Polymer Compounds, LLC
Vision Service Plan
Vision Technologies Inc
Vistra Intermediate Company LLC DBA Luminant
    Energy Company LLC
Vivek Shah
Vogel Sunnyside Farm, LLC
Voip Systems Usa LLC
Volunteer Center of The Lehigh Valley
Vorys, Sater, Seymour And Pease LLP
Vpg, LLC DBA Vision Production Group
Vulcan Materials Company and Affiliates
Vwr International Inc.
Vwr Scientific
W A Hammond Drierite Co Ltd
W. H. Cooke & Co., Inc.
W. O. Grubb Steel Erection, Inc. DBA W. O. Grubb
    Crane Rental
W.B. Mason Co, Inc
W.W. Grainger, Inc. DBA Grainger
Waco Filters Corporation

Waco Instruments Inc DBA Accent PDIR
Wade Salvage Inc T/A Wade Environmental Industries
Wadee, Inc. T/A DBA Zee Medical Service Co.
Wagstaff LLP
Wallenpaupack Area Sd
Wallenpaupack Asd, Tax Collector
Walnutport Door Co
Walters Environmental Services Inc
Walters Services Inc DBA Walters Portable Toilets
Walt'S Inspection Service LLC
Warehouse Battery Outlet Inc
Warkentin Transformer Services Inc
Warner Graham LLLP DBA Warner Graham Company
Warren Heim Corp
Warrior Run Area Fire Department
Warrior Run School District
Warthen Fuel Company Inc.
Washington Gas Light Company
Washingtonville Volunteer Fire Company
Waste Connections of Lone Star, Inc DBA Skid-O-Kan
Waste Management
Waste Management National Services Inc
Waste Management of New Jersey, Inc. DBA Waste
    Management of New York LLC
Waste Management of Pennsylvania Inc Inc
Waste Management Of Virginia, Inc
Waterfall Security Solutions
Waterous Company
Watson Bowman Acme Corp
Watteredge LLC DBA Southwire Avon Lake
Wave Construction Group, LLC
Wayman Fire Protection, Inc.
Wayne Products Inc
Wcr Incorporated
Wd Associates, Inc.
Wear-Flex Slings
Weatherproofing Technologies, Inc DBA Tremco
Webb County Tax Assessor - Collector
Wectec Global Project Services Inc
Weeds, Inc
Weidmann Electrical Technology, Inc.
Weightech Co LLC
Weightech Company (Hold)
Weil, Gotshal & Manges LLP
Weir Slurry Group, Inc. DBA Weir Minerals North
    America
Weitz & Luxenberg, P.C.
Welder Training & Testing Institute, Inc.
Welding Alloys Usa
Weldstar
Wellman Furnaces, Inc.
Wells Fargo Financial Leasing, Inc.
Wemco Inc
Weschler Instruments
Wesco Distribution, Inc.
West Harris County Mud #1 Assessor-Collector

West Publishing Corporation DBA Thomson Reuters
West Or West, A Thomson Reuters Business Or
Thomson West Or West Group

West Publishing Corporation DBA Thomson West

West Shore Advanced Life Support Services Inc DBA
Danville Ambulance Service

West Shore Advanced Life Support Services, Inc DBA
Geisenger Ems/Berwick Ambulance

West Texas Cooling Tower Fabrication & Supplies,
Inc.

West Virginia State Auditor

Westech Inspection Inc

Western Chemical International

Western Energy Support & Technology, Inc. DBA
Graftel, LLC

Western Filter Company, Inc.

Western Industries North LLC DBA Western Pest
Services

Western Land Services Inc

Western Oilfields Supply Company DBA Rain For
Rent

Western Power Trading Forum

Western Skies Strategies, Inc

Western States Fire Protection

Western Wayne Joint Sd

Western Wayne Joint Sd, Salem Twp Tax Col

Westgate Global Logistics

Westinghouse Electric Company LLC

Westinghouse Repair &

Westmoreland Mining LLC DBA Westmoreland
Rosebud Mining LLC

Weston Solutions Inc.

Westwood Professional Services, Inc

WG Consulting LLC

Wgs Equipment & Controls Inc

Wheelabrator Environmental Systems Inc.

Whelan Security Mid Atlantic, Inc DBA Gardaworld
Security Services

Whelan Security of Illinois Inc DBA Gardaworld
Security Services

White & Case LLP

White and Williams LLP

White Township, Tax Collector

Whiteline Consulting And Training LLC

Whiting Corporation

Whitman, Requardt And Associates LLP

Wilkes Artis, Chartered

Wilkes Barre Asd, Tax Collector

William C. Ritter

William H. Fleenor DBA WKF Holdco LLC

William K. Stahl

William Powell Company

William T Russell

Williams Industrial Supply Inc

Williams Scotsman, Inc.

Willier Electric Motor Repair Co, Inc.

Willis Towers Watson Us LLC

Willman & Silvaggio LLP

Wilmington Trust

Wilson Fire Equipment & Service Company Inc

Wilson Products Compressed Gas Co Inc

Wiltech, Inc.

Wind Park Bear Creek LLC

Wind River Environmental, LLC

Windrock, Inc.

Wing Aviation Charter Services LLC

Winner Water Services, Inc.

Winn-Marion Barber

Winsafe Corp

Winston & Strawn

Winston & Strawn LLP

Winter Engine-Generator Serv I

Winzer Franchise Corporation

Wireless Communications Inc

Withumsmith And Brown, P.C.

Witmer Public Safety Group Inc

Wm L Robinson Concrete Contractors Inc

Wmg Inc

Wolseley Investments, Inc DBA Ferguson Enterprises,
LLC

Womack Machine Supply Co

Wood Environment & Infrastructure Solutions, Inc.
DBA Wood Eis Inc

Wood Group Pratt & Whitney Industrial Turbine
Services LLC

Wood Group Usa, Inc.

Wood Massachusetts, Inc

Woodlands Copier, LLC DBA Woodlands office
Equipment

Woodlands Metro Center Mud

Woolsulate Corporation

Worden Safety Products Inc

Workcare, Inc

Workday, Inc

Workiva Inc.

Worley Group, Inc.

Worley Printing Co Inc

Worthington Energy Consultants, LLC

Wright Technical Marketing, LLC DBA Wtm Valves &
Services

WSG & Solutions, Inc.

Wyoming Area Sd, Tax Collector

Wyoming Valley Sanitary Authority

Wyoming Valley Sanitary Authority (WVSA)

Xencom Green Energy LLC

Xerox Corporation

Xomox Corporation

Xonex Relocation LLC

Xpressmyself.Com LLC DBA Smartsign

Xylem Dewatering Solutions, Inc.

Xylem Water Solutions Usa, Inc.

Yeager Supply, Inc.

Yellowstone Accoustics

Yellowstone County Treasurer

YES Energy LLC

Yokogawa Corporation of America

York County Food Bank
York County Lumber Corp
York Haven Borough, Tax Collector
York Ice Co Inc DBA Good Time Ice
Young & Swartz Inc
Young Men'S Christian Association of Wilkes - Barre
  DBA Wilkes - Barre Family Ymca
Young Touchstone Company DBA Cardinal Pumps &
  Exchangers
Youngstown Barrel And Drum Co.
Ysi, Inc
Zachry Nuclear Engineering Inc
Zapproved
Zartman Construction Inc
Zenmar LLC DBA Zenmar Power Tool & Hoist
  Systems

Zoho Corporation

**<u>Official Committee of Unsecured Creditors</u>**
  **<u>Members / Advisors</u>**
**The Bank of New York Mellon, as Trustee**
**GE International (General Electric)**
**The Merrick Group, Inc**
**Enerfab Power & Industrial, LLC**
**Framatome, Inc.**
**Pension Benefit Guaranty Corporation**
**Brandywine Operating Partnership, L.P.**
**Milbank LLP**
**Pachulski Stang Ziehl & Jones LLP**
**Saul Ewing Arnstein & Lehr LLP**
**Blank Rome, LLP**
**Morgan, Lewis & Bockius, LLP**

## Schedule 2

**5% or More Equity Holders**
C/R Energy Jade, LLC
Raven Power Holdings LLC
Riverstone Holdings LLC
Talen MidCo LLC

**Ad Hoc Group Members/Counsel**
Akin Gump Strauss Hauer & Feld LLP
Anchorage Capital Group, L.L.C.
Appaloosa LP,
Assured Investment Management LLC
Balyasny Asset Management LP
Bank of America, N.A.
BlackRock Financial Management, Inc.
BofA Securities, Inc.
Brevan Howard
Capital Research and Management Company
Citadel Advisors LLC
Citadel Equity Fund Ltd.
Contrarian Capital Management, L.L.C.
Crescent Capital Group LP
Davidson Kempner Capital Management LP
Diameter Capital Partners LP
FFI Fund, Ltd
Franklin Advisers, Inc.
**FYI Ltd.**
GoldenTree Asset Management LP
Goldman Sachs Asset Management, L.P.
John F. Higgins
King Street Capital Management, L.P
Kirkland & Ellis International LLP
Lord, Abbett & Co. LLC
Marathon Asset Management LP,
MJX Asset Management LLC
MJX Venture Management II LLC
MJX Venture Management III LLC
MJX Venture Management LLC
Monarch Alternative Capital LP
Mt. Whitney Securities LLC
Napier Park Global Capital (US) LP
Nassau Corporate Credit, LLC
Nomura Corporate Research and Asset
    Management,Inc,
Nuveen Asset Management, LLC
Oaktree Capital Management
Olifant Fund, Ltd.
Pacific Investment Management Company LLC
Rothschild & Co.
Rubric Capital Management LP
Sculptor Capital LP
Silver Point Finance, LLC
Susquehanna Advisors Group, Inc.
Whitebox Advisors LLC
Zais Group LLC

**Administrative Agents**
Alter Domus (US) LLC
Citibank N.A.
JPMorgan Chase Bank, N.A.
MUFG Bank, LTD.
Wilmington Trust

**Bankruptcy Professionals**
Alvarez & Marsal North America, LLC
Evercore Group LLC
Kroll Restructuring Administration LLC
Prime Clerk LLC
Weil, Gotshal & Manges LLP

**Banks**
Bank of America, N.A.
Blackrock Inc.
Citi Capital Markets
Citibank N.A.
Credit Suisse Group AG
Deutsche Bank AG
DWS Group GmbH & Co. KGaA
First Interstate Bank
Gemini Trust Company, LLC
Goldman Sachs Bank USA
M&T Bank Corporation
MUFG Bank, LTD.
Royal Bank of Canada
The Bank of New York Mellon
U.S. Bank
Union Bank, N.A.

**Broker, Retail Contract**
Accenture
Amerex Brokers LLC
Applied Energy Partners LLC
**Casa, Inc. (aka EnergyLink)**
Chesapeake Energy Services Inc.
Diversegy, LLC
Enel X North America, Inc. fka EnerNOC
EnerConnex, LLC
**Energy Market Exchange (EMEX)**
ENGIE Insight Services Inc.
Fellon-McCord
H.P. Technologies, Inc.
HealthTrust Purchasing Group
Infinity Power Partners
Kinect Energy Group
Lincoln Energy Group LLC
**Long Distance Consultants - LD Energy**
Noresco, LLC
North Shore Energy Consulting
Procurian, Inc.
Schneider Electric USA, Inc.
**Sprague Energy (fmrly Metromedia Energy)**

StoneX Financial Inc.
Susquehanna Energy Advisors, Inc.
Trane Energy Choice, LLC
UGI Energy Services, Inc.

**<u>Debt/Note Holders/Lenders</u>**
AllianceBernstein
Anchorage Capital Group LLC
Apollo Capital Management LP
Appaloosa
Bank of America, N.A.
Bank of Tokyo-Mitsubishi UFJ LTD.
Barclays Bank PLC
Barclays Capital Inc.
BlackRock
Blackstone
Blackwell Partners
BNP Paribas Securities Corp.
Bracebridge Capital
Brigade Capital
**Capital Group**
Capital Ventures International
Cassini Partners
Citadel
Citigroup Global Markets Inc.
Contrarian Capital
Credit Agricole Corporate and Investment Bank
Credit Suisse AG, Cayman Islands Branch
Credit Suisse Securities (USA) LLC
Deutsche Bank AG, New York Branch
Deutsche Bank Securities Inc.
Diameter Capital Partners LP
Franklin Advisers
GoldenTree Asset Management LP
Goldman Sachs & Co. LLC
Goldman Sachs Bank USA
J.P. Morgan Securities LLC
JPMorgan Chase Bank, N.A.
KeyBank National Association
King Street
Lord Abbett
Mizuho Bank, Ltd.
Morgan Stanley & Co. LLC
Morgan Stanley Bank N.A.
Morgan Stanley Senior Funding, Inc.
MUFG Bank, LTD.
MUFG Securities Americas Inc.
MUFG Union Bank, N.A.
Natixis Securities Americas LLC
Natixis, New York Branch
Neuberger Berman
Nuveen Asset Management
Orion Energy Partners
Owl Creek Asset Management, LP
Pennsylvania Economic Development Financing
   Authority
PIMCO
RBC Capital Markets, LLC

Riverstone Capital Services LLC
Royal Bank of Canada
Rubric Capital Management
Silver Point Finance, LLC
Star V Partners
Sumitomo Mitsui Banking Corporation
SunTrust Bank
TD Asset Management
The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.
UBS AG, Stamford Branch

**<u>Debtors/Affiliates</u>**
Barney Davis Coin LLC
Barney Davis, LLC
Barney M. Davis LP
Barney M. Davis, LP
BDW Corp.
Bell Bend Holdings, LLC
Bell Bend, LLC
Brandon Shores Battery Storage LLC
Brandon Shores LLC
Brandon Shores Storage LLC
Brunner Island Services, LLC
Brunner Island Solar LLC
Brunner Island, LLC
C/R Topaz Holdings, LLC
C/R Topaz Power Holdings, LLC
Camden Battery Storage LLC
Camden Plant Holding, L.L.C.
Camden Storage LLC
Colstrip Comm Serv, LLC
Conemaugh Fuels, LLC
cQuant.IO, Inc.
Cumulus Barney Davis Coin Holdings LLC
Cumulus Battery Storage Holdings LLC
Cumulus Battery Storage LLC
Cumulus Coin Holdings LLC
Cumulus Coin LLC
Cumulus Crypto Holdings LLC
Cumulus Data Holdings LLC
Cumulus Data LLC
Cumulus Digital Holdings LLC
Cumulus Digital LLC
Cumulus Growth Holdings LLC
Cumulus HS Holdings LLC
Cumulus MS Holdings LLLC
Cumulus MS Holdings Two LLC
Cumulus Northwest Renewable LLC
Cumulus Northwest Renewables LLC
Cumulus PJM Renewables LLC
Cumulus PT Energy Transitions Holdings LLC
Cumulus Real Estate Holdings LLC
Cumulus Renewables Holdings LLC
Cumulus Renewables LLC
Cumulus SS Holdings LLC
Cumulus Storage Holdings LLC
Cumulus Technology Ventures LLC

Cumulus Texas Renewables LLC
Dartmouth Plant Holding, LLC
Dartmouth Power Associates Limited Partnership
Dartmouth Power Generation, L.L.C.
Dartmouth Power Holding Company, L.L.C.
Elmwood Energy Holdings Limited Liability Company
Elmwood Energy Holdings, LLC
Elmwood Park Power, LLC
Fishbach Battery Storage LLC
Fishbach Storage LLC
Fort Armistead Road –Lot 15 Landfill, LLC
General Control Systems, Inc.
H.A. Wagner LLC
Hardwood Storage LLC
Harwood Battery Storage LLC
Harwood Storage LLC
Holtwood Solar HoldCo LLC
Holtwood Solar LLC
Holtwood, LLC
Jade Power Generation Holdings, LLC
Jenkins Battery Storage LLC
Jenkins Storage LLC
Keystone -Conemaugh Projects, LLC
Keystone Fuels, LLC
Lady Jane Collieries, Inc.
Laredo WLE, LP
Laredo, LLC
Liberty View Power, L.L.C.
LMBE Project Company LLC
LMBE-MC Holdco I LLC
LMBE-MC Holdco II LLC
Lower Mount Bethel Battery Storage LLC
Lower Mount Bethel Energy, LLC
Lower Mount Bethel Storage LLC
MACH Gen GP, LLC
MACH Gen LLC
MACH Gen, LLC
Martins Creek Battery Storage LLC
Martins Creek Solar LLC
Martins Creek Storage LLC
Martins Creek, LLC
MC OpCo LLC
MC Project Company LLC
McClure Company, Inc.
MEG Generating Company, LLC
MEG Yellow Pine, LLC
Millennium Builders, Inc.
Molecule Software, Inc.
Montana Growth Holdings LLC
Montour Coin LLC
Montour Services, LLC
Montour Solar HoldCo LLC
Montour Solar HoldCo Two LLC
Montour Solar One LLC
Montour Solar Two LLC
Montour, LLC
Morris Energy Management Company, LLC
Morris Energy Operations Company, LLC

Nautilus Cryptomine LLC
NBCP Urban Renewal Corporation
NBCP Urban Renewal Partnership
New MACH Gen, LLC
Newark Bay Battery Storage LLC
Newark Bay Cogeneration Partnership, L.P.
Newark Bay Holding Company, L.L.C.
Newark Bay Storage LLC
Noria Hondo Solar LLC
NorthEast Gas Generation Holdings, LLC
Nueces Bay WLE, LP
Nueces Bay, LLC
PD Solar 1 LLC
Pedricktown Cogeneration Company LP
Pedricktown Investment Company LLC
Pedricktown Management Company LLC
Pennsylvania Mines, LLC
PJM Solar 1 LLC
PP&L EnergyPlus Co.
PP&L EnergyPlus Co., LLC
PPL Bell Bend, LLC
PPL Brunner Island, LLC
PPL Colstrip I, LLC
PPL Colstrip II, LLC
PPL Energy Services Group, LLC
PPL Energy Services Holdings, LLC
PPL Energy Services Mid-Atlantic, LLC
PPL Energy Services Northeast, Inc.
PPL Energy Supply, LLC
PPL EnergyPlus, LLC
PPL Generation Services, LLC
PPL Generation, LLC
PPL Holtwood, LLC
PPL Land Holdings, LLC
PPL Martins Creek, LLC
PPL Montana Holdings, LLC
PPL Montana, LLC
PPL Montour, LLC
PPL Nuclear Development, LLC
PPL Renewable Energy, LLC
PPL Susquehanna, LLC
PPL Treasure State, LLC
PT Energy Transitions LLC
Raven FS Property Holdings LLC
Raven Lot 15 LLC
Raven Management MM Inc.
Raven Power Finance LLC
Raven Power Fort Smallwood LLC
Raven Power Generation Holdings LLC
Raven Power Group LLC
Raven Power Marketing LLC
Raven Power Operating LLC
Raven Power Property LLC
Realty Company of Pennsylvania
RJS Generation Holdings LLC
RJS Merger Sub Inc.
RJS Power Holdings LLC
RJS Power LLC

RMGL Holdings LLC
Sapphire Power Finance LLC
Sapphire Power Generation Holdings LLC
Sapphire Power LLC
Sapphire Power Marketing LLC
Silverthorn Solar LLC
Silverthorn Wind LLC
Silverthorn Wind Two LLC
Sunbury Solar HoldCo LLC
Sunbury Solar LLC
Susquehanna Data LLC
Susquehanna Nuclear, LLC
Talen Battery Storage Holdings LLC
Talen Coin Holdings LLC
Talen Cumulus Holdings LLC
Talen Data Holdings LLC
Talen Energy Corporation
Talen Energy Holdings, Inc.
Talen Energy Marketing, LLC
Talen Energy Retail LLC
Talen Energy Services Group, LLC
Talen Energy Services Holdings, LLC
Talen Energy Services Northeast, Inc.
Talen Energy Supply, LLC
Talen Generation LLC
Talen Generation Services, LLC
Talen Generation, LLC
Talen HS Holdings LLC
Talen II Growth Holdings LLC
Talen II Growth Parent LLC
Talen Investment Corporation
Talen Land Holdings, LLC
Talen Maine, LLC
Talen Montana Holdings LLC
Talen Montana, LLC
Talen MS Holdings LLC
Talen MS Holdings Two LLC
Talen NE LLC
Talen Northwest Renewables LLC
Talen Nuclear Development, LLC
Talen PJM Renewables LLC
Talen Receivables Funding, LLC
Talen Renewables Holdings LLC
Talen Renewables LLC
Talen Solar Holdings LLC
Talen South Texas Solar LLC
Talen Spectrum, Inc.
Talen SS Holdings LLC
Talen Storage Holdings LLC
Talen Technology Ventures LLC
Talen Technology Ventures, LLC
Talen Texas Group, LLC
Talen Texas Property, LLC
Talen Texas Renewables LLC
Talen Texas, LLC
Talen Treasure State, LLC
Topaz Power Group GP II, LLC
Topaz Power Group LP II, LLC

Topaz Power Group, LLC
Topaz Power Holdings, LLC
Topaz Power Management II GP, LLC
Topaz Power Management II LP, LLC
Topaz Power Management II, LP
Wagner Battery Storage LLC
Wagner Battery Storage Two LLC
Wagner Storage LLC
Wagner Storage Two LLC
West Shore Battery Storage LLC
West Shore Storage LLC
Williamsport Battery Storage LLC
Williamsport Storage LLC
York Battery Storage LLC
York Generation Company LLC
York Plant Holding, LLC
York Storage LLC

**Directors/Officers - Current**
Wright, Andrew M.

**Directors/Officers Affiliations**
American Heart Association
Berwick Area United Way
BlueVoyant
CNET Investments LLC
Enviva Partners, LP
Houston Methodist of the Woodlands Hospital
New York University
Pritzker Organization
Riverstone Holdings LLC

**Insurance - PFA/Surety**
**AEGIS, Associated Electric & Gas Services Limited**
    **Hamilton, Bermuda**
AEGIS Insurance Services, Inc.
AIU Insurance Company
Allianz Global Risks US Insurance Company
Amynta Group
ANV Global Services, Inc.
Aon Global Power
Applied Underwriters Inc.
Arch Capital Group Ltd.
Arch Insurance Co
Argonaut Insurance Company
Ascot Group Limited
Associated Electric & Gas Insurance Services Ltd.
Atlantic Specialty Insurance Company DBA Intact
    Services USA, LLC
Baltimore Gas and Electric Company
Beazley Insurance Company
Capitol Specialty Insurance Corporation
City of Baltimore
Continental Casualty Company
Endurance American Insurance Company
Energy Insurance Mutual Limited
ESIS Inc.
Everest National Insurance Company

First Insurance Funding, Corp.
General Security National Insurance Company
Great American Insurance Company
Hiscox Insurance Company
Indian Harbor Insurance Co
Ironshore Specialty Ins. Co.
**Lloyds of London – Beazley Syndicate**
**Lloyds of London – Brit Syndicate**
**Lloyds of London – Kiln, Arc & ACT Syndicates**
Lockton Companies LLP
Lockton Companies, LLC
National Union Fire Insurance Company of Pittsburgh, PA
New Hampshire Insurance Company
Nuclear Electric Insurance Limited
Pennsylvania Public Utility Commission
PMA Companies
Sedgwick Claims Management Services
Starr Indemnity
State Of Montana, Montana Department of Environmental Quality
The Travelers Companies, Inc.
Travelers Casualty and Surety Company of America
U.S. Specialty Insurance Company
Urenco Enrichment Company Limited
Wesco Insurance Company
XL Specialty Insurance Company
Zurich American Insurance Company

**ISDA/NAESB/Hedging Parties**
Barclays Bank Plc
Boston Energy Trading And Marketing LLC
BP Energy Company
Calpine Energy Services, L.P.
Castleton Commodities Merchant Trading L.P.
Citibank N.A., New York
Citigroup Energy Inc.
Consolidated Edison Energy, Inc.
Credit Suisse International
Direct Energy Business Marketing, LLC
DTE Energy Trading, Inc.
EDF Trading North America, LLC
Emera Energy Services
EQT Energy, LLC
Exelon Generation Company, LLC
Fairless Energy, L.L.C.
Hartree Partners, LP
J. Aron & Company
Koch Energy Services, LLC
Macquarie Energy LLC
Mercuria Energy America, Inc.
Mercuria Energy America, LLC
Mitsui Bussan Commodities Ltd
Morgan Stanley Capital Group Inc.
MUFG Union Bank, N.A.
Natixis
New Jersey Natural Gas Company
NextEra Energy Marketing, LLC

NJR Energy Services Company
Pacific Summit Energy LLC
RBC Capital Markets
Royal Bank of Canada
Shell Energy North America (US), L.P.
Transalta Energy Marketing (U.S.) Inc.
Uniper Global Commodities North America LLC
Vitol, Inc.
Wind Park Bear Creek, LLC

**Joint Venture Partners**
Atlantic City Electric Company
Avista Corporation
Chief Conemaugh Power II, LLC
Chief Conemaugh Power, LLC
Chief Keystone Power II, LLC
Chief Keystone Power, LLC
Conemaugh Power LLC
Delmarva Power & Light Company
Exelon Generation Company LLC
Jersey Central Power & Light Company
Keystone Power LLC
Metropolitan Edison Company
**NorthWesten Corporation d/b/a NorthWestern Energy**
PacifiCorp
Pattern Renewables 2 LP
Portland General Electric Company
PSEG Power LLC
Puget Sound Energy Inc.

**Landlords**
Constellation Power Source Generation, LLC
Marcal Manufacturing
Mexichem Specialty Resins
U.S. Bank National Association
United States Gypsum Company

**Litigation**
BNSF Railway Company
CSX Transportation, Inc.
ERCOT (Electric Reliability Counsel of Texas)
Kinder Morgan Tejas Pipeline LLC
Norfolk Southern Railway Company
NorthWestern Corporation
PPL Corporation
State of Montana
Talen Montana Retirement Plan
Union Pacific Railroad Company
United States Government

**Master Service List Parties**
BHI ENERGY, INC.
DORSEY & WHITNEY LLP
ENVIRONMENTAL PROTECTION AGENCY
HAYNES AND BOONE, LLP
INTERNAL REVENUE SERVICE
MUNSCH HARDT KOPF & HARR, P.C.

ORRICK, HERRINGTON & SUTCLIFFE LLP
PERKINS COIE LLP
RIVERSTONE
SECURITIES & EXCHANGE COMMISSION
SECURITIES & EXCHANGE COMMISSION - FORT
   WORTH OFFICE
SECURITIES & EXCHANGE COMMISSION - NY
   OFFICE
SECURITIES AND EXCHANGE COMMISSION -
   HEADQUARTERS
SECURITIES AND EXCHANGE COMMISSION -
   REGIONAL OFFICE
SHIPMAN & GOODWIN LLP
SIDLEY AUSTIN LLP
STATE OF TEXAS COMMISSION ON
   ENVIRONMENTAL QUALITY
VITOL INC.
WILLKIE FARR & GALLAGHER LLP

**Ordinary Course Professionals**
Alix Partners, LLP
Baker Botts, LLP
Barnes & Thornburg, LLP
Bracewell LLP
Corporation Service Company
Cozen O'Connor
Deloitte & Touche Products Company LLC
Deloitte Transactions & Business Analytics LLP
Duff & Phelps LLC
Ernst & Young LLP
Eversheds Sutherland
Faegre Drinker Biddle & Reath LLP
Foley Hoag LLP
Gibson Dunn & Crutcher LLP
Gordon Feinblatt
Guidehouse
Holland & Hart LLP
Hunton & Williams LLP
Hunton Andrews Kurth LLP
Jones Walker LLP
K&L Gates LLP
Kean Miller LLP
KPMG LLP
Littler Mendelson PC
Manko, Gold, Katcher & Fox, LLP
McCarthy Tetrault, LLP
McDermott Will & Emery, LLP
Morgan Lewis & Brockius, LLP
O'Melveny & Myers, LLP
Pillsbury Winthrop Shaw Pittman LLP
Porter Hedges LLP
Potter Anderson & Corroon LLP
Quinn Emanuel Urquhart & Sullivan, LLP
Richards Layton & Finger
RSM US LLP
Ryan, LLC
Scott Douglass & Mcconnico, LLP
Shearman & Sterling LLP

Skadden, Arps, Slate, Meagher & Flom LLP
Susman Godfrey LLP
Thomson Reuters (Tax & Accounting) Inc.
Vedder Price PC
Venable LLP
Vinson & Elkins LLP
Vorys, Sater, Seymour And Pease LLP
WG Consulting LLC
White & Case LLP
White & Williams LLP
Willis Towers Watson US LLC
Winston & Strawn

**Other Professionals**
Davis Polk & Wardwell
Houlihan Lokey
King & Spalding LLP
Kirkland & Ellis LLP
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Perella Weinberg Partners

**Other Significant Creditors**
Pension Benefit Guaranty Corporation (PBGC)

**Retail Contract Counterparties**
Aavid Thermacore, Inc.
AC Products, Inc.
AccuWeather Inc.
Advanced Scientifics, Inc.
AHS Hospital Corp.
Alpha Assembly Solutions Inc.
Altec Industries, Inc.
American Red Cross
American Zinc Recycling Corp.
Amick Farms, LLC
Apex Tool Group, LLC
Arconic Inc.
Armstrong Flooring, Inc.
Armstrong World Industries, Inc.
Ascensus Specialties Callery, LLC
Associated Materials, LLC
At Home Stores LLC
Aurolife Pharma LLC
AutoZone Parts, Inc.
Bank of New York Mellon Corporation
Barnes & Noble, Inc.
Bayer Healthcare LLC
Big Heart Pet Brands
Bimbo Bakeries USA, Inc.
Blossom Row Owner LLC
Blue Ridge Real Estate Company
Bluescope Buildings North America, Inc.
Brandywine Cira Post Office LP
Brandywine One Rodney Square LLC
Brandywine Operating Partnership, L.P.
Bridon-American Corporation
BWAY Corporation
Byram Healthcare Centers, Inc.

C.F. Martin & Co., Inc.
Carlisle Construction Materials Inc.
Carpenter Company
Casio America, Inc.
CBL and Associates Management Inc.
CCL Label (Baltimore) LLC
CCL Label, Inc.
CCL TUBE, INC
Chester Loft, LLC
Chestnut Hill Owner LLC
Church & Dwight Co., Inc.
Clark Associates, Inc.
Clarkwestern Dietrich Building Systems LLC
Clock Tower Condominium Association
Clover Farms Dairy Company Inc
COLUMBIA MONTOUR VOC TECH SCH
Commonwealth of Pennsylvania
Consol Energy, Inc
Cornerstone Building Brands, Inc.
Corporation Service Company Inc
Crayola, LLC
CROWN CASTLE FIBER LLC
CSL Behring, LLC
CSS Industries, Inc
D.F. Stauffer Biscuit Company Inc.
Dairy Farmers of America, Inc.
Dassault Falcon Jet Corp.
Dayton Parts, LLC
Dick's Sporting Goods, Inc.
DNV GL USA, Inc.
DSM Biomedical Inc
Easypak, LLC
Eaton Corporation
Edinboro University Of Pennsylvania
Erickson Living Management, LLC
Eriez Manufacturing Co.
Federal Reserve Bank of New York
Fenner, Inc.
Festival Fun Parks, LLC dba Kennywood
Fiber-Line, LLC
First Industrial Realty Trust, Inc.
First United Bank & Trust
Fisher Clinical Services, Inc.
Franklin Foods, Inc
Free People of PA LLC
Fujirebio Diagnostics, Inc.
General Dynamics Land Systems Inc.
General Services Administration, US
GMH Capital Partners
Goya Foods, Inc.
Greiner Extrusion Us, Inc.
Grove U.S. L.L.c
Harmony Castings, LLC
iHerb, LLC
Ingram Micro Inc.
Internap Holding LLC
International Poultry Breeders Hatcheries, Inc.
J&J Snack Foods Corporation

J.A. Reinhardt & Co., Inc.
Kci Technologies, Inc.
Kellogg Company
Kelly Township Municipal Authority
Keystone Properties Group, Inc Ericsson Drive
    Associates, LP
Lear Corporation
Legend Biotech Corp.
Leggett & Platt, Incorporated
Life Technologies Corporation
Linde Inc.
Lonza Walkersville, Inc.
Lower Mount Bethel Energy LLC
Loyola University Maryland, Inc.
Lupin Pharmaceuticals, Inc.
Main Line Health System
Manchester Industries Inc
MAP Ground Lease Owner LLC
Maquet Cardiovascular LLC
Marcum LLP
McDonald's of Lancaster
McNees Wallace & Nurick LLC
MCP II Park Plaza I LLC
MCP II Park Plaza II LLC
Melitta U.S.A., Inc.
Mitsubishi Chemical Advanced Materials Inc
MONDELEZ GLOBAL LLC
Montgomery Montgomery Montgomery
Morgan Advanced Materials and Technology, INC.
Morgan Truck Body, LLC
NATIONAL MENTOR HOLDINGS LLC
Nci Group, Inc.
New Enterprise Stone & Lime Co., Inc.
New Hudson Facades LLC
New Jersey Performing Arts Center Corporation
NewTower Trust Company
Nissin Foods (USA) Company, Inc.
Nokia of America Corporation
Norfolk Southern Corporation
Novolex Holdings, LLC
Old Dominion Freight Line Inc
Oldcastle BuildingEnvelope, Inc.
Omnimax International, Inc.
Opsec Security, Inc.
OraSure Technologies, Inc.
Owens & Minor, Inc.
**Pel Healthcare LLC**
Penn Terminals, LLC
Pennsylvania - American Water Company
Pennsylvania Mines LLC
Penn-Union Corp.
PeoplesBank, A Codorus Valley Company
Performance Food Group
Pine Township, Allegheny County
Ply Gem Industries, Inc.
Port Authority of Allegheny County
Powercon Corporation
Prism Plastics, Inc.

Prospect Crozer, LLC
Reading Alloys, Inc.
Readington Farms, Inc.
Red Lion Municipal Authority
Redmed LLC
Rehrig Pacific Company
Reliable Castings Corporation
River-Pw Hotel Limited Partnership
Riviana Foods Inc.
RMGL Holdings LLC dba Royal Manchester Golf
    Links
SA Recycling LLC
Schenker, Inc.
Schott North America, Inc.
Select Medical Corporation, on behalf of its wholly
    owned subsidiary, Kessler Institute for
    Rehabilitation, Inc.
Sheetz, Inc.
Signature Flight Support Corporation
Silgan Plastics Corporation
Silgan White Cap Corporation
SJV 1 FREDERICK OPCO LLC
Sleep Inn
Spectrum Control, Inc.
State of Delaware
Sunbelt Transformer, Ltd.
Sunrise Senior Living Management, Inc
TE Connectivity Corporation
Teledyne Energy Systems, Inc.
Temple University Hospital, Inc.
The Azek Company
The Cafaro Company
The Chefs? Warehouse Mid-Atlantic, LLC
The Geisinger Clinic
The Hershey Company
The J.M. Smucker Company
The Provident Bank
The Prudential Insurance Company Of America
The Sherwin-Williams Co.
The Sherwin-Williams Company
The Techs Industries, Inc.
U.S. Silica Company
United States Gypsum Company
United Surgical Partners International, Inc.
University of Pittsburgh - Of the Commonwealth
    System of Higher Education
Urban Outfitters, Inc.
US Foods, Inc.
Utz Quality Foods, LLC
Verisign, Inc.
Walnut Street Commons Inc
Wegmans Food Markets, Inc.
West Shore Country Club
White Haven Market, Inc.
Wilkes-Barre Behavioral Hospital Company, LLC
Wilkes-Barre Hospital Company LLC
Wilson Creek Energy, LLC

**Retained Professionals**
Deloitte & Touche, LLP
PricewaterhouseCoopers LLP

**Taxing Authority/Governmental/Regulatory**
    **Agencies**
Comptroller of Maryland
County of Northampton (PA)
Division of Revenue (DE)
Federal Aviation Administration (FAA)
Federal Communications Commission
ISO New England Inc.
Massachusetts Department of Environmental Protection
    (DEP)
Midcontinent Independent System Operator, Inc.
New York State Department of Taxation and Finance
NJ Division of Taxation
Northeast Power Coordinating Council (NPCC)
Office of Tax and Revenue (DC)
PA Department of Revenue
Palmyra Township, County of Wayne (PA)
Pennsylvania Public Utility Commission
PJM Interconnection, LLC
Public Utility Commission of Texas
Susquehanna Township (Cambria County) (PA)
Texas Commission on Environmental Quality (TCEQ)
Texas Comptroller of Public Accounts
The Electric Reliability Council of Texas, Inc
The Federal Energy Regulatory Commission
The North American Electric Reliability Corporation
Toledo Edison Company (First Energy)
U.S. Coast Guard
U.S. Department of Transportation
U.S. Nuclear Regulatory Commission

**UCC Lien Parties**
Bank of the West, Trinity Division
Citigroup Energy Inc.
Dell Financial Services L.L.C.
J. Aron & Company LLC

**Unions**
International Brotherhood of Electrical Workers
    (IBEW) Local 1600
International Brotherhood of Electrical Workers
    (IBEW) Local 1638

**Utilities**
AT&T Corp
AT&T Mobility
Atlantic City Electric Company
Avista Corporation
Baltimore Gas and Electric
Bear Communications, Inc. DBA Bearcom
Cellco Partnership DBA XO Communications A
    Verizon Company
Comcast
Constellation Power Source

Eversource
Lumen (CenturyLink)
**Lumen (Level 3)**
Met-Ed
Northwestern Energy
NSTAR Electric Company DBA Eversource Energy
Pennsylvania American Water
PPL Electric Utilities
PSE&G Nuclear LLC
Public Service Electric & Gas Company
Range (MT)
RCN
Republic Services
UGI Utilities, Inc.
Verizon
Verizon Wireless
Waste Management National Services Inc
Waste Management of New Jersey
Windstream
**Windstream (Broadview)**

**Vendors**
3Degrees Group Inc
3E Company Environmental, Ecological And
    Engineering
A Stucki Intermediate Holdings LLC DBA A Stucki
    Rail Services Company Aka Dimec Rail Services
    Aka Diversified Mechanical Services
A. W. Chesterton Company
Aaf International
Abb Enterprise Software Inc.
ABB Inc
Absg Consulting Inc
Ace American Insurance Company
Acuren Inspection Inc DBA Hellier/Code West -
    Division of Acuren Inspection Inc
Acuren Inspection, Inc.
Adobe Inc.
Ads LLC, DBA Ads Environmental Services And/Or
    Accusonic
Advanced Geoservices Corp
Aecom Power E&C, Inc.
Aecom Technical Services Inc
Aeg Management Pittsburgh
Aep Texas, Inc.
**Aep Texas North Company**
Aerotek, Inc.
**Aesseal, LLP**
Aggreko Holdings Inc DBA Aggreko LLC
Aip-Bi Holdings Inc DBA Brooks Instrument LLC
Air Products And Chemicals Inc
Airgas, Inc. DBA Airgas Usa, LLC
Alfa Laval Inc
Algonquin Gas Transmission Company
Alixpartners Holdings, LLP DBA Alixpartners, LLP
Alliant Insurance Services, Inc. DBA Moore-Mcneil,
    LLC

Allied Electronics, Inc, DBA Allied Electronics &
    Automation
Als Group Usa, Corp
Alvarez & Marsal Holdings, LLC DBA Alvarez &
    Marsal North America, LLC
Amazon Capital Services, Inc.
Amazon Web Services, Inc.
Ameren Corporation
Amerex Brokers LLC
American Air Filter Company, Inc. DBA Aaf
    International
American Electric Power Service Corporation
American Express Travel Related Services Company
    Inc
American National Red Cross & Its Constituent
    Chapters And Branches DBA American Red Cross
American Pest Management Inc
American Teleconferencing Services Ltd DBA
    Premiere Global Services
Ameridrives International LLC
Amspec LLC
Andritz Separation Inc
Anixter Inc
Aon Consulting, Inc. DBA Hewitt Associates LLC
Aon Hewitt
Aon Risk Services Northeast, Inc.
Apache Industrial Services, Inc.
Apex Holding Co. DBA Apex Oil Company, Inc.
Api Heat Transfer Inc
Applied Controls Inc
Applied Energy Partners LLC
Applied Industrial Technologies-Pa, LLC
Applied Technical Services Inc
APS Pressure Systems LLC DBA Advanced Pressure
    Systems
Aqseptence Group SRL
Aquilex LLC DBA Hydrochem LLC, Hydrochempsc
Aramark
Aramsco
Arcadis U.S. Inc.
Arise Incorporated
Arizona Public Service Company
Asc Engineered Solutions
Ascend Analytics LLC
Ash Resources Inc
AT&T Corp
Atlantic City Electric Company
Atlas Copco Compressors LLC
Atlas Copco USA Holdings Inc. DBA Quincy
    Compressor LLC
Atlas Copco Usa Holdings, Inc DBA Atlas Copco
    Compressors LLC
Atwell, LLC
Aveva Software, LLC
Avista Corporation
Aw Chesterton Co
Awc
Babcock & Wilcox Power Generation Group, Inc

Baker Botts LLP
Baker Hughes Holdings LLC DBA Nexus Controls LLC
Baker Hughes Holdings LLC DBA Waygate Technologies Usa, LP
Baker Hughes Holdings, LLC DBA Bently Nevada, LLC
Baker Hughes, A Ge Company LLC, DBA Dresser, LLC
Baker Hughes, A Ge Company, LLC DBA Ge Inspection Technologies, LP
Baker Hughes, A Ge Company, LLC DBA Reuter-Stokes, LLC
Baker Tilly Virchow Krause, LLP
Ballard Spahr LLP
Bank of Tokyo-Mitsubishi Ufj
Barclays Bank Plc
Barnes & Thornburg LLP
Basf Corporation
Battelle Memorial Institute DBA Battelle Pacific Northwest Division
Bcl Technologies
Bear Communcations, Inc. DBA Bearcom
Beckwith Electric Company Inc
Benetech Inc
Bentley Systems, Incorporated
Bfw Coupling Services Limited
Bgc Financial, LP
Bgc Partners LP
Bha Altair LLC DBA Parker Hannifin Corporation
BHI Energy Power Services LLC
BHI Energy Specialty Services LLC
**Big Brothers Big Sisters of South Texas**
**Bird Industrial**
Black & Veatch Corporation
Blackline Systems, Inc.
Bloomberg L.P. DBA Bloomberg Finance L.P.
Bogy Inc. DBA Roto-Rooter Plumbing
Bolttech Mannings, Inc.
Border States Industries, Inc. DBA Border States Electric Supply; Shealy Electrical Wholesalers
Bowser-Morner, Inc.
Brace Integrated Services, Inc.
Bracewell LLP
Branch Group, Inc. DBA Rexel, Inc.
Brand Energy & Infrastructure Holdings, Inc. DBA Brand Energy Services LLC
Brenntag North America, Inc., Bwe, LLC DBA Brenntag Lubricants Northeast
Brenntag Northeast LLC
Brenntag Pacific Inc
Broadridge
Brookfield Renewable Trading And Marketing LP
Brown-Campbell Company
Building Energy Holding Us LLC DBA Annapolis Solar Park, LLC
Burndy LLC
Burns & Mcdonnell Engineering Company, Inc

BWXT Nuclear Energy Inc
C & D Technologies, Inc
C&D Technologies, Inc.
C.P. Crane LLC
Cahill Gordon & Reindel LLP
Calpine Corporation DBA Calpine Energy Solutions, LLC
Calpine Energy Services LP
Cameron Valve
Capital Blue Cross
Carboline Company
Carlyle/Riverstone Energy Partners Iii, L.P.
Carrier Corportation
Carter Machinery
Castleton Golbal Trading LLC DBA Castleton Commodities Merchant Trading L.P.
Cattron North America, Inc.
Cavote Inc. DBA David N. French Metallurgists
CCC Group, Inc.
Cch Incorporated
Cdi -Infrastructure, LLC DBA Lr Kimball, A Division of Transystems
Cdm Smith Inc.
Cdw Direct LLC
Ce Power Engineered Services, LLC DBA 3C Electrical Company
Ce Power Engineered Products, LLC DBA CE Power
Celeros Flow Technology, LLC DBA Flow America, LLC
CeLLCo Partnership DBA Xo Communications A Verizon Company
Cemtek Environmental, Inc. DBA Cemtek Kvb-Enertec
Cemtek Systems Inc
Ceridian Corporation
Chapman And Cutler LLP
Chempoint.Com, Inc
Chemtreat Inc
Chesapeake Systems LLC
Chicago Mercantile Exchange Inc.
Chromalox Inc
Cigna Life Insurance (Lina)
Cimtec Engineered Products, LLC
Cintas Corp No. 2 DBA Cintas Corp #42
Cintas Corporation
Cintas Corporation #2 DBA Cintas First Aid & Safety Protection
Cintas Corporation 2 DBA Cintas Fire Protection
Cision Us Inc
City of Baltimore
Clark Hill Plc DBA Clark Hill PLLC
Cleaver-Brooks, Inc.
Clement Communications Inc
Cleveland Brothers Equipment Co Inc-Test
Cleveland Brothers Equipment Co., Inc. - 264
Cloud9 Technologies LLC
Cogency Global Inc
Cogent, Inc DBA Ime Solutions
Cole Parmer Instrument Company

Colliers Engineering & Design, Inc DBA Maser Consulting
Columbia Gas of Pennsylvania, Inc.
Comcast
Commonwealth of Massachusetts
Commonwealth of Pennsylvania
Computer Enterprises, Inc
Consensys Limited
Consol Energy Inc. DBA Consol Pennsylvania Coal Company, LLC
Consol Energy Sales Company
Consolidated Edison Energy Inc
Consolidated Electrical Distributors, Inc.
Constellation Nuclear, LLC DBA Constellation Power Source Generation, LLC
Consumers Energy Company
Control Components Inc. DBA Imi Cci,Control Components Inc. / Fluid Kinetics
Cooper Electric Supply Co
Cooper Friedman Electric Supply Co., Inc DBA Cooper Electric/Friedman Electric/City Electric
Corporation Service Company
Corrosion Products, Inc
Corrpro Companies Inc
Corrtech, Inc.
County of Northampton
Covanta Holding Corporation DBA Covanta Energy, LLC
Cozen O'Connor
Cquant.Io Inc.
Crane 1 Services Inc.
Crane Nuclear Inc
Crane Nuclear Pft Corp
Credit Suisse
Creditriskmonitor.Com, Inc
Css Industries, Inc.
CSX Transportation, Inc.
Cummins Inc. DBA Cummins Sales And Service
Curtiss-Wright Corporation DBA Curitss-Wright Flow Control Service, LLC/Nuclear Division/Scientech/Idaho Falls
Curtiss-Wright Electro Mechanical Corporation DBA Curtiss Wright Steam And Air Solutions
Curtiss-Wright Flow Control
Curtiss-Wright Flow Control Corporation DBA Curtiss-Wright Nuclear Division, Enertech Products
Curtiss-Wright Flow Control Service Corp DBA Scientech, A Business Unit of Curtiss-Wright Flow Control Service Corp
Cvi Cleancapital Solar 4 LLC
CVS Pharmacy, Inc. DBA CVS/Caremark
Cx, Inc DBA Centronix
Cyber-Ark Software Inc
Cygnet Enterprises Inc
D.C. Treasurer
D.L. Thurrott, Inc.
Dahill office Technology Corporation DBA Xerox Business Solutions Southwest

Daniel Measurement & Control, Inc DBA Measurement Solutions Systems & Services
Dataminr, Inc
Datasite LLC
Davis Polk & Wardwell
Day Pitney LLP
Dayco Incorporated
**De Lage Landen Financial Services Inc As Servicing Agent For Sbs Leasing**
Delaware Division of Revenue
Dell
Delmarva Power & Light Company
Deloitte & Touche Products Company LLC
Deloitte & Touche, LLP
Deloitte Tax LLP
Deloitte Transactions & Business Analytics LLP
**Denmar Associates DBA Martin Appliance, Martin Water Conditioning, Martin Furniture**
Department of Environmental Protection
Department of Homeland Security
Deublin Company
Diamond Tool & Fasteners Inc. DBA Diamond Tool
Disa Global Solutions, Inc.
Distribution International Southwest Inc. DBA Insulation Fabricators, Inc.
Dnow L.P. DBA Distributionnow / Wilson Export
Dnv Energy Usa, Inc.
Doble Engineering Company
Docusign Inc
Donaldson Company Inc
Donnelley Financial LLC
Donnelley Financial Solutions
Dresser Inc Masonelian
Dresser, LLC (Hold)
Dresser-Rand Company
Driessen Water DBA Culligan Water Conditioning - Corpus Christi
Drinker Biddle & Reath LLP
DTE Energy Trading Inc
Duff & Phelps LLC
Duke Energy Ohio.
Dun & Bradstreet, Inc.
Dwyer Instruments Inc
Dxp Enterprises, Inc.
Dynegy Marketing And Trade LLC
Ea Engineering Science And Technology Inc., Pbc
Eads Distribution, LLC
Eaton Corporation
**Ecco/Gregory Inc**
Eckert Seamans Cherin & Mellott, LLC
Eclipse, Inc. DBA Elster American Meter Company, LLC
Edison Electric Institute - Eei
EDP Renewables North America LLC
**Eis Legacy, LLC DBA Eis, Fabrico, Light Fabrications**
Electric Power Research Institute, Inc.

Electric Reliability Council of Texas Inc-ERCOT DBA Texas Electric Market Stabilization Funding M LLC
Electric Reliability Council of Texas, In DBA Ercot
Electrical Reliability Services, Inc.
Elite Piping & Civil, Ltd
Elliott Company
Emd Millipore Corporation
Emed Co Inc
Emera Energy Services Inc.
Emerson Final Control Us Holding LLC DBA Emerson Automation Solutions, Final Control US LP
Emerson Instruments & Valve Services
Emerson Process Management LLC
Emerson Process Management Power & Water Solutions Inc
Endress & Hauser Inc
Endress + Hauser Inc
Enel X North America, Inc.
Enercon Services Inc
Enerconnex, LLC
Energy Harbor Nuclear Corp Fka Firstenergy Nuclear Operating Company
Energy Services Group LLC
Energysolutions Services Inc
Enpro Holdings, Inc. DBA Technetics Group LLC, Technetics Group Columbia, Tg Columbia
Entergy Assets Management Operations, LLC DBA Tlg Services, LLC
**Environmental Resource Associates DBA A Waters Company**
Environmental Resources Management, Inc
Environmental Systems Corporation
Environmental Systems Research Institute, Inc DBA Esri, Inc
Eox Holdings LLC
Epiq Ediscovery Solutions, Inc
EQT Production Company DBA EQT Energy, LLC
Equiniti Trust Company
Equinor Natural Gas LLC F/K/A Statoil Natural Gas LLC
ERCOT
Eriez Manufacturing Company
Ernst & Young LLP
Esi Acquisition, Inc.
ESIS Inc
Ethosenergy Power Plant Services, LLC
Ethosenergy Us Group Inc DBA Ethosenergy Accessories And Components, LLC
Euler Hermes North America Insurance Company
Evaptech Inc
Everbridge, Inc
Evercore Group LLC
Eversheds Sutherland
Evolution Markets, Inc
EWT Holdings III Corp DBA Evoqua Water Technologies LLC
Exelon Corporation
Exelon Generation Company LLC

Exelon Powerlabs
Exide Technologies DBA Gnb Industrial Power
Exxonmobil Oil Corporation
Fabenco Inc
Fairless Energy, LLC
Farstad Oil Inc
Fastenal Company
Fcx Performance, Inc.
FCX Performance, Inc. DBA Baro Controls, Inc
Federal Emergency Management Agency-Fema
Federal Express Corporation
Fedex Freight, Inc.
Fenics Software Inc
Ferguson Enterprises, Inc. DBA Wolseley Industrial Group
Ferguson Us Holdings, Inc DBA Ferguson Enterprises, LLC
Fia Technology Services Inc.
Fidelity Engineering Corporation DBA Fidelity Power Systems
Fidelity Investments
Fidelity National Title Insurance Company
Financial Industry Regulatory Authority Inc DBA A.K.A. Finra
First Insurance Funding, Corp.
Fis Capital Markets Us LLC
Fisher Controls International, LLC
Fisher Scientific Company LLC
Fitch Ratings, Inc.
**Flash Technology, A Unit of The Dieletric Div of Spx Corp**
Flir Commercial Systems, Inc.
Floqast, Inc
Flow Control Inc
Flowrox, Inc.
**Flowserve/Idp**
Flowserve US Inc.
Flsmidth Krebs
Flsmidth, Inc.
Fluid Flow Products, Inc.
Fluke Electronics Corporation
Foley Hoag LLP
Ford Motor Company DBA Ford Fleet Care
Forney Corporation
Framatome Inc.
Frederic W. Cook & Co., Inc.
Frederick Logan Company Inc
Freshworks Inc
Fromm Electric Supply Corp.
Fuchs Lubricants Co.
Fuel Tech, Inc.
Fugro Usa Land Inc
G4S Secure Integration LLC
G4S Secure Solutions Usa Inc
Gai-Tronics Corporation
Galco Industrial Electronics, Inc. DBA Galco
Gardner Denver Nash LLC DBA Nash Elmo Industries LLC

Gardner Denver, Inc DBA Gardner Denver Nash LLC
Gartner Inc
Ge Grid Solutions (U.S.) LLC DBA Ge Energy
    Management Services, LLC
GE Grid Solutions U.S. LLC DBA Ge Energy
    Management Services, LLC
GE Hitachi Nuclear Energy Americas LLC
Ge Infrastructure Sensing LLC
GE Steam Power Inc
Geisinger Clinic
Gems Sensors Inc
General Atomics
General Electric Company
General Electric Company DBA Ge Packaged Power,
    LLC
General Electric International, Inc.
General Service Admin. - Va Medical Center
Generator And Motor Services of Pennsylvania LLC
    DBA Brush Americas
Genscape Inc
Ghx Inc DBA Corpus Christi Rubber
Gibson, Dunn & Crutcher LLP
Glencore Ltd DBA Norfalco LLC
Global Equipment Company Inc DBA Global
    Industrial, Global Industrial Equipment
Global Relay Communications Inc
Globalview Software, Inc. DBA Enverus
Goldman Sachs
Gordon Feinblatt LLC
Gp Strategies Corporation
Graver Technologies
**Graybar 840458**
Graver Water Systems LLC
Graybar Electric Company Inc
Graymont (PA) Inc.
Great North Road Media, Inc
Greatamerica Financial Services Corporation
Greatamerica Financial Services Corporation DBA
    Marco
Grid Solutions (U.S.) LLC DBA Ge Grid Solutions,
    LLC
Ground Penetrating Radar Systems, LLC
Guidehouse Inc
H&E Equipment Services, Inc.
Haas Group International, LLC
Hach Company
Hamilton Liberty LLC
Hamilton Patriot LLC
Hamon Custodis, Inc
Hamon Deltak, Inc
Harnish Group Inc DBA Tractor & Equipment Co. And
    Machinery Power & Equipment Co., DBA T&E The
    Cat Rental Store
Harrington Industrial Plastics LLC
Harrisburg-York Overhead Door Company DBA
    Overhead Door Company
Hartree Partners, LP
Haynes And Boone, LLP

Hdi Global Insurance Company
Healthtrust Purchasing Group LP
Heidrick & Struggles, Inc.
Herc Rentals, Inc.
Hess Energy Marketing LLC
Hid Global Corporation
High Purity Standards
Hilti Inc
Hitachi Energy USA Inc.
Hitt Contracting Inc
Hoerbiger Service Inc.
Holland & Hart LLP
Holtec International
Honeywell International Inc
Honeywell Limited DBA Matrikon International
Honeywell Process Solutions
Howden USA Company
Hubbell Power Systems
Human Systems Technology Corporation
Hunton & Wiliams LLP
Hunton Andrews Kurth LLP
Hydratight Operations Inc
Hydro Air Hughes LLC
Icap Energy LLC
Icd Holding Corporation DBA Industrial Controls
    Distributors LLC
Ice Data Service Inc DBA Esignal
Ice Data Services, Inc. DBA Esignal
Ics-Maryland LLC
Idefender LLC DBA Industrial Defender
Idt Energy Inc. DBA Diversegy, LLC
Ihs Global, Inc. DBA Opis Pointlogic LLC
Ila Patel DBA Yes Energy Inc.
Illinois Tool Works Inc. DBA Eh Wachs
Incontact, Inc. DBA Nice Incontact
Industrial Connections And Solutions, LLC
Industrysafe, LLC
Infocepts LLC
Infor (Us), Inc
Informatica Holdco Inc DBA Informatica LLC
Information Management Solutions LLC DBA Ims
Infosat Communications
Ingersoll Rand Company
Ingersoll-Rand Industrial U.S., Inc
Insight Direct Usa, Inc
In-Situ Inc
Institute of Nuclear Power Operations
Intercontinental Exchange Holdings, Inc. DBA Ice
    Econfirm, LLC
Intercontinental Exchange Holdings, Inc. DBA Ice
    Trade Vault, LLC
Intercontinental Exchange Holdings, Inc. DBA Ice U.S.
    Otc Commodity Markets, LLC
International Business Machines Corporation DBA Ibm
    Corporation
International Paint - Ceilcote
Intertek Usa, Inc DBA Intertek Aim
Intralinks Inc

Iris Power LP
Iron Mountain Inc. DBA Iron Mountain
Iron Mountain Intellectual Property Management Inc
    DBA Dsi Technology Escrow Services (Hold)
Iso New England, Inc.
Itochu International Inc.
Itron Inc
J.B. Nottingham & Co, Inc. DBA Duraline
James R Young
Jensen Hughes, Inc.
JERA Global Markets North America LLC
John Crane, Inc.
Johnson Controls Inc
Johnson Controls Us Holdings LLC DBA Johnson
    Controls Security Solutions LLC
Jones Walker LLP
K&L Gates LLP
Karbone Inc
Kctg Holdings, LP DBA John Zink Company, LLC
    And Koch Heat Transfer Company, LP
Kean Miller LLP
Kegler, Brown, Hill & Ritter, LPa
Kes Domestic Holdings, LLC DBA John Zink
    Company, LLC
Keystone Acquisition Co Inc DBA Keystone Electric
    Co Inc
Kinder Morgan Operating L.P. A DBA Kinder Morgan
    Texas Pipeline LLC
Kinect Energy, Inc.
King & Spalding LLP
Kirk Key Interlock Company
Kirkland & Ellis LLP
Komatsu America Corp.
Konecranes Inc
Konecranes Inc DBA Crane Pro Parts
Konecranes Nuclear Equipment & Svcs LLC
Korn Ferry (Us)
KPMG LLP
Ksb Inc
Kurita America Inc
Kutak Rock LLP
Kyriba Corp.
L3 Mapps Inc
Landauer, Inc.
Lanxess Corporation
Latham And Watkins LLP
Learning Tree International USA, Inc
Lehigh Valley Hospital
Lehigh Valley Hospital, Inc. DBA George E. Moekirk
    Emergency Medicine Institute
Level 3 Financing, Inc
Linde Gas & Equipment Inc
Linde Inc.
Linkedin Corporation
Linxon US LLC
Littler Mendelson Pc
Live Power Intelligence Company Na LLC

Lj Kit Blocker Inc DBA Ruby Industrial Technologies
    LLC F.F.A. Kaman Industrial Technologies
Lockton Companies, LLC
Logrhythm Inc
Lsf11 Skyscraper Us Bidco 1 LLC DBA Master
    Builders Solutions Us LLC
Mack-Cali
Maclean Power Systems
Macquarie Energy LLC
Magellan Behavioral Health Inc
Magnaflux Corp
Magnetrol International, Inc.
Main Line Health Inc.
Manko, Gold, Katcher & Fox, LLP
Mar Cor Purification. Inc.
Marcal Manufacturing, LLC DBA Soundview Paper
    Company LLC
Markit North America Inc
Marlin Business Bank
Marmon Water, Inc DBA Marmon Industrial Water,
    LLC
Marmon Wire & Cable, Inc. DBA Rscc Wire & Cable
    LLC
Martin Marietta Materials, Inc
Matcor Inc
Matrix North American Construction, Inc.
Maven Power Partners LLC
Maviro Inc. DBA Rmis
Maxar Mission Solutions Inc
McCarl's LLC
Mccarthy Tetrault LLP
McClure Company
Mcdermott Will & Emery LLP
Mckesson Medical-Surgical Inc.
Mcmaster-Carr Supply Company DBA Mcmaster-Carr
Measurement Specialties Inc
Mechanical Dynamics & Analysis LLC
Mennta Energy Solutions Inc
Merchants Automotive Group Inc.
Met-Ed
**Metals Usa -Levinson Steel Div**
Metrix Instrument Company
Metso Minerals Industries Inc (Hold)
Metso Outotec Usa Inc
Mettler-Toledo International Inc DBA Mettler-Toledo,
    LLC DBA Troemner LLC
Mettler-Toledo Process Analytics, Inc
Mexichem Specialty Resins, Inc.
Michael R Fogarty DBA Kestrel Power Engineering,
    LLC
Micro Motion Inc
Microstrategy
Mieco LLC
Millennium International
Millipore Corporation
Mirion Technologies (Canberra), Inc.
Mirion Technologies (Mgpi), Inc
Mistras Group

Mistras Group Inc
Mobile Communications America, Inc.
Mobile Mini Inc
Montana Department of Revenue
Montana Department Of Revenue (Income Tax)
Montour Solar Holdco Two LLC DBA Montour Solar
    Two LLC
Montrose Environmental Group Inc. DBA Montrose
    Air Quality Services
Moody'S Investors Service Inc.
Morgan Stanley Company Inc
Morgan Stanley Domestic Holdings, Inc. DBA Morgan
    Stanley And Co. LLC
Morgan, Lewis & Bockius LLP
Morris Nichols Arsht & Tunnell LLP
Motion Industries Inc.
Motorola Solutions, Inc
Mouser Electronics Inc
Mrc Global (Us) Inc.
Mre Consulting Ltd.
Msa Safety Incorporated DBA Msa Safety Sales, LLC
Msdsonline, Inc DBA Velocityehs
Multi-Chem Group, LLC
Nac International Inc
NAES Corporation
NAES Corporation DBA E3 Consulting Services, LLC
NAES Power Contractors
Nalco U.S. 2 Inc DBA Nalco Company LLC
National Electrical Carbon Products Inc. DBA Morgan
    Advanced Materials
National Elevator Inspection Services, Inc.
National Filter Media
Navex Global Inc
Nch Corporation DBA Chemsearch Fe
Nestle Waters North America DBA Readyrefresh By
    Nestle
Network Medical Review Company, Ltd.
Neustar Inc DBA Security Services, LLC
New Jersey Division of Taxation
New Jersey Resources Corporation
New York State Department of Taxation and Finance
Newark Corporation
Newark Corporation DBA Newark Element14
Nextera Energy Capital Holdings, Inc. DBA Nextera
    Energy Duane Arnold, LLC
Nilfisk of America
NJR Energy Services Company
Norfolk Southern Railway Co
North American Industrial Services, Inc
North Shore Energy Consulting LLC
Northampton County DBA Northampton County
    Conservation District
Northeastern Water Services, Inc. DBA Culligan Water
    Conditioning
Northwestern Energy
Nortonlifelock Inc. F/K/A/ Symantec Corporation
Nstar Electric Company DBA Eversource Energy
Ntt Data, Inc.

Nuclear Electric Insurance Limited
Nuove Energie Usa Inc
Nvent Thermal LLC
Odyssey Logistics And Technology Corp DBA Linden
    Bulk Transportation LLC
Office Depot, Inc.
Office Technology Group, Inc.
Ohio Bureau of Workers' Compensation
Ohio Edison Company (A Firstenergy Company)
Ohio Power Company DBA Aep Ohio
Ohio Treasurer of State
Ohmstede Industrial Services
Ohmstede, Ltd
Okta, Inc
Olympus America Inc
Omega Engineering Inc
O'Melveny & Myers, LLP
Operation Technology Inc DBA Etap
Optiv
Oracle America Inc
Orano USA LLC DBA TN Americas LLC
Osisoft LLC
Oxford Global Resources, LLC
PA Consulting Group Inc
Pa Dep
Pacific Summit Energy LLC
Pacificorp DBA Pacific Power/Rocky Mountain Power
Pall Corporation
Pape Material Handling Inc
Par Nuclear Inc
Paragon Energy Solutions, LLC
Parker Hannifin Corporation
Parkson Corporation
Paul, Weiss, Rifkind, Whatron & Garrison LLP
Payscale, Inc.
Pcb Piezotronics Inc
Pcm Sales, Inc. DBA Pcm
Pennsylvania American Water
Pennsylvania Chamber of Business And Industry
Pennsylvania Dept of Environmental Protection
Pennsylvania Dept of Labor & Industry
Pennsylvania Electric Company ( Penelec) A First
    Enery Co
Pennsylvania Power Company
Penske Truck Leasing Co L.P.
Pepco
Performance Contracting Inc DBA PCI Promatec
Perkinelmer Health Sciences Inc
Perkinelmer Health Sciences, Inc
Petrochoice Holdings, Inc.
Philadelphia Mixing Solutions LTD
Pillsbury Winthrop Shaw Pittman LLP
Pinnacle Business Solutions, Inc
Pitney Bowes Global Financial Services LLC DBA
    Purchase Power
Pitney Bowes Global Financial Services LLC. Inc
Pjm Environmental Information Services, Inc.
PJM Interconnection LLC

15

Pma Companies
Pollock Research & Design Inc DBA Reading Crane & Engineering Co
Porter Hedges LLP
Portland General Electric Company
Potter Anderson & Corroon LLP
Powell Electrical Systems, Inc.
Powell Industries Inc
Power Service Inc
Power Systems Mfg., LLC
Powerplan, Inc.
Ppg Architectural Finishes, Inc. DBA Protective And Marine Coatings
Ppg Industries
Ppl Electric Utilities Corp.
Pr Newswire Association
Practising Law Institute
Praxair
Praxair Distribution, Inc.
Premium Inspection And Testing, Inc. DBA Capitol Ultrasonics LLC
Presidio Holdings Inc DBA Presidio Networked Solutions LLC
PricewaterhouseCoopers LLP
Prime Clerk LLC
Procore Technologies, Inc.
Progress Software Corporation
Prokarma, Inc.
Prometheus Group Holdings LLC DBA Pipeline Software, LLC
Pro-Quip, Inc
Prosearch Strategies, Inc
Protective Coatings
Protiviti, Inc.
Prysmian Cable & Systems Usa, LLC
PSEG Energy Resources&Trade LLC
Public Service Commission of Maryland
Public Service Electric & Gas Company
Puget Sound Energy Inc
Pumptech Holdings, LLC DBA Pumptech, LLC
Purolite Corporation
Qed Environmental Systems, Inc
Qualitrol Company LLC
Quality Services, LLC DBA Vanguard Cleaning Systems of Northeast Pa
Quanta Energy Services LLC DBA Hbk Engineering LLC
Quinn Emanuel Urquhart & Sullivan, LLP
R.D. offutt Company DBA Rdo Equipment Co
R.W. Beck Group Inc DBA Leidos Engineering, LLC
R/W Connection, Inc.
Radiant Solutions Holdings, Inc DBA Radiant Geospatial Solutions LLC
Radwell International Inc
Ragnasoft Incorporated DBA Planit Schedule
Railpros Field Services, Inc.
Red Coats Inc. DBA Admiral Security Services
Red Valve Company, Inc. DBA Tideflex Technologies

Redvector.Com, LLC DBA Vector Solutions
Reed Smith LLP
Refinitiv Us LLC Fka Thomson Reuters (Markets) LLC
Regions Bank
Reilly Sweeping Inc. Md
Rentokil North America DBA Presto-X Pest Control
Rentokil North America Inc. DBA Ehrlich
Republic Services #847
Republic Services, Inc DBA El Centro Landfill, L.P.
Republic Services, Inc.
Republic Services, Inc. DBA Allied Waste Services of Massachusetts, LLC
Resa Service, LLC DBA Resa Power, LLC
Resolute Industrial Holdings DBA Mobile Air, LLC
Retrievex DBA Access
Revenew International LLC
Rexel
Rexel Usa, Inc DBA Gexpro
Rexel Usa, Inc. DBA Gexpro And Parts Super Center
Reynolds H20 Plus Inc. DBA Culligan Water Conditioning
Richard P. Smith
Riggs Distler And Company, Inc
Right Management Inc.
Riverstone Equity Partners, LP
Riverstone/Carlyle Management LP
Robert Half International Inc
Roberts & Holland
Rosemount Inc
RSM Us LLP
Russelectric Inc
Russell Reynolds Associates, Inc.
Ryan, LLC
S & P Global Inc. DBA Standard & Poor'S Financial Services LLC DBA S & P Global Ratings
S&P Global Inc DBA S&P Global Platts
S&P Global Market Intelligence, Inc. (Fka: Snl Financial Lc) DBA S&P Global Market Intelligence LLC
Sabre Industries, Inc
Safety Kleen Systems Inc
Safety-Kleen Systems, Inc.
Safway Intermediate Holding LLC DBA Brandsafway Services LLC
Salesforce.Com, Inc
Sample Enterprises, Inc DBA Culligan Water Conditioning
Sap America, Inc.
Schenck Process Holding North America, Inc. DBA Schenck Process, LLC
Schindler Elevator Corporation
Schneider Electric Systems Usa Inc
Schweitzer Engineering Laboratories
Scott, Douglass & Mcconnico, L.L.P. DBA Scott Douglass & Mcconnico LLP
Securitas Security Services Usa, Inc.
Sedgwick Claims Management Services, Inc.
Sequent Energy Management

Serco, Inc.
Servicenow Inc
Seward & Kissel LLP
Sgs North America Inc
Sharp Electronics Corp DBA Sharp Business System
Shearman & Sterling LLP
Shell Energy North America LP
Sherwin-Williams Co
Shred-It Us Jv LLC DBA Shred-It Usa LLC
S-I Intermediate Holdings, Inc DBA Sunbelt LP
Sid Tool Co Inc DBA Msc Industrial Supply Co
Siemens Demag Delaval Turbomachinery, Inc.
Siemens Energy & Automation
Siemens Energy, Inc.
Siemens Industry Inc
Siemens Power Generation Inc Fkasiemens
   Westinghouse Power Corp
Silverthorne Wind LLC
Skadden, Arps, Slate, Meagher & Flom LLP
Skc Inc
Smiths Detection
Snap-On Incorporated DBA Idsc Holdings LLC DBA
   Snap-On Industrial, A Division of Idsc Holdings
   LLC
Software Ag Usa Inc
Solar Turbines Incorporated
Solarwinds North America, Inc. DBA Solarwinds
   Worldwide, LLC
Solenis LLC (Formerly Ashland Chemicals)
Solvay Chemicals Inc DBA American Soda, LLC
Solvay Chemicals, Inc.
**Sor, Inc. DBA Smart Sensors,Ssi,Sensor,Setex,Sor**
   **Controls Group,Static-O-Ring**
South Jersey Gas Company
South Jersey Resources Group LLC
Sovos Compliance LLC
Spencer Fluid Power
Sprague Operating Resources LLC
Spraying Systems Company
SPX Cooling Technologies, Inc.
Spx Transformer Solutions Inc
Standard Concrete Products Co., Inc.
Stantec Consulting Services Inc
Staples Inc DBA Staples Contract & Commercial LLC
State of Delaware
State of Montana DBA Montana Department of
   Environmental Quality
State of New Jersey
State of New Jersey Department of Labor And
   Workforce Developmen
State of New Jersey Division of Revenue
State of Texas
Statista Inc.
Stauffer Manufacturing Company DBA Stauffer Glove
   And Safety
Stellar Industrial Supply
Stevens & Lee

Stewart Business Systems DBA Stewart, A Xerox
   Company office Tech Inc.
Stone & Webster Inc. DBA Wectec Global Project
   Services Inc
Stonex Financial Inc
Stronghold Inspection , Ltd
Suburban Propane Partners LP
Suburban Propane, L.P.
Suez Treatment Solutions Inc.
Suez Wts Analytical Instruments, Inc
Suez Wts Services Usa, Inc.
Suez Wts Usa, Inc.
Sullivan & Cromwell LLP
Summit Energy Services Inc
Sun Technical Services Inc DBA Bhi Energy Staffing
   Solutions
Sunbelt Rentals Inc
Sunbelt Supply
Sunbury Solar Holdco DBA Sunbury Solar LLC
Sure Power, Inc.
Susman Godfrey LLP
Susquehanna Energy Advisors, Inc.
Swan Analytical Usa Inc
Swiss Re Corporate Solutions Global Markets Inc.
System One Holdings, LLC
Tableau Software, Inc.
Talx Corporation, Equifax
Te Connectivity Corporation
Team Industrial Services Inc
Tekran Instruments Corporation
Teledyne Brown Engineering Inc
Teledyne Instruments, Inc. DBA Teledyne Advanced
   Pollution Instr
Teledyne Lecroy, Inc
Teledyne Monitor Labs
Tempo Holding Company, LLC DBA Alight Solutions
   LLC
Tennessee Gas Pipeline Company
Terraform Power, LLC DBA Terraform Rec Operating,
   LLC
Terrasource Global
Tesla Energy Operations, Inc
Tetra Tech Inc
Texas Commission On Environmental Quality
Texas Department of State Health Services DBA
   Laboratory Service
Texas Dept of Licensing & Regulation
Texas Eastern Transmission LP
Tfs Energy LLC DBA Tfs Energy Futures LLC
Tfs Energy Solutions LLC
The Babcock & Wilcox Company
The Bank of New York Mellon
The Brattle Group, Inc
The Bureau of National Affairs Inc. DBA Bloomberg
   Bna,Tax Mngmnt Inc,Bna,Bna Sofware,Bna Books
The Goldman Sachs Group Inc. DBA The Ayco
   Company L.P.

17

The Manitowoc Company, Inc DBA Mgx Equipment
  Services, LLC
The Rovisys Company
The Sherwin-Williams Company
The Texas Lawbook LLC
The Toledo Edison Company (A Firstenergy Company)
Thermo Electron North America LLC
Thermo Environmental Instruments LLC
Thermo Gamma Metrics LLC
Thermo Orion Inc.
Thermo Process Instruments, LP
Thermo Ramsey, Inc.
Thermofisher Scientific LLC
Thomas Jefferson University
Thomas Scientific Holdings, LLC DBA Thomas
  Scientific, LLC
Thomson Reuters (Tax & Accounting) Inc.
Timken Gears & Services Inc DBA Philadelphia Gear
Timken Gears & Services, Inc. DBA Philadelphia Gear
Tk Elevator
Toshiba America Energy Systems Corp
Toshiba America Energy Systems Corporation DBA
  Etapro LLC
Toshiba Nuclear Energy Holdings Us Inc DBA
  Westinghouse Electric Company LLC
Toyota Material Handling-Northeast
Tpc Wire & Cable Corp
Trachte LLC
Tradepoint Holdings, LLC DBA Tradepoint Atlantic,
  LLC
Trane U.S. Inc. DBA Trane Energy Choice, LLC
Trane Us Inc
Transcat, Inc DBA Spectrum Technologies, A Transcat
  Company
Transcontinental Gas Pipe Line Corp
Trc Engineers, Inc.
Trc Environmental Corporation
Treasurer - State of New Jersey
Treasurer of State of Ohio
Tri State Recycling Services Inc
Tricon Wear Solutions, LLC
Tricor Direct, Inc. DBA Emedco
Troemner LLC
Tsb Nuclear Energy Services Inc DBA Pkmj Technical
  Services LLC
Tsi Incorporated
Turbocare Inc (Aka Ethosenergy) (Hold)
Tw Metals Inc.
Tyco Fire & Security (Us) Management Inc DBA
  Johnson Controls Security Solutions LLC And
  Johnson Controls Fire Protection LP
U.S. Department of Transportation
UGI Development Company
Ugi Utilities Inc
Ugi Utilities Inc DBA Ugi Central
Uline Inc
United Refrigeration, Inc.
United Rentals (North America), Inc

United Sciences Testing Inc
United States Gypsum Company
United States Treasury
United Way
Univar USA Inc
Universal Protection Service, LP DBA Allied Universal
  Security Services
University of Wisconsin System DBA Uw Madison
  Accounting Services
Urenco Enrichment Company Limited
Vallen Distribution, Inc. DBA Vallen
Valmet
Vedder Price PC
Venable LLP
Venture Measurement Company
Veolia North America, Inc. DBA Veolia ES Technical
  Solutions, LLC
Veolia North America, Inc. DBA Veolia Water North
  America Operating Services, LLC
Veolia Nuclear Solutions, Inc DBA Veolia Es Alaron,
  LLC
Veolia Water Technologies, Inc.
Veritiv Operating Company
Verizon
Verizon Communications Inc. DBA Verizon Connect
  Fleet Usa LLC
Versant Power
Vertiv Corporation
Vesuvius Usa Corp
Veyance Industrial Services
Vinson & Elkins LLP
Vision Service Plan
Vision Technologies Inc
Vistra Intermediate Company LLC DBA Luminant
  Energy Company LLC
Vorys, Sater, Seymour And Pease LLP
Vwr International Inc.
W.B. Mason Co, Inc
W.W. Grainger, Inc. DBA Grainger
Waco Filters Corporation
Washington Gas Light Company
Waste Management
Waste Management National Services Inc
Waste Management of New Jersey, Inc. DBA Waste
  Management of New York LLC
Waste Management of Pennsylvania Inc Inc
Watson Bowman Acme Corp
Wcr Incorporated
Weatherproofing Technologies, Inc DBA Tremco
Weil, Gotshal & Manges LLP
Weir Slurry Group, Inc. DBA Weir Minerals North
  America
Wells Fargo Financial Leasing, Inc.
Wesco Distribution, Inc.
West Publishing Corporation DBA Thomson Reuters
  West Or West, A Thomson Reuters Business Or
  Thomson West Or West Group
West Publishing Corporation DBA Thomson West

Western Oilfields Supply Company DBA Rain For
  Rent
Westinghouse Electric Company LLC
**Westinghouse Repair &**
Westmoreland Mining LLC DBA Westmoreland
  Rosebud Mining LLC
Weston Solutions Inc.
WG Consulting LLC
Wheelabrator Environmental Systems Inc.
Whelan Security Mid Atlantic, Inc DBA Gardaworld
  Security Services
Whelan Security of Illinois Inc DBA Gardaworld
  Security Services
White & Case LLP
White and Williams LLP
Williams Industrial Supply Inc
Williams Scotsman, Inc.
Willis Towers Watson Us LLC
Wilmington Trust
Wind Park Bear Creek LLC
Windrock, Inc.
Winston & Strawn
Winston & Strawn LLP
Wolseley Investments, Inc DBA Ferguson Enterprises,
  LLC
Wood Environment & Infrastructure Solutions, Inc.
  DBA Wood Eis Inc
Wood Group Pratt & Whitney Industrial Turbine
  Services LLC
Wood Group Usa, Inc.
Workday, Inc
Workiva Inc.
Worley Group, Inc.
Xerox Corporation
Xomox Corporation
Xpressmyself.Com LLC DBA Smartsign
Xylem Dewatering Solutions, Inc.
Xylem Water Solutions Usa, Inc.
YES Energy LLC
Yokogawa Corporation of America
Young Touchstone Company DBA Cardinal Pumps &
  Exchangers
Ysi, Inc
Zapproved
Zoho Corporation

**<u>Official Committee of Unsecured Creditors</u>**
  **<u>Members / Advisors</u>**
**The Bank of New York Mellon, as Trustee**
**GE International**
**Framatome, Inc.**
**Pension Benefit Guaranty Corporation**
**Brandywine Operating Partnership, L.P.**
**Milbank LLP**
**Pachulski Stang Ziehl & Jones LLP**
**Saul Ewing Arnstein & Lehr LLP**
**Blank Rome, LLP**
**Morgan, Lewis & Bockius, LLP**