

June 16th, 2022

Nathan Ochsner
Clerk of Court
P. O. Box 61010
Houston, TX 77208

United States Courts
Southern District of Texas
F I L E D

JUL 17 2022

Nathan Ochsner, Clerk of Court

Re: Case No. 22-90054 - Talen Energy Bankruptcy Objection to Motion to Reject Contracts at Docket 15

Your Honor:

**280 Prospect Ave Corp** is writing to object to the Debtor's motion to reject certain executory contracts retroactively to the Petition Date. **280 Prospect Ave Corp** is a Residential Highrise and had entered into a 47mo contract with Talen for electric supply. As a result of Talen's actions in this bankruptcy, we are suddenly incurring significant and unbudgeted increases in our energy spending.

While we understand that Talen may be entitled to reject our contract under bankruptcy law, Talen did not give us prior notice of its rejection of the supply contract or an opportunity to attempt to secure a new supply contract before returning us to hourly utility default service. This action is incredibly detrimental to **280 Prospect Ave Corp**.

**280 Prospect Ave Corp** supports the objection of Masonic Villages of the Grand Lodge of Pennsylvania and Conestoga Wood Specialties Corp. to the retroactive rejection of customer supply contracts.

Thank you for your consideration. Please do not hesitate to contact me if you have any questions.

Sincerely,

Ben Kaplin

*[DocuSigned by: signature, 5A3D66160E614C3...]*

280 Prospect Avenue, Hackensack, New Jersey 07601 ~ Phone: (201) 488-8007 Fax: (201) 488-0474

280 Prospect Avenue Corporation