IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| TALEN ENERGY SUPPLY, LLC, *et al.,* | § § § | Case No. 22-90054 (MI) |
|  | § § | (Jointly Administered) |
| Debtors.[1] | § § | Re: Docket No. 569 |

**NOTICE OF HEARING ON JULY 11, 2022 AT 9:00 A.M. (PREVAILING CENTRAL TIME) REGARDING MOTION OF DEBTORS FOR ORDER ESTABLISHING PROCEDURES FOR SALES AND TRANSFERS OF DE MINIMIS ASSETS**

**PLEASE TAKE NOTICE** that on June 16, 2022, Talen Energy Supply, LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Motion of Debtors for Order Establishing Procedures for Sales and Transfers of De Minimis Assets* [Docket No. 569] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider entry of an order approving the Motion will be conducted before the Honorable Marvin Isgur, United States Bankruptcy Judge, on **July 11, 2022 at 9:00 a.m. (prevailing Central Time)** (the "**Hearing**"). The Hearing will be conducted in Courtroom 404, 4th floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510 and entering the conference code 954554. Video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/talenenergy. The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

the link on Judge Isgur's home page (https://www.gotomeet.me/JudgeIsgur) on the Southern District of Texas website. The meeting code is "Judgeisgur". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion are available by visiting the website maintained by the Debtors' claims and noticing agent, Kroll Restructuring Administration LLC ("**Kroll**"), at https://cases.ra.kroll.com/talenenergy/. A PACER login and password are required to access documents on the Court's website, and these can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.

Dated: June 17, 2022
      Houston, Texas

Respectfully submitted,

  /s/  *Gabriel A. Morgan*
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:   Gabriel.Morgan@weil.com
           Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Alexander Welch (admitted *pro hac vice*)
Katherine Lewis (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Matt.Barr@weil.com
           Alexander.Welch@weil.com
           Katherine.Lewis@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

## Certificate of Service

I hereby certify that on June 17, 2022, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                           */s/ Gabriel A. Morgan*
                                                           Gabriel A. Morgan