-1-

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**TALEN ENERGY SUPPLY, LLC,** et al.<br><br>Debtors.[1] | CHAPTER 11<br><br>CASE NO. 22-90054 (MI) |

**DECLARATION OF JOHN S. KAPLAN IN SUPPORT OF PUGET SOUND ENERGY, AVISTA CORPORATION, PACIFICORP, AND PORTLAND GENERAL ELECTRIC COMPANY'S SUPPLEMENTAL BRIEF IN SUPPORT OF <u>MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u>**

I, John S. Kaplan, declare as follows:

1. I am an attorney at Perkins Coie LLP and one of the attorneys representing Puget Sound Energy, Inc., Avista Corporation, PacifiCorp, and Portland General Electric Company in this matter.

2. I have personal knowledge of, and am competent to testify to, the matters set forth in this Declaration.

3. Attached as **Exhibit A** is a true and correct copy of excerpts of the transcript of the hearing in this matter on June 10, 2022.

I certify and attest that the foregoing statements made by me are true under penalty of perjury.

Dated this 20th day of June, 2022.

*/s/ John S. Kaplan*
John S. Kaplan

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/talenenergy. The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

-1-

157258418.1

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2022, a true and correct copy of the foregoing document was electronically filed in the case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, and a copy was served on the parties who are entitled to receive notice via the Court's ECF notification system.

/s/John S. Kaplan<br>
John S. Kaplan