IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| TALEN ENERGY SUPPLY, LLC, *et al.*, | § § § | Case No. 22-90054 (MI) |
|  | § § | (Jointly Administered) |
| Debtors.[1] | § § | |

## MASTER SERVICE LIST AS OF JUNE 21, 2022

Pursuant to the *Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 31], attached hereto is the consolidated Master Service List, as of June 21, 2022, for Talen Energy Supply, LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"). A copy of the Master Service List can be accessed on the website established by the Debtors' court-approved claims, noticing, and solicitation agent, Kroll Restructuring Administration, LLC at https://cases.ra.kroll.com/talenenergy.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/talenenergy. The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

Dated: June 21, 2022
      Houston, Texas

          /s/ *Gabriel A. Morgan*
WEIL, GOTSHAL & MANGES LLP
Gabriel A. Morgan (24125891)
Clifford Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email:   Gabriel.Morgan@weil.com
          Clifford.Carlson @weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Alexander Welch (admitted *pro hac vice*)
Katherine Lewis (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:   Matt.Barr@weil.com
          Alexander.Welch@weil.com
          Katherine.Lewis@weil.com

*Attorneys for Debtors
and Debtors in Possession*

Exhibit A
Master Service List

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| COUNSEL TO CAF LENDERS AND AD HOC GROUP OF FIRST LIEN CREDITORS | AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: IRA S. DIZENGOFF & BRAD M. KAHN<br>ONE BRYANT PARK<br>BANK OF AMERICA TOWER<br>NEW YORK NY 10036-6745 | IDIZENGOFF@AKINGUMP.COM<br>BKAHN@AKINGUMP.COM |
| COUNSEL TO AD HOC GROUP OF FIRST LIEN CREDITORS | AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: MARTY L. BRIMMAGE, JR. & LACY M. LAWRENCE<br>2300 N. FIELD STREET, SUITE 1800<br>DALLAS TX 75201-2481 | MBRIMMAGE@AKINGUMP.COM<br>LLAWRENCE@AKINGUMP.COM |
| COUNSEL TO CAF LENDERS AND AD HOC GROUP OF FIRST LIEN CREDITORS | AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: SCOTT ALBERINO & KATE DOORLEY<br>2001 K STREET, NW<br>WASHINGTON DC 20006 | SALBERINO@AKINGUMP.COM<br>KDOORLEY@AKINGUMP.COM |
| COUNSEL TO H&S CONSTRUCTORS, INC. | ANDERSON LEHRMAN BARRE & MARAIST, LLP | ATTN: KEVIN M. MARAIST<br>GASLIGHT SQUARE<br>1001 THIRD STREET, STE. 1<br>CORPUS CHRISTI TX 78404 | kmaraist@albmlaw.com |
| COUNSEL TO ELITE PIPING & CIVIL, LTD. | ANDREW MYERS, P.C. | ATTN: T. JOSH JUDD<br>1885 SAINT JAMES PLACE<br>15TH FLOOR<br>HOUSTON TX 77056 | JJUDD@ANDREWSMYERS.COM |
| COUNSEL TO BRANDY OPERATING PARTNERSHIP, L.P. AND COMMITTEE OF UNSECURED CREDITORS | BLANK ROME, LLP | ATTN: REGINA KELBORN<br>ONE LOGAN SQUARE<br>PHILADELPHIA PA 19103 | |
| COUNSEL TO LEAR CORPORATION | BODMAN PLC | ATTN: BRIAN R. TRUMBAUER, ROBERT J. DIEHL, JR.<br>6TH FLOOR AT FORD FIELD<br>1901 ST. ANTOINE STREET<br>DETROIT MI 48226 | BTRUMBAUER@BODMANLAW.COM<br>RDIEHL@BODMANLAW.COM |
| COMMITTEE OF UNSECURED CREDITORS | BRANDYWINE OPERATING PARTNERSHIP, L.P. | ATTN: RONALD BECKER<br>555 EAST LANCASTER AVE<br>SUITE 100<br>RADNOR PA 19087 | RON.BECKER@BDNREIT.COM |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON<br>425 MARKET ST., SUITE 2900<br>SAN FRANCISCO CA 94105 | SCHRISTIANSON@BUCHALTER.COM |
| COUNSEL TO HEALTHTRUST PURCHASING GROUP, L.P. | CAVAZOS HENDRICKS POIROT, P.C. | ATTN: JOHN DEE SPICER<br>900 JACKSON STREET<br>570 FOUNDERS SQUARE<br>DALLAS TX 75202-4425 | JSPICER@CHFIRM.COM |
| COUNSEL TO MASONIC VILLAGES OF THE GRAND LODGE OF PENNSYLVANIA, CONESTOGA WOOD SPECIALTIES CORP., RICHARDS ENERGY GROUP, INC., AND URA, INC. T/D/B/A UTILITY RATES ANALYSTS | CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C. | ATTN: JARROD B. MARTIN<br>1200 SMITH STREET, SUITE 1400<br>HOUSTON TX 77002 | JARROD.MARTIN@CHAMBERLAINLAW.COM |
| COUNSEL TO DAY & ZIMMERMANN NPS, INC. | COZEN O'CONNOR | ATTN: BRYAN P. VEZEY<br>LYONDELLBASELL TOWER<br>1221 MCKINNEY STREET, SUITE 2900<br>HOUSTON TX 77010 | BVEZEY@COZEN.COM |
| COUNSEL TO DAY & ZIMMERMANN NPS, INC. | COZEN O'CONNOR | ATTN: JOHN T. CARROLL, III<br>1201 N MARKET STREET<br>SUITE 1001<br>WILMINGTON DE 19801 | JCARROLL@COZEN.COM |
| COUNSEL TO RCF LENDERS AND DIP ADMINISTRATIVE AGENT | DAVIS POLK & WARDWELL LLP | 450 LEXINGTON AVENUE<br>NEW YORK NY 10017 | DAMIAN.SCHAIBLE@DAVISPOLK.COM<br>KENNETH.STEINBERG@DAVISPOLK.COM |
| COUNSEL TO CITIBANK, N.A. | DAVIS POLK & WARDWELL LLP | ATTN: DAMIAN S. SCHAIBLE, ELLIOT MOSKOWITZ, DAVID SCHIFF & NATE SOKOL<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 | DAMIAN.SCHAIBLE@DAVISPOLK.COM<br>ELLIOT.MOSKOWITZ@DAVISPOLK.COM<br>DAVID.SCHIFF@DAVISPOLK.COM<br>NATHANIEL.SOKOL@DAVISPOLK.COM |
| COUNSEL TO NORTHWESTERN CORPORATION | DORSEY & WHITNEY LLP | ATTN: J JACKSON & H. JOSEPH ACOSTA<br>300 CRESCENT COURT, SUITE 400<br>DALLAS TX 75201 | JACKSON.J@DORSEY.COM<br>ACOSTA.JOSEPH@DORSEY.COM |
| COUNSEL TO MUNICIPAL AUTHORITY OF THE BOROUGH OF WEST VIEW, CHRISLYNN ENERGY SERVICES, INC., AND CARNEGIE INSTITUTE D/B/A CARNEGIE MUSEUM OF PITTSBURGH | ECKERT SEAMANS CHERIN & MELLOTT, LLC | ATTN: CHRISTOPHER L. PERKINS<br>919 EAST MAIN STREET, SUITE 1300<br>RICHMOND VA 23219 | cperkins@eckertseamans.com |

Exhibit A
Master Service List

| DESCRIPTION | NAME | ADDRESS | EMAIL |
| --- | --- | --- | --- |
| COMMITTEE OF UNSECURED CREDITORS | ENERFAB POWER & INDUSTRIAL, LLC | ATTN: STEVEN R. HARBISON<br>300 BURSCA DRIVE<br>SUITE 302<br>BRIDGEVILLE PA 15017 | STEVE.HARBISON@ENERFAB.COM |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 6 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DIVISION<br>1445 ROSS AVENUE<br>STE. 1200<br>DALLAS TX 75202 | |
| COUNSEL TO ENERFAB POWER AND INDUSTRIAL, LLC | FROST BROWN TODD LLC | ATTN: RONALD E. GOLD<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH STREET<br>CINCINNATI OH 45202 | RGOLD@FBTLAW.COM |
| COUNSEL TO ENERFAB POWER AND INDUSTRIAL, LLC | FROST BROWN TODD LLC | ATTN: RONALD E. GOLD<br>4400 POST OAK PARKWAY<br>STE. 2850<br>HOUSTON TX 77027 | RGOLD@FBTLAW.COM |
| TOP 30 UNSECURED CREDITOR AND COMMITTEE OF UNSECURED CREDITORS | GENERAL ELECTRIC INTERNATIONAL, INC. | ATTN: GLEN REISMAN<br>12 OLD HOLLOW ROAD SUITE B<br>TRUMBULL CT 06611 | GLENN.REISMAN@GE.COM |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB | GRAY REED | ATTN: JASON S. BROOKNER & LYDIA R. WEBB<br>1300 POST OAK BLVD., SUITE 2000<br>HOUSTON TX 77056 | JBROOKNER@GRAYREED.COM<br>LWEBB@GRAYREED.COM |
| COUNSEL TO BORDER STATES INDUSTRIES, INC. | GREAK, URYASZ & BRUENING, P.C. | ATTN: MICHAEL S. URYASZ<br>8008 SLIDE ROAD, SUITE 30<br>LUBBOCK TX 79424 | MURYASZ@GREAKLAW.COM |
| COUNSEL TO GIORGI COMPANIES | GREENBERG TRAURIG, LLP | ATTN: BRIAN E. GREER<br>ONE VANDERBILT AVENUE<br>NEW YORK NY 10017 | GREERB@GTLAW.COM |
| COUNSEL TO GIORGI COMPANIES | GREENBERG TRAURIG, LLP | ATTN: KARL D. BURRER<br>1000 LOUISIANA STREET, SUITE 6700<br>HOUSTON TX 77002 | BURRERK@GTLAW.COM |
| COUNSEL TO GIORGI COMPANIES | GREENBERG TRAURIG, LLP | ATTN: NICHOLAS E. BALLEN<br>77 WEST WACKER DRIVE, SUITE 3100<br>CHICAGO IL 60601 | BALLENN@GTLAW.COM |
| COUNSEL TO THE WILLIAMS COMPANIES, INC. | HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C. | ATTN: STEVEN W. SOULE<br>320 SOUTH BOSTON AVENUE<br>SUITE 200<br>TULSA OK 74103-3706 | SSOULE@HALLESTILL.COM |
| COUNSEL TO CITIBANK, N.A. | HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM, JR. & ARSALAN MUHAMMAD<br>1221 MCKINNEY STREET<br>SUITE 4000<br>HOUSTON TX 77010 | CHARLES.BECKHAM@HAYNESBOONE.COM<br>ARSALAN.MUHAMMAD@HAYNESBOONE.COM |
| COUNSEL TO PPL CORPORATION, PPL CAPITAL FUNDING, INC., PPL ELECTRIC UTILITIES CORPORATION, AND PPL ENERGY FUNDING CORPORATION (COLLECTIVELY, THE "PPL ENTITIES") | HUNTON ANDREWS KURTH LLP | ATTN: TIMOTHY A. ("TAD") DAVIDSON II, JOSEPH W. BUONI, ASHLEY L. HARPER<br>600 TRAVIS STREET, SUITE 4200<br>HOUSTON TX 77002 | TADDAVIDSON@HUNTONAK.COM<br>JOSEPHBUONI@HUNTONAK.COM<br>ASHLEYHARPER@HUNTONAK.COM |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST.<br>PHILADELPHIA PA 19104-5016 | |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | |
| COUNSEL TO J. SCOTT DOUGLASS, INTERESTED PARTY | J. SCOTT DOUGLASS, ATTORNEY AT LAW | ATTN: J. SCOTT DOUGLASS, ATTORNEY AT LAW<br>1811 BERING DR.<br>SUITE 420<br>HOUSTON TX 77057 | JSD@AOL.COM |
| COUNSEL TO CONSOL ENERGY COMPANY AND CONSOL PENNSYLVANIA COAL COMPANY LLC | JENNER & BLOCK LLP | ATTN: CATHERINE STEEGE & MELISSA ROOT<br>353 NORTH CLARK STREET<br>CHICAGO IL 60610 | CSTEEGE@JENNER.COM<br>MROOT@JENNER.COM |

Exhibit A
Master Service List

| DESCRIPTION | NAME | ADDRESS | EMAIL |
| --- | --- | --- | --- |
| COUNSEL TO AD HOC TERM LOAN AND SECURED NOTES GROUP | KING & SPALDING LLP | ATTN: BRANDON DALLING<br>1185 AVENUE OF THE AMERICAS<br>34TH FLOOR<br>NEW YORK NY 10036 | BDALLING@KSLAW.COM |
| COUNSEL TO AD HOC TERM LOAN AND SECURED NOTES GROUP | KING & SPALDING LLP | ATTN: MATTHEW L. WARREN & LINDSEY HENRIKSON<br>110 N. WACKER DRIVE, SUITE 3800<br>CHICAGO IL 60606 | MWARREN@KSLAW.COM<br>LHENRIKSON@KSLAW.COM |
| COUNSEL TO AD HOC TERM LOAN AND SECURED NOTES GROUP | KING & SPALDING LLP | ATTN: W. AUSTIN JOWERS<br>1180 PEACHTREE STREET, NE<br>SUITE 1600<br>ATLANTA GA 30309 | AJOWERS@KSLAW.COM |
| COUNSEL TO AD HOC GROUP OF UNSECURED NOTEHOLDERS | KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP | ATTN: PATRICK J. NASH, JR., P.C. & CHRISTOPHER S. KOENIG<br>300 NORTH LASALLE<br>CHICAGO IL 60654 | CHRIS.KOENIG@KIRKLAND.COM<br>PATRICK.NASH@KIRKLAND.COM |
| COUNSEL TO AD HOC GROUP OF UNSECURED NOTEHOLDERS | KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP | ATTN: STEVEN N. SERAJEDDINI<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | STEVEN.SERAJEDDINI@KIRKLAND.COM |
| COUNSEL TO NALCO COMPANY LLC | KOHNER, MANN & KAILAS, S.C. | ATTN: SAMUEL C. WISOTZKEY<br>WASHINGTON BUILDING BARNABAS BUSINESS CENTER<br>4650 NORTH PORT WASHINGTON ROAD<br>MILWAUKEE WI 53212-1059 | SWISOTZKEY@KMKSC.COM |
| CLAIMS AGENT | KROLL RESTRUCTURING ADMINISTRATION LLC | ATTN: JORDAN SEARLES & JOSHUA KAROTKIN<br>55 EAST 52ND STREET<br>17TH FLOOR<br>NEW YORK NY 10055 | TALENENERGYTEAM@RA.KROLL.COM<br>SERVICEQA@RA.KROLL.COM |
| COUNSEL TO WEBB CISD AND NUECES COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS<br>P.O. BOX 17428<br>AUSTIN TX 78760-7428 | AUSTIN.BANKRUPTCY@LGBS.COM |
| COUNSEL TO CYPRESS-FAIRBANKS ISD, MONTGOMERY COUNTY, AND HARRIS COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER<br>P.O. BOX 3064<br>HOUSTON TX 77253-3064 | HOUSTON_BANKRUPTCY@LGBS.COM |
| COUNSEL TO NORFOLK SOUTHERN RAILWAY COMPANY | LISKOW & LEWIS | ATTN: MICHAEL D. RUBENSTEIN<br>1001 FANNIN STREET<br>SUITE 1800<br>HOUSTON TX 77002 | MDRUBENSTEIN@LISKOW.COM |
| COUNSEL TO EQUITABLE OIL PURCHASING CO. | LOEWINSOHN DEARY SIMON RAY LLP | ATTN: DANIEL P. WINIKKA<br>12377 MERIT DRIVE, SUITE 900<br>DALLAS TX 75251 | DANW@LDSRLAW.COM |
| COUNSEL TO ARCH INSURANCE COMPANY | MANIER & HEROD, P.C. | ATTN: MICHAEL E. COLLINS, ROBERT W. MILLER & SCOTT C. WILLIAMS<br>1201 DEMONBREUN STREET, STE. 900<br>NASHVILLE TN 37203 | MCOLLINS@MANIERHEROD.COM<br>RMILLER@MANIERHEROD.COM<br>SWILLIAMS@MANIERHEROD.COM |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | MILBANK LLP | ATTN: ALEX G. ROMAIN<br>2029 CENTURY PARK EAST<br>LOS ANGELES CA 90067 | AROMAIN@MILBANK.COM |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | MILBANK LLP | ATTN: DENNIS F. DUNNE, EVAN R. FLECK, MATTHEW L. BROD, KATHERINE CAVINS<br>55 HUDSON YARDS<br>NEW YORK NY 10001 | DDUNNE@MILBANK.COM<br>EFLECK@MILBANK.COM<br>MBROD@MILBANK.COM<br>KCAVINS@MILBANK.COM |
| COUNSEL TO THE BANK OF NEW YORK MELLON, AS TRUSTEE UNDER THE SENIOR UNSECURED NOTES INDENTURES | MORGAN, LEWIS & BOCKIUS LLP | ATTN: GLENN E. SIEGEL & T. CHARLIE LIU<br>101 PARK AVENUE<br>NEW YORK NY 10178-0600 | GLENN.SIEGEL@MORGANLEWIS.COM<br>CHARLIE.LIU@MORGANLEWIS.COM |
| COUNSEL TO THE BANK OF NEW YORK MELLON, AS TRUSTEE UNDER THE SENIOR UNSECURED NOTES INDENTURES | MORGAN, LEWIS & BOCKIUS LLP | ATTN: NAKISHA DUNCAN<br>1000 LOUISIANA STREET, SUITE 4000<br>HOUSTON TX 77002-5048 | NAKISHA.DUNCAN@MORGANLEWIS.COM |
| COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC. | MUNSCH HARDT KOPF & HARR, P.C. | ATTN: DEBORAH M. PERRY & KEVIN M. LIPPMAN<br>500 N. AKARD STREET, SUITE 3800<br>DALLAS TX 75201-6659 | DPERRY@MUNSCH.COM<br>KLIPPMAN@MUNSCH.COM |

Exhibit A
Master Service List

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| COUNSEL TO ALTER DOMUS (US) LLC | NORTON ROSE FULBRIGHT US LLP | ATTN: BOB B. BRUNER<br>FULBRIGHT TOWER<br>1301 MCKINNEY, SUITE 5100<br>HOUSTON TX 77010 | BOB.BRUNER@NORTONROSEFULBRIGHT.COM |
| COUNSEL TO ALTER DOMUS (US) LLC AND WIND PARK BEAR CREEK, LLC | NORTON ROSE FULBRIGHT US LLP | ATTN: H. STEPHEN CASTRO, ANDREW ROSENBLATT<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | STEPHEN.CASTRO@NORTONROSEFULBRIGHT.COM<br>ANDREW.ROSENBLATT@NORTONROSEFULBRIGHT.COM |
| COUNSEL TO WIND PARK BEAR CREEK, LLC | NORTON ROSE FULBRIGHT US LLP | ATTN: MARIA MOKRZYCKA<br>1301 MCKINNEY STREET<br>SUITE 5100<br>HOUSTON TX 77010 | MARIA.MOKRZYCKA@NORTONROSEFULBRIGHT.COM |
| COUNSEL TO THE PUBLIC UTILITY COMMISSION OF TEXAS | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: JASON B. BINFORD, AUTUMN D. HIGHSMITH & LAYLA D. MILLIGAN<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P. O. BOX 12548-MC 008<br>AUSTIN TX 78711-2548 | JASON.BINFORD@OAG.TEXAS.GOV<br>AUTUMN.HIGHSMITH@OAG.TEXAS.GOV<br>LAYLA.MILLIGAN@OAG.TEXAS.GOV |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JANA SMITH WHITWORTH<br>515 RUSK STREET<br>STE. 3516<br>HOUSTON TX 77002 | JANA.WHITWORTH@USDOJ.GOV |
| COUNSEL TO ROYAL BANK OF CANADA and RBC CAPITAL MARKETS, LLC | ORRICK, HERRINGTON & SUTCLIFFE LLP | ATTN: LAURA METZGER<br>51 WEST 52ND STREET<br>NEW YORK NY 10019-6142 | LMETZGER@ORRICK.COM |
| COUNSEL TO ROYAL BANK OF CANADA and RBC CAPITAL MARKETS, LLC | ORRICK, HERRINGTON & SUTCLIFFE LLP | ATTN: RYAN C. WOOTEN<br>609 MAIN<br>40TH FLOOR<br>HOUSTON TX 77002 | RWOOTEN@ORRICK.COM |
| COUNSEL TO MUFG BANK, LTD AND MUFG UNION BANK, N.A. | OTTERBOURG P.C. | ATTN: PETER FELDMAN, FRANK J. PECORELLI<br>230 PARK AVENUE<br>NEW YORK NY 10169 | PFELDMAN@OTTERBOURG.COM<br>FPECORELLI@OTTERBOURG.COM |
| PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PACHULSKI STANG ZIEHL & JONES, LLP | ATTN: BRADFORD J. SANDLER<br>780 THIRD AVENUE<br>34TH FLOOR<br>NEW YORK NY 10017 | BSANDLER@PSZJLAW.COM |
| PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PACHULSKI STANG ZIEHL & JONES, LLP | ATTN: MICHAEL D. WARNER<br>440 LOUISIANA STREET<br>SUITE 900<br>HOUSTON TX 77002 | MWARNER@PSZJLAW.COM |
| COUNSEL TO LOCUST RIDGE WIND FARM, LLC | PARENTI LAW PLLC | ATTN: MEREDITH B. PARENTI<br>10497 TOWN & COUNTRY WAY, SUITE 700<br>P.O. BOX 19152<br>HOUSTON TX 77224 | MEREDITH@PARENTILAW.COM |
| COUNSEL TO PARKLAND CORPORATION | PARKLAND CORPORATION | ATTN: MORGAN CRILLY<br>240 4TH AVE SW<br>SUITE 1800<br>CALGARY AB T2P 4H4 CANADA | MORGAN.CRILLY@PARKLAND.CA |
| COUNSEL TO AD HOC GROUP OF CROSSHOLDERS | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ALICE B. EATON, ANDREW N. ROSENBERG, LARRY WEE, ALEXANDER WOOLVERTON & WILLIAM A. CLAREMAN<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | AEATON@PAULWEISS.COM<br>AROSENBERG@PAULWEISS.COM<br>LWEE@PAULWEISS.COM<br>AWOOLVERTON@PAULWEISS.COM |
| TOP 30 UNSECURED CREDITOR AND COMMITTEE OF UNSECURED CREDITORS | PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: PATRICIA KELLY, CAROLYN J. LACHMAN, SARAH E. MEIMAN, JOEL RUDERMAN & CYNTHIA WONG<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K STREET, NW<br>WASHINGTON DC 20005-4026 | KELLY.PATRICIA@PBGC.GOV<br>LACHMAN.CAROLYN@PBGC.GOV<br>EFILE@PBGC.GOV<br>MEIMAN.SARAH@PBGC.GOV<br>WONG.CYNTHIA@PBGC.GOV<br>RUDERMAN.JOEL@PBGC.GOV |
| COUNSEL TO THE PNW OWNERS | PERKINS COIE LLP | ATTN: HAILEY VARNER RUTLEDGE<br>110 NORTH WACKER<br>SUITE 3400<br>CHICAGO IL 60606-1511 | HVARNER@PERKINSCOIE.COM |

Exhibit A
Master Service List

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| COUNSEL TO THE PNW OWNERS | PERKINS COIE LLP | ATTN: JOHN D. PENN<br>500 N. AKARD STREET<br>SUITE 3300<br>DALLAS TX 75201-3347 | JPENN@PERKINSCOIE.COM |
| COUNSEL TO THE PNW OWNERS | PERKINS COIE LLP | ATTN: JOHN S. KAPLAN<br>1201 THIRD AVENUE<br>SUITE 4900<br>SEATTLE WA 98101-3099 | JKAPLAN@PERKINSCOIE.COM |
| COUNSEL TO AD HOC GROUP OF CROSSHOLDERS | PORTER HEDGES LLP | ATTN: JOHN F. HIGGINS, M. SHANE JOHNSON & EMILY D. NASIR<br>1000 MAIN STREET<br>36TH FLOOR<br>HOUSTON TX 77002 | JHIGGINS@PORTERHEDGES.COM<br>SJOHNSON@PORTERHEDGES.COM<br>ENASIR@PORTERHEDGES.COM |
| COUNSEL TO LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC. | PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: RACHEL A. PARISI, ESQ. & CHRISTOPHER P. MAZZA, ESQ.<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN NJ 07962 | RAPARISI@PBNLAW.COM<br>CPMAZZA@PBNLAW.COM |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB | PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN, PATRICK SIBLEY, MATTHEW SILVERMAN AND SAMEER M. ALIFARAG<br>7 TIMES SQUARE, 40TH FLOOR<br>NEW YORK NY 10036 | SLIEBERMAN@PRYORCASHMAN.COM<br>PSIBLEY@PRYORCASHMAN.COM<br>MSILVERMAN@PRYORCASHMAN.COM<br>SALIFARAG@PRYORCASHMAN.COM |
| COUNSEL TO TENASKA POWER SERVICES CO. | ROSS & SMITH, PC | ATTN: JUDITH W. ROSS & CHARLES GOOCH COWDEN<br>PLAZA OF THE AMERICAS<br>700 N. PEARL STREET, SUITE 1610, NORTH TOWER<br>DALLAS TX 75201 | JUDITH.ROSS@JUDITHWROSS.COM<br>CHARLES.COWDEN@JUDITHWROSS.COM |
| COUNSEL TO FRAMATOME, INC. AND COMMITTEE OF UNSECURED CREDITORS | SAUL EWING ARNSTEIN & LEHR LLP | ATTN: LUCIAN B. MURLEY<br>1201 North Market Street, Suite 2300<br>P.O. BOX 1266<br>WILMINGTON DE 19899 | LUKE.MURLEY@SAUL.COM |
| COUNSEL TO BERRY CONTRACTING, L.P. D/B/A BAY, LTD. AND JW RENTALS, INC. | SCHAUER & SIMANK, P.C. | ATTN: RONALD A. SIMANK<br>615 NORTH UPPER BROADWAY, SUITE 700<br>CORPUS CHRISTI TX 78401-0781 | RSIMANK@CCTXLAW.COM |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE | DAVID WOODCOCK REGIONAL DIRECTOR<br>BURNETT PLAZA<br>801 CHERRY ST., STE. 1900 UNIT 18<br>FORT WORTH TX 76102 | |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>BROOKFIELD PLACE<br>200 VESEY STREET STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV |
| COUNSEL TO WILMINGTON TRUST, NATIONAL ASSOCIATION | SEWARD & KISSEL LLP | ATTN: JOHN R. ASHMEAD, GREGG S. BATEMAN & CATHERINE V. LOTEMPIO<br>ONE BATTERY PARK PLAZA<br>NEW YORK NY 10004 | ASHMEAD@SEWKIS.COM<br>BATEMAN@SEWKIS.COM<br>LOTEMPIO@SEWKIS.COM |
| COUNSEL TO UNITED STATES GYPSUM COMPANY | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | ATTN: JUSTIN BERNBROCK, ROBERT MCLELLARN, BRYAN UELK<br>70 WEST MADISON STREET<br>CHICAGO IL 60602 | JBERNBROCK@SHEPPARDMULLIN.COM<br>RMCLELLARN@SHEPPARDMULLIN.COM<br>BUELK@SHEPPARDMULLIN.COM |
| COUNSEL TO ISO NEW ENGLAND INC. | SHIPMAN & GOODWIN LLP | ATTN: ERIC S. GOLDSTEIN, ESQ.<br>ONE CONSTITUTION PLAZA<br>HARTFORD CT 06103-1919 | EGOLDSTEIN@GOODWIN.COM<br>BANKRUPTCY@GOODWIN.COM<br>BANKRUPTCYPARALEGAL@GOODWIN.COM |
| COUNSEL TO MORGAN STANLEY CAPITAL GROUP INC. AND VITOL INC. | SIDLEY AUSTIN LLP | ATTN: ALEX R. ROVIRA<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019 | AROVIRA@SIDLEY.COM |
| COUNSEL TO MORGAN STANLEY CAPITAL GROUP INC. AND VITOL INC. | SIDLEY AUSTIN LLP | ATTN: KENNETH W. IRVIN<br>1501 K STREET, N.W.<br>WASHINGTON DC 20005 | KIRVIN@SIDLEY.COM |

Exhibit A
Master Service List

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| COUNSEL TO MORGAN STANLEY CAPITAL GROUP INC. AND VITOL INC. | SIDLEY AUSTIN LLP | ATTN: MICHAEL FISHEL & JULIANA L. HOFFMAN<br>WELLS FARGO PLAZA<br>1000 LOUISIANA STREET, SUITE 5900<br>HOUSTON TX 77002 | MFISHEL@SIDLEY.COM<br>JHOFFMAN@SIDLEY.COM |
| COUNSEL TO PPL CORPORATION, PPL CAPITAL FUNDING, INC., PPL ELECTRIC UTILITIES CORPORATION, AND PPL ENERGY FUNDING CORPORATION (COLLECTIVELY, THE "PPL ENTITIES") | SKADDEN, ARPS, SLATE, MEAGHER, & FLOM LLP | ATTN: GEORGE A. ZIMMERMAN, TANSY WOAN, JAMES W. BROWN & KYLE J. SCHWARTZ<br>ONE MANHATTAN WEST<br>NEW YORK NY 10001 | GEORGE.ZIMMERMAN@SKADDEN.COM<br>TANSY.WOAN@SKADDEN.COM<br>JAMES.BROWN@SKADDEN.COM<br>KYLE.SCHWARTZ@SKADDEN.COM |
| COUNSEL TO PPL CORPORATION, PPL CAPITAL FUNDING, INC., PPL ELECTRIC UTILITIES CORPORATION, AND PPL ENERGY FUNDING CORPORATION (COLLECTIVELY, THE "PPL ENTITIES") | SKADDEN, ARPS, SLATE, MEAGHER, & FLOM LLP | ATTN: GEORGE N. PANAGAKIS<br>155 N. WACKER DRIVE<br>CHICAGO IL 60606 | GEORGE.PANAGAKIS@SKADDEN.COM |
| COUNSEL TO PPL CORPORATION, PPL CAPITAL FUNDING, INC., PPL ELECTRIC UTILITIES CORPORATION, AND PPL ENERGY FUNDING CORPORATION (COLLECTIVELY, THE "PPL ENTITIES") | SKADDEN, ARPS, SLATE, MEAGHER, & FLOM LLP | ATTN: PAUL J. LOCKWOOD, STEPHEN J. DELLA PENNA, NICOLE A. DISALVO<br>ONE RODNEY SQUARE<br>920 N. KING STREET<br>WILMINGTON DE 19801 | PAUL.LOCKWOOD@SKADDEN.COM<br>STEPHEN.DELLAPENNA@SKADDEN.COM<br>NICOLE.DISALVO@SKADDEN.COM |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| TEXAS ENVIRONMENTAL PROTECTION AGENCY | STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPT<br>BUILDING LETTER<br>P O BOX 13087<br>AUSTIN TX 78711-3087 | AC@TCEQ.TEXAS.GOV |
| TOP 30 UNSECURED CREDITOR AND COMMITTEE OF UNSECURED CREDITORS | THE BANK OF NEW YORK MELLON, AS TRUSTEE | ATTN: ALEX T. CHANG<br>DEFAULT ADMINISTRATION GROUP<br>240 GREENWICH STREET<br>NEW YORK NY 10286 | ALEX.CHANG@BNYMELLON.COM |
| TOP 30 UNSECURED CREDITOR AND COMMITTEE OF UNSECURED CREDITORS | THE MERRICK GROUP INC | ATTN: DANIEL MERRICK<br>CHIEF EXECUTIVE OFFICER<br>100 UNICO DRIVE<br>WEST HAZLETON PA 18202 | DMERRICK@MGINC.NET |
| US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | US ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: JENNIFER LOWERY, ACTING U.S. ATTORNEY<br>ONE SHORELINE PLAZA SOUTH TOWER<br>800 N SHORELINE BLVD STE. 500<br>CORPUS CHRISTI TX 78401 | USATXS.ATTY@USDOJ.GOV |
| COUNSEL TO RIVERSTONE, TALEN ENERGY CORPORATION, AND CUMULUS GROWTH HOLDINGS LLC | VINSON & ELKINS LLP | ATTN: DAVID S. MEYER, LAUREN R. KANZER & JESSICA C. PEET<br>THE GRACE BUILDING<br>1114 AVENUE OF THE AMERICAS, 32ND FLOOR<br>NEW YORK NY 10036 | DMEYER@VELAW.COM<br>JPEET@VELAW.COM<br>LKANZER@VELAW.COM |
| COUNSEL TO RIVERSTONE | VINSON & ELKINS LLP | ATTN: LAUREN R. KANZER<br>TRAMMELL CROW CENTER<br>2001 ROSS AVENUE, SUITE 3900<br>DALLAS TX 75201 | LKANZER@VELAW.COM |
| COUNSEL TO TALEN ENERGY CORPORATION AND CUMULUS GROWTH HOLDINGS LLC | VINSON & ELKINS LLP | ATTN: PAUL E. HEATH, MATTHEW D. STRUBLE & KIRAN VAKAMUDI<br>845 TEXAS AVENUE<br>SUITE 4700<br>HOUSTON TX 77002 | PHEATH@VELAW.COM<br>MSTRUBLE@VELAW.COM<br>KVAKAMUDI@VELAW.COM |
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | ATTN: GABRIEL A. MORGAN & CLIFFORD CARLSON<br>700 LOUISIANA STREET<br>SUITE 1700<br>HOUSTON TX 77002 | GABRIEL.MORGAN@WEIL.COM<br>CLIFFORD.CARLSON@WEIL.COM |
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | WEIL, GOTSHAL & MANGES LLP | ATTN: MATTHEW S. BARR, ALEXANDER WELCH & KATHERINE LEWIS<br>767 FIFTH AVENUE<br>NEW YORK TX 10153 | ALEXANDER.WELCH@WEIL.COM<br>MATT.BARR@WEIL.COM<br>KATHERINE.LEWIS@WEIL.COM |
| COUNSEL TO THE J.M. SMUCKER COMPANY, BIG HEART PET BRANDS, INC., CURTISS-WRIGHT CORP., CURTISS-WRIGHT FLOW CONTROL SERVICE LLC, CURTISS-WRIGHT FLOW CONTROL CORPORATION, AND EST GROUP, INC. | WHITEFORD, TAYLOR & PRESTON LLC | ATTN: STEPHEN B. GERALD<br>THE RENAISSANCE CENTRE<br>405 NORTH KING STREET, SUITE 500<br>WILMINGTON DE 19801 | SGERALD@WTPLAW.COM |

Exhibit A
Master Service List

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| COUNSEL TO J. ARON & COMPANY LLC | WILLKIE FARR & GALLAGHER LLP | ATTN: ANA M. ALFONSO<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019 | AALFONSO@WILLKIE.COM |
| COUNSEL TO J. ARON & COMPANY LLC | WILLKIE FARR & GALLAGHER LLP | ATTN: JENNIFER J. HARDY<br>600 TRAVIS STREET<br>HOUSTON TX 77002 | JHARDY2@WILLKIE.COM |
| COUNSEL TO POWELL ELECTRICAL SYSTEMS, INC. | WINSTEAD PC | ATTN: SEAN B. DAVIS<br>600 TRAVIS STREET<br>SUITE 5200<br>HOUSTON TX 77002 | SBDAVIS@WINSTEAD.COM |
| COUNSEL TO TRAVELERS CASUALTY AND INSURANCE COMPANY OF AMERICA | WOMBLE BOND DICKINSON (US) LLP | ATTN: LISA BITTLE TANCREDI<br>100 LIGHT STREET<br>26TH FLOOR<br>BALTIMORE MD 21202 | LISA.TANCREDI@WBD-US.COM |
| COUNSEL TO TRAVELERS CASUALTY AND INSURANCE COMPANY OF AMERICA | WOMBLE BOND DICKINSON (US) LLP | ATTN: TODD A. ATKINSON<br>811 MAIN STREET<br>SUITE 3130<br>HOUSTON TX 77002 | TODD.ATKINSON@WBD-US.COM |
| COUNSEL TO AD HOC GROUP OF UNSECURED NOTEHOLDERS | ZACK A. CLEMENT PLLC | ATTN: ZACK A. CLEMENT<br>3753 DRUMMOND STREET<br>HOUSTON TX 77025 | ZACK.CLEMENT@ICLOUD.COM |