UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| TALEN ENERGY SUPPLY, LLC, *et al.,* | ) Case No. 22-90054 (MI) |
| Debtors. | ) Jointly Administered |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that **Allegheny Electric Cooperative, Inc.; EDF Trading North America LLC; and Westinghouse Electric Company** hereby appear and demand, pursuant to rules 2002(g) and (i) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in the above-captioned cases and all papers served or required to be served in the cases be given to and served upon the undersigned counsel, at the address set forth below.

Mark Sherrill
Eversheds Sutherland (US) LLP
1001 Fannin Street, Suite 3700
Houston, TX  77002
Telephone:  (713) 470-6100
Facsimile:  (713) 654-1301
marksherrill@eversheds-sutherland.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referenced in the Bankruptcy Rules and provisions specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, delivery, telephone, facsimile, telex or otherwise which affect or seek to affect in any way the debtors or

property or proceeds in which the debtors may claim an interest.

Dated:  June 21, 2022
       Houston, Texas

                    EVERSHEDS SUTHERLAND (US) LLP

By:  /s/ Mark Sherrill
     Mark D. Sherrill (TBN 24034678)
     1001 Fannin Street
     Suite 3700
     Houston, Texas  77002
     Tel:  (713) 470-6100
     Fax: (713) 654-1301
     Email: marksherrill@eversheds-sutherland.com

COUNSEL FOR ALLEGHENY ELECTRIC
COOPERATIVE, INC.; EDF TRADING NORTH
AMERICA LLC; AND WESTINGHOUSE
ELECTRIC COMPANY