IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| TALEN ENERGY SUPPLY, LLC, *et al.,* | § § § | Case No. 22-90054 (MI) |
|  | § § | (Jointly Administered) |
| Debtors.[1] | § § § | (Re: Docket No. 15) |

### NOTICE OF FILING OF FURTHER REVISED PROPOSED
### ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS

**PLEASE TAKE NOTICE THAT**, on May 10, 2022, Talen Energy Supply, LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the **"Debtors"**), filed the *Debtors' Motion for Entry of an Order Authorizing Rejection of Executory Contracts* Nunc Pro Tunc *to Petition Date* [Docket No. 15] (the "**Motion**"), with a proposed order granting the relief requested in the Motion attached thereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE THAT**, on June 15, 2022, the Debtors filed *Debtors' Reply in Support of Motion for Entry of an Order Authorizing Rejection of Executory Contracts* Nunc Pro Tunc *to Petition Date* [Docket No. 554], with a revised proposed order attached thereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE THAT**, following a hearing on the Motion held on June 17, 2022 at 2:00 p.m. (Prevailing Central Time) (the "**Hearing**"), the Debtors filed a further revised proposed *Order Authorizing Rejection of Executory Contracts* [Docket

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/talenenergy.  The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

No. 592] (the "**Revised Proposed Order**"), which reflected certain changes made to reflect the Court's ruling on the record at the Hearing.

**PLEASE TAKE FURTHER NOTICE THAT**, the Debtors hereby file a further revised proposed *Order Authorizing Rejection of Executory Contracts*, attached hereto as **Exhibit A** (the "**Further Revised Proposed Order**"), which is identical to the Revised Proposed Order filed at Docket No. 592 except that it has been updated to reflect that, per the record at the Hearing, the deadline for parties to submit any brief is **July 1, 2022 at 5:00 p.m. (Prevailing Central Time)**.

[*Remainder of Page Intentionally Left Blank*]

**PLEASE TAKE FURTHER NOTICE THAT**, a redline of the Further Revised Proposed Order marked against the Revised Proposed Order is attached hereto as **Exhibit B**.

Dated: June 21, 2022
      Houston, Texas

    Respectfully submitted,

    */s/ Gabriel A. Morgan*
    WEIL, GOTSHAL & MANGES LLP
    Gabriel A. Morgan (24125891)
    Clifford Carlson (24090024)
    700 Louisiana Street, Suite 1700
    Houston, Texas 77002
    Telephone: (713) 546-5000
    Facsimile: (713) 224-9511
    Email:   Gabriel.Morgan@weil.com
              Clifford.Carlson @weil.com

    -and-

    WEIL, GOTSHAL & MANGES LLP
    Matthew S. Barr (admitted *pro hac vice*)
    Alexander Welch (admitted *pro hac vice*)
    Katherine Lewis (admitted *pro hac vice*)
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
    Email:   Matt.Barr@weil.com
              Alexander.Welch@weil.com
              Katherine.Lewis@weil.com

    *Attorneys for Debtors*
    *and Debtors in Possession*

## Certificate of Service

I hereby certify that on June 21, 2022, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                              */s/ Gabriel A. Morgan*
                                                              Gabriel A. Morgan