IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **TALEN ENERGY SUPPLY, LLC,** *et al.*, | § | Case No. 22-90054 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | Re: Dkt. Nos. 524, 789 |

**NOTICE OF HEARING REGARDING
EMERGENCY MOTION OF TALEN ENERGY CORPORATION
TO CONTINUE HEARING ON DEBTORS' BACKSTOP MOTION**

**PLEASE TAKE NOTICE** that on June 28, 2022, Talen Energy Corporation filed the *Emergency Motion of Talen Energy Corporation to Continue Hearing on Debtors' Backstop Motion* [Docket No. 789] (the "***Motion***").

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Southern District of Texas (the "***Court***") has scheduled a hearing (the "***Hearing***") for **June 28, 2022, at 3:00 p.m. (prevailing Central Time)** before the Honorable Marvin Isgur, United States Bankruptcy Judge for the Southern District of Texas, Houston Division to hear the Motion.

**PLEASE TAKE FURTHER NOTICE** that this hearing will be conducted in Courtroom 404, 4th floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510 and entering the conference code 954554. Video communication will be by use of the Gotomeeting Platform. Connect via the free Gotomeeting Application or click the link on Judge Isgur's home page (https://www.gotomeet.me/JudgeIsgur) on the Southern District of Texas website. The meeting

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/talenenergy. The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

code is "JudgeIsgur."  Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that copies of all motions can be found on the docket of Case No. 22-90054 in the Court, and can also be downloaded free of charge from the website of the Debtors' claims and noticing agent, Kroll, LLC at https://cases.ra.kroll.com/talenenergy/.

Dated: June 28, 2022
Houston, Texas

**VINSON & ELKINS LLP**

*/s/ Paul E. Heath*
David S. Meyer (admitted *pro hac vice*)
Jessica C. Peet (admitted *pro hac vice*)
Lauren R. Kanzer (admitted *pro hac vice*)
The Grace Building
1114 Avenue of the Americas, 32nd Floor
New York, New York 10036-7708
Tel: (212) 237-0000
Fax: (212) 237-0100
dmeyer@velaw.com; jpeet@velaw.com;
lkanzer@velaw.com

-and-

Paul E. Heath (TX 09355050)
Matthew W. Moran (TX 24002642)
Matthew D. Struble (TX 24102544)
Kiran Vakamudi (TX 24106540)
Texas Tower
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Tel: (713) 758-2222
Fax: (713) 758-2346
pheath@velaw.com; mmoran@velaw.com;
mstruble@velaw.com; kvakamudi@velaw.com

**COUNSEL FOR TALEN ENERGY CORPORATION**

## **CERTIFICATE OF SERVICE**

      I certify that on June 28, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                          */s/ Paul E. Heath*
                                          One of Counsel