# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TALEN ENERGY SUPPLY, LLC, *et al.*, | § | Case No. 22-90054 (MI) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | Re: Dkt. Nos. 524, 789, 793 |

## NOTICE OF CANCELLED HEARING REGARDING
## EMERGENCY MOTION OF TALEN ENERGY CORPORATION
## TO CONTINUE HEARING ON DEBTORS' BACKSTOP MOTION

**PLEASE TAKE NOTICE** that on June 28, 2022, Talen Energy Corporation filed the *Emergency Motion of Talen Energy Corporation to Continue Hearing on Debtors' Backstop Motion* [Docket No. 789] (the "***Motion***").

**PLEASE TAKE FURTHER NOTICE** that the United States Bankruptcy Court for the Southern District of Texas (the "***Court***") scheduled a hearing (the "***Hearing***") for **June 28, 2022, at 3:00 p.m. (prevailing Central Time)** before the Honorable Marvin Isgur, United States Bankruptcy Judge for the Southern District of Texas, Houston Division regarding the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Hearing scheduled for **June 28, 2022 at 3:00 p.m. (prevailing Central Time) is cancelled**.

[*Remainder of Page Intentionally Left Blank*]

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/talenenergy. The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

Dated: June 28, 2022
Houston, Texas

        **VINSON & ELKINS LLP**

        */s/ Paul E. Heath*
        David S. Meyer (admitted *pro hac vice*)
        Jessica C. Peet (admitted *pro hac vice*)
        Lauren R. Kanzer (admitted *pro hac vice*)
        The Grace Building
        1114 Avenue of the Americas, 32nd Floor
        New York, New York 10036-7708
        Tel: (212) 237-0000
        Fax: (212) 237-0100
        dmeyer@velaw.com; jpeet@velaw.com;
        lkanzer@velaw.com

        -and-

        Paul E. Heath (TX 09355050)
        Matthew W. Moran (TX 24002642)
        Matthew D. Struble (TX 24102544)
        Kiran Vakamudi (TX 24106540)
        Texas Tower
        845 Texas Avenue, Suite 4700
        Houston, Texas 77002
        Tel: (713) 758-2222
        Fax: (713) 758-2346
        pheath@velaw.com; mmoran@velaw.com;
        mstruble@velaw.com; kvakamudi@velaw.com

        **COUNSEL FOR TALEN ENERGY CORPORATION**

## **CERTIFICATE OF SERVICE**

      I certify that on June 28, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                         */s/ Paul E. Heath*
                                         One of Counsel