IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TALEN ENERGY SUPPLY, LLC, *et al.*, | § | Case No. 22-90054 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.¹ | § | Re: Docket Nos. 524, 537 |
| | § | |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF DEBTORS FOR ORDER (I) AUTHORIZING ENTRY INTO BACKSTOP COMMITMENT LETTER, (II) APPROVING OBLIGATIONS THEREUNDER, AND (III) GRANTING RELATED RELIEF TO JULY 26, 2022 AT 9:00 A.M. (PREVAILING CENTRAL TIME)**

**PLEASE TAKE NOTICE** that on June 13, 2022, Talen Energy Supply, LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Motion of Debtors for Order (I) Authorizing Entry into Backstop Commitment Letter, (II) Approving Obligations Thereunder, and (III) Granting Related Relief* [Docket No. 524] (the "**Motion**").

**PLEASE TAKE NOTICE** that on June 15, 2022, the Debtors filed the *Notice of Hearing on July 11, 2022 at 9:00 a.m. (prevailing Central Time) regarding Motion of Debtors for Order (I) Authorizing Entry into Backstop Commitment Letter, (II) Approving Obligations Thereunder, and (III) Granting Related Relief* [Docket No. 537], scheduling a hearing to consider entry of an order approving the Motion on July 11, 2022 at 9:00 a.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Motion has been adjourned to **July 26, 2022 at 9:00 a.m. (prevailing Central Time)** (the "**Adjourned Hearing**").

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/talenenergy. The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

**PLEASE TAKE FURTHER NOTICE** that the Adjourned Hearing will be conducted in Courtroom 404, 4th floor, 515 Rusk Avenue, Houston, TX 77002. You may participate in the Hearing either in person or by audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's home page (https://www.gotomeet.me/JudgeIsgur) on the Southern District of Texas website. The meeting code is "judgeisgur". Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

[*Remainder of page intentionally left blank*]

Dated: June 28, 2022
      Houston, Texas

         */s/ Gabriel A. Morgan*
         WEIL, GOTSHAL & MANGES LLP
         Gabriel A. Morgan (24125891)
         Clifford W. Carlson (24090024)
         700 Louisiana Street, Suite 1700
         Houston, Texas 77002
         Telephone: (713) 546-5000
         Facsimile:  (713) 224-9511
         Email: Gabriel.Morgan@weil.com
                 Clifford.Carlson@weil.com

         – and –

         WEIL, GOTSHAL & MANGES LLP
         Matthew S. Barr (admitted *pro hac vice*)
         Alexander Welch (admitted *pro hac vice*)
         Katherine Lewis (admitted *pro hac vice*)
         767 Fifth Avenue
         New York, New York 10153
         Telephone:  (212) 310-8000
         Facsimile:  (212) 310-8007
         Email: Matt.Barr@weil.com
                 Alexander.Welch@weil.com
                 Katherine.Lewis@weil.com

         *Attorneys for Debtors*
         *and Debtors in Possession*

**Certificate of Service**

I hereby certify that on June 28, 2022, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                      /s/ Gabriel A. Morgan
                                                      Gabriel A. Morgan