# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **TALEN ENERGY SUPPLY,** *et al.,* | § | Case No. 22-90054 (MI) |
| | § | |
| **Debtors.** | § | (Jointly Administered) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Joseph M. Coleman and S. Kyle Woodard, with the law firm of Kane Russell Coleman Logan PC, hereby enter an appearance in the above-captioned case as counsel of record for DONALDSON COMPANY, INC. ("**Creditor**") and request that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case and any cases consolidated herewith, be given to and served upon:

Joseph M. Coleman
S. Kyle Woodard
**KANE RUSSELL COLEMAN LOGAN PC**
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jcoleman@krcl.com
Email: kwoodard@krcl.com

This request encompasses all notices, copies and pleadings referred to or contemplated in the Bankruptcy Code and Bankruptcy Rules, including without limitation, notices of any orders, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests, applications and any other documents brought before the Court in this case, and any hearings, trials or proceedings related thereto, which affect or otherwise relate to the above case or Creditor.

Please take notice that the undersigned intends that neither this appearance nor any later appearance, pleading, claim, or suit shall waive: (i) the right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) the right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Credior is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditor expressly reserves.

DATED: July 5, 2022

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ S. Kyle Woodard*
    **Joseph M. Coleman**
    State Bar No. 04566100
    **S. Kyle Woodard**
    State Bar No. 24102661
Bank of America Plaza
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jcoleman@krcl.com
Email: kwoodard@krcl.com

**ATTORNEYS FOR DONALDSON COMPANY, INC.**

## CERTIFICATE OF SERVICE

This is to certify that on July 5, 2022, a true and correct copy of the foregoing Notice of Appearance was filed with the Court and served via the Court's CM/ECF notification system upon all parties registered to receive such electronic notices in this case.

*/s/ S. Kyle Woodard*
S. Kyle Woodard