**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **TALEN ENERGY SUPPLY, LLC**, *et al.*, | ) Case No. 22-90054 (MI) |
| | ) |
| | ) **(Jointly Administered)** |
| **Debtors.** | ) Re: Docket Nos. 11, 296, 368) |

**NOTICE OF WITHDRAWAL OF: (1) OBJECTION OF CERTAIN UTILITY
COMPANIES TO THE EMERGENCY MOTION OF DEBTORS FOR ORDER
(I) APPROVING DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE
OF PAYMENT TO UTILITY COMPANIES; (II) ESTABLISHING PROCEDURES
FOR RESOLVING OBJECTIONS BY UTILITY COMPANIES; (III) PROHIBITING
UTILITY COMPANIES FROM ALTERING, REFUSING, OR DISCONTINUING
SERVICE; (IV) AUTHORIZING DEBTORS TO HONOR OBLIGATIONS TO THIRD
PARTY SERVICER IN ORDINARY COURSE OF BUSINESS; (V) AUTHORIZING
DEBTORS TO CONTINUE REMITTING TRANSMISSION AND DISTRIBUTION
COSTS IN ORDINARY COURSE OF BUSINESS; AND (VI) GRANTING RELATED
RELIEF; AND (2) JOINDER TO THE OBJECTION**

AEP Texas Inc., Atlantic City Electric Company, Baltimore Gas and Electric Company, Pennsylvania Electric Company, Metropolitan Edison Company,  NStar Electric Company d/b/a Eversource and Public Service Electric and Gas Company (collectively, the "Utilities"), hereby withdraw their (1) *Objection* (Docket No. 296) to the *Emergency Motion of Debtors for Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; (IV) Authorizing Debtors to Honor Obligations to Third Party Servicer in Ordinary Course of Business; (V) Authorizing Debtors to Continue Remitting Transmission and Distribution Costs in Ordinary Course of Business; and (VI) Granting Related Relief* (Docket No. 11), and (2) *Joinder* (Docket No. 368) to the *Objection* pursuant to a settlement between the Utilities and the Debtors.

Dated:  July 5, 2022                              /s/ Weldon L. Moore, III

Weldon L. Moore III, Esq. (TX 14380500)
Sussman & Moore, LLP
2911 Turtle Creek Blvd., Ste. 1100
Dallas, Texas  75219
Telephone:  (214) 378-8270
Facsimile:  (214) 378-8290
E-mail: wmoore@csmlaw.net

and

Russell R. Johnson III, Esq.
Virginia State Bar No. 31468
John M. Craig
Virginia State Bar No. 32977
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Phone: (804) 749-8861
Facsimile: (804) 749-8862
Email: russell@russelljohnsonlawfirm.com,
john@russelljohnsonlawfirm.com

*Counsel for AEP Texas, Inc., Atlantic City Electric Company, Baltimore Gas and Electric Company, Pennsylvania Electric Company, Metropolitan Edison Company, NStar Electric Company d/b/a Eversource and Public Service Electric and Gas Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 5, 2022, a true and correct copy of the foregoing *Notice of Withdrawal* was served via the Court's CM/ECF electronic notification system on all parties requesting same, and via email to the parties listed below.

Gabriel Morgan, Esq.
Janiel Myers, Esq.
Tristan Sierra, Esq.
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Email:  Gabriel.Morgan@weil.com, Janiel.Myers@weil.com, Tristan.Sierra@weil.com
*Debtors' Counsel*

Hannah Lebel, Esq.
Katherine Lewis, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Email:  Katherine.Lewis@weil.com, Hannah.Lebel@weil.com
*Debtors' Counsel*

Hector Duran, Jr.
Christopher R. Travis
Jana Smith Whitworth
Stephen D. Statham
Office of the U.S. Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
Email:  Hector.Duran.Jr@usdoj.gov, C.Ross.Travis@usdoj.gov, jana.whitworth@usdoj.gov

/s/ Weldon L. Moore, III
Weldon L. Moore, III