United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 30, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TALEN ENERGY SUPPLY, LLC, *et al.*, | § | Case No. 22-90054 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

### INTERIM ORDER (A) AUTHORIZING DEBTORS TO FUND CUMULUS DATA AND (B) GRANTING RELATED RELIEF

Upon the Motion, dated August 29, 2022, (the "**Motion**"),[2] of Talen Energy Supply, LLC and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), pursuant to sections 362, 363(b), 365(a), 507, and 105(a) of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, and 9019 for an interim order (this "**Interim Order**") authorizing them to fund Cumulus Data in accordance with the terms of the Cumulus Term Sheet and granting related relief, all as more fully set forth in the Motion; and upon consideration of the Omohundro Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/talenenergy. The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Motion.

on the Motion; and all objections to the Motion, if any, having been withdrawn, resolved, or overruled; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Debtors are authorized, but not directed, pursuant to sections 362, 363(b), and 105(a) of the Bankruptcy Code, to provide Cumulus Data Holdings with interim funding sufficient for Cumulus Data to operate, which amount, for the avoidance of doubt, shall be consistent with the budgeted amounts in the Debtors' 13-week cash flow forecast and, absent written consent by the Unsecured Notes Group and the Creditors' Committee, shall not exceed $21 million.

2. The Parties' agreement, as set forth in and subject to the terms of the Cumulus Term Sheet, to restore the consent rights of the "Requisite TES Holders" in the existing limited liability company agreements of Cumulus Data Holdings and Cumulus Coin Holdings to their prepetition status for the duration of the Debtors' chapter 11 cases (subject to occurrence of any Governance Reversion (as defined in the Cumulus Term Sheet)), is hereby approved.

3. The automatic stay provisions of section 362 are hereby modified to the extent necessary to allow the Parties to take action in accordance with the Cumulus Term Sheet and with respect to transactions approved under this Interim Order; *provided*, *however*, to the extent a Party seeks to enforce remedies in respect of any default under this Interim Order, the Party asserting such default shall provide notice to the Debtors of such default as soon as reasonably practicable, following which the Debtors shall have five days from the date of such

notice within which to object, in writing, before the applicable Party may seek to enforce remedies in respect of any such default under this Interim Order. For the avoidance of doubt, nothing in this Interim Order extends the protections of the automatic stay to any non-Debtor entities.

    4.  The provisions of this Interim Order and any actions taken pursuant hereto shall survive entry of any order which may be entered (i) confirming any chapter 11 plan in any of the Debtors' chapter 11 cases, (ii) converting any of these chapter 11 cases to a case under chapter 7 of the Bankruptcy Code, (iii) dismissing any of these chapter 11 cases, or (iv) pursuant to which this Court abstains from hearing any of these chapter 11 cases. The terms and conditions of this Interim Order, and all of the terms, notwithstanding the entry of any order referenced in the immediately prior sentence, shall continue in full force and effect in accordance with the terms hereunder and thereunder in these chapter 11 cases. In the event that a Final Approval Order is not entered, the provisions of this Interim Order shall continue in full force and effect in accordance with the terms hereunder, and the validity, priority and enforceability and any obligations incurred pursuant to this Interim Order shall not be affected. If any of the provisions of this Interim Order are hereafter reversed, modified, vacated or stayed, such reversal, modification, vacation or stay shall not affect the validity, priority or enforceability of any obligations incurred pursuant to this Interim Order prior to the actual receipt of written notice by the party incurring such obligations of the effective date of such reversal, modification, vacatur or stay.

    5.  Notwithstanding the relief granted in this Interim Order, any payment made or to be made by the Debtors pursuant to the authority granted herein shall be subject to and in compliance with the DIP Order and the DIP Documents. Nothing herein is intended to modify, alter, or waive, in any way, any terms, provisions, requirements, or restrictions of the DIP Order or the DIP Documents. To the extent there is any inconsistency between the terms of the DIP

Order or the DIP Documents and the terms of this Interim Order or any action taken or proposed to be taken hereunder, the terms of the DIP Order or the DIP Documents, as applicable, shall control. For the avoidance of doubt the Debtors are not authorized to make any payments to, or on behalf of, a non-debtor affiliate except as permitted by this Interim Order, the DIP Order, and the DIP Documents.

6. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules are satisfied by such notice.

7. Notwithstanding the provisions of Bankruptcy Rule 6004(h), this Interim Order shall be immediately effective and enforceable upon its entry.

8. The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Interim Order, including without limitation the negotiation and finalization of the Definitive Documentation and any other actions contemplated by the Term Sheet to take place prior to entry of the Final Approval Order.

9. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Interim Order.

10. The hearing to consider entry of an order granting the relief required in the Motion on a final basis shall be held on **September 28, 2022, at 1:30 p.m. (Prevailing Central Time)** and any objections or responses to the Motion shall be filed on or prior to **September 22, 2022 at 4:00 p.m. (Prevailing Central Time)**.

Signed: August 30, 2022

Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 22-90054-mi
Talen Energy Supply, LLC  Chapter 11
Norfolk Southern Railway Company
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4  User: ADIuser  Page 1 of 5
Date Rcvd: Aug 30, 2022  Form ID: pdf002  Total Noticed: 126

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BDW Corp., 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Barney Davis, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Bell Bend, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Brandon Shores LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Brunner Island Services, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Brunner Island, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Camden Plant Holding, L.L.C., 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Colstrip Comm Serv, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Dartmouth Plant Holding, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Dartmouth Power Associates Limited Partnership, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Dartmouth Power Generation, L.L.C., 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Dartmouth Power Holding Company, L.L.C., 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Elmwood Energy Holdings, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Elmwood Park Power, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Fort Armistead Road - Lot 15 Landfill, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | H.A. Wagner LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Holtwood, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Lady Jane Collieries, Inc., 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Laredo, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Liberty View Power, L.L.C., 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Lower Mount Bethel Energy, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | MC OpCo LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | MEG Generating Company, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Martins Creek, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Montana Growth Holdings LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Montour Services, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Montour, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Morris Energy Management Company, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Morris Energy Operations Company, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Newark Bay Cogeneration Partnership, L.P., 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Newark Bay Holding Company, L.L.C., 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | NorthEast Gas Generation Holdings, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Nueces Bay, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Pedricktown Cogeneration Company LP, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Pedricktown Investment Company LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Pedricktown Management Company LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Pennsylvania Mines, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | RMGL Holdings LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Raven FS Property Holdings LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Raven Lot 15 LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Raven Power Finance LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Raven Power Fort Smallwood LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Raven Power Generation Holdings LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Raven Power Group LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Raven Power Property LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 5 |
| Date Rcvd: Aug 30, 2022 | Form ID: pdf002 | Total Noticed: 126 |

| | | |
|---|---|---|
| db | + | Realty Company of Pennsylvania, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Sapphire Power Finance LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Sapphire Power Generation Holdings LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Sapphire Power LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Sapphire Power Marketing LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Susquehanna Nuclear, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Talen Energy Marketing, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Talen Energy Retail LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Talen Energy Services Group, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Talen Energy Services Holdings, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Talen Energy Services Northeast, Inc., 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Talen Energy Supply, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Talen Generation, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Talen II Growth Holdings LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Talen II Growth Parent LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Talen Land Holdings, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Talen Montana Holdings, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Talen Montana, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Talen NE LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Talen Nuclear Development, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Talen Technology Ventures LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Talen Texas Group, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Talen Texas Property, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Talen Texas, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | Talen Treasure State, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | York Generation Company LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| db | + | York Plant Holding, LLC, 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, TX 77380-4014 |
| aty | + | CQS (US), LLC, Okin Adams LLP, 1113 Vine Street, Suite 240, Suite 240 Houston, TX 77002-1044 |
| aty | + | Jerrad T. Howard, Dinsmore & Shohl LLP, 255 E. 5th Street, Suite 1900, Cincinnati, OH 45202-1971 |
| cr | + | 123 South Broad Condominium Association, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | + | AEP Texas Inc., c/o Weldon L. Moore, III, Sussman & Moore, LLP, 2911 Turtle Creek Blvd., Ste. 1100, Dallas, TX 75219-7119 |
| cr | + | ANPAC Louisiana Insurance Company, Oppel & Goldberg, PLLC, 1010 Lamar, Suite 1420, Houston, TX 77002, US 77002-6315 |
| cr | + | Ad Hoc Group of First Lien Creditors, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field St., Suite 1800, Dallas, TX 75201-4675 |
| cr | + | American National County Mutual Company, Oppel & Goldberg, PLLC, 1010 Lamar, Suite 1420, Houston, TX 77002, US 77002-6315 |
| cr | + | American National Life Insurance Company of Texas, Oppel & Goldberg, PLLC, 1010 Lamar, Suite 1420, Houston, TX 77002, US 77002-6315 |
| cr | + | American National Property and Casualty Company, Oppel & Goldberg, PLLC, 1010 Lamar, Suite 1420, Houston, TX 77002, US 77002-6315 |
| cr | + | Atlantic City Electric Company, Sussman & Moore, LLP, 2911 Turtle Creek Blvd., Ste. 1100, DALLAS, TX 75219-7119 |
| cr | + | Baltimore Gas and Electric Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 2911 Turtle Creek Blvd., Ste. 1100, Dallas, TX 75219-7119 |
| cr | + | Bay Ltd., c/o Ronald A. Simank, Schauer & Simank, P.C., 615 N. Upper Broadway, Suite 700 Corpus Christi TX 78401-0857 |
| intp | + | Commonwealth of Pennsylvania, Department of Enviro, 400 Market Street, Harrisburg, PA 17101-2301 |
| cr | + | Conestoga Wood Specialties Corporation, c/o Mike Vaughn, 245 Reading Road, PO Box 158, East Earl, PA 17519-0158 |
| intp | + | Ellingson Drainage Inc., d/b/a Ellingson DT, 56113 State Hwy 56, West Concord, MN 55985, UNITED STATES 55985-6066 |
| cr | + | Enerfab Power & Industrial, LLC, c/o Frost Brown Todd LLC, Attn: Ronald E. Gold, 3300 Great American Tower, 301 E. Fourth Street Cincinnati, OH 45202-4245 |
| op | + | FBK Medical Tubing, Inc., 21649 Cedar Creek Ave, Georgetown, DE 19947-6396 |
| cr | + | Giorgi Companies, c/o Karl Burrer/Brian Greer, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002-6003 |
| cr | + | H&S Constructors, Inc., c/o Lea Ann Colwell, P.O. Box 9014, Corpus Christi, TX 78469-9014 |
| cr | + | ISO New England Inc., c/o Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1803 |
| cr | + | JW Rentals, Inc., c/o Ronald A. Simank, Schauer & Simank, P.C., 615 N. Upper Broadway, Suite 700 Corpus Christi, TX 78401-0857 |
| intp | + | James Scott Douglass, 1811 Bering Dr., Suite 420, Houston, TX 77057-3186 |
| cr | + | Kinder Morgan Tejas Pipeline, LLC, c//o Law Ofc Patricia Williams Prewitt, 2456 FM 112, Taylor, TX 76574-4509 |
| cr | + | Locust Ridge Wind Farm, LLC, Avangrid Renewables, LLC, 2701 NW Vaughn, Suite 300, Portland, OR 97210 UNITED STATES 97210-5355 |
| cr | + | MREF II 3550 Market L.P., c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | + | Masonic Villages of the Grand Lodge of Pennsylvani, c/o Patrick J. Sampsell, Esquire, 1 Masonic Drive, Elizabethtown, PA 17022-2199 |
| cr | + | Metropolitan Edison Company, c/o Weldon Moore, III, Sussman & Moore, LLP, 2911 Turtle Creek Blvd., Ste. 1100, Dallas, TX 75219-7119 |
| cr | | Morgan Stanley Capital Group Inc., 1585 Broadway, New York, NY 10036-8293 |
| cr | + | NStar Gas Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 2911 Turtle Creek Blvd., Ste. 1100, Dallas, TX 75219-7119 |

Case 22-90054   Document 1173   Filed in TXSB on 09/01/22   Page 7 of 9

| District/off: 0541-4 | User: ADIuser | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 30, 2022 | Form ID: pdf002 | Total Noticed: 126 |

| | | |
|---|---|---|
| cr | + | Nalco Company LLC, c/o Kohner, Mann & Kailas, S.C., 4650 North Port Washington Rd., Milwaukee, WI 53212-1077 |
| cr | + | Ninth and Sansom, LP, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Suite 2100, Philadelphia, PA 19109-1042 |
| intp | + | NorthWestern Corporation, c/o H. Joseph Acosta, Dorsey & Whitney LLP, 300 Crescent Court, Suite 400 Dallas, TX 75201-7847 |
| cr | + | Nstar Electric Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 2911 Turtle Creek Blvd., Ste. 1100, Dallas, TX 75219-7119 |
| cr | + | Oracle America, Inc., Buchalter, A Professional Corporation, c/o Shawn M. Christianson, 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| cr | + | PJM Interconnection, L.L.C., c/o Nicholas LePore, Schnader Firm, 1600 Market Street, Suite 3600, Philadelphia, PA 19103-7212 |
| cr | + | Pennsylvania Electric Company, c/o Weldon Moore, III, Sussman & Moore, LLP, 2911 Turtle Creek Blvd., Ste. 1100, Dallas, TX 75219-7119 |
| cr | + | Public Service Electric and Gas Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 2911 Turtle Creek Blvd., Ste. 1100 DALLAS, TX 75219-7119 |
| cr | + | Richards Energy Group, Inc., c/o Peter Richards, President, 781 S. Chiques Road, Manheim, PA 17545-9135 |
| intp | + | Titanium Finishing Company, 248 Main Street, East Greenville, PA 18041-1405 |
| cr | + | URA, Inc. t/d/b/a Utility Rates Analysts, c/o Jesse Cantore, 5010 E. Trindle Road, Suite 200, Mechanicsburg, PA 17050-3631 |
| cr | + | Vitol Inc., 2925 Richmond Ave, 11th Floor, Houston, TX 77098-3138 |
| br | + | XCLAIM Inc., XCLAIM Inc., 2261 Market Street #4385, San Francisco, CA 94114-1612 |

TOTAL: 114

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Aug 30 2022 19:59:00 | Cypress-Fairbanks ISD, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: houston_bankruptcy@LGBS.com | Aug 30 2022 19:59:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: DOREBN@DOR.STATE.MA.US | Aug 30 2022 19:59:00 | Massachusetts Department of Revenue, Attn: Bankruptcy Unit, P O Box 7090, Boston, MA 02204-7090 |
| cr | + | Email/Text: houston_bankruptcy@LGBS.com | Aug 30 2022 19:59:00 | Montgomery County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| op | | Email/Text: EBN@primeclerk.com | Aug 30 2022 19:59:00 | Kroll Restructuring Administration LLC, (f/k/a Prime Clerk LLC), 55 East 52nd Street, 17th Floor, New York, NY 10055 |
| cr | | Email/Text: bncctnotifications@pbgc.gov | Aug 30 2022 19:59:00 | Pension Benefit Guaranty Corporation, Office of the General Counsel, 1200 K Street N.W, Washington, DC 20005-4026 |
| intp | | Email/Text: bcd@oag.texas.gov | Aug 30 2022 19:59:00 | Public Utility Commission of Texas, c/o Texas Attorney General's Office, Bankruptcy & Collections, P.O. Box 12548 MC008, Austin, TX 78711-2548 |
| cr | + | Email/Text: bankruptcy@fult.com | Aug 30 2022 19:59:00 | SAP America, Inc., c/o Brown & Connery LLP, Donald K. Ludman, Esquire, 6 North Broad Street, Suite 100, Woodbury, NJ 08096-4635 |
| cr | + | Email/Text: neil.orleans@judithwross.com | Aug 30 2022 19:59:00 | Tenaska Power Services Co., c/o Ross & Smith, P.C., Attn: Judith W. Ross, 700 N. Pearl Street, Suite 1610, Dallas, TX 75201-7459 |
| intp | | Email/Text: bcd@oag.texas.gov | Aug 30 2022 19:59:00 | Texas Commission on Environmental Quality, c/o Office of the Attorney General, Bankruptcy and Collections Division, P. O. Box 12548 MC-008, Austin, TX 78711-2548 |
| cr | ^ | MEBN | Aug 30 2022 19:55:02 | Texas Comptroller of Public Accounts, Revenue Acco, Callan C. Searcy, P.O. Box 12548, Austin, TX 78711-2548 |
| intp | + | Email/Text: ssoule@hallestill.com | Aug 30 2022 19:59:00 | The Williams Companies, Inc., c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |

| District/off: 0541-4 | User: ADIuser | Page 4 of 5 |
| Date Rcvd: Aug 30, 2022 | Form ID: pdf002 | Total Noticed: 126 |
| TOTAL: 12 | | |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ACNR Coal Sales, Inc. |
| intp | | Ad Hoc Group of Crossholders |
| intp | | Ad Hoc Group of Unsecured Noteholders |
| cr | | Ad Hoc Term Loan and Secured Notes Group |
| intp | | Alter Domus (US) LLC |
| cr | | Arch Insurance Company |
| cr | | Avista Corporation |
| cr | | Azek Building Products LLC and the Azek Company |
| cr | | Big Heart Pet Brands, Inc. |
| intp | | Bigbee Steel & Tank Company |
| cr | | Border States Industries, Inc. |
| cr | | CCL Label Inc. |
| cr | | CCL Tube, Inc. |
| cr | | CONSOL Energy Company |
| cr | | CQS (US), LLC |
| cr | | Carnegie Institute d/b/a Carnegie Museum of Pittsb |
| cr | | Chrislynn Energy Services, Inc. |
| cr | | Citibank, N.A. |
| cr | | Commonwealth of Pennsylvania, Department of Revenu |
| cr | | Cooling Tower Depot, Inc. |
| intp | | Cumulus Growth Holdings LLC |
| cr | | Curtiss-Wright Corp. |
| cr | | Curtiss-Wright Electro-Mechanical Corporation |
| cr | | Curtiss-Wright Fleet Solutions |
| cr | | Curtiss-Wright Flow Control Corporation |
| cr | | Curtiss-Wright Flow Control Service LLC |
| cr | | Danville PA LLC |
| cr | | Day & Zimmermann NPS, Inc. |
| cr | | Donaldson Company, Inc. |
| cr | | Duquesne Light Company |
| cr | | EA Engineering, Science and Technology, Inc. |
| cr | | EDF Trading North America LLC |
| cr | | EST Group, Inc. |
| intp | | Electric Reliability Council of Texas, Inc. |
| cr | | Elite Piping & Civil, Ltd. |
| intp | | Equitable Oil Purchasing Co. |
| cr | | Flowserve US, Inc. |
| cr | | Framatome, Inc. |
| intp | | Goldman Sachs Bank USA |
| cr | | HealthTrust Purchasing Group, L.P. |
| cr | | Hillandale-Gettysburg, L.P. |
| cr | | ITG Brands, LLC |
| intp | | J. Aron & Company LLC |
| cr | | Langan Engineering and Environmental Services, Inc |
| cr | | Lear Corporation |
| res | | Lehigh Heavy Forge Corporation |
| intp | | Leonard LoBiondo |
| cr | | MUFG Bank, Ltd. |
| cr | | MUFG Union Bank, NA |
| cr | | Municipal Authority of The Borough of West View |
| crcm | | Norfolk Southern Railway Company |
| cr | | Nueces County |
| crcm | | Official Committee of Unsecured Creditors |
| intp | | PPL Capital Funding, Inc. |
| intp | | PPL Corporation |
| intp | | PPL Electric Utilities Corporation |

| District/off: 0541-4 | User: ADIuser | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Aug 30, 2022 | Form ID: pdf002 | Total Noticed: 126 |

| | | |
|---|---|---|
| intp | PPL Energy Funding Corporation | |
| intp | Portland General Electric Company | |
| cr | Powell Electrical Systems, Inc. | |
| cr | Puget Sound Energy, Inc. | |
| cr | RBC Capital Markets, LLC | |
| cr | Royal Bank of Canada | |
| cr | ShawCor Ltd. | |
| cr | Silgan Plastics Corporation | |
| cr | Silgan White Cap Corporation | |
| cr | State of Montana | |
| cr | System One Holdings, LLC | |
| intp | Talen Energy Corporation | |
| cr | The Bank of New York Mellon, as Trustee under Seni | |
| cr | The J.M. Smucker Company | |
| cr | The Merrick Group, Inc. | |
| cr | The PNW Owners | |
| intp | Travelers Casualty and Insurance Company of Americ | |
| cr | United States Gypsum Company | |
| cr | Waste Management National Services, Inc. | |
| cr | Waste Management National Services, Inc. | |
| cr | Waste Management of New Jersey, Inc. | |
| cr | Webb CISD | |
| cr | Wilmington Savings Fund Society, FSB | |
| cr | Wilmington Trust, National Association, as Adminis | |
| cr | Wind Park Bear Creek, LLC | |

TOTAL: 81 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 01, 2022     Signature:     /s/Gustava Winters