United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 17, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TALEN ENERGY SUPPLY, LLC, *et al.*, [1] | § | Case No. 22-90054 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

**ORDER GRANTING QUINN EMANUEL URQUHART & SULLIVAN, LLP'S
FIRST INTERIM APPLICATION FOR PAYMENT OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD MAY 9, 2022, THROUGH JULY 31, 2022**

(Relates to ECF No. 1246)

CAME ON FOR CONSIDERATION, the First Interim Application for Payment of

Comp[...]

Perio[...]

matte[...]

expen[...]

> Leave is granted to amend the application and the proposed form of order. The correct, required forms, are on the Court's website.

Signed: October 14, 2022

compe[...]

throug[...]

/s/ Marvin Isgur
Marvin Isgur
United States Bankruptcy Judge

reimbursement of expenses in the amount of $4,875.55 incurred from May 9, 2022, through July 31, 2022; it is further

ORDERED, that the Debtors are authorized to pay to Quinn Emanuel Urquhart & Sullivan, LLP, the fees and expenses, on an interim basis, approved by this Court pursuant to the Order

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/talenenergy. The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

08002-00001C/13606830.1

Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals (ECF No. 631).

Signed:

_____
Marvin Isgur
United States Bankruptcy Judge

Order submitted by:
Quinn Emanuel Urquhart & Sullivan, LLP
711 Louisiana, Suite 500
Houston, Texas 77002

08002-00001C/13606830.1