IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 22-90054 (MI) |
| TALEN ENERGY SUPPLY, LLC, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

**Affidavits of Service for Mailings for the Period from
October 21, 2022 through October 27, 2022**

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/talenenergy. The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.