IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| TALEN ENERGY SUPPLY, LLC, *et al.*, | Case No. 22-90054 (MI) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF INCREASE OF THE HOURLY RATES OF PROFESSIONALS
[Related Docket No. 967]

PLEASE TAKE NOTICE that Milbank LLP ("Milbank") is hereby providing advance notice of the increase of the hourly rate of certain of its professionals, pursuant to paragraph 8 of the *Order Authorizing and Approving the Retention and Employment of Milbank LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of May 26, 2022* [Docket No. 967] (the "Retention Order").[2]

Milbank's hourly rates are set at a level designed to fairly compensate Milbank for the work of its attorneys and paraprofessionals and are subject to periodic adjustment to reflect economic and other conditions and are consistent with the rates charged by other firms rendering comparable services. Pursuant to its internal operating procedures, Milbank revisits, and potentially adjusts, the rates of its professionals annually.

This Notice shall constitute notice that, as of January 1, 2023, the hourly rates charged for Milbank professionals anticipated to be assigned to this case shall increase from the hourly rates

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/talenenergy/. The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Retention Order.

specified in the Fleck Declaration attached as Exhibit A to the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Retention of Milbank LLP as Counsel, Effective as of May 26, 2022* [Docket No. 784], to as follows:

a. Partners: $1,495 to $2,045
b. Counsel: $1,425 to $1,625
c. Associates and Senior Attorneys: $575 to $1,300
d. Paralegals: $300 to $450

Milbank certifies that the Committee has been informed of the increases set forth herein and has consented to such increases.

Dated: January 13, 2023

Respectfully submitted,

**MILBANK LLP**

By: */s/ Evan R. Fleck*

Dennis F. Dunne (admitted *pro hac vice*)
Evan R. Fleck (admitted *pro hac vice*)
Matthew L. Brod (admitted *pro hac vice*)
Atara Miller (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219
Email: ddunne@milbank.com
    efleck@milbank.com
    mbrod@milbank.com
    amiller@milbank.com

Alex G. Romain (admitted *pro hac vice*)
2029 Century Park East
Los Angeles, CA 90067
Telephone: 424-386-4000
Facsimile: 213-629-5063
Email: aromain@milbank.com

*Counsel for the Official Committee of Unsecured Creditors*

- 3 -

## CERTIFICATE OF SERVICE

     I certify that on January 13, 2023, a true and correct copy of the foregoing was caused to be served by this court's CM/ECF noticing system to all parties that are registered to receive such notice in the above cases.

                                                          */s/ Michael D. Warner*
                                                          Michael D. Warner