UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **TALEN ENERGY SUPPLY, LLC,** *et al.*[1] | § | Case No. 22-90054 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## WITNESS AND EXHIBIT LIST

The Official Committee of Unsecured Creditors (the "Committee") hereby submits the following *Witness and Exhibit List* (the "Witness and Exhibit List") with respect to the hearing scheduled on January 23, 2023 at 9:00 am. (CT), in the above-captioned bankruptcy cases (the "Cases"), pending before the Honorable Marvin Isgur, United States Bankruptcy Judge, Courtroom 404, 515 Rusk, Houston, Texas 77002.

## WITNESS LIST

The Committee may call the following witnesses:

1. Colin Gerstner

2. Josh Karotkin

3. Any witness listed, offered, or called by any other party.

4. Any witness required for rebuttal or impeachment.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/talenenergy. The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

DOCS_NY:46943.1 82853/002

## EXHIBIT LIST

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | *Findings of Fact, Conclusions of Law, and Order Confirming Joint Chapter 11 Plan of Talen Energy Supply, LLC and Its Affiliated Debtors* [Docket No. 1760] | | | | |
| 2. | *Affidavit of Service* [Docket No. 907-2] | | | | |
| 3. | *Order (I) Establishing Procedures for Filing Proofs of Claim; and (II) Granting Related Relief* [Docket No. 792] | | | | |
| 4. | Any exhibits listed, designated, or offered by any other party. | | | | |
| 5. | Any exhibits necessary for rebuttal. | | | | |
| 6. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases and related adversary proceedings | | | | |

The Committee reserves the right to modify, amend or supplement this Witness and Exhibit List at any time. The Committee reserves the right to ask the Court to take judicial notice of pleadings, orders, transcripts and/or documents filed in or in connection with these Cases, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List at any time prior to the January 23, 2023 hearing. Designation of any exhibit above does not waive any objections the Committee may have to any exhibit listed on any other party's exhibit list.

Dated: January 19, 2023          Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ Michael D. Warner*
Michael D. Warner (TX Bar No. 00792304)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: 713-691-9385
Facsimile: 713-691-9407
Email:   mwarner@pszjlaw.com

- and -

2

**MILBANK LLP**

Dennis F. Dunne (*admitted pro hac vice*)
Evan R. Fleck (*admitted pro hac vice*)
Matthew L. Brod (*admitted pro hac vice*)
Atara Miller (*admitted pro hac vice*)
Alexander B. Lees (*admitted pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219
Email:   ddunne@milbank.com
  efleck@milbank.com
  mbrod@milbank.com
  amiller@milbank.com
  alees@milbank.com

-and-

Alex G. Romain (*admitted pro hac vice*)
2029 Century Park East
Los Angeles, CA 90067
Telephone: 424-386-4000
Facsimile: 213-629-5063
Email:   aromain@milbank.com

*Counsel to the Official Committee of Unsecured Creditors*

### CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January, 2023, a true and correct copy of the above and foregoing has been served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

*/s/ Michael D. Warner*
Michael D. Warner