**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TALEN ENERGY SUPPLY LLC, *et al.*,[1] | ) | Case No. 22-90054 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SUMMARY SHEET FOR
THIRD INTERIM FEE APPLICATION OF MOELIS & COMPANY LLC
FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY
EXPENSES AS INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE
OFFICAL COMMITTEE OF UNSECURED CREDITORS FROM NOVEMBER 1, 2022
THROUGH JANUARY 31, 2023**

| | | |
|---|---|---|
| **Name of Applicant:** | Moelis & Company LLC | |
| **Applicant's Role in Case:** | Investment banker and financial advisor to the Unsecured Creditors Committee | |
| **Docket No. of Employment Order(s):** | 971 | |
| **Interim Application ( Y ) No. _3rd _____ Final Application ( )** | Indicate whether this is an interim or final Application. If interim, indicate the number (1st, 2nd, 3rd, etc.) | |
| | **Beginning Date** | **End Date** |
| **Time period covered by this Application for which interim compensation has not previously been awarded:** | 11/01/22 | 01/31/23 |
| **Were the services provided necessary to the administration of or beneficial at the time rendered toward the completion of the case? ( Y ) Y/N** | | |
| **Were the services performed in a reasonable amount of time commensurate with the complexity, importance and nature of the issues addressed? ( Y ) Y/N** | | |
| **Is the requested compensation reasonable based on the customary compensation charged by comparably skilled practitioners in other non-bankruptcy cases? ( Y ) Y/N** | | |
| **Do expense reimbursements represent actual and necessary expenses incurred? ( Y ) Y/N** | | |
| **Compensation Breakdown for Time Period Covered by this Application** | | |

---

[1] A complete list of the Debtors in these chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/talenenergy. The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

| | |
|---|---|
| **Total professional fees requested in this Application:** | $525,000.00 |
| **Total professional hours covered by this Application:** | 335 |
| **Average hourly rate for professionals:** | N/A |
| **Total paraprofessional fees requested in this Application:** | N/A |
| **Total paraprofessional hours covered by this Application:** | N/A |
| **Average hourly rate for paraprofessionals:** | N/A |
| **Total fees requested in this Application:** | $525,000.00 |
| **Total expense reimbursements requested in this Application:** | $7,454.58 |
| **Total fees and expenses requested in this Application:** | $532,454.58 |
| **Total fees and expenses awarded in all prior Applications:** | $427,454.58 |

**Plan Status:**

On November 18, 2022, the Debtors filed a *Notice of Global Settlement with Official Committee of Unsecured Creditors* [Docket No. 1554]. Subsequently, on November 28 and December 14, 2022, the Debtors filed further revised versions of the *Joint Chapter 11 Plan of Talen Energy Supply, LLC and its Affiliated Debtors* [Docket Nos. 1570 & 1694] (as may be further amended or modified, the "Plan"). At a hearing held on December 15, 2022, Judge Isgur approved confirmation of the Plan. An order confirming the Plan was entered on December 20, 2022 [Docket No. 1760].

**Primary Benefits:**

Moelis conducted detailed financial analyses and valuation work, communicated with third parties including the debtors and creditors, and provided the UCC with advice related to the chapter 11 process to protect the interests of the unsecured class of creditors.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TALEN ENERGY SUPPLY LLC, *et al.*,[1] | ) Case No. 22-90054 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**THIRD INTERIM FEE STATEMENT OF MOELIS & COMPANY LLC**
**FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND**
**REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES AS INVESTMENT**
**BANKER TO THE UNSECURED CREDITORS COMMITTEE FROM NOVEMBER 1,**
**2022 THROUGH JANUARY 31, 2023**

Pursuant to sections 328 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, as amended (the "***Bankruptcy Code***"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), the Bankruptcy Local Rules for the Southern District of Texas (the "***Local Bankruptcy Rules***"), and this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 631] (the "***Compensation Order***") and *Order (A) Authorizing the Employment and Retention of Moelis & Company LLC as Investment Banker for the Committee, Effective as of May 31, 2022; (B) Waiving and Modifying Certain Time-Keeping Requirements; and (C) Granting Related Relief* [Docket No. 971] (the "***Moelis Retention Order***"),[2] Moelis & Company LLC ("***Moelis***"), the retained investment banker to the Official Committee of Unsecured Creditors (the "***UCC***"), hereby submits this first interim fee statement (this "***Statement***") for the allowance of compensation for services rendered in the amount of $525,000.00 and reimbursement of actual and necessary expenses in the amount of $7,454.58.  In support of this Statement, Moelis respectfully represents as follows:

---

[1]   A complete list of the Debtors in these chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/talenenergy.  The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Moelis Retention Order.

## BACKGROUND

1.   Talen Energy Supply LLC, together with its direct and indirect Debtor and non-Debtor subsidiaries and affiliates, form one of the largest competitive power generation companies in North America. Their generation portfolio consists of 18 facilities that are collectively capable of producing approximately 13,000 megawatts (MW) of power. The Debtors' fleet is diverse in both its fuel sources and technology—facilities are fueled by nuclear power, natural gas, oil, or coal, and certain facilities are capable of using multiple fuel sources

2.   On May 9, 2022 (the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their property as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On May 23, 2022, the Office of the United States Trustee for the Southern District of Texas (the "**U.S. Trustee**") appointed the UCC [Docket No. 264].  No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

3.   Moelis was retained by the UCC under section 328 of the Bankruptcy Code, effective as of May 31, 2022, by the Moelis Retention Order [Docket No. 971].

## COMPENSATION REQUESTED FOR
## SERVICES RENDERED DURING THE COMPENSATION PERIOD

1.     Moelis' requested compensation for the Compensation Period includes Moelis' Monthly Fees of $175,000 per month for the period of November 1, 2022 through January 31, 2023, in the aggregate amount of $525,000.00.

2.     During the Compensation Period, Moelis' restructuring professionals rendered approximately 335 hours of services to the UCC, based on the time records those professionals maintained pursuant to the Moelis Retention Order.

3.     Moelis' work on behalf of the UCC involved tasks that are briefly summarized below.  The summary is not intended to be a detailed description of the work Moelis has performed during the Compensation Period, but rather is a guideline offered to the Court and other interested parties with respect to the services performed by Moelis.

(a)     **Analysis and Investigation.** Moelis created analyses and conducted investigations. The resulting work products were used for a number of purposes including strategy and negotiations.

(b)     **Process Management & Case Strategy.**  Moelis communicated with the UCC, other UCC advisors, or internally. These meetings and conferences covered various topics, including, but not limited to, the chapter 11 process, the state of business operations and strategy, and negotiations.

(c)     **Third Party Communications.** Moelis communicated with the Debtors' management, creditors, their respective advisors, and other parties-in-interest. These meetings and conferences covered various topics, including, but not limited to, the chapter 11 process, the state of business operations and strategy, and negotiations.

(d)     **Hearings, Hearing Preparation, and Court Filings.** Moelis participated in hearings before the Court and assisted in the preparation or court filed documents.

(e)     **Administrative Matters.** Moelis conducted general financial advisory, investment banking, and other administrative services, including, but not limited to, services related to these chapter 11 cases generally, retention matters, addressing questions of individual members of the UCC, chapter 11 procedures, and communications, administrative functions, and other matters not falling into any of the service scategories listed above.

4.     Set forth below is a table calculating the aggregate compensation Moelis is requesting pursuant to this Application:

|  | Fees | Expenses | Total |
|---|---|---|---|
| November 1, 2022 - November 30, 2022 | $175,000.00 | $6,901.82 | $181,901.82 |
| December 1, 2022 - December 31, 2022 | 175,000.00 | 346.99 | 175,346.99 |
| January 1, 2023 - January 31, 2023 | 175,000.00 | 205.77 | 175,205.77 |
| **Total Fees and Expenses Requested** | **$525,000.00** | **$7,454.58** | **$532,454.58** |
| **Amount of Compensation Previously Filed** | | | |
| November 1, 2022 - November 30, 2022 | ($140,000.00) | ($6,901.82) | ($146,901.82) |
| December 1, 2022 - December 31, 2022 | ($140,000.00) | ($346.99) | ($140,346.99) |
| January 1, 2023 - January 31, 2023 | ($140,000.00) | ($205.77) | ($140,205.77) |
| **Total Fees and Expenses Requested Less Amount Previously Filed** | | | **$105,000.00** |

5

5.      Annexed as **Exhibit A** hereto are fee statements reflecting the summary time records of Moelis' investment banking professionals for each month during the Compensation Period, which have been maintained in accordance with the Moelis Retention Order.  Pursuant to the Moelis Retention Order, the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the U.S. Trustee Guidelines have been modified such that Moelis' restructuring professionals are required only to keep summary time records in half-hourly increments, Moelis' non-restructuring professionals and personnel in administrative departments (including legal) are not required to maintain time records, Moelis' restructuring professionals are not required to keep time records on a project category basis, and Moelis is not required to provide or conform to any schedules of hourly rates.

6.      To the extent this Statement does not comply in every applicable respect with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the U.S. Trustee Guidelines, Moelis respectfully requests a waiver for any such technical non-compliance.

### REQUEST FOR REIMBURSEMENT OF EXPENSES
### INCURRED DURING THE COMPENSATION PERIOD

7.      Moelis requests reimbursement of actual and necessary expenses incurred for each month during the Compensation Period in the aggregate amount of $7,454.58.  A detailed description of the expenses Moelis incurred for month during the Compensation Period, including time entries of its legal counsel, is annexed as **Exhibit B** hereto.  Such expenses incurred by Moelis include travel expenses, internet service, local messenger service, meals, facsimiles, postage, and duplicating and presentations charges, which are reimbursable pursuant to the Moelis Retention Order.  In addition, the invoices and supporting time records for the attorneys' fees and expenses for which Moelis seeks reimbursement are also reimbursable pursuant to the Moelis Retention Order.  All of the fees and expenses for which allowance and payment is requested by Moelis in

this Statement are reasonable and necessary.  In seeking reimbursement of an expenditure, Moelis is requesting reimbursement "at cost" and does not make a profit on that expenditure.

## **CONCLUSION**

8.     As described above, Moelis has provided valuable services to the UCC, and Moelis respectfully submits that the professional services for which it requests compensation and the expenditures for which it seeks reimbursement in this Statement were necessary and beneficial to the UCC and its constituents.

*[Remainder of page intentionally left blank.]*

**WHEREFORE,** Moelis respectfully requests that an allowance be made to Moelis for its monthly fees of $525,000.00 and expenses of $7,454.58 incurred during the Compensation Period. Moelis also respectfully requests payment by the Debtors of the outstanding amount of such fees and expenses in full, and such other and further relief as this Court deems proper.

Dated:  March 24, 2023

**MOELIS & COMPANY LLC**

By: */s/ Adam B. Keil*
Name:     Adam B. Keil
Title:     Managing Director

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TALEN ENERGY SUPPLY LLC, *et al.*,[1] | ) Case No. 22-90054 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**CERTIFICATION OF COMPLIANCE WITH GUIDELINES
FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS**

I, Adam B. Keil, certify that:

1.      I am a managing director of Moelis & Company LLC ("***Moelis***"), the investment banker to the UCC in these chapter 11 cases.  This certification is made pursuant in support of Moelis' foregoing Statement (the "***Statement***").

2.      I have read the Statement and I have reviewed the requirements of the Local Rules for the United States Bankruptcy Court for the Southern District of Texas.  I certify that, to the best of my knowledge, information, and belief formed after reasonable inquiry, except as specifically indicated to the contrary herein or in the Statement or to the extent compliance has been modified or waived by the Moelis Retention Order: (a) the Statement complies with the Bankruptcy Code, the Bankruptcy Rules, or the U.S. Trustee Guidelines; and (b) the fees and disbursements sought by Moelis fall within the Bankruptcy Code, the Bankruptcy Rules, or the U.S. Trustee Guidelines and are billed in accordance with practices customarily employed by Moelis and generally accepted by Moelis' clients.

Dated: March 24, 2023

By:   */s/ Adam B. Keil*
Name:   Adam B. Keil
Title:   Managing Director

---

[1]     A complete list of the Debtors in these chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/talenenergy.  The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

## EXHIBIT A — SUMMARY OF TIME RECORDS FOR THE COMPENSATION PERIOD[1]

*Talen*

**Moelis & Company**
**Summary of Hours Worked**
*November 1, 2022 - November 30, 2022*

| Description | Bill Derrough Managing Director | Adam Keil Managing Director | Bassam Latif Managing Director | Rachel Murray Executive Director | Travis Roberts Vice President | Justin Lina Associate | Amy Tan Analyst |
|---|---|---|---|---|---|---|---|
| Administrative Matters | - | - | - | - | - | - | 1.0 hour(s) |
| Chapter 11 Process Management / Case Strategy | 7.0 hour(s) | 6.5 hour(s) | 6.0 hour(s) | 7.5 hour(s) | 8.0 hour(s) | - | - |
| Debtor / Creditor / Third Party Communications | 16.5 hour(s) | 17.5 hour(s) | 16.5 hour(s) | 17.5 hour(s) | 17.5 hour(s) | 17.5 hour(s) | 17.5 hour(s) |
| Hearing Preparation / Court Filings / Court Hearing | - | - | - | - | - | 3.0 hour(s) | 17.5 hour(s) |
| Analysis Creation and Review | - | - | - | - | 4.5 hour(s) | 1.0 hour(s) | 2.5 hour(s) |
| **Individual Total** | **23.5 hour(s)** | **24.0 hour(s)** | **22.5 hour(s)** | **25.0 hour(s)** | **30.0 hour(s)** | **21.5 hour(s)** | **38.5 hour(s)** |
| | | | | | | | |
| **Grand Total** | **185.0 hour(s)** | | | | | | |

---

[1] Hours reflect time of restructuring bankers at Moelis and not all bankers providing services during this case as outlined in the Retention Order.

*Talen*

**Moelis & Company**
**Summary of Hours Worked**

| DATE | HOURS | DESCRIPTION | PROFESSIONAL |
|------|-------|-------------|--------------|
| 11/2/2022 | 0.5 hour(s) | Chapter 11 Process Management / Case Strategy | Bill Derrough |
| 11/2/2022 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Bassam Latif |
| 11/2/2022 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Rachel Murray |
| 11/2/2022 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Travis Roberts |
| 11/2/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Bill Derrough |
| 11/2/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Adam Keil |
| 11/2/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Bassam Latif |
| 11/2/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Rachel Murray |
| 11/2/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Travis Roberts |
| 11/2/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Justin Lina |
| 11/2/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Amy Tan |
| 11/2/2022 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Bill Derrough |
| 11/2/2022 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Adam Keil |
| 11/2/2022 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Bassam Latif |
| 11/2/2022 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Rachel Murray |
| 11/2/2022 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Travis Roberts |
| 11/2/2022 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Justin Lina |
| 11/2/2022 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Amy Tan |
| 11/2/2022 | 1.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Justin Lina |
| 11/4/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Bill Derrough |
| 11/4/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Adam Keil |
| 11/4/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Rachel Murray |
| 11/4/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Travis Roberts |
| 11/4/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Justin Lina |
| 11/4/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Amy Tan |
| 11/7/2023 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Bill Derrough |
| 11/7/2023 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Adam Keil |
| 11/7/2023 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Bassam Latif |
| 11/7/2023 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Rachel Murray |
| 11/7/2023 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Travis Roberts |
| 11/8/2022 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Justin Lina |
| 11/8/2022 | 3.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Amy Tan |
| 11/8/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Bill Derrough |
| 11/8/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Adam Keil |
| 11/8/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Rachel Murray |
| 11/8/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Travis Roberts |
| 11/9/2023 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Bill Derrough |
| 11/9/2023 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Adam Keil |
| 11/9/2023 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Bassam Latif |
| 11/9/2023 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Rachel Murray |
| 11/9/2023 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Travis Roberts |
| 11/9/2023 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Justin Lina |
| 11/9/2023 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Amy Tan |
| 11/9/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Justin Lina |
| 11/10/2023 | 4.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Amy Tan |
| 11/11/2023 | 0.5 hour(s) | Chapter 11 Process Management / Case Strategy | Rachel Murray |
| 11/11/2023 | 0.5 hour(s) | Chapter 11 Process Management / Case Strategy | Travis Roberts |
| 11/12/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Bill Derrough |
| 11/12/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Adam Keil |
| 11/12/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Bassam Latif |
| 11/12/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Rachel Murray |

*Talen*

**Moelis & Company**
**Summary of Hours Worked**

| DATE | HOURS | DESCRIPTION | PROFESSIONAL |
|------|-------|-------------|--------------|
| 11/12/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Travis Roberts |
| 11/12/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Justin Lina |
| 11/12/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Amy Tan |
| 11/14/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Bill Derrough |
| 11/14/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Adam Keil |
| 11/14/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Bassam Latif |
| 11/14/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Rachel Murray |
| 11/14/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Travis Roberts |
| 11/15/2022 | 1.0 hour(s) | Analysis Creation and Review | Travis Roberts |
| 11/15/2022 | 1.0 hour(s) | Analysis Creation and Review | Justin Lina |
| 11/12/2022 | 1.0 hour(s) | Analysis Creation and Review | Amy Tan |
| 11/15/2022 | 7.0 hour(s) | Debtor / Creditor / Third Party Communications | Bill Derrough |
| 11/15/2022 | 7.0 hour(s) | Debtor / Creditor / Third Party Communications | Adam Keil |
| 11/15/2022 | 7.0 hour(s) | Debtor / Creditor / Third Party Communications | Bassam Latif |
| 11/15/2022 | 7.0 hour(s) | Debtor / Creditor / Third Party Communications | Rachel Murray |
| 11/15/2022 | 7.0 hour(s) | Debtor / Creditor / Third Party Communications | Travis Roberts |
| 11/15/2022 | 7.0 hour(s) | Debtor / Creditor / Third Party Communications | Justin Lina |
| 11/15/2022 | 7.0 hour(s) | Debtor / Creditor / Third Party Communications | Amy Tan |
| 11/16/2022 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Bill Derrough |
| 11/16/2022 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Adam Keil |
| 11/16/2022 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Bassam Latif |
| 11/16/2022 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Rachel Murray |
| 11/16/2022 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Travis Roberts |
| 11/16/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Bill Derrough |
| 11/16/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Adam Keil |
| 11/16/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Bassam Latif |
| 11/16/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Rachel Murray |
| 11/16/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Travis Roberts |
| 11/16/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Justin Lina |
| 11/16/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Amy Tan |
| 11/16/2022 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Bill Derrough |
| 11/16/2022 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Adam Keil |
| 11/16/2022 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Bassam Latif |
| 11/16/2022 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Rachel Murray |
| 11/16/2022 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Travis Roberts |
| 11/16/2022 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Justin Lina |
| 11/16/2022 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Amy Tan |
| 11/17/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Bill Derrough |
| 11/17/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Adam Keil |
| 11/17/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Bassam Latif |
| 11/17/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Rachel Murray |
| 11/17/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Travis Roberts |
| 11/17/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Justin Lina |
| 11/17/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Amy Tan |
| 11/18/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Adam Keil |
| 11/18/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Rachel Murray |
| 11/18/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Travis Roberts |
| 11/18/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Justin Lina |
| 11/18/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Amy Tan |
| 11/23/2022 | 1.0 hour(s) | Administrative Matters | Amy Tan |
| 11/29/2022 | 5.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Amy Tan |

*Talen*

**Moelis & Company**
**Summary of Hours Worked**

| DATE | HOURS | DESCRIPTION | PROFESSIONAL |
|------|-------|-------------|--------------|
| 11/29/2022 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Bill Derrough |
| 11/29/2022 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Adam Keil |
| 11/29/2022 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Bassam Latif |
| 11/29/2022 | 0.5 hour(s) | Chapter 11 Process Management / Case Strategy | Rachel Murray |
| 11/29/2022 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Travis Roberts |
| 11/29/2022 | 2.5 hour(s) | Analysis Creation and Review | Travis Roberts |
| 11/30/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Bill Derrough |
| 11/30/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Adam Keil |
| 11/30/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Bassam Latif |
| 11/30/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Rachel Murray |
| 11/30/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Travis Roberts |
| 11/30/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Justin Lina |
| 11/30/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Amy Tan |
| 11/30/2022 | 1.0 hour(s) | Analysis Creation and Review | Travis Roberts |
| 11/30/2022 | 1.5 hour(s) | Analysis Creation and Review | Amy Tan |
| 11/30/2022 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Bill Derrough |
| 11/30/2022 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Adam Keil |
| 11/30/2022 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Bassam Latif |
| 11/30/2022 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Rachel Murray |
| 11/30/2022 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Travis Roberts |
| 11/30/2022 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Justin Lina |
| 11/30/2022 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Amy Tan |
| 11/30/2022 | 5.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Amy Tan |

*Talen*

**Moelis & Company**
**Summary of Hours Worked**
*December 1, 2022 - December 31, 2022*

| Description | Bill Derrough Managing Director | Adam Keil Managing Director | Bassam Latif Managing Director | Rachel Murray Executive Director | Travis Roberts Vice President | Justin Lina Associate | Amy Tan Analyst |
|---|---|---|---|---|---|---|---|
| Administrative Matters | - | - | - | - | - | - | - |
| Chapter 11 Process Management / Case Strategy | 5.5 hour(s) | 5.5 hour(s) | 6.0 hour(s) | 6.5 hour(s) | 6.5 hour(s) | - | - |
| Debtor / Creditor / Third Party Communications | - | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) |
| Hearing Preparation / Court Filings / Court Hearing | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 2.5 hour(s) | 11.5 hour(s) |
| Analysis Creation and Review | - | - | - | - | 4.0 hour(s) | 4.0 hour(s) | - |
| **Individual Total** | **6.5 hour(s)** | **7.0 hour(s)** | **7.5 hour(s)** | **8.0 hour(s)** | **12.0 hour(s)** | **7.0 hour(s)** | **12.0 hour(s)** |

| **Grand Total** | **60.0 hour(s)** |
|---|---|

*Talen*

**Moelis & Company**
**Summary of Hours Worked**

| DATE | HOURS | DESCRIPTION | PROFESSIONAL |
|------|-------|-------------|--------------|
| 12/1/2022 | 3.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Amy Tan |
| 12/1/2022 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Justin Lina |
| 12/1/2022 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Rachel Murray |
| 12/1/2022 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Travis Roberts |
| 12/1/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Bill Derrough |
| 12/1/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Adam Keil |
| 12/1/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Bassam Latif |
| 12/1/2022 | 4.0 hour(s) | Analysis Creation and Review | Travis Roberts |
| 12/1/2022 | 4.0 hour(s) | Analysis Creation and Review | Justin Lina |
| 12/2/2023 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Rachel Murray |
| 12/2/2023 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Travis Roberts |
| 12/3/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Bill Derrough |
| 12/3/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Adam Keil |
| 12/3/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Bassam Latif |
| 12/3/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Rachel Murray |
| 12/3/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Travis Roberts |
| 12/7/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Adam Keil |
| 12/7/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Bassam Latif |
| 12/7/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Rachel Murray |
| 12/7/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Travis Roberts |
| 12/7/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Justin Lina |
| 12/7/2022 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Amy Tan |
| 12/12/2022 | 2.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Amy Tan |
| 12/12/2022 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Justin Lina |
| 12/13/2022 | 2.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Amy Tan |
| 12/14/2022 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Bill Derrough |
| 12/14/2022 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Adam Keil |
| 12/14/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Bassam Latif |
| 12/14/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Rachel Murray |
| 12/14/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Travis Roberts |
| 12/15/2022 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Bill Derrough |
| 12/15/2022 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Adam Keil |
| 12/15/2022 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Bassam Latif |
| 12/15/2022 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Rachel Murray |
| 12/15/2022 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Travis Roberts |
| 12/15/2022 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Justin Lina |
| 12/15/2022 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Amy Tan |
| 12/20/2022 | 1.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Amy Tan |
| 12/20/2022 | 1.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Amy Tan |
| 12/21/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Bill Derrough |
| 12/21/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Adam Keil |
| 12/21/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Bassam Latif |
| 12/21/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Rachel Murray |
| 12/21/2022 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Travis Roberts |

*Talen*

**Moelis & Company**
**Summary of Hours Worked**
*January 1, 2023 - January 31, 2023*

| Description | Bill Derrough Managing Director | Adam Keil Managing Director | Bassam Latif Managing Director | Rachel Murray Executive Director | Travis Roberts Vice President | Justin Lina Associate | Amy Tan Analyst |
|---|---|---|---|---|---|---|---|
| Administrative Matters | - | - | - | - | - | 2.0 hour(s) | - |
| Chapter 11 Process Management / Case Strategy | 3.5 hour(s) | 5.5 hour(s) | 5.5 hour(s) | 7.0 hour(s) | 7.0 hour(s) | - | - |
| Debtor / Creditor / Third Party Communications | 9.5 hour(s) | 7.5 hour(s) | 10.5 hour(s) | 11.0 hour(s) | 11.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) |
| Hearing Preparation / Court Filings / Court Hearing | - | - | - | - | - | 1.0 hour(s) | 7.0 hour(s) |
| Analysis Creation and Review | - | - | - | - | - | - | - |
| **Individual Total** | **13.0 hour(s)** | **13.0 hour(s)** | **16.0 hour(s)** | **18.0 hour(s)** | **18.0 hour(s)** | **4.0 hour(s)** | **8.0 hour(s)** |

| Grand Total | 90.0 hour(s) |
|---|---|

*Talen*

**Moelis & Company**
**Summary of Hours Worked**

| DATE | HOURS | DESCRIPTION | PROFESSIONAL |
|------|-------|-------------|--------------|
| 1/2/2023 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Bill Derrough |
| 1/2/2023 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Adam Keil |
| 1/2/2023 | 2.0 hour(s) | Debtor / Creditor / Third Party Communications | Bassam Latif |
| 1/2/2023 | 2.0 hour(s) | Debtor / Creditor / Third Party Communications | Rachel Murray |
| 1/2/2023 | 2.0 hour(s) | Debtor / Creditor / Third Party Communications | Travis Roberts |
| 1/2/2023 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Adam Keil |
| 1/2/2023 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Bassam Latif |
| 1/2/2023 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Rachel Murray |
| 1/2/2023 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Travis Roberts |
| 1/9/2023 | 2.0 hour(s) | Debtor / Creditor / Third Party Communications | Bassam Latif |
| 1/9/2023 | 2.0 hour(s) | Debtor / Creditor / Third Party Communications | Rachel Murray |
| 1/9/2023 | 2.0 hour(s) | Debtor / Creditor / Third Party Communications | Travis Roberts |
| 1/9/2023 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Bill Derrough |
| 1/9/2023 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Adam Keil |
| 1/9/2023 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Bassam Latif |
| 1/9/2023 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Rachel Murray |
| 1/9/2023 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Travis Roberts |
| 1/16/2023 | 2.0 hour(s) | Debtor / Creditor / Third Party Communications | Bill Derrough |
| 1/16/2023 | 2.0 hour(s) | Debtor / Creditor / Third Party Communications | Adam Keil |
| 1/16/2023 | 2.0 hour(s) | Debtor / Creditor / Third Party Communications | Bassam Latif |
| 1/16/2023 | 2.0 hour(s) | Debtor / Creditor / Third Party Communications | Rachel Murray |
| 1/16/2023 | 2.0 hour(s) | Debtor / Creditor / Third Party Communications | Travis Roberts |
| 1/16/2023 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Bill Derrough |
| 1/16/2023 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Adam Keil |
| 1/16/2023 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Bassam Latif |
| 1/16/2023 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Rachel Murray |
| 1/16/2023 | 1.5 hour(s) | Chapter 11 Process Management / Case Strategy | Travis Roberts |
| 1/23/2023 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Bill Derrough |
| 1/23/2023 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Adam Keil |
| 1/23/2023 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Bassam Latif |
| 1/23/2023 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Rachel Murray |
| 1/23/2023 | 1.5 hour(s) | Debtor / Creditor / Third Party Communications | Travis Roberts |
| 1/23/2023 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Rachel Murray |
| 1/23/2023 | 0.5 hour(s) | Debtor / Creditor / Third Party Communications | Travis Roberts |
| 1/23/2023 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Adam Keil |
| 1/23/2023 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Bassam Latif |
| 1/23/2023 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Rachel Murray |
| 1/23/2023 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Travis Roberts |
| 1/25/2023 | 2.0 hour(s) | Administrative Matters | Justin Lina |
| 1/25/2023 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Bill Derrough |
| 1/25/2023 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Adam Keil |
| 1/25/2023 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Bassam Latif |
| 1/25/2023 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Rachel Murray |
| 1/25/2023 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Travis Roberts |
| 1/25/2023 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Justin Lina |
| 1/25/2023 | 1.0 hour(s) | Debtor / Creditor / Third Party Communications | Amy Tan |
| 1/28/2023 | 4.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Amy Tan |
| 1/28/2023 | 3.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Justin Lina |
| 1/29/2023 | 3.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Amy Tan |
| 1/29/2023 | 2.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | Justin Lina |
| 1/30/2023 | 2.0 hour(s) | Debtor / Creditor / Third Party Communications | Bill Derrough |

*Talen*

**Moelis & Company**
**Summary of Hours Worked**

| DATE | HOURS | DESCRIPTION | PROFESSIONAL |
|------|-------|-------------|--------------|
| 1/30/2023 | 2.0 hour(s) | Debtor / Creditor / Third Party Communications | Adam Keil |
| 1/30/2023 | 2.0 hour(s) | Debtor / Creditor / Third Party Communications | Bassam Latif |
| 1/30/2023 | 2.0 hour(s) | Debtor / Creditor / Third Party Communications | Rachel Murray |
| 1/30/2023 | 2.0 hour(s) | Debtor / Creditor / Third Party Communications | Travis Roberts |
| 1/30/2023 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Bill Derrough |
| 1/30/2023 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Adam Keil |
| 1/30/2023 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Bassam Latif |
| 1/30/2023 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Rachel Murray |
| 1/30/2023 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Travis Roberts |
| 1/30/2023 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Rachel Murray |
| 1/30/2023 | 1.0 hour(s) | Chapter 11 Process Management / Case Strategy | Travis Roberts |

# EXHIBIT B — SUMMARY OF EXPENSES

*Talen*

**Moelis & Company**
**Summary of Expenses**
*November 2022*

| Summary | | Description |
|---|---|---|
| Airfare | $2,478.92 | Airfare and fees during business travel |
| Lodging | 3,206.10 | Hotel accomodation during business travel |
| Meals | 224.91 | Meals during business travel, weekends and late nights |
| Mileage, Parking, Taxi | 722.99 | Ground transportation during business travel and late nights |
| Phone | 268.90 | Phone and conference call bills |
| **Total Expenses** | **$6,901.82** | |

*Talen*

**Moelis & Company**
**Details of Expenses**
*November 2022*

| Airfare[1] | | Description |
|---|---|---|
| Latif - 11/10/2022 | $37.00 | Agent Booking Fees to New York |
| Latif - 11/11/2022 | 37.00 | Agent Booking Fees to New York |
| Latif - 11/11/2022 | 2,396.92 | Airfare to New York |
| Latif - 11/14/2022 | 8.00 | Online/Wi Fi to New York |
| **Total** | **$2,478.92** | |

| Lodging | | Description |
|---|---|---|
| Latif - 11/14/2022 | $236.83 | Hotel stay for trip to New York, NY |
| Latif - 11/14/2022 | 1,365.00 | Hotel stay for trip to New York, NY |
| Latif - 11/15/2022 | 209.27 | Hotel stay for trip to New York, NY |
| Latif - 11/15/2022 | 1,395.00 | Hotel stay for trip to New York, NY |
| **Total** | **$3,206.10** | |

| Meals | | Description |
|---|---|---|
| Cooney - 09/07/2022 | $28.17 | Meals working late |
| Lina - 11/02/2022 | 7.87 | Meals working late |
| Tan - 11/10/2022 | 32.12 | Meals working late |
| Latif - 11/14/2022 | 156.75 | Meals while travelling |
| **Total** | **$224.91** | |

---

[1] Expenses represent when travel was booked, not when it occurred

| Mileage, Parking, Taxi | | Description |
|---|---|---|
| Cooney - 09/08/2022 | $39.98 | Taxi expense while working late |
| Cooney - 09/09/2022 | 58.92 | Taxi expense while working late |
| Cooney - 09/10/2022 | 29.95 | Car service while travelling |
| Keil - 10/13/2022 | 44.72 | Car service while travelling |
| Keil - 10/18/2022 | 29.00 | Car service while travelling |
| Keil - 10/18/2022 | 19.79 | Taxi expense while working late |
| Latif - 11/15/2022 | 67.76 | Taxi expense while working late |
| Latif - 11/15/2022 | 41.47 | Car service while travelling |
| Latif - 11/15/2022 | 24.36 | Car service while travelling |
| Lina - 11/15/2022 | 9.98 | Car service while travelling |
| Latif - 11/16/2022 | 119.00 | Car service while travelling |
| Latif - 11/16/2022 | 179.67 | Taxi expense while working late |
| Lina - 11/16/2022 | 11.58 | Taxi expense while working late |
| Lina - 11/17/2022 | 10.23 | Taxi expense while working late |
| Lina - 11/22/2022 | 1.02 | Taxi expense while working late |
| Lina - 11/22/2022 | 7.11 | Taxi expense while working late |
| Lina - 11/23/2022 | 7.98 | Taxi expense while working late |
| Lina - 11/29/2022 | 10.36 | Taxi expense while working late |
| Lina - 11/30/2022 | 9.07 | Taxi expense while working late |
| Lina - 11/30/2022 | 1.04 | Taxi expense while working late |
| **Total** | **$722.99** | |

| Phone | | Description |
|---|---|---|
| Colella - 10/31/2022 | $4.72 | Telecommunication expense allocation |
| Cooney - 10/31/2022 | 15.72 | Telecommunication expense allocation |
| Jeon - 10/31/2022 | 38.60 | Telecommunication expense allocation |
| Derrough - 10/31/2022 | 3.66 | Telecommunication expense allocation |
| Latif - 10/31/2022 | 5.40 | Telecommunication expense allocation |
| Roberts - 11/30/2022 | 15.56 | Telecommunication expense allocation |
| Kelly - 11/30/2022 | 7.18 | Telecommunication expense allocation |
| Lina - 11/30/2022 | 45.86 | Telecommunication expense allocation |
| Keil - 11/30/2022 | 25.81 | Telecommunication expense allocation |
| Murray - 11/30/2022 | 5.00 | Telecommunication expense allocation |
| Colella - 11/30/2022 | 6.25 | Telecommunication expense allocation |
| Tan - 11/30/2022 | 18.90 | Telecommunication expense allocation |
| Cooney - 11/30/2022 | 28.12 | Telecommunication expense allocation |
| Jeon - 11/30/2022 | 28.35 | Telecommunication expense allocation |
| Derrough - 11/30/2022 | 6.77 | Telecommunication expense allocation |
| Latif - 11/30/2022 | 13.00 | Telecommunication expense allocation |
| **Total** | **$268.90** | |

*Talen*

**Moelis & Company**
**Summary of Expenses**
*December 2022*

| Summary | | Description |
|---|---|---|
| Phone | $346.99 | Phone and conference call bills |
| **Total Expenses** | **$346.99** | |

*Talen*

**Moelis & Company**
**Details of Expenses**
*December 2022*

| Phone | | Description |
|---|---|---|
| Roberts - 12/31/2022 | $15.40 | Telecommunication expense allocation |
| Kelly - 12/31/2022 | 10.30 | Telecommunication expense allocation |
| Lina - 12/31/2022 | 208.54 | Telecommunication expense allocation |
| Keil - 12/31/2022 | 10.81 | Telecommunication expense allocation |
| Murray - 12/31/2022 | 16.96 | Telecommunication expense allocation |
| Colella - 12/31/2022 | 5.62 | Telecommunication expense allocation |
| Tan - 12/31/2022 | 18.09 | Telecommunication expense allocation |
| Cooney - 12/31/2022 | 28.12 | Telecommunication expense allocation |
| Jeon - 12/31/2022 | 18.90 | Telecommunication expense allocation |
| Derrough - 12/31/2022 | 6.25 | Telecommunication expense allocation |
| Latif - 12/31/2022 | 8.00 | Telecommunication expense allocation |
| **Total** | **$346.99** | |

*Talen*

**Moelis & Company**
**Summary of Expenses**
*January 2023*

| Summary | | Description |
|---|---|---|
| Phone | $205.77 | Phone and conference call bills |
| **Total Expenses** | **$205.77** | |

*Talen*

**Moelis & Company**
**Details of Expenses**
*January 2023*

| Phone | | Description |
|---|---|---|
| Roberts - 01/31/2023 | $12.17 | Telecommunication expense allocation |
| Kelly - 01/31/2023 | 11.60 | Telecommunication expense allocation |
| Lina - 01/31/2023 | 83.43 | Telecommunication expense allocation |
| Keil - 01/31/2023 | 9.95 | Telecommunication expense allocation |
| Murray - 01/31/2023 | 2.01 | Telecommunication expense allocation |
| Colella - 01/31/2023 | 4.69 | Telecommunication expense allocation |
| Tan - 01/31/2023 | 18.09 | Telecommunication expense allocation |
| Jeon - 01/31/2023 | 25.00 | Telecommunication expense allocation |
| Cooney - 01/31/2023 | 18.74 | Telecommunication expense allocation |
| Derrough - 01/31/2023 | 5.80 | Telecommunication expense allocation |
| Latif - 01/31/2023 | 14.29 | Telecommunication expense allocation |
| **Total** | **$205.77** | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **TALEN ENERGY SUPPLY LLC, et al.,**[1] | ) | **Case No. 22-90054 (MI)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |

**ORDER ALLOWING INTERIM COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**
**(Docket No. _____)**

The Court has considered the Third Interim Application for Compensation and Reimbursement of Expenses filed by Moelis & Company LLC (the "Applicant"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $532,454.58 for the period set forth in the application.

2. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

---

[1] A complete list of the Debtors in these chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/talenenergy. The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.