United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 06, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 22-90054 |
| TALEN ENERGY SUPPLY, LLC, *et al.*, § | |
| Debtors. § | Jointly Administered |
| § | CHAPTER 11 |

### ORDER

The motion at ECF No. 15 for *nunc pro tunc* relief is moot. The Order issued at ECF No. 616 requires no amendment.

SIGNED 04/06/2023

_____
Marvin Isgur
United States Bankruptcy Judge