United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 22-90054 |
| TALEN ENERGY SUPPLY, LLC, *et al.*, | § § | CHAPTER 11 |
| Debtors. | § § | |
| TALEN MONTANA, LLC, *et al.*, , | § § § | |
| VS. | § § | ADVERSARY NO. 22-9001 |
| PPL CORP., *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

The motion for partial summary judgment filed by the PPL Parties at ECF No. 68 is denied.

SIGNED 06/14/2023

_____
Marvin Isgur
United States Bankruptcy Judge