United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 28, 2023

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **TALEN ENERGY SUPPLY, LLC,** | § | Case No. 22-90054 (MI) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. (23-3074920) | § | |
| ---------------------------------------------------------- | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| **TALEN MONTANA HOLDINGS, LLC,** | § | Case No. 22-90055 (MI) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. (54-1929267) | § | |
| ---------------------------------------------------------- | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| **TALEN MONTANA, LLC,** | § | Case No. 22-90056 (MI) |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No. (54-1928759) | § | |
| ---------------------------------------------------------- | § | |

| | | |
|---|---|---|
| | § | |
| **In re:** | § | |
| | § | **Chapter 11** |
| **MONTANA GROWTH HOLDINGS** | § | |
| **LLC,** | § | **Case No. 22-90057 (MI)** |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No. (87-2099021)** | § | |
| ------------------------------------------------- | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **COLSTRIP COMM SERV, LLC,** | § | **Case No. 22-90058 (MI)** |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No. (81-0529047)** | § | |
| ------------------------------------------------- | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **TALEN GENERATION, LLC,** | § | **Case No. 22-90059 (MI)** |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No. (23-3022597)** | § | |
| ------------------------------------------------- | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **MONTOUR, LLC,** | § | **Case No. 22-90060 (MI)** |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No. (23-3022599)** | § | |
| ------------------------------------------------- | § | |

2

|  | § |  |
| --- | --- | --- |
| **In re:** | § | **Chapter 11** |
|  | § |  |
| **BRUNNER ISLAND, LLC,** | § | **Case No. 22-90061 (MI)** |
|  | § |  |
|  | § |  |
| **Debtor.** | § |  |
|  | § |  |
| **Tax I.D. No.  (23-3022596)** | § |  |
| -------------------------------------------------- | § |  |
| **In re:** | § | **Chapter 11** |
|  | § |  |
| **RAVEN POWER GENERATION** | § |  |
| **HOLDINGS LLC,** | § | **Case No. 22-90062 (MI)** |
|  | § |  |
|  | § |  |
| **Debtor.** | § |  |
|  | § |  |
| **Tax I.D. No.  (47-1227220)** | § |  |
| -------------------------------------------------- | § |  |
|  | § |  |
| **In re:** | § | **Chapter 11** |
|  | § |  |
| **RAVEN POWER GROUP LLC,** | § | **Case No. 22-90063 (MI)** |
|  | § |  |
|  | § |  |
| **Debtor.** | § |  |
|  | § |  |
| **Tax I.D. No.  (90-0879118)** | § |  |
| -------------------------------------------------- | § |  |
|  | § |  |
| **In re:** | § | **Chapter 11** |
|  | § |  |
| **RAVEN POWER FINANCE LLC,** | § | **Case No. 22-90064 (MI)** |
|  | § |  |
|  | § |  |
| **Debtor.** | § |  |
|  | § |  |
| **Tax I.D. No.  (80-0847931)** | § |  |
| -------------------------------------------------- | § |  |

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| | § | |
| **RAVEN POWER FORT** | § | |
| **SMALLWOOD LLC,** | § | **Case No. 22-90065 (MI)** |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No.  (90-0885103)** | § | |
| ------------------------------------------ | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **RAVEN FS PROPERTY** | § | |
| **HOLDINGS LLC,** | § | **Case No. 22-90066 (MI)** |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No.  (80-0869802)** | § | |
| ------------------------------------------ | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **H.A. WAGNER LLC,** | § | **Case No. 22-90067 (MI)** |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No.  (80-0844269)** | § | |
| ------------------------------------------ | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **BRANDON SHORES LLC,** | § | **Case No. 22-90068 (MI)** |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No.  (36-4740174)** | § | |
| ------------------------------------------ | § | |

4

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| **RAVEN LOT 15 LLC,** | § | Case No. 22-90069 (MI) |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (36-4745217) | § | |
| ----------------------------------------------------- | §| |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| **FORT ARMISTEAD ROAD – LOT 15** | § | |
| **LANDFILL, LLC,** | § | Case No. 22-90070 (MI) |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (45-4960946) | § | |
| ----------------------------------------------------- | §| |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| **RAVEN POWER PROPERTY LLC,** | § | Case No. 22-90071 (MI) |
| | § | |
| | § | |
| Debtor. | § | |
| Tax I.D. No.  (80-0848561) | § | |
| ----------------------------------------------------- | §| |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| **RMGL HOLDINGS LLC,** | § | Case No. 22-90072 (MI) |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (54-2009098) | § | |
| ----------------------------------------------------- | §| |

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| **BRUNNER ISLAND SERVICES, LLC,** | § | Case No. 22-90073 (MI) |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (23-3098400) | § | |
| ------------------------------------------------------- | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| **REALTY COMPANY OF** | § | |
| **PENNSYLVANIA,** | § | Case No. 22-90074 (MI) |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (23-1612742) | § | |
| ------------------------------------------------------- | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| **BDW CORP.,** | § | Case No. 22-90075 (MI) |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (51-0116798) | § | |
| ------------------------------------------------------- | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| **LADY JANE COLLIERIES, INC.,** | § | Case No. 22-90077 (MI) |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (24-0856538) | § | |
| ------------------------------------------------------- | § | |

6

|   |   |   |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **MONTOUR SERVICES, LLC,** | § | **Case No. 22-90078 (MI)** |
| | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No. (23-3098401)** | § | |
| ------------------------------------------------- | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **HOLTWOOD, LLC,** | § | **Case No. 22-90080 (MI)** |
| | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No. (23-3022598)** | § | |
| ------------------------------------------------- | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **MARTINS CREEK, LLC,** | § | **Case No. 22-90082 (MI)** |
| | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No. (23-3022600)** | § | |
| ------------------------------------------------- | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **SAPPHIRE POWER GENERATION** | § | |
| **HOLDINGS LLC,** | § | **Case No. 22-90084 (MI)** |
| | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No. (47-1206946)** | § | |
| ------------------------------------------------- | § | |

7

|  | § |  |
|---|---|---|
| In re: | § | **Chapter 11** |
|  | § |  |
| **SAPPHIRE POWER LLC,** | § | **Case No. 22-90086 (MI)** |
|  | § |  |
|  | § |  |
| Debtor. | § |  |
|  | § |  |
| Tax I.D. No.  (45-2691722) | § |  |
| ----------------------------------------------------- | § |  |
|  | § |  |
| In re: | § | **Chapter 11** |
|  | § |  |
| **SAPPHIRE POWER FINANCE LLC,** | § | **Case No. 22-90088 (MI)** |
|  | § |  |
|  | § |  |
| Debtor. | § |  |
|  | § |  |
| Tax I.D. No.  (45-2691784) | § |  |
| ----------------------------------------------------- | § |  |
|  | § |  |
| In re: | § | **Chapter 11** |
|  | § |  |
| **MEG GENERATING COMPANY, LLC,** | § | **Case No. 22-90089 (MI)** |
|  | § |  |
|  | § |  |
| Debtor. | § |  |
|  | § |  |
| Tax I.D. No.  (26-1759112) | § |  |
| ----------------------------------------------------- | § |  |
|  | § |  |
| In re: | § | **Chapter 11** |
|  | § |  |
| **SAPPHIRE POWER** | § |  |
| **MARKETING LLC,** | § | **Case No. 22-90076 (MI)** |
|  | § |  |
|  | § |  |
| Debtor. | § |  |
|  | § |  |
| Tax I.D. No.  (37-1740183) | § |  |
| ----------------------------------------------------- | § |  |

|  | § |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| **PEDRICKTOWN MANAGEMENT** | § |  |
| **COMPANY LLC,** | § | **Case No. 22-90079 (MI)** |
|  | § |  |
|  | § |  |
| Debtor. | § |  |
|  | § |  |
| Tax I.D. No.  (N/A) | § |  |
| ------------------------------------------ | § |  |
|  | § |  |
| In re: | § | Chapter 11 |
|  | § |  |
| **PEDRICKTOWN INVESTMENT** | § |  |
| **COMPANY LLC,** | § | **Case No. 22-90081 (MI)** |
|  | § |  |
|  | § |  |
| Debtor. | § |  |
|  | § |  |
| Tax I.D. No.  (N/A) | § |  |
| ------------------------------------------ | § |  |
|  | § |  |
| In re: | § | Chapter 11 |
|  | § |  |
| **PEDRICKTOWN COGENERATION** | § |  |
| **COMPANY LP,** | § | **Case No. 22-90083 (MI)** |
|  | § |  |
|  | § |  |
| Debtor. | § |  |
|  | § |  |
| Tax I.D. No.  (22-3036391) | § |  |
| ------------------------------------------ | § |  |
|  | § |  |
| In re: | § | Chapter 11 |
|  | § |  |
| **YORK PLANT HOLDING, LLC,** | § | **Case No. 22-90085 (MI)** |
|  | § |  |
|  | § |  |
| Debtor. | § |  |
|  | § |  |
| Tax I.D. No.  (39-2053125) | § |  |
| ------------------------------------------ | § |  |

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| | § | |
| **YORK GENERATION** | § | |
| **COMPANY LLC,** | § | **Case No. 22-90087 (MI)** |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No.  (33-0058470)** | § | |

---§

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **ELMWOOD ENERGY** | § | |
| **HOLDINGS, LLC,** | § | **Case No. 22-90091 (MI)** |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No.  (27-0651911)** | § | |

---§

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **ELMWOOD PARK POWER, LLC,** | § | **Case No. 22-90093 (MI)** |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No.  (90-0918628)** | § | |

---§

|  |  |  |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **CAMDEN PLANT HOLDING, L.L.C.,** | § | **Case No. 22-90095 (MI)** |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No.  (05-0607747)** | § | |

---§

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **NEWARK BAY HOLDING** | § | |
| **COMPANY, L.L.C.,** | § | Case No. 22-90098 (MI) |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (20-1589768) | § | |
|---------------------------------------------------§| | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| **LIBERTY VIEW POWER, L.L.C.,** | § | Case No. 22-90100 (MI) |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (N/A) | § | |
|---------------------------------------------------§| | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| **NEWARK BAY COGENERATION** | § | |
| **PARTNERSHIP, L.P.,** | § | Case No. 22-90103 (MI) |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (33-0346441) | § | |
|---------------------------------------------------§| | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| **MORRIS ENERGY MANAGEMENT** | § | |
| **COMPANY, LLC,** | § | Case No. 22-90105 (MI) |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (74-3188636) | § | |
|---------------------------------------------------§| | |

|  | § |  |
|---|---|---|
| **In re:** | § | **Chapter 11** |
|  | § |  |
|  | § |  |
| **MORRIS ENERGY OPERATIONS** | § |  |
| **COMPANY, LLC,** | § | **Case No. 22-90107 (MI)** |
|  | § |  |
|  | § |  |
| Debtor. | § |  |
|  | § |  |
| **Tax I.D. No.  (26-4724350)** | § |  |

-----------------------------------------------------§

|  | § |  |
|---|---|---|
| **In re:** | § | **Chapter 11** |
|  | § |  |
| **LOWER MOUNT BETHEL** | § |  |
| **ENERGY, LLC,** | § | **Case No. 22-90109 (MI)** |
|  | § |  |
|  | § |  |
| Debtor. | § |  |
|  | § |  |
| **Tax I.D. No.  (54-1929268)** | § |  |

-----------------------------------------------------§

|  | § |  |
|---|---|---|
| **In re:** | § | **Chapter 11** |
|  | § |  |
| **PENNSYLVANIA MINES, LLC,** | § | **Case No. 22-90111 (MI)** |
|  | § |  |
|  | § |  |
| Debtor. | § |  |
|  | § |  |
| **Tax I.D. No.  (23-3056813)** | § |  |

-----------------------------------------------------§

|  | § |  |
|---|---|---|
| **In re:** | § | **Chapter 11** |
|  | § |  |
| **MC OPCO LLC,** | § | **Case No. 22-90113 (MI)** |
|  | § |  |
|  | § |  |
| Debtor. | § |  |
|  | § |  |
| **Tax I.D. No.  (32-0585939)** | § |  |

-----------------------------------------------------§

|   |   |   |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **TALEN NUCLEAR** | § | |
| **DEVELOPMENT, LLC,** | § | **Case No. 22-90114 (MI)** |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (26-0687913) | § | |

------------------------------------------------------§

|   |   |   |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **BELL BEND, LLC,** | § | **Case No. 22-90115 (MI)** |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (26-3159555) | § | |

------------------------------------------------------§

|   |   |   |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **SUSQUEHANNA NUCLEAR, LLC,** | § | **Case No. 22-90116 (MI)** |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (23-3022601) | § | |

------------------------------------------------------§

|   |   |   |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **BARNEY DAVIS, LLC,** | § | **Case No. 22-90090 (MI)** |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (20-1045417) | § | |

------------------------------------------------------§

|   |   |   |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| NUECES BAY, LLC, | § | Case No. 22-90092 (MI) |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (20-1045645) | § | |
| ----------------------------------------------- | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| LAREDO, LLC, | § | Case No. 22-90094 (MI) |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (20-1045665) | § | |
| ----------------------------------------------- | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| TALEN TEXAS PROPERTY, LLC, | § | Case No. 22-90096 (MI) |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (N/A) | § | |
| ----------------------------------------------- | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| TALEN TEXAS GROUP, LLC, | § | Case No. 22-90097 (MI) |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| Tax I.D. No.  (N/A) | § | |
| ----------------------------------------------- | § | |

|  | § |  |
| --- | --- | --- |
| In re: | § | **Chapter 11** |
|  | § |  |
| **TALEN ENERGY MARKETING, LLC,** | § | **Case No. 22-90099 (MI)** |
|  | § |  |
|  | § |  |
| Debtor. | § |  |
|  | § |  |
| **Tax I.D. No.  (23-2974252)** | § |  |
| ------------------------------------------------- | § |  |
|  | § |  |
| In re: | § | **Chapter 11** |
|  | § |  |
| **TALEN ENERGY RETAIL LLC,** | § | **Case No. 22-90101 (MI)** |
|  | § |  |
|  | § |  |
| Debtor. | § |  |
|  | § |  |
| **Tax I.D. No.  (32-0542921)** | § |  |
| ------------------------------------------------- | § |  |
|  | § |  |
| In re: | § | **Chapter 11** |
|  | § |  |
| **TALEN TREASURE STATE, LLC,** | § | **Case No. 22-90102 (MI)** |
|  | § |  |
|  | § |  |
| Debtor. | § |  |
|  | § |  |
| **Tax I.D. No.  (26-1661044)** | § |  |
| ------------------------------------------------- | § |  |
|  | § |  |
| In re: | § | **Chapter 11** |
|  | § |  |
| **TALEN ENERGY SERVICES GROUP, LLC,** | § | **Case No. 22-90104 (MI)** |
|  | § |  |
|  | § |  |
| Debtor. | § |  |
|  | § |  |
| **Tax I.D. No.  (23-3065194)** | § |  |
| ------------------------------------------------- | § |  |

15

|  | § |  |
|---|---|---|
| **In re:** | § | **Chapter 11** |
|  | § |  |
|  | § |  |
| **TALEN ENERGY SERVICES** | § |  |
| **HOLDINGS, LLC,** | § | **Case No. 22-90106 (MI)** |
|  | § |  |
|  | § |  |
| **Debtor.** | § |  |
|  | § |  |
| **Tax I.D. No.  (N/A)** | § |  |

-------------------------------------------------§

|  | § |  |
|---|---|---|
| **In re:** | § | **Chapter 11** |
|  | § |  |
|  | § |  |
| **TALEN ENERGY SERVICES** | § |  |
| **NORTHEAST, INC.,** | § | **Case No. 22-90108 (MI)** |
|  | § |  |
|  | § |  |
| **Debtor.** | § |  |
|  | § |  |
| **Tax I.D. No.  (04-3125706)** | § |  |

-------------------------------------------------§

|  | § |  |
|---|---|---|
| **In re:** | § | **Chapter 11** |
|  | § |  |
| **TALEN LAND HOLDINGS, LLC,** | § | **Case No. 22-90110 (MI)** |
|  | § |  |
|  | § |  |
| **Debtor.** | § |  |
|  | § |  |
| **Tax I.D. No.  (23-3086488)** | § |  |

-------------------------------------------------§

|  | § |  |
|---|---|---|
| **In re:** | § | **Chapter 11** |
|  | § |  |
| **TALEN NE LLC,** | § | **Case No. 22-90112 (MI)** |
|  | § |  |
|  | § |  |
| **Debtor.** | § |  |
|  | § |  |
| **Tax I.D. No.  (82-1933934)** | § |  |

-------------------------------------------------§

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| | § | |
| **NORTHEAST GAS GENERATION** | § | |
| **HOLDINGS, LLC,** | § | **Case No. 22-90120 (MI)** |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No.  (20-1306738)** | § | |
| ------------------------------------------------- | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **TALEN TEXAS, LLC,** | § | **Case No. 22-90117 (MI)** |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No.  (26-2103683)** | § | |
| ------------------------------------------------- | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **DARTMOUTH PLANT** | § | |
| **HOLDING, LLC,** | § | **Case No. 22-90118 (MI)** |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No.  (41-2184903)** | § | |
| ------------------------------------------------- | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **DARTMOUTH POWER HOLDING** | § | |
| **COMPANY, L.L.C.,** | § | **Case No. 22-90119 (MI)** |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No.  (N/A)** | § | |
| ------------------------------------------------- | § | |

|                                         | §  |                         |
|-----------------------------------------|----|-------------------------|
| **In re:**                              | §  | **Chapter 11**          |
|                                         | §  |                         |
| **DARTMOUTH POWER**                     | §  |                         |
| **GENERATION, L.L.C.,**                 | §  | **Case No. 22-90121 (MI)** |
|                                         | §  |                         |
|                                         | §  |                         |
| **Debtor.**                             | §  |                         |
|                                         | §  |                         |
| **Tax I.D. No.  (N/A)**                 | §  |                         |
| ----------------------------------------| §  |                         |
|                                         | §  |                         |
| **In re:**                              | §  | **Chapter 11**          |
|                                         | §  |                         |
| **DARTMOUTH POWER ASSOCIATES**          | §  |                         |
| **LIMITED PARTNERSHIP,**                | §  | **Case No. 22-90122 (MI)** |
|                                         | §  |                         |
|                                         | §  |                         |
| **Debtor.**                             | §  |                         |
|                                         | §  |                         |
| **Tax I.D. No.  (04-3019623)**          | §  |                         |
| ----------------------------------------| §  |                         |
|                                         | §  |                         |
| **In re:**                              | §  | **Chapter 11**          |
|                                         | §  |                         |
| **TALEN II GROWTH PARENT LLC,**         | §  | **Case No. 22-90123 (MI)** |
|                                         | §  |                         |
|                                         | §  |                         |
| **Debtor.**                             | §  |                         |
|                                         | §  |                         |
| **Tax I.D. No.  (88-1114172)**          | §  |                         |
| ----------------------------------------| §  |                         |
|                                         | §  |                         |
| **In re:**                              | §  | **Chapter 11**          |
|                                         | §  |                         |
| **TALEN II GROWTH HOLDINGS LLC,**       | §  | **Case No. 22-90124 (MI)** |
|                                         | §  |                         |
|                                         | §  |                         |
| **Debtor.**                             | §  |                         |
|                                         | §  |                         |
| **Tax I.D. No.  (87-2689011)**          | §  |                         |
| ----------------------------------------| §  |                         |

18

| | § | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **TALEN TECHNOLOGY** | § | |
| **VENTURES LLC,** | § | **Case No. 22-90125 (MI)** |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |
| **Tax I.D. No.  (N/A)** | § | |
| ------------------------------------------------------------§ | | |

## <u>FINAL DECREE CLOSING CERTAIN CASES</u>

Upon consideration of the *Certification of Counsel Regarding Final Decree Closing Certain Cases*, dated July 28, 2023 (the "**Certification of Counsel**"),[1] filed by Talen Energy Supply, LLC and its debtor affiliates (collectively, the "**Reorganized Debtors**"), for entry of an order closing the chapter 11 cases of all the Reorganized Debtors except for the chapter 11 case of Talen Energy Corporation, all as more fully set forth in the Certification of Counsel; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested is in accordance with the terms of the Confirmation Order; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.     Each of the Debtors' chapter 11 cases listed on **<u>Exhibit 1</u>** attached hereto is hereby closed (the "**Closed Cases**"), effective as of the date hereof.

2.     A docket entry shall be made in each of the Closed Cases reflecting entry of this Final Decree and Order.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Certification of Counsel or Plan, as applicable.

19

3.      Entry of this Final Decree and Order is without prejudice to (i) the rights of any Reorganized Debtor or other party in interest to seek to reopen any of the Closed Cases for cause pursuant to section 350(b) of the Bankruptcy Code and (ii) the rights of any Reorganized Debtor or other party in interest to dispute, object to, or resolve any Claim that was filed against any of the Reorganized Debtors in the chapter 11 cases.  Except as expressly set forth in the Bankruptcy Code, nothing in this Final Decree and Order shall affect the substantive rights of any party in interest in the Closed Cases.

4.      All pending and future matters relating to each of the Reorganized Debtors, including final fee applications and objections to Claims, if applicable, shall be administered and heard in the chapter 11 case of Talen Energy Corporation, Case No. 22-90339 (MI) (the "**Remaining Case**"), notwithstanding entry of this Order or the closure of the Closed Cases.  For the avoidance of doubt, the Talen GUC Trust may undertake all actions and discharge all duties in accordance with the Plan and Confirmation Order in the Remaining Case to the same extent it could have undertaken or performed such actions or duties in the Closed Cases, notwithstanding entry of this Order.

5.      This Final Decree and Order is solely intended to facilitate the administration of the Closed Cases and to avoid the incurrence of U.S. Trustee fees with respect to the Closed Cases.

6.      Nothing herein modifies the obligation of the Reorganized Debtors under Article XII.D of the Plan or paragraph 45 of the Confirmation Order with respect to any fees due and payable under 28 U.S.C. § 1930(a)(6)(A).

20

7.      This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Final Decree and Order.


Signed: July 28, 2023

_____
Marvin Isgur
United States Bankruptcy Judge

**Exhibit 1**

Closed Cases

| Name of Reorganized Debtor | Case Number |
|---|---|
| Talen Energy Supply, LLC | 22-90054 (MI) |
| Talen Montana Holdings, LLC | 22-90055 (MI) |
| Talen Montana, LLC | 22-90056 (MI) |
| Montana Growth Holdings LLC | 22-90057 (MI) |
| Colstrip Comm Serv, LLC | 22-90058 (MI) |
| Talen Generation, LLC | 22-90059 (MI) |
| Montour, LLC | 22-90060 (MI) |
| Brunner Island, LLC | 22-90061 (MI) |
| Raven Power Generation Holdings LLC | 22-90062 (MI) |
| Raven Power Group LLC | 22-90063 (MI) |
| Raven Power Finance LLC | 22-90064 (MI) |
| Raven Power Fort Smallwood LLC | 22-90065 (MI) |
| Raven FS Property Holdings LLC | 22-90066 (MI) |
| H.A. Wagner LLC | 22-90067 (MI) |
| Brandon Shores LLC | 22-90068 (MI) |
| Raven Lot 15 LLC | 22-90069 (MI) |
| Fort Armistead Road – Lot 15 Landfill, LLC | 22-90070 (MI) |
| Raven Power Property LLC | 22-90071 (MI) |
| RMGL Holdings LLC | 22-90072 (MI) |
| Brunner Island Services, LLC | 22-90073 (MI) |
| Realty Company of Pennsylvania | 22-90074 (MI) |
| BDW Corp. | 22-90075 (MI) |
| Sapphire Power Marketing LLC | 22-90076 (MI) |
| Lady Jane Collieries, Inc. | 22-90077 (MI) |
| Montour Services, LLC | 22-90078 (MI) |
| Pedricktown Management Company LLC | 22-90079 (MI) |
| Holtwood, LLC | 22-90080 (MI) |
| Pedricktown Investment Company LLC | 22-90081 (MI) |
| Martins Creek, LLC | 22-90082 (MI) |
| Pedricktown Cogeneration Company LP | 22-90083 (MI) |
| Sapphire Power Generation Holdings LLC | 22-90084 (MI) |
| York Plant Holding, LLC | 22-90085 (MI) |
| Sapphire Power LLC | 22-90086 (MI) |
| York Generation Company LLC | 22-90087 (MI) |
| Sapphire Power Finance LLC | 22-90088 (MI) |
| MEG Generating Company, LLC | 22-90089 (MI) |
| Barney Davis, LLC | 22-90090 (MI) |
| Elmwood Energy Holdings, LLC | 22-90091 (MI) |

| | |
|---|---|
| Nueces Bay, LLC | 22-90092 (MI) |
| Elmwood Park Power, LLC | 22-90093 (MI) |
| Laredo, LLC | 22-90094 (MI) |
| Camden Plant Holding, L.L.C. | 22-90095 (MI) |
| Talen Texas Property, LLC | 22-90096 (MI) |
| Talen Texas Group, LLC | 22-90097 (MI) |
| Newark Bay Holding Company, L.L.C. | 22-90098 (MI) |
| Talen Energy Marketing, LLC | 22-90099 (MI) |
| Liberty View Power, L.L.C. | 22-90100 (MI) |
| Talen Energy Retail LLC | 22-90101 (MI) |
| Talen Treasure State, LLC | 22-90102 (MI) |
| Newark Bay Cogeneration Partnership, L.P. | 22-90103 (MI) |
| Talen Energy Services Group, LLC | 22-90104 (MI) |
| Morris Energy Management Company, LLC | 22-90105 (MI) |
| Talen Energy Services Holdings, LLC | 22-90106 (MI) |
| Morris Energy Operations Company, LLC | 22-90107 (MI) |
| Talen Energy Services Northeast, Inc. | 22-90108 (MI) |
| Lower Mount Bethel Energy, LLC | 22-90109 (MI) |
| Talen Land Holdings, LLC | 22-90110 (MI) |
| Pennsylvania Mines, LLC | 22-90111 (MI) |
| Talen NE LLC | 22-90112 (MI) |
| MC OpCo LLC | 22-90113 (MI) |
| Talen Nuclear Development, LLC | 22-90114 (MI) |
| Bell Bend, LLC | 22-90115 (MI) |
| Susquehanna Nuclear, LLC | 22-90116 (MI) |
| Talen Texas, LLC | 22-90117 (MI) |
| Dartmouth Plant Holding, LLC | 22-90118 (MI) |
| Dartmouth Power Holding Company, L.L.C. | 22-90119 (MI) |
| NorthEast Gas Generation Holdings, LLC | 22-90120 (MI) |
| Dartmouth Power Generation, L.L.C. | 22-90121 (MI) |
| Dartmouth Power Associates Limited Partnership | 22-90122 (MI) |
| Talen II Growth Parent LLC | 22-90123 (MI) |
| Talen II Growth Holdings LLC | 22-90124 (MI) |
| Talen Technology Ventures LLC | 22-90125 (MI) |