**UNITED STATES BANKRUPTCY COURT**
**Southern District of Texas**

In re
Talen Energy Supply, LLC

Debtors

Chapter 11

Case no. 22-90054

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that Emporium Hardwoods Operating Company, LLC a creditor in the cases of the above-captioned debtors ("Debtors") directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtor's schedules or on the claims register), and herby requests that service of any pleadings, notices, correspondence and all distributions be sent to the new address set forth below, effective as of the date hereof.

Former Address(es)

Emporium Hardwoods Operating Company, LLC
15970 Route 120
Emporium, PA 15834

New Address

Emporium Hardwoods Operating Company, LLC
c/o Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018

I declare under penalty of perjury that the foregoing is true and correct. The undersigned hereunto sets its hand this 28th day of September, 2026.

By: [signature]

THEODORE Rossi President.

Name/Title
**Emporium Hardwoods Operating Company, LLC**